# EXHIBIT E

| Item | Document Description | Invoice Date | Amount Claimed per POC | Scheduled Amount | Reconciled Amount | Adjustment to Claimed Amount | Resolution |
|---|---|---|---|---|---|---|---|
| 13 | 1903430754 | 10/14/08 | 3,810.60 | 3,775.32 | 3,775.32 | (35.28) | Shortage chargeback |
| 40 | 1903435026 | 10/16/08 | 1,638.56 | 0.00 | 0.00 | (1,638.56) | Shortage chargeback |
| 70 | 1903437824 | 10/16/08 | 1,560.00 | 0.00 | 0.00 | (1,560.00) | Shortage chargeback |
| 80 | 1903439293 | 10/17/08 | 38,687.27 | 37,283.30 | 37,283.30 | (1,403.97) | Shortage chargeback |
| 126 | 1903442161 | 10/18/08 | 1,331,621.55 | 618,287.25 | 618,287.25 | (713,334.30) | Shortage and pricing chargeback |
| 143 | 1903442795 | 10/18/08 | 22,146.40 | 22,145.55 | 22,145.55 | (0.85) | Pricing chargeback |
| 275 | 1903448911 | 10/21/08 | 18,551.60 | 18,550.92 | 18,550.92 | (0.68) | Pricing chargeback |
| 276 | 1903448912 | 10/21/08 | 12,870.60 | 12,870.09 | 12,870.09 | (0.51) | Pricing chargeback |
| 416 | 1903458047 | 10/24/08 | 9,781.33 | 0.00 | 0.00 | (9,781.33) | Shortage chargeback |
| 439 | 1903459231 | 10/24/08 | 0.42 | 0.00 | 0.00 | (0.42) | Shortage chargeback |
| 444 | 1903459237 | 10/24/08 | 165,207.90 | 103,630.41 | 103,630.41 | (61,577.49) | Shortage chargeback |
| 445 | 1903461151 | 10/24/08 | 331,628.40 | 236,745.83 | 236,745.83 | (94,882.57) | Shortage chargeback |
| 465 | 1903461187 | 10/24/08 | 236,745.83 | 0.00 | 0.00 | (236,745.83) | Shortage chargeback |
| 468 | 1903462405 | 10/25/08 | 0.04 | 0.00 | 0.00 | (0.04) | Shortage chargeback |
| 469 | 1903462406 | 10/25/08 | 6,958.20 | 0.00 | 0.00 | (6,958.20) | Shortage chargeback |
| 483 | 1903465274 | 10/26/08 | 154,280.84 | 152,954.87 | 152,954.87 | (1,325.97) | Shortage chargeback |
| 484 | 1903465937 | 10/26/08 | 165,207.90 | 0.00 | 0.00 | (165,207.90) | Shortage chargeback |
| 485 | 1903465938 | 10/26/08 | 183,827.20 | 68,935.20 | 68,935.20 | (114,892.00) | Shortage chargeback |
| 486 | 1903465962 | 10/26/08 | 171,070.56 | 150,874.73 | 150,874.73 | (20,195.83) | Shortage chargeback |
| 487 | 1903465963 | 10/26/08 | 171,070.56 | 0.00 | 0.00 | (171,070.56) | Shortage chargeback |
| 488 | 1903465968 | 10/26/08 | 171,070.56 | 38,015.68 | 38,015.68 | (133,054.88) | Shortage chargeback |
| 489 | 1903465972 | 10/26/08 | 171,070.56 | 0.00 | 0.00 | (171,070.56) | Shortage chargeback |
| 494 | 1903465982 | 10/26/08 | 201,061.30 | 93,219.33 | 93,219.33 | (107,841.97) | Shortage chargeback |
| 496 | 1903465987 | 10/26/08 | 165,207.90 | 4,505.67 | 4,505.67 | (160,702.23) | Shortage chargeback |
| 501 | 1903466925 | 10/26/08 | 4,795.20 | 0.00 | 0.00 | (4,795.20) | Shortage chargeback |
| 502 | 1903466928 | 10/26/08 | 3,439.80 | 0.00 | 0.00 | (3,439.80) | Shortage chargeback |
| 504 | 1903466931 | 10/26/08 | 676.20 | 0.00 | 0.00 | (676.20) | Shortage chargeback |
| 506 | 1903467942 | 10/27/08 | 264.90 | 0.00 | 0.00 | (264.90) | Shortage chargeback |
| 525 | 1903479313 | 11/3/08 | 3,744.00 | 3,717.72 | 3,717.72 | (26.28) | Shortage chargeback |
| 527 | 1903479317 | 11/3/08 | 11,200.95 | 0.00 | 0.00 | (11,200.95) | Shortage chargeback |
| 533 | 1903480058 | 11/4/08 | 17,542.20 | 17,454.00 | 17,454.00 | (88.20) | Shortage chargeback |

| Item | Document Description | Invoice Date | Amount Claimed per POC | Scheduled Amount | Reconciled Amount | Adjustment to Claimed Amount | Resolution |
|---|---|---|---|---|---|---|---|
| 602 | 190349O478 | 11/6/08 | 165,207.90 | 0.00 | 0.00 | (165,207.90) | Shortage chargeback |
| 628 | R00692538 | 10/24/08 | 21,839.76 | 0.00 | 0.00 | (21,839.76) | Shortage chargeback |
| 629 | R000693362 | 10/27/08 | 92,399.00 | 15,707.83 | 15,707.83 | (76,691.17) | Shortage chargeback |
| 826 | I010MZ29 | 11/5/08 | 261.60 | 0.00 | 0.00 | (261.60) | Paid 12-31-08 ck 430087 with "A" at end |
| 840 | I010F878 | 10/31/08 | 20.95 | 0.00 | 0.00 | (20.95) | NS working Match exception 02-09-09 |
| 845 | I010MH89 | 11/5/08 | 262.16 | 0.00 | 0.00 | (262.16) | Paid 12-31-08 ck 430087 |
| 848 | I010M161 | 11/5/08 | 842.50 | 0.00 | 0.00 | (842.50) | Paid 12-31-08 ck 430087 |
| 849 | I010MV70 | 11/5/08 | 12.95 | 0.00 | 0.00 | (12.95) | Paid 12-31-08 ck 430087 |
| 850 | I010PC24 | 11/6/08 | 154.72 | 0.00 | 0.00 | (154.72) | Paid 12-31-08 ck 430087 |
| | | | 4,057,740.87 | 1,598,673.70 | 1,598,673.70 | (2,459,067.17) | |