# EXHIBIT F

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 3099 | 190324509 | 59200 | 8/5/08 | 3,657.64 | 3,602.92 | 54.72 | 3,602.92 | (54.72) | Sony reference #: | 190324509 |
| 3166 | 190331995 | 59200 | 9/2/08 | 4,484.18 | 4,457.90 | 26.28 | 4,457.90 | (26.28) | Sony reference #: | 190331995 |
| 3172 | R00064274 | 59200 | 9/2/08 | 1,035.00 | 0.00 | 1,035.00 | 0.00 | (1,035.00) | Sony reference #: | 140076438 |
| 3173 | R00064274 | 59200 | 9/2/08 | 1,035.00 | 0.00 | 1,035.00 | 0.00 | (1,035.00) | Sony reference #: | 140076438 |
| 3229 | 190336333 | 59200 | 9/17/08 | 31,391.05 | 1,707.10 | 29,683.95 | 1,707.10 | (29,683.95) | Sony reference #: | 190336333 & 200022130 |
| 3243 | 190337660 | 59200 | 9/23/08 | 95,393.69 | 72,485.69 | 22,908.00 | 72,485.69 | (22,908.00) | Sony reference #: | 190337660 & 200021923 |
| 3269 | 190340365 | 59200 | 10/3/08 | 47,011.37 | 35,695.37 | 11,316.00 | 35,695.37 | (11,316.00) | Sony reference #: | 190340365 & 200022086 |
| 3519 | 190341645 | 59200 | 10/9/08 | 184,028.83 | 183,803.44 | 225.39 | 183,803.44 | (225.39) | Sony reference #: | 190341645 & 200023035 |
| 3541 | 190341748 | 59200 | 10/9/08 | 203,317.51 | 203,315.25 | 2.26 | 203,315.25 | (2.26) | Sony reference #: | 190341748 & 200021949 |
| 3707 | 190325915CS | 59200 | 10/17/08 | 1,148.00 | 0.00 | 1,148.00 | 0.00 | (1,148.00) | Sony reference #: | 200021992/19001466 |
| 3716 | 190339073 CS | 59200 | 10/23/08 | (5,939.95) | (6,599.95) | 660.00 | (6,599.95) | (660.00) | Sony reference #: | 200022130 |
| 3755 | 190348188 | 59200 | 11/4/08 | 28.80 | 0.00 | 28.80 | 0.00 | (28.80) | Sony reference #: | 190348188 |
| 3756 | 190338622 CS | 59200 | 11/6/08 | (1,751.92) | (2,303.92) | 552.00 | (2,303.92) | (552.00) | Sony reference #: | 200022444 |
| 3658 | 190346691 4CS | 59200 | 11/11/08 | (4,630.15) | (17,363.65) | 12,733.50 | (17,363.65) | (12,733.50) | Sony reference #: | 200022518 |
| 3660 | 190348189 1CS | 59200 | 11/14/08 | (2,143.62) | (10,023.38) | 7,879.76 | (10,023.38) | (7,879.76) | Sony reference #: | 200022614 |
| 3770 | 190348309 1CS | 59200 | 11/19/08 | (9,441.57) | (11,383.21) | 1,941.64 | (11,383.21) | (1,941.64) | Sony reference #: | 200022733 5, 200022733 7, 200022733 8, 20 |
| 3771 | 190348910 4CS | 59200 | 11/20/08 | (14,636.34) | (14,806.05) | 169.71 | (14,806.05) | (169.71) | Sony reference #: | 200022759 2 |
| 3777 | 190347783 CS | 59200 | 12/1/08 | (2,854.50) | (16,098.52) | 13,244.02 | (16,098.52) | (13,244.02) | Sony reference #: | 101422256 |
| 3796 | 190339709 0CS | 59200 | 11/4/08 | 471.55 | 0.00 | 471.55 | 0.00 | (471.55) | Sony reference #: | 140078953 9 |
| 3797 | R00064274 3CP1 | 59200 | 11/4/08 | 5,340.64 | 0.00 | 5,340.64 | 0.00 | (5,340.64) | Sony reference #: | 140078953 9 |
| 3798 | R00064274 2CP1 | 59200 | 11/4/08 | 5,755.00 | 0.00 | 5,755.00 | 0.00 | (5,755.00) | Sony reference #: | 140078953 9 |
|  |  |  |  | 542,700.21 | 426,488.99 | 116,211.22 | 426,488.99 | (116,211.22) | Total identified invoices books and records objection |  |
| 3829 | 56496730 | 59200 | 12/10/07 | 2,045.51 | 0.00 | 2,045.51 | 0.00 | (2,045.51) | Sony reference #: | Various document #s |
| 3840 | 56496770 | 59200 | 2/13/08 | 2,344.33 | 0.00 | 2,344.33 | 0.00 | (2,344.33) | Sony reference #: | Various document #s |
| 3841 | 56496942 | 59200 | 2/13/08 | 10,123.34 | 0.00 | 10,123.34 | 0.00 | (10,123.34) | Sony reference #: | Various document #s |
| 3848 | 25680139 | 59200 | 2/27/08 | 2,451.55 | 0.00 | 2,451.55 | 0.00 | (2,451.55) | Sony reference #: | Various document #s |
| 3849 | 56497646 | 59200 | 2/27/08 | 13,596.05 | 0.00 | 13,596.05 | 0.00 | (13,596.05) | Sony reference #: | Various document #s |
| 3859 | 34505512 | 59200 | 3/12/08 | 1,189.97 | 0.00 | 1,189.97 | 0.00 | (1,189.97) | Sony reference #: | Various document #s |
| 3879 | 25672536 | 59200 | 4/16/08 | 2,381.02 | 0.00 | 2,381.02 | 0.00 | (2,381.02) | Sony reference #: | Various document #s |
| 3882 | 56498461 | 59200 | 4/16/08 | 8,412.95 | 0.00 | 8,412.95 | 0.00 | (8,412.95) | Sony reference #: | Various document #s |
| 3886 | 25686527 | 59200 | 5/6/08 | 2,222.89 | 0.00 | 2,222.89 | 0.00 | (2,222.89) | Sony reference #: | Various document #s |
| 3889 | 56499080 | 59200 | 5/8/08 | 8,601.83 | 0.00 | 8,601.83 | 0.00 | (8,601.83) | Sony reference #: | Various document #s |
| 3893 | 25681966 | 59200 | 5/22/08 | 17,358.18 | 0.00 | 17,358.18 | 0.00 | (17,358.18) | Sony reference #: | Various document #s |
| 3895 | 56497853 | 59200 | 5/27/08 | 13,168.57 | 0.00 | 13,168.57 | 0.00 | (13,168.57) | Sony reference #: | Various document #s |
| 3900 | 35535469 | 59200 | 6/4/08 | 2,193.00 | 0.00 | 2,193.00 | 0.00 | (2,193.00) | Sony reference #: | Various document #s |
| 3931 | 56495305 | 59200 | 6/27/08 | 1,703.01 | 0.00 | 1,703.01 | 0.00 | (1,703.01) | Sony reference #: | Various document #s |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 3932 | 75688705 | 59200 | 6/27/08 | 2,976.42 | 0.00 | 2,976.42 | 0.00 | (2,976.42) | Sony reference #: | Various document #s |
| 3934 | 56400052 | 59200 | 7/9/08 | 1,699.62 | 0.00 | 1,699.62 | 0.00 | (1,699.62) | Sony reference #: | Various document #s |
| 3939 | 56708167 | 59200 | 7/16/08 | 931.03 | 0.00 | 931.03 | 0.00 | (931.03) | Sony reference #: | Various document #s |
| 3941 | 4648303 | 59200 | 7/23/08 | 44.99 | 0.00 | 44.99 | 0.00 | (44.99) | Sony reference #: | Various document #s |
| 3942 | 75696933 | 59200 | 7/23/08 | 1,201.49 | 0.00 | 1,201.49 | 0.00 | (1,201.49) | Sony reference #: | Various document #s |
| 3944 | 101312239 | 59200 | 7/29/08 | 945.52 | 0.00 | 945.52 | 0.00 | (945.52) | Sony reference #: | EXCHSTLBAL |
| 3947 | 25670431 | 59200 | 8/6/08 | 584.88 | 0.00 | 584.88 | 0.00 | (584.88) | Sony reference #: | Various document #s |
| 3948 | 35533718 | 59200 | 8/6/08 | 622.86 | 0.00 | 622.86 | 0.00 | (622.86) | Sony reference #: | Various document #s |
| 3949 | 35534225 | 59200 | 8/6/08 | 624.88 | 0.00 | 624.88 | 0.00 | (624.88) | Sony reference #: | Various document #s |
| 3951 | 56401030 | 59200 | 8/21/08 | 3,219.00 | 0.00 | 3,219.00 | 0.00 | (3,219.00) | Sony reference #: | Various document #s |
| 3953 | 4648561 | 59200 | 8/25/08 | 684.24 | 0.00 | 684.24 | 0.00 | (684.24) | Sony reference #: | Various document #s |
| 3956 | 56400340 | 59200 | 8/25/08 | 811.35 | 0.00 | 811.35 | 0.00 | (811.35) | Sony reference #: | Various document #s |
