IN UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

IN RE:

CIRCUIT CITY STORES, INC., *et al.*,

               Debtor.

_____

ALFRED H. SIEGEL, AS TRUSTEE OF THE
CIRCUIT CITY STORES, INC. LIQUIDATING
TRUST,

               Plaintiff,

v.

SONY ELECTRONICS INC., A/K/A SONY AND
CREDIT SUISSE LOAN FUNDING, LLC,

               Defendants.

Case No. 08-35653 (KRH)
Chapter 11

Adv. Pro. No. 10-03600

**STIPULATION AND CONSENT ORDER CONCERNING
EXPERT WITNESS DISCLOSURES AND DEPOSITIONS**

This matter comes before the Court by stipulation of Plaintiff, Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trustee"), and Defendants Sony Electronics Inc. ("Sony") and Credit Suisse Loan Funding, LLC ("Credit Suisse" and collectively with Sony, the "Defendants") for the entry of an order pursuant to Rule 29 of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7029 of the Federal Rules of Bankruptcy Procedure. This Stipulation and Consent Order amends the Pretrial Order entered on November 19, 2013 [Doc. No. 57] by extending deadlines for the disclosure of experts and rebuttal experts and by permitting the parties to depose experts on a date that is past the discovery completion deadline but prior to trial.

4839-5892-8924.2

Having found that the parties have stipulated and agreed to the terms and conditions set forth below, as evidenced by the endorsements of their respective counsel, and good cause having been shown, the Court orders that the Pretrial Order shall be amended as follows:

1. The text of paragraph 3 of the Pretrial Order is deleted in its entirety and replaced with the following: "Except for (a) rebuttal expert disclosures, and (b) the depositions of expert witnesses, which shall be completed by the deadlines provided for in paragraph 5 of the Pretrial Order, as amended, discovery shall be completed on or before 21 days prior to the Trial Date."

2. The text of paragraph 5 of the Pretrial Order is deleted in its entirety and replaced with the following:

> The parties shall make the disclosures of expert testimony required by Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure no later than 39 days prior to the Trial Date, or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure, on or before 21 days after the disclosure made by the other party. Depositions of any expert witnesses shall be completed no later than 7 days prior to the Trial Date.

SO ORDERED
Dated: Richmond, Virginia
July __, 2014
Jul 17 2014

/s/ Kevin R. Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 7/17/14

4839-5892-8924.2                                    2

SEEN AND AGREED:

/s/ Peter J. Barrett

Peter J. Barrett (VA Bar No. 46179)
Timothy S. Baird (VA Bar No. 36315)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
(804) 644-1700

And

Eric Seiler (admitted pro hac vice)
Andrew W. Goldwater (admitted pro hac vice)
Emily L. Chang (admitted pro hac vice)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com

*Counsel for Sony Electronics Inc.*

SEEN AND AGREED:

/s/ Jeremy B. Root

Jeremy B. Root, Esq.
BLANKINGSHIP & KEITH, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030

And

Leo L. Esses, Esq.
COHEN TAUBER SPIERACK & WAGNER, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170

*Counsel for Credit Suisse Loan Funding, LLC*

SEEN AND AGREED:

/s/ Paula Beran

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

And

Andrew W. Caine.
(admitted *pro hac vice*)
Iain A. W. Nasatir
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4100

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      Pursuant to the Local Rules of this Court, I hereby certify that a copy of this document was served via the Court's ECF system and/or electronic mail on July 14, 2014 to all necessary parties including:

Lynn T. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North 8th, 2nd Floor
Richmond, VA  23219

Andrew W. Caine, Esq.
Iain A. W. Nasatir, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100

Jeremy B. Root, Esq.
BLANKENSHIP & KEITH, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030

Leo L. Esses, Esq.
COHEN TAUBER SPIERACK & WAGNER, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170

                              /s/ Peter J. Barrett
                                Counsel