| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 97769 | $ 7,409,870.00 | | | | $ 7,409,870.00 |
| 97334 | $ 3,047,200.00 | | | | $ 3,047,200.00 |
| 98809 | $ 2,770,294.44 | | | | $ 2,770,294.44 |
| 98042 | $ 2,433,598.67 | | | $ 1,072,727.67 | $1,360,871 |
| 97924 | $ 2,402,010.00 | | | | $ 2,402,010.00 |
| 97789 | $ 2,257,775.00 | | | | $ 2,257,775.00 |
| 98788 | $ 2,215,915.00 | | | | $ 2,215,915.00 |
| 97805 | $ 2,121,792.00 | | $ 2,121,792.00 | | |
| 96790 | $ 1,960,297.77 | $ 1,960,297.77 | | | |
| 98808 | $ 1,840,000.00 | | | | $ 1,840,000.00 |
| 99063 | $ 1,734,980.00 | | | $ 1,734,980.00 | |
| 92982 | $ 1,517,715.38 | $ 1,517,715.38 | | | |
| 98749 | $ 1,431,235.00 | | | | $ 1,431,235.00 |
| 97118 | $ 1,210,202.50 | | | | $ 1,210,202.50 |
| 97100 | $ 1,046,350.00 | | | | $ 1,046,350.00 |
| 98258 | $ 981,330.00 | | $ 981,330.00 | | |
| 97927 | $ 863,460.00 | | | | $ 863,460.00 |
| 99064 | $ 797,160.00 | | | $ 797,160.00 | |
| 98392 | $ 734,049.00 | | | $ 734,049.00 | |
| 98792 | $ 724,680.00 | | | | $ 724,680.00 |
| 96758 | $ 722,487.50 | $ 722,487.50 | | | |
| 94291 | $ 700,000.00 | | $ 700,000.00 | | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 96516 | $ 669,938.37 | | | | $ 669,938.37 |
| 98722 | $ 650,000.00 | | | | $ 650,000.00 |
| 96517 | $ 647,500.00 | | | $500,000 | $147,500 |
| 96577 | $ 636,348.00 | $ 636,348.00 | | | |
| 97666 | $ 635,869.50 | | $ 158,504.50 | | $ 477,365.00 |
| | $ 572,740.00 | | $ 194,098.46 | | $ 492,063.00 |
| 97620 | $ 544,635.00 | | | | $ 544,635.00 |
| 97815 | $ 537,850.00 | | $ 87,842.00 | | $ 450,008.00 |
| 97783 | $ 511,680.00 | | | | $ 511,680.00 |
| 97784 | $ 500,000.00 | | | | $ 500,000.00 |
| 96449 | $ 491,050.00 | $ 491,050.00 | | | |
| 97621 | $ 459,940.00 | | | | $ 459,940.00 |
| 96972 | $ 451,440.00 | | | $ 451,440.00 | |
| 98067 | $ 428,527.50 | | | $ 428,527.50 | |
| 96974 | $ 411,408.00 | | | $ 411,408.00 | |
| 97533 | $ 409,730.00 | | | $ 409,730.00 | |
| 96143 | $ 404,235.00 | | | $ 404,235.00 | |
| 96021 | $ 401,310.00 | | | $ 401,310.00 | |
| 98681 | $ 400,000.00 | | 400,000.00 | | |
| 98256 | $ 386,790.00 | | $ 77,318.00 | $ 309,472.00 | |
| 97120 | $ 381,083.47 | | | | $ 381,083.47 |
| 98255 | $ 380,810.00 | | $ 76,162.00 | $ 304,648.00 | |
| 94889 | $ 376,800.00 | | $ 376,800.00 | | |
| 97710 | $ 362,307.84 | | | | $ 362,307.84 |
| 97812 | $ 353,536.00 | | | $ 353,536.00 | |
| 95612 | $ 350,000.00 | | | $ 350,000.00 | |

