CHANG DECLARATION- SCHEDULE B

| Column 1: Reference | Column 2: Net Receivable | Column 3: Sony Disputes that CC Met Program Requirements | Column 4: Reason for Dispute | Column 5: Basis for Assessing Pre/Post Status | Column 6: Accrued Pre/Post | Column 7: CC Pre/Post |
|---|---|---|---|---|---|---|
| 97805 | 2,121,792.00 | $ 2,121,792.00 | Failure to submit advertisements and sell-through | Claim letter dated 1/26/2009 | Post | POST |
| 98258 | 981,330.00 | $ 981,330.00 | Failure to submit sell-through and proof of IRO | Claim letter dated 2/24/2009 | Post | POST |
| 94291 | 700,000.00 | $ 700,000.00 | Failure to keep display in stores for full 12 months | Claim letter dated 1/26/2009 | Post | PRE |
| 97666 | 635,869.50 | $ 158,504.50 | Failure to make purchases during program period. | Claim letter dated 12/8/2008 | Post | POST |
|  | 572,740.00 | $ 194,098.46 | Claim exceeded Sony's committed funding amount | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| 97815 | 537,850.00 | $ 87,842.00 | Incorrect calculation of trailing credit amount. | Claim letter dated 1/27/2009 | Post | POST |
| 98681 | 400,000.00 | $ 400,000.00 | Failure to maintain endcap in all stores per program | Claim letter dated 1/26/2009 | Post | POST |
| 98256 | 386,790.00 | $ 77,318.00 | Incorrect calculation of trailing credit amount | Claim letter dated 2/10/2009 | Post | POST |
| 98255 | 380,810.00 | $ 76,162.00 | Incorrect calculation of trailing credit amount | Claim letter dated 2/24/2009 | Post | POST |
| 94889 | 376,800.00 | $ 376,800.00 | Failure to submit claim by program deadline | Claim letter dated 1/29/2009 | Post | PRE |
| 97362 | 336,456.00 | $ 336,456.00 | Failure to submit copies of advertisements | Claim letter dated 1/26/2009 | Post | POST |
| 98800 | 319,975.00 | $ 319,975.00 | Failure to submit claim by program deadline | Claim letter dated 3/10/2009 | Post | POST |
| 97648 | 238,316.08 | $ 238,316.08 | Failure to purchase product during relevant time period | Claim letter dated 12/05/2008 | Post | POST |
| 95189 | 237,120.00 | $ 237,120.00 | Failure to submit claim by program deadline | Claim letter dated 1/29/2009 | Post | PRE |
| 98473 | 229,560.00 | $ 229,560.00 | Failure to meet accept new models by end of January 2009 and failure to remain a going concern | Claim letter dated 2/3/2009 | Post | POST |
| 97370 | 224,373.00 | $ 224,373.00 | Failure to purchase product during relevant time period | Claim letter dated 12/1/2008 | Post | POST |