| 3957 | 75697024 | 59200 | 8/25/08 | 1,311.89 | 0.00 | 1,311.89 | 0.00 | (1,311.89) | Sony reference #: | Various document #s |
| 3958 | 35543320 | 59200 | 8/26/08 | 2,535.30 | 0.00 | 2,357.19 | 2,357.19 | (178.11) | Sony reference #: | Various document #s |
| 3959 | 35543328 | 59200 | 8/26/08 | 1,461.43 | 0.00 | 1,343.71 | 1,343.71 | (117.72) | Sony reference #: | Various document #s |
| 3961 | 56401182 | 59200 | 8/26/08 | 5,410.44 | 0.00 | 4,593.15 | 4,593.15 | (817.29) | Sony reference #: | Various document #s |
| 3962 | 25692940 | 59200 | 9/2/08 | 6,797.97 | 0.00 | 6,073.15 | 6,073.15 | (724.82) | Sony reference #: | Various document #s |
| 3963 | 56401522 | 59200 | 9/2/08 | 4,789.93 | 0.00 | 4,380.27 | 4,380.27 | (409.66) | Sony reference #: | Various document #s |
| 3964 | 75698029 | 59200 | 9/2/08 | 2,796.57 | 0.00 | 2,796.57 | 0.00 | (2,796.57) | Sony reference #: | Various document #s |
| 3965 | 75698565 | 59200 | 9/8/08 | 11,457.29 | 10,660.04 | 797.25 | 10,660.04 | (797.25) | Sony reference #: | Various document #s |
| 3966 | 34513286 | 59200 | 9/9/08 | 1,609.50 | 0.00 | 1,609.50 | 0.00 | (1,609.50) | Sony reference #: | Various document #s |
| 3967 | 4642571 | 59200 | 9/10/08 | 1,011.56 | 0.00 | 1,011.56 | 0.00 | (1,011.56) | Sony reference #: | Various document #s |
| 3968 | 34507249 | 59200 | 9/10/08 | 1,849.45 | 0.00 | 1,849.45 | 0.00 | (1,849.45) | Sony reference #: | Various document #s |
| 3970 | 35535883 | 59200 | 9/10/08 | 3,620.54 | 0.00 | 3,620.54 | 0.00 | (3,620.54) | Sony reference #: | Various document #s |
| 3971 | 56495858 | 59200 | 9/10/08 | 1,757.14 | 0.00 | 1,757.14 | 0.00 | (1,757.14) | Sony reference #: | Various document #s |
| 3972 | 56495943 | 59200 | 9/10/08 | 656.81 | 0.00 | 656.81 | 0.00 | (656.81) | Sony reference #: | Various document #s |
| 3973 | 56496590 | 59200 | 9/10/08 | 1,944.02 | 0.00 | 1,944.02 | 0.00 | (1,944.02) | Sony reference #: | Various document #s |
| 3975 | 25692361 | 59200 | 9/16/08 | 10,670.06 | 5,595.37 | 5,074.69 | 5,595.37 | (5,074.69) | Sony reference #: | Various document #s |
| 3976 | 75697368 | 59200 | 9/16/08 | 6,536.07 | 6,425.04 | 111.03 | 6,425.04 | (111.03) | Sony reference #: | Various document #s |
| 3979 | 25693505 | 59200 | 9/22/08 | 14,847.24 | 0.00 | 14,847.24 | 0.00 | (14,847.24) | Sony reference #: | Various document #s |
| 3980 | 4650241 | 59200 | 9/26/08 | 30,480.73 | 0.00 | 30,480.73 | 0.00 | (30,480.73) | Sony reference #: | Various document #s |
| 3981 | 4650242 | 59200 | 9/26/08 | 4,691.18 | 0.00 | 4,691.18 | 0.00 | (4,691.18) | Sony reference #: | Various document #s |
| 3982 | 4650254 | 59200 | 9/26/08 | 451.68 | 0.00 | 451.68 | 0.00 | (451.68) | Sony reference #: | Various document #s |
| 3983 | 25693615 | 59200 | 9/26/08 | 4,358.85 | 0.00 | 4,358.85 | 0.00 | (4,358.85) | Sony reference #: | Various document #s |
| 3984 | 35543963 | 59200 | 9/26/08 | 2,647.85 | 0.00 | 2,647.85 | 0.00 | (2,647.85) | Sony reference #: | Various document #s |
| 3985 | 75698730 | 59200 | 9/26/08 | 1,679.62 | 0.00 | 1,679.62 | 0.00 | (1,679.62) | Sony reference #: | Various document #s |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 3986 | 75698740 | 59200 | 9/26/08 | 36,127.24 | 0.00 | 36,127.24 | 0.00 | (36,127.24) | Sony reference #: | Various document #s |
| 3987 | 75698770 | 59200 | 9/26/08 | 5,132.08 | 0.00 | 5,132.08 | 0.00 | (5,132.08) | Sony reference #: | Various document #s |
| 3988 | 4650325 | 59200 | 9/29/08 | 43.98 | 0.00 | 43.98 | 0.00 | (43.98) | Sony reference #: | Various document #s |
| 3989 | 4650328 | 59200 | 9/29/08 | 1,527.10 | 0.00 | 1,527.10 | 0.00 | (1,527.10) | Sony reference #: | Various document #s |
| 3990 | 75698850 | 59200 | 9/29/08 | 2,915.12 | 0.00 | 2,915.12 | 0.00 | (2,915.12) | Sony reference #: | Various document #s |
| 3991 | 34508363 | 59200 | 9/30/08 | 4,284.91 | 0.00 | 4,284.91 | 0.00 | (4,284.91) | Sony reference #: | Various document #s |
| 3998 | 4645016 | 59200 | 10/14/08 | 1,415.71 | 0.00 | 1,415.71 | 0.00 | (1,415.71) | Sony reference #: | Various document #s |
| 3996 | 75699089 | 59200 | 10/14/08 | 4,750.36 | 0.00 | 4,750.36 | 0.00 | (4,750.36) | Sony reference #: | Various document #s |
| 3995 | 35544506 | 59200 | 10/14/08 | 1,443.50 | 0.00 | 1,443.50 | 0.00 | (1,443.50) | Sony reference #: | Various document #s |
| 3993 | 34513860 | 59200 | 10/10/08 | 298.53 | 0.00 | 298.53 | 0.00 | (298.53) | Sony reference #: | Various document #s |
| 3999 | 4645752 | 59200 | 10/16/08 | 887.73 | 0.00 | 887.73 | 0.00 | (887.73) | Sony reference #: | Various document #s |
| 4000 | 4647897 | 59200 | 10/16/08 | 1,150.06 | 0.00 | 1,150.06 | 0.00 | (1,150.06) | Sony reference #: | Various document #s |
| 4001 | 25681343 | 59200 | 10/16/08 | 4,244.22 | 0.00 | 4,244.22 | 0.00 | (4,244.22) | Sony reference #: | Various document #s |
| 4003 | 25682134 | 59200 | 10/16/08 | 1,789.82 | 0.00 | 1,789.82 | 0.00 | (1,789.82) | Sony reference #: | Various document #s |
| 4004 | 25682295 | 59200 | 10/16/08 | 2,515.94 | 0.00 | 2,515.94 | 0.00 | (2,515.94) | Sony reference #: | Various document #s |
| 4005 | 25683379 | 59200 | 10/16/08 | 1,077.13 | 0.00 | 1,077.13 | 0.00 | (1,077.13) | Sony reference #: | Various document #s |
| 4006 | 25694538 | 59200 | 10/16/08 | 7,070.73 | 0.00 | 7,070.73 | 0.00 | (7,070.73) | Sony reference #: | Various document #s |
| 4007 | 34508850 | 59200 | 10/16/08 | 886.27 | 0.00 | 886.27 | 0.00 | (886.27) | Sony reference #: | Various document #s |
| 4008 | 34509677 | 59200 | 10/16/08 | 1,863.14 | 0.00 | 1,863.14 | 0.00 | (1,863.14) | Sony reference #: | Various document #s |
| 4011 | 35538642 | 59200 | 10/16/08 | 1,802.73 | 0.00 | 1,802.73 | 0.00 | (1,802.73) | Sony reference #: | Various document #s |
| 4012 | 35539629 | 59200 | 10/16/08 | 1,191.84 | 0.00 | 1,191.84 | 0.00 | (1,191.84) | Sony reference #: | Various document #s |
| 4014 | 35540593 | 59200 | 10/16/08 | 2,053.13 | 0.00 | 2,053.13 | 0.00 | (2,053.13) | Sony reference #: | Various document #s |
| 4015 | 35540846 | 59200 | 10/16/08 | 4,023.66 | 0.00 | 4,023.66 | 0.00 | (4,023.66) | Sony reference #: | Various document #s |
| 4016 | 35540847 | 59200 | 10/16/08 | 3,024.41 | 0.00 | 3,024.41 | 0.00 | (3,024.41) | Sony reference #: | Various document #s |