CHANG DECLARATION - SCHEDULE A

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 95961 | $ 341,306.40 | | | $ 341,306.40 | |
| 97362 | $ 336,456.00 | | $ 336,456.00 | | |
| 97245 | $ 335,205.00 | | | | $ 335,205.00 |
| 98800 | $ 319,975.00 | | $ 319,975.00 | | |
| 98054 | $ 294,840.00 | | | | $ 294,840.00 |
| 98026 | $ 285,384.00 | | | $ 285,384.00 | |
| 97021 | $ 281,645.00 | | | | $ 281,645.00 |
| 98791 | $ 266,310.00 | | | | $ 266,310.00 |
| 97829 | $ 261,744.01 | | | | $ 261,744.01 |
| 94818 | $ 250,000.00 | $ 250,000.00 | | | |
| 99061 | $ 246,746.95 | | | | $ 246,746.95 |
| 97648 | $ 238,316.08 | | $ 238,316.08 | | |
| 95189 | $ 237,120.00 | | $ 237,120.00 | | |
| 97230 | $ 235,620.00 | | | | $ 235,620.00 |
| 98366 | $ 231,205.00 | | | $ 231,205.00 | |
| 98804 | $ 230,608.30 | | | | $ 230,608.30 |
| 98473 | $ 229,560.00 | | $ 229,560.00 | | |
| 96365 | $ 225,795.21 | | | | $ 225,795.21 |
| 97370 | $ 224,373.00 | | $ 224,373.00 | | |
| 98588 | $ 217,834.00 | | | $ 217,834.00 | |
| 98036 | $ 214,472.00 | | $ 214,472.00 | | |

CHANG DECLARATION - SCHEDULE A

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 96847 | $ 212,000.00 | | $ 212,000.00 | | |
| | $ 208,771.55 | | $ 232,905.40 | | $ 54,276.00 |
| 97649 | $ 205,395.75 | | | | $ 205,395.75 |
| 97250 | $ 205,205.00 | | $ 151,320.00 | | $ 53,885.00 |
| 96276 | $ 203,384.98 | $ 203,384.98 | | | |
| 97814 | $ 202,560.00 | | $ 202,560.00 | | |
| 96411 | $ 202,481.80 | $ 202,481.80 | | | |
| 94425 | $ 200,000.00 | | | $ 200,000.00 | |
| 98759 | $ 192,075.00 | | | | $ 192,075.00 |
| 97791 | $ 190,320.00 | | | | $ 190,320.00 |
| 96988 | $ 186,732.00 | | $ 179,634.00 | | $ 7,098.00 |
| 97045 | $ 181,721.38 | | $ 181,721.38 | | |
| 95187 | $ 176,640.00 | $ 176,640.00 | | | |
| 98144 | $ 173,940.00 | | | | $ 173,940.00 |
| 95650 | $ 173,745.00 | | $ 173,745.00 | | |
| 98401 | $ 171,421.71 | | | | $ 171,421.71 |
| 94119 | $ 171,080.00 | | $ 171,080.00 | | |
| 95959 | $ 166,492.80 | $ 166,492.80 | | | |
| 97139 | $ 151,905.60 | | $ 151,905.60 | | |
| 95424 | $ 151,190.00 | $ 151,190.00 | | | |
| 98461 | $ 150,058.50 | | | $ 150,058.50 | |
| 97001 | $ 150,000.00 | | | $ 150,000.00 | |
| 98038 | $ 149,906.50 | | | | $ 149,906.50 |
| 96137 | $ 145,265.00 | $ 145,265.00 | | | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 98268 | $ 143,800.00 | | $28,760 | | $115,040 |
| 97690 | $ 142,350.00 | | | | $ 142,350.00 |