CHANG DECLARATION - SCHEDULE B

| Column 1:<br>Reference | Column 2:<br>Net Receivable | Column 3:<br>Sony Disputes that<br>CC Met Program<br>Requirements | Column 4:<br>Reason for Dispute | Column 5:<br>Basis for Assessing<br>Pre/Post Status | Column 6:<br>Accrued<br>Pre/Post | Column 7:<br>CC<br>Pre/Post |
|---|---|---|---|---|---|---|
| 98036 | 214,472.00 | $ 214,472.00 | Failure to submit required documentation | Claim letter dated 1/26/2009 | Post | POST |
| 96847 | 212,000.00 | $ 212,000.00 | Failure to meet annual sales target | Claim letter dated 1/29/2009 | Post | POST |
| | 208,771.55 | $ 232,905.40 | Claim exceeded Sony's committed funding amount | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| 97250 | 205,205.00 | $ 151,320.00 | Claimed amount exceeds entitlement based on products sold | Claim letter dated 1/23/2009 | Post | POST |
| 97814 | 202,560.00 | $ 202,560.00 | Failure to submit required documentation | Claim letter dated 1/26/2009 | Post | POST |
| 96988 | 186,732.00 | $ 179,634.00 | Failure to purchase product during relevant time period | Claim letter dated 11/18/2008 | Post | POST |
| 97045 | 181,721.38 | $ 181,721.38 | Failure to purchase product during relevant time period | Claim letter dated 11/24/2008 | Post | POST |
| 95650 | 173,745.00 | $ 173,745.00 | Failure to submit claim by program deadline | Claim letter dated 1/29/2009 | Post | PRE |
| 94119 | 171,080.00 | $ 171,080.00 | Failure to submit claim by program deadline | Claim letter dated 2/3/2009 | Post | PRE |
| 97139 | 151,905.60 | $ 151,905.60 | Failure to purchase product during relevant time period | Claim letter dated 11/24/2008 | Post | POST |
| 98268 | 143,800.00 | $ 28,760.00 | Incorrect calculation of trailing credit amount | Claim letter dated 3/16/2009 | Post | POST |
| 98104 | 137,250.00 | $ 137,250.00 | Duplicate request | Claim letter dated 1/26/2009 | Post | POST |
| 96973 | 133,272.00 | $ 133,272.00 | Failure to submit required documentation | Claim letter dated 1/26/2009 | Post | POST |
| 98033 | 113,506.00 | $ 113,506.00 | Failure to submit required documentation | Claim letter dated 1/26/2009 | Post | POST |
| 97013 | 105,527.70 | $ 105,527.70 | Failure to purchase product during relevant time period | Claim letter dated 11/19/2008 | Post | POST |
| 96515 | 100,000.00 | $ 100,000.00 | Failure to maintain endcap in all stores per program | Claim letter dated 1/26/2009 | Post | PRE |
| 97709 | 100,000.00 | $ 100,000.00 | Failure to maintain endcap in all stores per program | Claim letter dated 1/26/2009 | Post | POST |
| 95428 | 86,970.00 | $ 86,970.00 | Failure to submit claim by program deadline | Claim letter dated 1/29/2009 | Post | PRE |

CHANG DECLARATION - SCHEDULE B

| Column 1:<br>Reference | Column 2:<br>Net Receivable | Column 3:<br>Sony Disputes that<br>CC Met Program<br>Requirements | Column 4:<br>Reason for Dispute | Column 5:<br>Basis for Assessing<br>Pre/Post Status | Column 6:<br>Accrued<br>Pre/Post | Column 7:<br>CC<br>Pre/Post |
|---|---|---|---|---|---|---|
| | 82,597.66 | Amount in dispute accounted for above in prior billback entry | Claim exceeded Sony's committed funding amount | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| 97915 | 75,000.00 | $ 75,000.00 | Failure to maintain display for entire period required. | Claim letter dated 1/28/2009 | Post | POST |
| 97741 | 71,476.31 | $ 71,476.31 | There was no agreement towards the application of funds. In addition, there was a letter sent to CC stating no more MDF would be paid for Camcorders as the yearly performance was significantly lower than the yearly minimum threshold. Also, the 2% MDF accrual is a maximum and not a guarantee or an entitled program. | Claim letter dated 2/4/2009 | Post | POST |
| | 69,037.85 | Amount in dispute accounted for above in prior billback entry | Claim exceeded Sony's committed funding amount | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| 98653 | 66,395.18 | $ 66,395.18 | Program requirements not met - funding only for displays up on 3/31/2009 | Claim letter dated 1/29/2009 | Post | POST |
| 94996 | 54,080.00 | $ 54,080.00 | Failure to submit claim by program deadline | Claim letter dated 1/29/2009 | Post | PRE |
| 98773 | 42,857.14 | $ 42,857.14 | Failure to maintain display for entire period required. | Claim letter dated 2/13/2009 | Post | POST |
| | 30,823.80 | Amount in dispute accounted for above in prior billback entry | Claim exceeded Sony's committed funding amount | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| | 9,372.00 | Amount in dispute accounted for above in prior billback entry | Claim exceeded Sony's committed funding amount | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| | | | | | | |
| TOTAL | | $ 9,746,084.75 | | | | |