| 4018 | 56499699 | 59200 | 10/16/08 | 1,384.03 | 0.00 | 1,384.03 | 0.00 | (1,384.03) | Sony reference #: | Various document #s |
| 4019 | 56799389 | 59200 | 10/16/08 | 2,649.20 | 0.00 | 2,649.20 | 0.00 | (2,649.20) | Sony reference #: | Various document #s |
| 4021 | 75694233 | 59200 | 10/16/08 | 1,205.25 | 0.00 | 1,205.25 | 0.00 | (1,205.25) | Sony reference #: | Various document #s |
| 4022 | 75694580 | 59200 | 10/16/08 | 4,385.29 | 0.00 | 4,385.29 | 0.00 | (4,385.29) | Sony reference #: | Various document #s |
| 4023 | 75695629 | 59200 | 10/16/08 | 1,592.53 | 0.00 | 1,592.53 | 0.00 | (1,592.53) | Sony reference #: | Various document #s |
| 4024 | 75698891 | 59200 | 10/16/08 | 2,463.98 | 0.00 | 2,463.98 | 0.00 | (2,463.98) | Sony reference #: | Various document #s |
| 4026 | 4649925 | 59200 | 10/17/08 | 819.98 | 0.00 | 819.98 | 0.00 | (819.98) | Sony reference #: | Various document #s |
| 4027 | 25685507 | 59200 | 10/17/08 | 1,014.81 | 0.00 | 1,014.81 | 0.00 | (1,014.81) | Sony reference #: | Various document #s |
| 4028 | 56499200 | 59200 | 10/17/08 | 2,188.71 | 0.00 | 2,188.71 | 0.00 | (2,188.71) | Sony reference #: | Various document #s |
| 4029 | 75696439 | 59200 | 10/17/08 | 5,758.12 | 0.00 | 5,758.12 | 0.00 | (5,758.12) | Sony reference #: | Various document #s |
| 4032 | 4650489 | 59200 | 10/20/08 | 2,991.97 | 0.00 | 2,991.97 | 0.00 | (2,991.97) | Sony reference #: | Various document #s |
| 4034 | 56401524 | 59200 | 10/22/08 | 821.96 | 0.00 | 821.96 | 0.00 | (821.96) | Sony reference #: | Various document #s |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 4036 | 25693983 | 59200 | 10/23/08 | 1,849.00 | 0.00 | 1,849.00 | 0.00 | (1,849.00) | Sony reference #: | Various document #s |
| 4037 | 25694896 | 59200 | 10/23/08 | 2,762.93 | 0.00 | 2,762.93 | 0.00 | (2,762.93) | Sony reference #: | Various document #s |
| 4038 | 35544596 | 59200 | 10/23/08 | 3,568.97 | 0.00 | 3,568.97 | 0.00 | (3,568.97) | Sony reference #: | Various document #s |
| 4039 | 35544656 | 59200 | 10/23/08 | 1,625.11 | 0.00 | 1,625.11 | 0.00 | (1,625.11) | Sony reference #: | Various document #s |
| 4040 | 35544657 | 59200 | 10/23/08 | 3,088.97 | 0.00 | 3,088.97 | 0.00 | (3,088.97) | Sony reference #: | Various document #s |
| 4041 | 34513957 | 59200 | 10/24/08 | 3,164.33 | 0.00 | 3,164.33 | 0.00 | (3,164.33) | Sony reference #: | Various document #s |
| 4042 | 34513958 | 59200 | 10/24/08 | 10,054.47 | 0.00 | 10,054.47 | 0.00 | (10,054.47) | Sony reference #: | Various document #s |
| 4043 | 34513959 | 59200 | 10/24/08 | 7,064.13 | 0.00 | 7,064.13 | 0.00 | (7,064.13) | Sony reference #: | Various document #s |
| 4044 | 34514028 | 59200 | 10/24/08 | 30.22 | 0.00 | 30.22 | 0.00 | (30.22) | Sony reference #: | Various document #s |
| 4045 | 34514040 | 59200 | 10/24/08 | 5,789.91 | 0.00 | 5,789.91 | 0.00 | (5,789.91) | Sony reference #: | Various document #s |
| 4046 | 4650899 | 59200 | 10/27/08 | 1,305.77 | 0.00 | 1,305.77 | 0.00 | (1,305.77) | Sony reference #: | Various document #s |
| 4047 | 4650969 | 59200 | 10/27/08 | 718.93 | 0.00 | 718.93 | 0.00 | (718.93) | Sony reference #: | Various document #s |
| 4048 | 4650970 | 59200 | 10/27/08 | 175.96 | 0.00 | 175.96 | 0.00 | (175.96) | Sony reference #: | Various document #s |
| 4049 | 4650971 | 59200 | 10/27/08 | 175.96 | 0.00 | 175.96 | 0.00 | (175.96) | Sony reference #: | Various document #s |
| 4050 | 4651001 | 59200 | 10/27/08 | 175.96 | 0.00 | 175.96 | 0.00 | (175.96) | Sony reference #: | Various document #s |
| 4051 | 4651002 | 59200 | 10/27/08 | 175.96 | 0.00 | 175.96 | 0.00 | (175.96) | Sony reference #: | Various document #s |
| 4053 | 25694300 | 59200 | 10/27/08 | 2,774.99 | 0.00 | 2,774.99 | 0.00 | (2,774.99) | Sony reference #: | Various document #s |
| 4054 | 25695149 | 59200 | 10/27/08 | 6,896.86 | 0.00 | 6,896.86 | 0.00 | (6,896.86) | Sony reference #: | Various document #s |
| 4055 | 75699193 | 59200 | 10/27/08 | 1,805.49 | 0.00 | 1,805.49 | 0.00 | (1,805.49) | Sony reference #: | Various document #s |
| 4058 | 25694644 | 59200 | 10/31/08 | 8,091.96 | 0.00 | 8,091.96 | 0.00 | (8,091.96) | Sony reference #: | Various document #s |
| 4059 | 34514018 | 59200 | 10/31/08 | 2,135.49 | 0.00 | 2,135.49 | 0.00 | (2,135.49) | Sony reference #: | Various document #s |
| 4060 | 4650565 | 59200 | 11/3/08 | 260.43 | 0.00 | 260.43 | 0.00 | (260.43) | Sony reference #: | Various document #s |
| 4061 | 4650566 | 59200 | 11/3/08 | 32.50 | 0.00 | 32.50 | 0.00 | (32.50) | Sony reference #: | Various document #s |
| 4062 | 25693626 | 59200 | 11/3/08 | 46.56 | 0.00 | 46.56 | 0.00 | (46.56) | Sony reference #: | Various document #s |
| 4063 | 25693641 | 59200 | 11/3/08 | 218.31 | 0.00 | 218.31 | 0.00 | (218.31) | Sony reference #: | Various document #s |
| 4064 | 25693768 | 59200 | 11/3/08 | 151.68 | 0.00 | 151.68 | 0.00 | (151.68) | Sony reference #: | Various document #s |
| 4065 | 25694011 | 59200 | 11/3/08 | 70.00 | 0.00 | 70.00 | 0.00 | (70.00) | Sony reference #: | Various document #s |
| 4066 | 25694042 | 59200 | 11/3/08 | 66.00 | 0.00 | 66.00 | 0.00 | (66.00) | Sony reference #: | Various document #s |
| 4067 | 25694148 | 59200 | 11/3/08 | 10,088.61 | 0.00 | 10,088.61 | 0.00 | (10,088.61) | Sony reference #: | Various document #s |
| 4068 | 25694195 | 59200 | 11/3/08 | 60.96 | 0.00 | 60.96 | 0.00 | (60.96) | Sony reference #: | Various document #s |
| 4069 | 25694277 | 59200 | 11/3/08 | 141.53 | 0.00 | 141.53 | 0.00 | (141.53) | Sony reference #: | Various document #s |
| 4070 | 25694286 | 59200 | 11/3/08 | 981.65 | 0.00 | 981.65 | 0.00 | (981.65) | Sony reference #: | Various document #s |
| 4071 | 25694537 | 59200 | 11/3/08 | 201.25 | 0.00 | 201.25 | 0.00 | (201.25) | Sony reference #: | Various document #s |
| 4072 | 25694581 | 59200 | 11/3/08 | 112.94 | 0.00 | 112.94 | 0.00 | (112.94) | Sony reference #: | Various document #s |
| 4073 | 25694786 | 59200 | 11/3/08 | 283.06 | 0.00 | 283.06 | 0.00 | (283.06) | Sony reference #: | Various document #s |
| 4074 | 25694787 | 59200 | 11/3/08 | 100.93 | 0.00 | 100.93 | 0.00 | (100.93) | Sony reference #: | Various document #s |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 4075 | 25694895 | 59200 | 11/3/08 | 2,539.57 | 0.00 | 2,539.57 | 0.00 | (2,539.57) | Sony reference #: | Various document #s |
| 4076 | 25695035 | 59200 | 11/3/08 | 132.94 | 0.00 | 132.94 | 0.00 | (132.94) | Sony reference #: | Various document #s |