| 98104 | $ 137,250.00 | | $ 137,250.00 | | |
| 98614 | $ 136,000.00 | | | | $ 136,000.00 |
| 96973 | $ 133,272.00 | | $ 133,272.00 | | |
| 96628 | $ 123,407.90 | | | | $ 123,407.90 |
| 96147 | $ 123,260.00 | $ 123,260.00 | | | |
| 98795 | $ 122,462.91 | | | $ 122,462.91 | |
| 97786 | $ 120,000.00 | | | | $ 120,000.00 |
| 97929 | $ 120,000.00 | | | | $ 120,000.00 |
| 94942 | $ 113,522.50 | $ 113,522.50 | | | |
| 98033 | $ 113,506.00 | | $ 113,506.00 | | |
| 97341 | $ 113,181.50 | $ 113,181.50 | | | |
| 96759 | $ 112,766.40 | | | $ 112,766.40 | |
| 97128 | $ 111,468.00 | | | | $ 111,468.00 |
| 90772 | $ 109,200.00 | | | $ 109,200.00 | |
| 97013 | $ 105,527.70 | | $ 105,527.70 | | |
| 98051 | $ 102,570.00 | | | | $ 102,570.00 |
| 97097 | $ 100,081.00 | | | $ 100,081.00 | |
| 96515 | $ 100,000.00 | | $ 100,000.00 | | |
| 97709 | $ 100,000.00 | | $ 100,000.00 | | |
| 98235 | $ 100,000.00 | | | $ 100,000.00 | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 98137 | $ 99,645.00 | | | $ 99,645.00 | |
| 97126 | $ 95,920.00 | | | | $ 95,920.00 |
| 94904 | $ 95,875.00 | | | $ 95,875.00 | |
| 97956 | $ 95,040.00 | | | $ 95,040.00 | |
| 97922 | $ 92,300.00 | | | $ 92,300.00 | |
| 97206 | $ 87,735.00 | | | $ 87,735.00 | |
| 95421 | $ 87,465.00 | $ 87,465.00 | | | |
| 95428 | $ 86,970.00 | | $ 86,970.00 | | |
| 97613 | $ 86,186.71 | | | $ 86,186.71 | |
| | $ 82,597.66 | | | | |
| 95854 | $ 80,040.00 | $ 80,040.00 | | | |
| 96627 | $ 80,000.00 | | | | $ 80,000.00 |
| 96408 | $ 79,624.68 | | | | $ 79,624.68 |
| 98157 | $ 79,061.45 | | | $ 79,061.45 | |
| 97638 | $ 75,712.00 | | | $ 75,712.00 | |
| 97915 | $ 75,000.00 | | $ 75,000.00 | | |
| 96537 | $ 74,066.00 | | | $ 74,066.00 | |
| 98135 | $ 73,226.00 | | | $ 73,226.00 | |
| 97741 | $ 71,476.31 | | $ 71,476.31 | | |
| | $ 69,037.85 | | | | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 98919 | $ 69,000.00 | | | $ 69,000.00 | |
| 95878 | $ 68,750.00 | $ 68,750.00 | | | |
| 96612 | $ 68,750.00 | | | | $ 68,750.00 |
| 96613 | $ 68,750.00 | | | $ 68,750.00 | |
| 98789 | $ 68,640.00 | | | | $ 68,640.00 |
| 96247 | $ 68,343.12 | | | $ 159.00 | $ 68,184.12 |
| 98181 | $ 68,000.00 | | | | $ 68,000.00 |
| 98344 | $ 66,584.24 | | | $ 66,584.24 | |
| 98653 | $ 66,395.18 | | $ 66,395.18 | | |
| 96404 | $ 63,419.54 | | | | $ 63,419.54 |
| 98059 | $ 61,560.99 | | | $ 61,560.99 | |
| 96459 | $ 60,514.30 | | | $ 60,514.30 | |
| 94058 | $ 60,000.00 | $ 60,000.00 | | | |