| 4077 | 34513525 | 59200 | 11/3/08 | 135.50 | 0.00 | 135.50 | 0.00 | (135.50) | Sony reference #: | Various document #s |
| 4078 | 34513579 | 59200 | 11/3/08 | 50.00 | 0.00 | 50.00 | 0.00 | (50.00) | Sony reference #: | Various document #s |
| 4079 | 34513601 | 59200 | 11/3/08 | 60.96 | 0.00 | 60.96 | 0.00 | (60.96) | Sony reference #: | Various document #s |
| 4080 | 35544242 | 59200 | 11/3/08 | 20.00 | 0.00 | 20.00 | 0.00 | (20.00) | Sony reference #: | Various document #s |
| 4081 | 35544507 | 59200 | 11/3/08 | 6,855.76 | 0.00 | 6,855.76 | 0.00 | (6,855.76) | Sony reference #: | Various document #s |
| 4082 | 56401816 | 59200 | 11/3/08 | 33.98 | 0.00 | 33.98 | 0.00 | (33.98) | Sony reference #: | Various document #s |
| 4083 | 56401900 | 59200 | 11/3/08 | 8,396.29 | 0.00 | 8,396.29 | 0.00 | (8,396.29) | Sony reference #: | Various document #s |
| 4084 | 56401901 | 59200 | 11/3/08 | 1,211.31 | 0.00 | 1,211.31 | 0.00 | (1,211.31) | Sony reference #: | Various document #s |
| 4085 | 56402058 | 59200 | 11/3/08 | 98.57 | 0.00 | 98.57 | 0.00 | (98.57) | Sony reference #: | Various document #s |
| 4086 | 75698835 | 59200 | 11/3/08 | 1,407.68 | 0.00 | 1,407.68 | 0.00 | (1,407.68) | Sony reference #: | Various document #s |
| 4087 | 75698969 | 59200 | 11/3/08 | 87.98 | 0.00 | 87.98 | 0.00 | (87.98) | Sony reference #: | Various document #s |
| 4088 | 75699087 | 59200 | 11/3/08 | 23,946.55 | 0.00 | 23,946.55 | 0.00 | (23,946.55) | Sony reference #: | Various document #s |
| 4089 | 191001434S | 59200 | 11/3/08 | 46.09 | 0.00 | 46.09 | 0.00 | (46.09) | Sony reference #: 385300612I | |
| 4090 | 191001435S | 59200 | 11/3/08 | 44.96 | 0.00 | 44.96 | 0.00 | (44.96) | Sony reference #: 0435001384I9 | |
| 4091 | 4651120 | 59200 | 11/3/08 | 175.96 | 0.00 | 175.96 | 0.00 | (175.96) | Sony reference #: | Various document #s |
| 4092 | 4651121 | 59200 | 11/3/08 | 175.96 | 0.00 | 175.96 | 0.00 | (175.96) | Sony reference #: | Various document #s |
| 4093 | 4651143 | 59200 | 11/3/08 | 1,723.13 | 0.00 | 1,723.13 | 0.00 | (1,723.13) | Sony reference #: | Various document #s |
| 4094 | 25695332 | 59200 | 11/3/08 | 562.47 | 0.00 | 562.47 | 0.00 | (562.47) | Sony reference #: | Various document #s |
| 4095 | 35544830 | 59200 | 11/4/08 | 3,479.49 | 0.00 | 3,479.49 | 0.00 | (3,479.49) | Sony reference #: | Various document #s |
| 4096 | 35544772 | 59200 | 11/4/08 | 4,635.23 | 0.00 | 4,635.23 | 0.00 | (4,635.23) | Sony reference #: | Various document #s |
| 4097 | 35544799 | 59200 | 11/4/08 | 1,386.66 | 0.00 | 1,386.66 | 0.00 | (1,386.66) | Sony reference #: | Various document #s |
| 4098 | 35544829 | 59200 | 11/4/08 | 1,792.79 | 0.00 | 1,792.79 | 0.00 | (1,792.79) | Sony reference #: | Various document #s |
| 4099 | 35544851 | 59200 | 11/4/08 | 1,994.73 | 0.00 | 1,994.73 | 0.00 | (1,994.73) | Sony reference #: | Various document #s |
| 4100 | 56402141 | 59200 | 11/4/08 | 16,943.01 | 0.00 | 16,943.01 | 0.00 | (16,943.01) | Sony reference #: | Various document #s |
| 4101 | 56402142 | 59200 | 11/4/08 | 2,215.20 | 0.00 | 2,215.20 | 0.00 | (2,215.20) | Sony reference #: | Various document #s |
| 4102 | 75699369 | 59200 | 11/4/08 | 791.82 | 0.00 | 791.82 | 0.00 | (791.82) | Sony reference #: | Various document #s |
| 4103 | 75699499 | 59200 | 11/4/08 | 19,670.26 | 0.00 | 19,670.26 | 0.00 | (19,670.26) | Sony reference #: | Various document #s |
| 4104 | 75699500 | 59200 | 11/4/08 | 4,701.60 | 0.00 | 4,701.60 | 0.00 | (4,701.60) | Sony reference #: | Various document #s |
| 4105 | 75699526 | 59200 | 11/4/08 | 791.82 | 0.00 | 791.82 | 0.00 | (791.82) | Sony reference #: | Various document #s |
| 4106 | 75699572 | 59200 | 11/4/08 | 1,300.13 | 0.00 | 1,300.13 | 0.00 | (1,300.13) | Sony reference #: | Various document #s |
| 4107 | 25695125 | 59200 | 11/6/08 | 7,150.34 | 0.00 | 7,150.34 | 0.00 | (7,150.34) | Sony reference #: | Various document #s |
| 4108 | 75699450 | 59200 | 11/6/08 | 1,026.59 | 0.00 | 1,026.59 | 0.00 | (1,026.59) | Sony reference #: | Various document #s |
| 4109 | 4651123 | 59200 | 11/7/08 | 1,761.49 | 0.00 | 1,761.49 | 0.00 | (1,761.49) | Sony reference #: | Various document #s |
| 4111 | 34514131 | 59200 | 11/12/08 | (4,562.30) | (4,737.77) | 175.47 | (4,737.77) | (175.47) | Sony reference #: | Various document #s |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 4112 | 34514132 | 59200 | 11/14/08 | (15,897.68) | (16,591.68) | 694.00 | (16,591.68) | (694.00) | Sony reference #: | Various document #s |
| 4113 | 35544769 | 59200 | 11/18/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Sony reference #: | Various document #s |
| 4116 | 35544513 | 59200 | 11/20/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Sony reference #: | Various document #s |
| 4117 | 35544832 | 59200 | 11/20/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Sony reference #: | Various document #s |
| 4119 | 4650926 | 59200 | 12/3/08 | 20,276.83 | 0.00 | 20,276.83 | 0.00 | (20,276.83) | Sony reference #: | Various document #s |
| 4120 | 4650927 | 59200 | 12/3/08 | 3,255.44 | 0.00 | 3,255.44 | 0.00 | (3,255.44) | Sony reference #: | Various document #s |
| 4121 | 4651122 | 59200 | 12/3/08 | 520.50 | 0.00 | 520.50 | 0.00 | (520.50) | Sony reference #: | Various document #s |
| 4122 | 4651142 | 59200 | 12/3/08 | 8,383.08 | 0.00 | 8,383.08 | 0.00 | (8,383.08) | Sony reference #: | Various document #s |
| 4123 | 4651259 | 59200 | 12/3/08 | 46.56 | 0.00 | 1,560.96 | (1,514.40) | (1,560.96) | Sony reference #: | Various document #s |
| 4124 | 4651272 | 59200 | 12/3/08 | 221.03 | (1,858.60) | 2,079.63 | (1,858.60) | (2,079.63) | Sony reference #: | Various document #s |
| 4125 | 25695117 | 59200 | 12/3/08 | 2,452.36 | 0.00 | 2,452.36 | 0.00 | (2,452.36) | Sony reference #: | Various document #s |
| 4126 | 25695138 | 59200 | 12/3/08 | 11,601.33 | 0.00 | 11,601.33 | 0.00 | (11,601.33) | Sony reference #: | Various document #s |
| 4127 | 25695386 | 59200 | 12/3/08 | 70.00 | 0.00 | 70.00 | 0.00 | (70.00) | Sony reference #: | Various document #s |
| 4128 | 56402257 | 59200 | 12/3/08 | 44.96 | (6,616.85) | 6,661.81 | (6,616.85) | (6,661.81) | Sony reference #: | Various document #s |
| 4129 | 191014533 | 59200 | 12/3/08 | 44.96 | 0.00 | 44.96 | 0.00 | (44.96) | Sony reference #: | 0969 |