| 95877 | $ 57,857.15 | | | $ 57,857.15 | |
| 94105 | $ 55,000.00 | $ 55,000.00 | | | |
| 97851 | $ 55,000.00 | | | | $ 55,000.00 |
| 94996 | $ 54,080.00 | | $ 54,080.00 | | |
| 97826 | $ 53,673.35 | | | | $ 53,673.35 |
| 90251 | $ 53,000.00 | $ 53,000.00 | | | |
| 97532 | $ 51,625.00 | | | $ 51,625.00 | |
| 99065 | $ 51,076.86 | | | $ 51,076.86 | |
| 96550 | $ 50,000.00 | $ 50,000.00 | | | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 97112 | $ 50,000.00 | | | $ 50,000.00 | |
| 98386 | $ 50,000.00 | $ 50,000.00 | | | |
| 98387 | $ 50,000.00 | | | | $ 50,000.00 |
| 98387 | $ 50,000.00 | | | | $ 50,000.00 |
| 98758 | $ 49,725.00 | | | $ 49,725.00 | |
| 96975 | $ 49,104.00 | | | $ 49,104.00 | |
| 95213 | $ 47,520.00 | $ 47,520.00 | | | |
| 98211 | $ 47,241.25 | | | $ 16,180.90 | $ 31,060.35 |
| 96407 | $ 47,182.82 | | | | $ 47,182.82 |
| 96266 | $ 46,500.00 | | | | $ 46,500.00 |
| 96146 | $ 45,955.00 | $ 45,955.00 | | | |
| 97605 | $ 45,553.20 | | | | $ 45,553.20 |
| 97691 | $ 44,724.65 | | | | $ 44,724.65 |
| 96402 | $ 43,327.10 | | | | $ 43,327.10 |
| 98055 | $ 43,095.00 | | | | $ 43,095.00 |
| 98773 | $ 42,857.14 | | $ 42,857.14 | | |
| 95719 | $ 42,459.50 | | | $ 42,459.50 | |
| 98779 | $ 41,951.97 | | | | 41,951.97 |
| 97686 | $ 40,859.50 | | | | $ 40,859.50 |
| 95728 | $ 40,000.00 | | | $ 40,000.00 | |
| 96126 | $ 40,000.00 | $ 33,421.00 | | $ 6,579.00 | |
| 96629 | $ 40,000.00 | | | | $ 40,000.00 |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 97564 | $ 40,000.00 | | | | $ 40,000.00 |
| 97845 | $ 40,000.00 | | | $ 16,385.00 | $ 23,615.00 |
| 99068 | $ 39,304.89 | | | $ 39,304.89 | |
| 98146 | $ 38,790.00 | | | | $ 38,790.00 |
| 96623 | $ 38,373.80 | | | $ 38,373.80 | |
| 97813 | $ 37,040.00 | | | $ 37,040.00 | |
| 98481 | $ 37,000.00 | $ 37,000.00 | | | |
| 98058 | $ 36,980.14 | | | | $ 36,980.14 |
| 94891 | $ 36,400.00 | $ 36,400.00 | | | |
| 96433 | $ 35,000.00 | $ 35,000.00 | | | |
| 98387 | $ 35,000.00 | | | | $ 35,000.00 |
| 97856 | $ 34,930.00 | | | $ 34,930.00 | |
| 96409 | $ 34,671.33 | | | | $ 34,671.33 |
| 97122 | $ 33,054.00 | | | | $ 33,054.00 |
| 97716 | $ 32,360.00 | | | | $ 32,360.00 |
| 93933 | $ 31,855.00 | $ 31,855.00 | | | |
| | $ 30,823.80 | | | | |
| 96400 | $ 30,448.34 | $ 30,448.34 | | | |
| 96993 | $ 30,100.00 | | | | $ 30,100.00 |
| 94814 | $ 30,000.00 | | | $ 30,000.00 | |
| 97536 | $ 30,000.00 | | | | $ 30,000.00 |