| 4130 | 191014537 | 59200 | 12/3/08 | 60.96 | 0.00 | 60.96 | 0.00 | (60.96) | Sony reference #: | 074196833 |
| 4131 | 191014541 | 59200 | 12/3/08 | 398.94 | 0.00 | 398.94 | 0.00 | (398.94) | Sony reference #: | 366218079 2 |
| 4132 | 191014542 | 59200 | 12/3/08 | 46.09 | 0.00 | 46.09 | 0.00 | (46.09) | Sony reference #: | 369515769 6 |
| 4133 | 191014543 | 59200 | 12/3/08 | 43.98 | 0.00 | 43.98 | 0.00 | (43.98) | Sony reference #: | 369739247 5 |
| 4134 | 191014544 | 59200 | 12/3/08 | 199.47 | 0.00 | 199.47 | 0.00 | (199.47) | Sony reference #: | 372117480 6 |
| 4135 | 191014545 | 59200 | 12/3/08 | 43.98 | 0.00 | 43.98 | 0.00 | (43.98) | Sony reference #: | 350419912 3 |
| 4136 | 191014546 | 59200 | 12/3/08 | 40.00 | 0.00 | 40.00 | 0.00 | (40.00) | Sony reference #: | 350817826 9 |
| 4137 | 191014547 | 59200 | 12/3/08 | 46.09 | 0.00 | 46.09 | 0.00 | (46.09) | Sony reference #: | 352202129 2 |
| 4138 | 25695309 | 59200 | 1/1/09 | 226.75 | 0.00 | 226.75 | 0.00 | (226.75) | Sony reference #: | Various document #s |
| 4139 | 35544906 | 59200 | 1/1/09 | 42.15 | 0.00 | 42.15 | 0.00 | (42.15) | Sony reference #: | Various document #s |
|  |  |  |  | 567,506.85 | 10,108.62 | 557,398.23 | 10,108.62 | (557,398.23) | Total identified returns books and records objection |  |
| 4448 | 101281265 | 59200 | 6/25/08 | 762.42 | 0.00 | 762.42 | 0.00 | (762.42) | Unidentified; req'd clarification from Sony |  |
| 4450 | 101282681 | 59200 | 6/26/08 | 1,585.58 | 0.00 | 1,585.58 | 0.00 | (1,585.58) | Unidentified; req'd clarification from Sony |  |
| 4461 | 101283202 | 59200 | 6/27/08 | 3,955.21 | 0.00 | 3,955.21 | 0.00 | (3,955.21) | Unidentified; req'd clarification from Sony |  |
| 4464 | 101283368 | 59200 | 6/30/08 | 1,547.74 | 0.00 | 1,547.74 | 0.00 | (1,547.74) | Unidentified; req'd clarification from Sony |  |
| 4465 | 101285948 | 59200 | 7/1/08 | 1,022.22 | 0.00 | 1,022.22 | 0.00 | (1,022.22) | Unidentified; req'd clarification from Sony |  |
| 4472 | 101292182 | 59200 | 7/10/08 | 885.12 | 0.00 | 885.12 | 0.00 | (885.12) | Unidentified; req'd clarification from Sony |  |
| 4480 | 101305899 | 59200 | 7/22/08 | 18.89 | 0.00 | 18.89 | 0.00 | (18.89) | Unidentified; req'd clarification from Sony |  |
| 4481 | 101305899 | 59200 | 7/22/08 | 74.75 | 0.00 | 74.75 | 0.00 | (74.75) | Unidentified; req'd clarification from Sony |  |
| 4497 | 101314414 | 59200 | 8/1/08 | 1,037.37 | 0.00 | 1,037.37 | 0.00 | (1,037.37) | Unidentified; req'd clarification from Sony |  |
| 4501 | 101315975 | 59200 | 8/4/08 | 1,737.79 | 0.00 | 1,737.79 | 0.00 | (1,737.79) | Unidentified; req'd clarification from Sony |  |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 4502 | 101316912 | 59200 | 8/5/08 | 4,141.57 | 0.00 | 4,141.57 | 0.00 | (4,141.57) | Unidentified; req'd clarification from Sony | |
| 4503 | 101319703 | 59200 | 8/6/08 | 2,605.94 | 0.00 | 2,605.94 | 0.00 | (2,605.94) | Unidentified; req'd clarification from Sony | |
| 4511 | 1400755872 | 59200 | 8/11/08 | 199.10 | 0.00 | 199.10 | 0.00 | (199.10) | Unidentified; req'd clarification from Sony | |
| 4512 | 1400755872 | 59200 | 8/11/08 | 399.43 | 0.00 | 399.43 | 0.00 | (399.43) | Unidentified; req'd clarification from Sony | |
| 4513 | 1400755872 | 59200 | 8/11/08 | 399.48 | 0.00 | 399.48 | 0.00 | (399.48) | Unidentified; req'd clarification from Sony | |
| 4514 | 1400755872 | 59200 | 8/11/08 | 1,213.70 | 0.00 | 1,213.70 | 0.00 | (1,213.70) | Unidentified; req'd clarification from Sony | |
| 4521 | 101333148 | 59200 | 8/22/08 | 1,039.15 | 0.00 | 1,039.15 | 0.00 | (1,039.15) | Unidentified; req'd clarification from Sony | |
| 4522 | 101333200 | 59200 | 8/22/08 | 561.42 | 0.00 | 561.42 | 0.00 | (561.42) | Unidentified; req'd clarification from Sony | |
| 4528 | 101338316 | 59200 | 8/27/08 | 3,095.70 | 0.00 | 3,095.70 | 0.00 | (3,095.70) | Unidentified; req'd clarification from Sony | |
| 4544 | 1400766953 | 59200 | 9/8/08 | 623.06 | 0.00 | 623.06 | 0.00 | (623.06) | Unidentified; req'd clarification from Sony | |
| 4559 | 101350031 | 59200 | 9/11/08 | 3,233.46 | 0.00 | 3,233.46 | 0.00 | (3,233.46) | Unidentified; req'd clarification from Sony | |
| 4569 | 101355055 | 59200 | 9/17/08 | 1,230.57 | 0.00 | 1,230.57 | 0.00 | (1,230.57) | Unidentified; req'd clarification from Sony | |
| 4591 | 1400775318 | 59200 | 9/29/08 | 371.60 | 0.00 | 371.60 | 0.00 | (371.60) | Unidentified; req'd clarification from Sony | |
| 4592 | 1400775318 | 59200 | 9/29/08 | 415.88 | 0.00 | 415.88 | 0.00 | (415.88) | Unidentified; req'd clarification from Sony | |
| 4593 | 1400775318 | 59200 | 9/29/08 | 465.08 | 0.00 | 465.08 | 0.00 | (465.08) | Unidentified; req'd clarification from Sony | |
| 4594 | 1400775318 | 59200 | 9/29/08 | 571.23 | 0.00 | 571.23 | 0.00 | (571.23) | Unidentified; req'd clarification from Sony | |
| 4595 | 1400775318 | 59200 | 9/29/08 | 662.10 | 0.00 | 662.10 | 0.00 | (662.10) | Unidentified; req'd clarification from Sony | |
| 4622 | 1400777747 | 59200 | 10/6/08 | 34.85 | 0.00 | 34.85 | 0.00 | (34.85) | Unidentified; req'd clarification from Sony | |
| 4623 | 1400777747 | 59200 | 10/6/08 | 202.05 | 0.00 | 202.05 | 0.00 | (202.05) | Unidentified; req'd clarification from Sony | |
| 4624 | 1400777747 | 59200 | 10/6/08 | 253.10 | 0.00 | 253.10 | 0.00 | (253.10) | Unidentified; req'd clarification from Sony | |
| 4625 | 1400777747 | 59200 | 10/6/08 | 761.22 | 0.00 | 761.22 | 0.00 | (761.22) | Unidentified; req'd clarification from Sony | |
| 4626 | 1400777747 | 59200 | 10/6/08 | 827.46 | 0.00 | 827.46 | 0.00 | (827.46) | Unidentified; req'd clarification from Sony | |
| 4628 | 1400777780 | 59200 | 10/6/08 | 365.98 | 0.00 | 365.98 | 0.00 | (365.98) | Unidentified; req'd clarification from Sony | |
| 4629 | 1400777780 | 59200 | 10/6/08 | 379.06 | 0.00 | 379.06 | 0.00 | (379.06) | Unidentified; req'd clarification from Sony | |
| 4630 | 1400777780 | 59200 | 10/6/08 | 599.98 | 0.00 | 599.98 | 0.00 | (599.98) | Unidentified; req'd clarification from Sony | |
| 4631 | 1400777780 | 59200 | 10/6/08 | 662.10 | 0.00 | 662.10 | 0.00 | (662.10) | Unidentified; req'd clarification from Sony | |
| 4634 | 101372990 | 59200 | 10/8/08 | 415.88 | 0.00 | 415.88 | 0.00 | (415.88) | Unidentified; req'd clarification from Sony | |
| 4635 | 101373038 | 59200 | 10/8/08 | 1,046.79 | 0.00 | 1,046.79 | 0.00 | (1,046.79) | Unidentified; req'd clarification from Sony | |