| 97537 | $ 30,000.00 | | | | $ 30,000.00 |
| 97283 | $ 28,944.00 | | | $ 28,944.00 | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 97655 | $ 27,200.00 | | | $ 27,200.00 | |
| 97624 | $ 26,325.00 | | | | $ 26,325.00 |
| 98328 | $ 25,057.80 | | | $ 25,057.80 | |
| 96446 | $ 25,000.00 | $ 25,000.00 | | | |
| 97688 | $ 25,000.00 | | | | $ 25,000.00 |
| 93844 | $ 24,050.00 | $ 24,050.00 | | | |
| 97292 | $ 23,430.00 | | | | $ 23,430.00 |
| 98071 | $ 23,400.00 | | | | $ 23,400.00 |
| 97297 | $ 23,104.00 | | | $ 23,104.00 | |
| 98403 | $ 22,656.15 | | | | $ 22,656.15 |
| 97951 | $ 22,256.29 | | | $ 22,256.29 | |
| 95425 | $ 21,970.00 | $ 21,970.00 | | | |
| 98347 | $ 21,935.10 | $ 21,935.10 | | | |
| 97497 | $ 21,089.30 | | | | $ 21,089.30 |
| 96251 | $ 20,658.75 | | | $ 12,513.30 | $ 8,145.45 |
| 97658 | $ 20,620.50 | | | $ 20,620.50 | |
| 99070 | $ 20,390.34 | | | $ 20,390.34 | |
| 95109 | $ 20,000.00 | $ 20,000.00 | | | |
| 98078 | $ 20,000.00 | | | $ 20,000.00 | |
| 95720 | $ 19,529.40 | $ 19,529.40 | | | |
| 97913 | $ 19,076.82 | | | $ 19,076.82 | |
| 96855 | $ 18,688.00 | | | $ 18,688.00 | |
| 95531 | $ 18,240.00 | $ 18,240.00 | | | |
| 97223 | $ 18,240.00 | | | | $ 18,240.00 |
| 97500 | $ 17,434.18 | | | $ 17,434.18 | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 95609 | $ 17,355.00 | $ 17,355.00 | | | |
| 97808 | $ 16,984.00 | | | | $ 16,984.00 |
| 96230 | $ 16,905.00 | $ 16,905.00 | | | |
| 98378 | $ 16,359.00 | | | $ 16,359.00 | |
| 98368 | $ 15,898.77 | | | | $ 15,898.77 |
| 97825 | $ 15,691.22 | | | $ 15,691.22 | |
| 97689 | $ 15,676.80 | | | | $ 15,676.80 |
| 98077 | $ 15,560.28 | | | $ 15,560.28 | |
| 96578 | $ 15,302.00 | | | | $ 15,302.00 |
| 98375 | $ 15,000.00 | | | | $ 15,000.00 |
| 98386 | $ 15,000.00 | | | $ 15,000.00 | |
| 95532 | $ 14,980.00 | $ 14,980.00 | | | |
| 97947 | $ 14,950.00 | | | | $ 14,950.00 |
| 96325 | $ 14,731.00 | | | | $ 14,731.00 |
| 96718 | $ 14,548.50 | | | $ 14,548.50 | |
| 96410 | $ 13,929.85 | | | | $ 13,929.85 |
| 98117 | $ 13,636.50 | | | $ 13,636.50 | |
| 97349 | $ 13,400.11 | | | | $ 13,400.11 |
| 96405 | $ 13,303.34 | | | | $ 13,303.34 |
| 97834 | $ 12,820.00 | | | | $ 12,820.00 |
| 97391 | $ 12,792.00 | | | $ 12,792.00 | |
| 98616 | $ 12,650.00 | | | $ 12,650.00 | |
| 97298 | $ 12,342.40 | | | $ 12,342.40 | |
| 97722 | $ 12,300.00 | | | | $ 12,300.00 |
| 98757 | $ 12,135.00 | | | $ 12,135.00 | |