| 4639 | 101373602 | 59200 | 10/9/08 | 9,256.64 | 0.00 | 9,256.64 | 0.00 | (9,256.64) | Unidentified; req'd clarification from Sony | |
| 4643 | 1400780930 | 59200 | 10/14/08 | 415.08 | 0.00 | 415.08 | 0.00 | (415.08) | Unidentified; req'd clarification from Sony | |
| 4644 | 1400780930 | 59200 | 10/14/08 | 501.94 | 0.00 | 501.94 | 0.00 | (501.94) | Unidentified; req'd clarification from Sony | |
| 4645 | 1400780930 | 59200 | 10/14/08 | 1,251.55 | 0.00 | 1,251.55 | 0.00 | (1,251.55) | Unidentified; req'd clarification from Sony | |
| 4648 | 101381869 | 59200 | 10/16/08 | 624.50 | 0.00 | 624.50 | 0.00 | (624.50) | Unidentified; req'd clarification from Sony | |
| 4654 | 101384570 | 59200 | 10/20/08 | 27,731.92 | 0.00 | 27,731.92 | 0.00 | (27,731.92) | Unidentified; req'd clarification from Sony | |
| 4655 | 101384578 | 59200 | 10/20/08 | 1,794.00 | 0.00 | 1,794.00 | 0.00 | (1,794.00) | Unidentified; req'd clarification from Sony | |
| 4656 | 1400783279 | 59200 | 10/20/08 | 347.71 | 0.00 | 347.71 | 0.00 | (347.71) | Unidentified; req'd clarification from Sony | |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 4657 | 1400783279 | 59200 | 10/20/08 | 365.98 | 0.00 | 365.98 | 0.00 | (365.98) | Unidentified; req'd clarification from Sony | |
| 4658 | 1400783279 | 59200 | 10/20/08 | 371.60 | 0.00 | 371.60 | 0.00 | (371.60) | Unidentified; req'd clarification from Sony | |
| 4659 | 1400783279 | 59200 | 10/20/08 | 415.08 | 0.00 | 415.08 | 0.00 | (415.08) | Unidentified; req'd clarification from Sony | |
| 4660 | 1400783279 | 59200 | 10/20/08 | 696.47 | 0.00 | 696.47 | 0.00 | (696.47) | Unidentified; req'd clarification from Sony | |
| 4661 | 1400783279 | 59200 | 10/20/08 | 1,427.19 | 0.00 | 1,427.19 | 0.00 | (1,427.19) | Unidentified; req'd clarification from Sony | |
| 4663 | 101387931 | 59200 | 10/22/08 | 427.54 | 0.00 | 427.54 | 0.00 | (427.54) | Unidentified; req'd clarification from Sony | |
| 4669 | 1400786143 | 59200 | 10/27/08 | 269.99 | 0.00 | 269.99 | 0.00 | (269.99) | Unidentified; req'd clarification from Sony | |
| 4670 | 1400786143 | 59200 | 10/27/08 | 515.92 | 0.00 | 515.92 | 0.00 | (515.92) | Unidentified; req'd clarification from Sony | |
| 4671 | 1400786143 | 59200 | 10/27/08 | 731.96 | 0.00 | 731.96 | 0.00 | (731.96) | Unidentified; req'd clarification from Sony | |
| 4672 | 101394199 | 59200 | 10/29/08 | 10,179.80 | 0.00 | 10,179.80 | 0.00 | (10,179.80) | Unidentified; req'd clarification from Sony | |
| 4679 | 1400787676 | 59200 | 10/31/08 | 26.26 | 0.00 | 26.26 | 0.00 | (26.26) | Unidentified; req'd clarification from Sony | |
| 4680 | 1400787676 | 59200 | 10/31/08 | 44.91 | 0.00 | 44.91 | 0.00 | (44.91) | Unidentified; req'd clarification from Sony | |
| 4681 | 1400787676 | 59200 | 10/31/08 | 51.96 | 0.00 | 51.96 | 0.00 | (51.96) | Unidentified; req'd clarification from Sony | |
| 4688 | 1400788615 | 59200 | 11/3/08 | 365.98 | 0.00 | 365.98 | 0.00 | (365.98) | Unidentified; req'd clarification from Sony | |
| 4689 | 1400788615 | 59200 | 11/3/08 | 528.11 | 0.00 | 528.11 | 0.00 | (528.11) | Unidentified; req'd clarification from Sony | |
| 4690 | 1910014321 | 59200 | 11/3/08 | 196.70 | 0.00 | 196.70 | 0.00 | (196.70) | Unidentified; req'd clarification from Sony | |
| 4691 | 1910014330 | 59200 | 11/3/08 | 43.98 | 0.00 | 43.98 | 0.00 | (43.98) | Unidentified; req'd clarification from Sony | |
| 4692 | 1910014332 | 59200 | 11/3/08 | 80.57 | 0.00 | 80.57 | 0.00 | (80.57) | Unidentified; req'd clarification from Sony | |
| 4693 | 1910014337 | 59200 | 11/3/08 | 43.98 | 0.00 | 43.98 | 0.00 | (43.98) | Unidentified; req'd clarification from Sony | |
| 4694 | 1910014348 | 59200 | 11/3/08 | 16.00 | 0.00 | 16.00 | 0.00 | (16.00) | Unidentified; req'd clarification from Sony | |
| 4695 | 1910014349 | 59200 | 11/3/08 | 87.98 | 0.00 | 87.98 | 0.00 | (87.98) | Unidentified; req'd clarification from Sony | |
| 4696 | 1910014352 | 59200 | 11/3/08 | 96.81 | 0.00 | 96.81 | 0.00 | (96.81) | Unidentified; req'd clarification from Sony | |
| 4697 | 1910014358 | 59200 | 11/3/08 | 70.00 | 0.00 | 70.00 | 0.00 | (70.00) | Unidentified; req'd clarification from Sony | |
| 4698 | 1910014367 | 59200 | 11/3/08 | 43.98 | 0.00 | 43.98 | 0.00 | (43.98) | Unidentified; req'd clarification from Sony | |
| 4699 | 1910014368 | 59200 | 11/3/08 | 158.07 | 0.00 | 158.07 | 0.00 | (158.07) | Unidentified; req'd clarification from Sony | |
| 4700 | 1910014370 | 59200 | 11/3/08 | 212.96 | 0.00 | 212.96 | 0.00 | (212.96) | Unidentified; req'd clarification from Sony | |
| 4701 | 1910014371 | 59200 | 11/3/08 | 260.00 | 0.00 | 260.00 | 0.00 | (260.00) | Unidentified; req'd clarification from Sony | |
| 4707 | 1600008205 | 59200 | 11/5/08 | 4,184.15 | 0.00 | 4,184.15 | 0.00 | (4,184.15) | Unidentified; req'd clarification from Sony | |
| 4708 | 1600008206 | 59200 | 11/5/08 | 4,005.12 | 0.00 | 4,005.12 | 0.00 | (4,005.12) | Unidentified; req'd clarification from Sony | |
| 4730 | 1400791859 | 59200 | 11/12/08 | 70.15 | 0.00 | 70.15 | 0.00 | (70.15) | Unidentified; req'd clarification from Sony | |
| 4731 | 1400791859 | 59200 | 11/12/08 | 73.37 | 0.00 | 73.37 | 0.00 | (73.37) | Unidentified; req'd clarification from Sony | |
| 4732 | 1400791859 | 59200 | 11/12/08 | 365.98 | 0.00 | 365.98 | 0.00 | (365.98) | Unidentified; req'd clarification from Sony | |
| 4733 | 1400791859 | 59200 | 11/12/08 | 657.33 | 0.00 | 657.33 | 0.00 | (657.33) | Unidentified; req'd clarification from Sony | |
| 4740 | 1600008212 | 59200 | 11/14/08 | 22,488.45 | 0.00 | 22,488.45 | 0.00 | (22,488.45) | Unidentified; req'd clarification from Sony | |
| 4746 | 1600008216 | 59200 | 11/19/08 | 264.99 | 0.00 | 264.99 | 0.00 | (264.99) | Unidentified; req'd clarification from Sony | |
| 4747 | 1600008217 | 59200 | 11/19/08 | 431.52 | 0.00 | 431.52 | 0.00 | (431.52) | Unidentified; req'd clarification from Sony | |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 4783 | 1910014536 | 59200 | 12/3/08 | 46.09 | 0.00 | 46.09 | 0.00 | (46.09) | Unidentified; req'd clarification from Sony | |
| 4784 | 1910014548 | 59200 | 12/3/08 | 181.83 | 0.00 | 181.83 | 0.00 | (181.83) | Unidentified; req'd clarification from Sony | |
| 4785 | 1910014549 | 59200 | 12/3/08 | 151.00 | 0.00 | 151.00 | 0.00 | (151.00) | Unidentified; req'd clarification from Sony | |