| 98069 | $ 12,100.00 | | | $ 12,100.00 | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 98234 | $ 12,000.00 | | | | $ 12,000.00 |
| 97953 | $ 11,938.01 | | | $ 11,938.01 | |
| 98790 | $ 11,895.00 | | | | $ 11,895.00 |
| 96538 | $ 11,562.00 | $ 11,562.00 | | | |
| 97568 | $ 11,440.00 | | | | $ 11,440.00 |
| 97572 | $ 11,125.00 | | | $ 11,125.00 | |
| 90774 | $ 10,800.00 | | | $ 10,800.00 | |
| 98314 | $ 10,500.00 | | | | $ 10,500.00 |
| 94340 | $ 10,407.96 | | | $ 10,407.96 | |
| 97192 | $ 10,234.90 | $ 10,234.90 | | | |
| 98275 | $ 10,000.00 | | | $ 10,000.00 | |
| 98182 | $ 9,842.90 | | | $ 9,842.90 | |
| 96472 | $ 9,823.72 | | | | $ 9,823.72 |
| 96061 | $ 9,599.30 | $ 9,599.30 | | | |
| | $ 9,372.00 | | | | |
| 96401 | $ 9,064.40 | $ 9,064.40 | | | |
| 96716 | $ 8,578.10 | | | $ 8,578.10 | |
| 98330 | $ 8,557.60 | | | $ 8,557.60 | |
| 98721 | $ 8,536.00 | | | | $ 8,536.00 |
| 97844 | $ 8,322.70 | | | | $ 8,322.70 |
| 96461 | $ 8,291.00 | | | | $ 8,291.00 |
| 98615 | $ 8,100.00 | | | $ 8,100.00 | |
| 97358 | $ 8,060.00 | | | | $ 8,060.00 |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 94467 | $ 8,008.00 | $ 8,008.00 | | | |
| 99067 | $ 7,973.10 | | | $ 7,973.10 | |
| 96984 | $ 7,902.00 | | | $ 7,902.00 | |
| 95967 | $ 7,719.76 | $ 7,719.76 | | | |
| 97848 | $ 7,683.00 | | | | $ 7,683.00 |
| 96591 | $ 7,680.00 | | | | $ 7,680.00 |
| 95797 | $ 7,540.00 | | | | $ 7,540.00 |
| 97208 | $ 7,500.00 | | | | $ 7,500.00 |
| 96406 | $ 7,184.87 | | | | $ 7,184.87 |
| 97952 | $ 7,138.81 | | | | $ 7,138.81 |
| 97499 | $ 6,920.70 | | | $ 6,920.70 | |
| 96844 | $ 6,893.10 | $ 6,893.10 | | | |
| 96416 | $ 6,867.12 | $ 6,867.12 | | | |
| 96673 | $ 6,842.50 | $ 6,842.50 | | | |
| 98756 | $ 6,765.00 | | | $ 6,765.00 | |
| 97337 | $ 6,667.68 | | | | $ 6,667.68 |
| 93873 | $ 6,657.32 | | | $ 6,657.32 | |
| 96241 | $ 6,463.00 | | | $ 6,463.00 | |
| 96650 | $ 6,116.00 | $ 6,116.00 | | | |
| 96709 | $ 6,110.00 | $ 6,110.00 | | | |
| 99069 | $ 6,093.35 | | | $ 6,093.35 | |
| 97921 | $ 5,850.00 | | | | $ 5,850.00 |
| 97114 | $ 5,530.00 | | | | $ 5,530.00 |
| 98364 | $ 5,427.65 | | | $ 5,427.65 | |
| 97932 | $ 5,280.61 | | | $ 5,280.61 | |
| 96987 | $ 5,000.00 | | | | $ 5,000.00 |
| 98586 | $ 5,000.00 | | | | $ 5,000.00 |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 98720 | $ 5,000.00 | | | | $ 5,000.00 |
| 96717 | $ 4,920.00 | | | $ 4,920.00 | |
| 98796 | $ 4,880.00 | | | $ 4,880.00 | |
| 96097 | $ 4,668.00 | | | | $ 4,668.00 |