| 4786 | 191014550 | 59200 | 12/3/08 | 342.97 | 0.00 | 342.97 | 0.00 | (342.97) | Unidentified; req'd clarification from Sony | |
| 4787 | 191014556 | 59200 | 12/3/08 | 60.97 | 0.00 | 60.97 | 0.00 | (60.97) | Unidentified; req'd clarification from Sony | |
| 4788 | 191014557 | 59200 | 12/3/08 | 46.56 | 0.00 | 46.56 | 0.00 | (46.56) | Unidentified; req'd clarification from Sony | |
| 4789 | 191014560 | 59200 | 12/3/08 | 212.96 | 0.00 | 212.96 | 0.00 | (212.96) | Unidentified; req'd clarification from Sony | |
| 4790 | 191014561 | 59200 | 12/3/08 | 16.00 | 0.00 | 16.00 | 0.00 | (16.00) | Unidentified; req'd clarification from Sony | |
| 4791 | 191014562 | 59200 | 12/3/08 | 40.00 | 0.00 | 40.00 | 0.00 | (40.00) | Unidentified; req'd clarification from Sony | |
| 4801 | 101428299 | 59200 | 12/9/08 | 615.68 | 0.00 | 615.68 | 0.00 | (615.68) | Unidentified; req'd clarification from Sony | |
| | | | | 133,312.27 | 0.00 | 133,312.27 | 0.00 | (133,312.27) | Total unidentified items books and records objection | |
| 4835 | WC1BQC68 | 1037375 | 7/20/06 | 191.10 | 0.00 | 191.10 | 0.00 | (191.10) | Service | |
| 4836 | WC1B5C50 | 1037375 | 9/5/06 | 191.10 | 0.00 | 191.10 | 0.00 | (191.10) | Service | |
| 4892 | I01VTN65 | 1037375 | 7/17/08 | 1,180.41 | 1,135.00 | 45.41 | 1,135.00 | (45.41) | Service | |
| 4893 | I01VVH26 | 1037375 | 7/17/08 | 222.69 | 0.00 | 222.69 | 0.00 | (222.69) | Service | |
| 5037 | WC1DQH09 | 1037375 | 2/22/07 | 191.10 | 0.00 | 191.10 | 0.00 | (191.10) | Service | |
| 5040 | WC1GJV80 | 1037375 | 9/7/07 | 78.30 | 0.00 | 78.30 | 0.00 | (78.30) | Service | |
| 5042 | I01JDS97 | 1037375 | 9/14/07 | 159.38 | 0.00 | 159.38 | 0.00 | (159.38) | Service | |
| 5091 | I01VT253 | 1037375 | 7/17/08 | 1,378.93 | 1,290.95 | 87.98 | 1,290.95 | (87.98) | Service | |
| 5124 | I01WCT75 | 1037375 | 8/1/08 | 330.00 | 0.00 | 330.00 | 0.00 | (330.00) | Service | |
| 5125 | I01WD356 | 1037375 | 8/4/08 | 70.00 | 0.00 | 70.00 | 0.00 | (70.00) | Service | |
| 5156 | I01WD377 | 1037375 | 8/4/08 | 185.00 | 0.00 | 185.00 | 0.00 | (185.00) | Service | |
| 5158 | I01WMS76 | 1037375 | 8/8/08 | 581.23 | 571.23 | 10.00 | 571.23 | (10.00) | Service | |
| 5159 | I01WM375 | 1037375 | 8/11/08 | 50.00 | 0.00 | 50.00 | 0.00 | (50.00) | Service | |
| 5207 | I01WM452 | 1037375 | 8/11/08 | 430.00 | 0.00 | 430.00 | 0.00 | (430.00) | Service | |
| 5237 | I01WSD43 | 1037375 | 8/14/08 | 1,045.00 | 0.00 | 1,045.00 | 0.00 | (1,045.00) | Service | |
| 5255 | I01WXT14 | 1037375 | 8/19/08 | 2,545.00 | 0.00 | 2,545.00 | 0.00 | (2,545.00) | Service | |
| 5256 | I01WSD43 | 1037375 | 8/20/08 | 175.00 | 0.00 | 175.00 | 0.00 | (175.00) | Service | |
| 5260 | I01WZ584 | 1037375 | 8/20/08 | 360.00 | 0.00 | 360.00 | 0.00 | (360.00) | Service | |
| 5269 | I01WZ588 | 1037375 | 8/21/08 | 450.00 | 0.00 | 450.00 | 0.00 | (450.00) | Service | |
| 5270 | I01W1P67 | 1037375 | 8/25/08 | 255.00 | 0.00 | 255.00 | 0.00 | (255.00) | Service | |
| 5271 | I01W3841 | 1037375 | 8/25/08 | 310.00 | 0.00 | 310.00 | 0.00 | (310.00) | Service | |
| 5296 | I01W3842 | 1037375 | 8/25/08 | 210.00 | 0.00 | 210.00 | 0.00 | (210.00) | Service | |
| 5304 | I01W3863 | 1037375 | 8/26/08 | 85.00 | 0.00 | 85.00 | 0.00 | (85.00) | Service | |
| | I01W5X46 | 1037375 | 9/1/08 | 50.00 | 0.00 | 50.00 | 0.00 | (50.00) | Service | |
| | I01XCD60 | 1037375 | | | | | | | Service | |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 5307 | I01XD190 | 1037375 | 9/3/08 | 240.00 | 0.00 | 240.00 | 0.00 | (240.00) | Service | |
| 5319 | I01XGR52 | 1037375 | 9/4/08 | 330.00 | 0.00 | 330.00 | 0.00 | (330.00) | Service | |
| 5320 | I01XHD25 | 1037375 | 9/4/08 | 164.25 | 154.95 | 9.30 | 154.95 | (9.30) | Service | |
| 5322 | I01XKC95 | 1037375 | 9/8/08 | 175.00 | 0.00 | 175.00 | 0.00 | (175.00) | Service | |
| 5334 | I01XPK57 | 1037375 | 9/10/08 | 319.57 | 13.05 | 306.52 | 13.05 | (306.52) | Service | |
| 5337 | I01XPV06 | 1037375 | 9/11/08 | 235.00 | 0.00 | 235.00 | 0.00 | (235.00) | Service | |
| 5344 | I01XS024 | 1037375 | 9/15/08 | 450.00 | 0.00 | 450.00 | 0.00 | (450.00) | Service | |
| 5345 | I01XS025 | 1037375 | 9/15/08 | 150.00 | 0.00 | 150.00 | 0.00 | (150.00) | Service | |
| 5346 | I01XS090 | 1037375 | 9/15/08 | 350.00 | 0.00 | 350.00 | 0.00 | (350.00) | Service | |
| 5347 | I01XS466 | 1037375 | 9/15/08 | 1,459.98 | 1,244.49 | 215.49 | 1,244.49 | (215.49) | Service | |
| 5349 | I01XT119 | 1037375 | 9/15/08 | 351.90 | 319.23 | 32.67 | 319.23 | (32.67) | Service | |
| 5362 | I01XT197 | 1037375 | 9/16/08 | 195.00 | 0.00 | 195.00 | 0.00 | (195.00) | Service | |
| 5363 | I01XVL78 | 1037375 | 9/16/08 | 55.00 | 0.00 | 55.00 | 0.00 | (55.00) | Service | |
| 5394 | I01X0K26 | 1037375 | 9/18/08 | 410.64 | 104.12 | 306.52 | 104.12 | (306.52) | Service | |
| 5419 | I01X1D92 | 1037375 | 9/19/08 | 205.47 | 122.26 | 83.21 | 122.26 | (83.21) | Service | |
| 5430 | I01X2481 | 1037375 | 9/22/08 | 165.80 | 154.95 | 10.85 | 154.95 | (10.85) | Service | |
| 5436 | I01X2F56 | 1037375 | 9/22/08 | 450.00 | 0.00 | 450.00 | 0.00 | (450.00) | Service | |
| 5437 | I01X2F96 | 1037375 | 9/22/08 | 450.00 | 0.00 | 450.00 | 0.00 | (450.00) | Service | |
| 5472 | I01X6J00 | 1037375 | 9/24/08 | 381.57 | 40.00 | 341.57 | 40.00 | (341.57) | Service | |
| 5473 | I01X6N44 | 1037375 | 9/24/08 | 675.31 | 26.26 | 649.05 | 26.26 | (649.05) | Service | |
| 5476 | I01X6V81 | 1037375 | 9/25/08 | 175.00 | 0.00 | 175.00 | 0.00 | (175.00) | Service | |
| 5490 | I01X8411 | 1037375 | 9/26/08 | 667.33 | 10.00 | 657.33 | 10.00 | (657.33) | Service | |
| 5494 | I01X8791 | 1037375 | 9/26/08 | 627.28 | 27.98 | 599.30 | 27.98 | (599.30) | Service | |
| 5497 | I01X8W24 | 1037375 | 9/26/08 | 218.36 | 88.54 | 129.82 | 88.54 | (129.82) | Service | |
| 5504 | I01X9T17 | 1037375 | 9/29/08 | 55.00 | 0.00 | 55.00 | 0.00 | (55.00) | Service | |
| 5505 | I01X9T25 | 1037375 | 9/29/08 | 210.00 | 0.00 | 210.00 | 0.00 | (210.00) | Service | |
| 5506 | I01X9T61 | 1037375 | 9/29/08 | 255.00 | 0.00 | 255.00 | 0.00 | (255.00) | Service | |
| 5507 | I01X9T72 | 1037375 | 9/29/08 | 450.00 | 0.00 | 450.00 | 0.00 | (450.00) | Service | |
| 5508 | I01X9T74 | 1037375 | 9/29/08 | 130.00 | 0.00 | 130.00 | 0.00 | (130.00) | Service | |
| 5509 | I01X9T78 | 1037375 | 9/29/08 | 370.00 | 0.00 | 370.00 | 0.00 | (370.00) | Service | |
| 5510 | I01X9T97 | 1037375 | 9/29/08 | 330.00 | 0.00 | 330.00 | 0.00 | (330.00) | Service | |