| 96688 | $ 4,605.60 | | | $ 4,605.60 | |
| 96398 | $ 4,600.00 | | | | $ 4,600.00 |
| 98152 | $ 4,280.00 | | | $ 4,280.00 | |
| 97282 | $ 3,795.00 | | | $ 3,795.00 | |
| 98142 | $ 3,510.00 | | | | $ 3,510.00 |
| 98339 | $ 3,416.20 | | | $ 3,416.20 | |
| 96093 | $ 3,416.00 | $ 3,416.00 | | | |
| 99071 | $ 3,182.93 | | | $ 3,182.93 | |
| 95726 | $ 3,136.00 | $ 3,136.00 | | | |
| 98331 | $ 3,082.95 | | | $ 3,082.95 | |
| 96779 | $ 3,080.00 | | | | $ 3,080.00 |
| 96092 | $ 3,000.00 | $ 3,000.00 | | | |
| 96098 | $ 2,952.00 | $ 2,952.00 | | | |
| 96871 | $ 2,925.00 | $ 2,925.00 | | | |
| 96374 | $ 2,917.44 | $ 2,917.44 | | | |
| 98123 | $ 2,750.00 | | | | $ 2,750.00 |
| 97721 | $ 2,694.40 | | | $ 2,694.40 | |
| 97957 | $ 2,655.00 | | | | $ 2,655.00 |
| 98040 | $ 2,568.00 | | | | $ 2,568.00 |
| 96551 | $ 2,545.00 | $ 2,545.00 | | | |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 96994 | $ 2,506.50 | | | $ 2,506.50 | |
| 97226 | $ 2,304.00 | | | | $ 2,304.00 |
| 98735 | $ 1,939.00 | | | | $ 1,939.00 |
| 96899 | $ 1,936.00 | $ 1,936.00 | | | |
| 97639 | $ 1,925.00 | | | $ 1,925.00 | |
| 95533 | $ 1,900.00 | $ 1,900.00 | | | |
| 96675 | $ 1,778.40 | $ 1,778.40 | | | |
| 96127 | $ 1,753.60 | $ 1,753.60 | | | |
| 98736 | $ 1,389.00 | | | | $ 1,389.00 |
| 95908 | $ 1,368.80 | $ 1,368.80 | | | |
| 95727 | $ 1,316.00 | | | $ 1,316.00 | |
| 96981 | $ 1,310.02 | | | | $ 1,310.02 |
| 97392 | $ 1,066.00 | $ 1,066.00 | | | |
| 97954 | $ 1,019.83 | | | $ 1,019.83 | |
| 95960 | $ 861.00 | $ 861.00 | | | |
| 96719 | $ 840.00 | | | $ 840.00 | |
| 94051 | $ 663.00 | $ 663.00 | | | |
| 98420 | $ 540.00 | | | $ 540.00 | |
| 98564 | $ 449.97 | | | $ 449.97 | |
| 96451 | $ 392.60 | $ 392.60 | | | |
| 96711 | $ 300.00 | $ 300.00 | | | |
| 92636 | $ 237.00 | | | $ 237.00 | |
| 92637 | $ 237.00 | | | $ 237.00 | |

CHANG DECLARATION - SCHEDULE A

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Amounts Sony Previously Credited on Proof of Claim | Column 4: Sony Disputes that CC Met Program Requirements | Column 5: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 6: Sony Agrees CC Met Program Requirements |
|---|---|---|---|---|---|
| 94053 | $ 221.00 | | | $ 221.00 | |
| 94551 | $ (16,375.84) | $ (16,375.84) | | | |
| 96128 | $ (50,000.00) | $ (50,000.00) | | | |
| 94138 | $ (222,709.75) | $ (151,706.80) | | $ (71,002.95) | |
| TOTAL | $ 71,638,809.40 | $ 7,878,981.35 | $ 9,746,084.75 | $ 13,109,657.03 | $ 40,904,086.27 |