| 5511 | I01X9V11 | 1037375 | 9/29/08 | 375.00 | 0.00 | 375.00 | 0.00 | (375.00) | Service | |
| 5522 | I01ZBV59 | 1037375 | 9/29/08 | 484.76 | 26.50 | 458.26 | 26.50 | (458.26) | Service | |
| 5523 | I01ZBZ89 | 1037375 | 9/30/08 | 718.98 | 16.50 | 702.48 | 16.50 | (702.48) | Service | |
| 5531 | I01ZC212 | 1037375 | 9/30/08 | 692.52 | 551.15 | 141.37 | 551.15 | (141.37) | Service | |
| 5538 | I01ZCT97 | 1037375 | 9/30/08 | 213.27 | 189.24 | 24.03 | 189.24 | (24.03) | Service | |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 5545 | I01ZCZ63 | 1037375 | 9/30/08 | 357.97 | (95.94) | 453.91 | (95.94) | (453.91) | Service | |
| 5570 | I01ZFN40 | 1037375 | 10/1/08 | 484.64 | 484.63 | 0.01 | 484.63 | (0.01) | Service | |
| 5612 | I01ZIW30 | 1037375 | 10/6/08 | 175.00 | 0.00 | 175.00 | 0.00 | (175.00) | Service | |
| 5624 | I01ZKN59 | 1037375 | 10/6/08 | 398.49 | 311.33 | 87.16 | 311.33 | (87.16) | Service | |
| 5636 | I01ZL443 | 1037375 | 10/7/08 | 235.44 | 0.00 | 235.44 | 0.00 | (235.44) | Service | |
| 5641 | I01ZLF60 | 1037375 | 10/7/08 | 135.00 | 0.00 | 135.00 | 0.00 | (135.00) | Service | |
| 5658 | I01ZMT77 | 1037375 | 10/8/08 | 350.00 | 0.00 | 350.00 | 0.00 | (350.00) | Service | |
| 5663 | I01ZND73 | 1037375 | 10/8/08 | 109.59 | 91.09 | 18.50 | 91.09 | (18.50) | Service | |
| 5677 | I01ZP063 | 1037375 | 10/9/08 | 367.76 | 183.88 | 183.88 | 183.88 | (183.88) | Service | |
| 5722 | I01ZSX87 | 1037375 | 10/13/08 | 944.74 | 490.83 | 453.91 | 490.83 | (453.91) | Service | |
| 5738 | I01ZVD54 | 1037375 | 10/14/08 | 40.69 | 29.53 | 11.16 | 29.53 | (11.16) | Service | |
| 5747 | I01ZVV80 | 1037375 | 10/15/08 | 350.00 | 0.00 | 350.00 | 0.00 | (350.00) | Service | |
| 5762 | I01ZWG38 | 1037375 | 10/15/08 | 391.50 | 19.53 | 371.97 | 19.53 | (371.97) | Service | |
| 5801 | I01Z0660 | 1037375 | 10/20/08 | 55.00 | 0.00 | 55.00 | 0.00 | (55.00) | Service | |
| 5840 | I01Z5W46 | 1037375 | 10/23/08 | 210.00 | 0.00 | 210.00 | 0.00 | (210.00) | Service | |
| 5857 | WC1K3K92 | 1037375 | 10/28/08 | 113.70 | 0.00 | 113.70 | 0.00 | (113.70) | Service | |
| 5858 | WC1K4199 | 1037375 | 10/28/08 | 114.50 | 0.00 | 114.50 | 0.00 | (114.50) | Service | |
| 5859 | WC1K5S01 | 1037375 | 10/28/08 | 108.00 | 0.00 | 108.00 | 0.00 | (108.00) | Service | |
| 5878 | WC1K6D27 | 1037375 | 11/3/08 | 78.30 | 0.00 | 78.30 | 0.00 | (78.30) | Service | |
| 5900 | WC1K3W29 | 1037375 | 11/4/08 | 461.10 | 0.00 | 461.10 | 0.00 | (461.10) | Service | |
| 5901 | WC1K5188 | 1037375 | 11/4/08 | 281.10 | 0.00 | 281.10 | 0.00 | (281.10) | Service | |
| 5902 | WC1K6K05 | 1037375 | 11/4/08 | 148.50 | 0.00 | 148.50 | 0.00 | (148.50) | Service | |
| 5903 | WC1K6S97 | 1037375 | 11/4/08 | 12.00 | 0.00 | 12.00 | 0.00 | (12.00) | Service | |
| 5906 | WC1K6921 | 1037375 | 11/5/08 | 148.50 | 0.00 | 148.50 | 0.00 | (148.50) | Service | |
| 5909 | WC1K7K81 | 1037375 | 11/6/08 | 78.30 | 0.00 | 78.30 | 0.00 | (78.30) | Service | |
| 5910 | WC1K7S26 | 1037375 | 11/6/08 | 461.10 | 0.00 | 461.10 | 0.00 | (461.10) | Service | |
| 5911 | WC1K7T05 | 1037375 | 11/6/08 | 53.10 | 0.00 | 53.10 | 0.00 | (53.10) | Service | |
| 5915 | WC1K6947 | 1037375 | 11/7/08 | 78.30 | 0.00 | 78.30 | 0.00 | (78.30) | Service | |
| 5916 | WC1K6L67 | 1037375 | 11/7/08 | 103.80 | 0.00 | 103.80 | 0.00 | (103.80) | Service | |
| 5953 | I01LX239 | 1037375 | 12/10/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Service | |
| 5954 | I01LX242 | 1037375 | 12/10/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Service | |
| | | | | 31,794.76 | 8,577.16 | 23,217.60 | 8,577.16 | (23,217.60) | Total Identified Service books and records objection | |
| 6027 | 96126 | 59200 | 12/12/08 | (33,421.00) | (40,000.00) | 6,579.00 | (40,000.00) | (6,579.00) | AV083493 | 200023277I |
| 6050 | 100953442 | 59200 | 5/8/07 | 130,393.31 | 0.00 | 130,393.31 | 0.00 | (130,393.31) | | MPA072014BAL |
| 6059 | 140068352G | 59200 | 2/4/08 | 150,000.00 | 0.00 | 150,000.00 | 0.00 | (150,000.00) | | MPA082008 |
| 6069 | 140071S632 | 59200 | 4/28/08 | 5,270.00 | 0.00 | 5,270.00 | 0.00 | (5,270.00) | 1027873 | AV077325 |

| Item | Document Description | Vendor. # | Doc Date | Amount Claimed per POC | Amount per CCS Records | Claim to CCS Records Variance | Reconciled Amount | Adjustment to Claimed Amount | Resolution | Related Inv and/or CM |
|---|---|---|---|---|---|---|---|---|---|---|
| 6078 | 140076438 | 59200 | 9/2/08 | 19,015.30 | 0.00 | 19,015.30 | 0.00 | (19,015.30) | 1034311 | AV081393 |
| 6081 | 140077602 | 59200 | 10/1/08 | 64,641.85 | 0.00 | 64,641.85 | 0.00 | (64,641.85) | 1036025 | MPA082110X |
| 6082 | 101367761 | 59200 | 10/2/08 | 679.32 | 0.00 | 679.32 | 0.00 | (679.32) | 1035927 | AV082140 BAL |
| 6083 | 140077965 | 59200 | 10/10/08 | 1,448.00 | 0.00 | 1,448.00 | 0.00 | (1,448.00) | 1036468 | AV082457 |
| 6084 | 140077965 | 59200 | 10/10/08 | 1,892.30 | 0.00 | 1,892.30 | 0.00 | (1,892.30) | 1036468 | AV082465 |
| 6088 | 101395930 | 59200 | 10/31/08 | 706.40 | 0.00 | 706.40 | 0.00 | (706.40) | 1037169 | AV082937BAL |
| 6089 | 140078953 | 59200 | 11/4/08 | 27,588.00 | 0.00 | 27,588.00 | 0.00 | (27,588.00) | 1037457 | AV083174 |
| 6090 | 140078953 | 59200 | 11/4/08 | 600.00 | 0.00 | 600.00 | 0.00 | (600.00) | 1037457 | AV083296 |
| 6091 | 140078953 | 59200 | 11/4/08 | 5,017.33 | 0.00 | 5,017.33 | 0.00 | (5,017.33) | 1037457 | AV083303 |
| 6092 | 140078953 | 59200 | 11/4/08 | 45,037.06 | 0.00 | 45,037.06 | 0.00 | (45,037.06) | 1037457 | AV083389 |
| | | | | 418,867.87 | (40,000.00) | 458,867.87 | (40,000.00) | (458,867.87) | | Total Identified AR books and records objection |
| 6110 | 1003WIREBALB | 59200 | 10/3/08 | 0.00 | (253,604.75) | 253,604.75 | (253,604.75) | (253,604.75) | | Overpaid balance on CIA payments 9/22, 9/23, & 10/3 |
| 6111 | 1903418948CS | 59200 | 10/9/08 | 0.00 | (11,699.22) | 11,699.22 | (11,699.22) | (11,699.22) | | Invoice prepaid in full on 10/3 prepayment; could not identify cred |
| 6112 | R00067380CS | 59200 | 9/25/08 | 0.00 | (2,759.96) | 2,759.96 | (2,759.96) | (2,759.96) | | Invoice prepaid in full on 9/22 prepayment; could not identify cred |
| | | | | 0.00 | (268,063.93) | 268,063.93 | (268,063.93) | (268,063.93) | | Total prepayment overpayments |
| | | | | 1,694,181.96 | 137,110.84 | 1,557,071.12 | 137,110.84 | (1,557,071.12) | | Total books and records objection |