| Column 1: Reference | Column 2: Net Receivable | Column 3: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 98042 | 2,433,598.67 | $ 1,072,727.67 | Claim letter dated 12/29/2008 | Post | POST |
| 99063 | 1,734,980.00 | $ 1,734,980.00 | Claim letter dated 4/13/2009 | Post | POST |
| 99064 | 797,160.00 | $ 797,160.00 | Claim letter dated 4/13/2009 | Post | POST |
| 98392 | 734,049.00 | $ 734,049.00 | Claim letters dated 2/11/2009 and 2/19/2009 | Post | POST |
| 96517 | 647,500.00 | $500,000 | Claim letter dated 1/26/2009 | Post | PRE |
| 96972 | 451,440.00 | $ 451,440.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98067 | 428,527.50 | $ 428,527.50 | Claim letter dated 1/23/2009 | Post | POST |
| 96974 | 411,408.00 | $ 411,408.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97533 | 409,730.00 | $ 409,730.00 | Claim letters dated 2/11/2009 and 2/18/2009 | Post | POST |
| 96143 | 404,235.00 | $ 404,235.00 | Claim letter dated 1/29/2009 | Post | PRE |
| 96021 | 401,310.00 | $ 401,310.00 | Claim letter dated 1/29/2009 | Post | PRE |
| 98256 | 386,790.00 | $ 309,472.00 | Claim letter dated 2/10/2009 | Post | POST |
| 98255 | 380,810.00 | $ 304,648.00 | Claim letter dated 2/24/2009 | Post | POST |
| 97812 | 353,536.00 | $ 353,536.00 | Claim letter dated 1/26/2009 | Post | POST |
| 95612 | 350,000.00 | $ 350,000.00 | Claim letter dated 1/27/2009 | Post | POST |
| 95961 | 341,306.40 | $ 341,306.40 | Claim letter dated 1/23/2009 | Post | POST |
| 98026 | 285,384.00 | $ 285,384.00 | Claim letter dated 2/18/2009 | Post | POST |
| 98366 | 231,205.00 | $ 231,205.00 | Claim letter dated 2/3/2009 | Post | POST |
| 98588 | 217,834.00 | $ 217,834.00 | Claim letter dated 2/19/2009 | Post | POST |
| 94425 | 200,000.00 | $ 200,000.00 | Claim letter dated 11/25/2008 | Post | POST |
| 98461 | 150,058.50 | $ 150,058.50 | Claim letter dated 1/23/2009 | Post | POST |
| 97001 | 150,000.00 | $ 150,000.00 | Claim letter dated 1/26/2009 | Post | PRE |
| 98795 | 122,462.91 | $ 122,462.91 | Claim letter dated 3/9/2009 | Post | POST |
| 96759 | 112,766.40 | $ 112,766.40 | Claim letter dated 1/23/2009 | Post | POST |
| 90772 | 109,200.00 | $ 109,200.00 | VMA Chargeback finalized in VMA system on 11/3/2008, but no claim letter available, so unclear if or when CC claimed chargeback | Unknown | PRE |
| 97097 | 100,081.00 | $ 100,081.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98235 | 100,000.00 | $ 100,000.00 | Claim letter dated 1/28/2009 | Post | POST |
| 98137 | 99,645.00 | $ 99,645.00 | Claim letter dated 2/5/2009 | Post | POST |

| Column 1: Reference | Column 2: Net Receivable | Column 3: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 94904 | 95,875.00 | $ 95,875.00 | VMA Chargeback finalized in VMA system on 11/11/2008 | Post | PRE |
| 97956 | 95,040.00 | $ 95,040.00 | Claim letter dated 1/28/2009 | Post | POST |
| 97922 | 92,300.00 | $ 92,300.00 | Claim letter dated 1/29/2009 | Post | POST |
| 97206 | 87,735.00 | $ 87,735.00 | Claim letter dated 2/3/2009 | Post | POST |
| 97613 | 86,186.71 | $ 86,186.71 | Claim letter dated 1/26/2009 | Post | POST |
| 98157 | 79,061.45 | $ 79,061.45 | Claim letter dated 1/2/2009 | Post | PRE |
| 97638 | 75,712.00 | $ 75,712.00 | Claim letter dated 2/6/2009 | Post | POST |
| 96537 | 74,066.00 | $ 74,066.00 | Claim letter dated 12/8/2008 | Post | PRE |
| 98135 | 73,226.00 | $ 73,226.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98919 | 69,000.00 | $ 69,000.00 | VMA Chargeback finalized in VMA system on 4/8/2009 | Post | PRE |
| 96613 | 68,750.00 | $ 68,750.00 | Claim letter dated 2/10/2009 | Post | POST |
| 96247 | 68,343.12 | $ 159.00 | Claim letter dated 12/6/2008 | Post | POST |
| 98344 | 66,584.24 | $ 66,584.24 | Claim letter dated 2/5/2009 | Post | POST |
| 98059 | 61,560.99 | $ 61,560.99 | Claim letter dated 1/26/2009 | Post | POST |
| 96459 | 60,514.30 | $ 60,514.30 | Claim letter dated 1/23/2009 | Post | PRE |
| 95877 | 57,857.15 | $ 57,857.15 | Claim letter dated 12/17/2008 | Post | PRE |
| 97532 | 51,625.00 | $ 51,625.00 | Claim letter dated 2/6/2009 | Post | POST |
| 99065 | 51,076.86 | $ 51,076.86 | VMA Chargeback finalized in VMA system on 4/13/2009 | Post | POST |
| 97112 | 50,000.00 | $ 50,000.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98758 | 49,725.00 | $ 49,725.00 | Claim letter dated 2/6/2009 | Post | PRE |
| 96975 | 49,104.00 | $ 49,104.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98211 | 47,241.25 | $ 16,180.90 | VMA Chargeback finalized in VMA system on 1/23/2009 | Post | POST |
| 95719 | 42,459.50 | $ 42,459.50 | Claim letter dated 12/6/2008 | Post | POST |
| 95728 | 40,000.00 | $ 40,000.00 | Claim letter dated 12/6/2008 | Post | POST |
| 96126 | 40,000.00 | $ 6,579.00 | VMA Chargeback finalized in VMA system on 11/03/2008, but no claim letter available, so unclear if or when CC claimed chargeback | Unknown | PRE |
| 97845 | 40,000.00 | $ 16,385.00 | Claim letter dated 1/29/2009 | Post | POST |

| Column 1: Reference | Column 2: Net Receivable | Column 3: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 99068 | 39,304.89 | $ 39,304.89 | VMA Chargeback finalized in VMA system on 4/13/2009 | Post | POST |
| 96623 | 38,373.80 | $ 38,373.80 | Claim letter dated 1/26/2009 | Post | POST |
| 97813 | 37,040.00 | $ 37,040.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97856 | 34,930.00 | $ 34,930.00 | Claim letter dated 12/29/2008 | Post | PRE |
| 94814 | 30,000.00 | $ 30,000.00 | Claim letter dated 12/6/2008 | Post | POST |
| 97283 | 28,944.00 | $ 28,944.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97655 | 27,200.00 | $ 27,200.00 | Claim letter dated 2/6/2009 | Post | POST |
| 98328 | 25,057.80 | $ 25,057.80 | Claim letter dated 2/17/2009 | Post | POST |
| 97297 | 23,104.00 | $ 23,104.00 | Claim letter dated 1/30/2009 | Post | POST |
| 97951 | 22,256.29 | $ 22,256.29 | Claim letter dated 2/4/2009 | Post | POST |
| 96251 | 20,658.75 | $ 12,513.30 | VMA Chargeback finalized in VMA system on 1/23/2009 | Post | POST |
| 97658 | 20,620.50 | $ 20,620.50 | Claim letter dated 2/5/2009 | Post | POST |
| 99070 | 20,390.34 | $ 20,390.34 | VMA Chargeback finalized in VMA system on 4/13/2009 | Post | POST |
| 98078 | 20,000.00 | $ 20,000.00 | VMA Chargeback finalized in VMA system on 2/13/2009 | Post | POST |
| 97913 | 19,076.82 | $ 19,076.82 | Claim letter dated 1/26/2009 | Post | PRE |
| 96855 | 18,688.00 | $ 18,688.00 | Claim letter dated 1/14/2009 | Post | POST |
| 97500 | 17,434.18 | $ 17,434.18 | Claim letter dated 1/26/2009 | Post | POST |
| 98378 | 16,359.00 | $ 16,359.00 | Claim letter dated 2/17/2009 | Post | POST |
| 97825 | 15,691.22 | $ 15,691.22 | Claim letter dated 1/26/2009 | Post | POST |
| 98077 | 15,560.28 | $ 15,560.28 | Claim letter dated 1/23/2009 | Post | POST |
| 98386 | 15,000.00 | 15,000.00 | Claim letter dated 1/13/2009 | Post | PRE |
| 96718 | 14,548.50 | $ 14,548.50 | Claim letter dated 2/5/2009 | Post | POST |
| 98117 | 13,636.50 | $ 13,636.50 | Claim letter dated 2/18/2009 | Post | POST |
| 97391 | 12,792.00 | $ 12,792.00 | Claim letter dated 2/3/2009 | Post | POST |
| 98616 | 12,650.00 | $ 12,650.00 | Claim letter dated 2/4/2009 | Post | POST |
| 97298 | 12,342.40 | $ 12,342.40 | Claim letter dated 1/30/2009 | Post | POST |
| 98757 | 12,135.00 | $ 12,135.00 | Claim letter dated 2/6/2009 | Post | PRE |
| 98069 | 12,100.00 | $ 12,100.00 | Claim letter dated 2/3/2009 | Post | POST |
| 97953 | 11,938.01 | $ 11,938.01 | Claim letter dated 1/26/2009 | Post | PRE |
| 97572 | 11,125.00 | $ 11,125.00 | Claim letter dated 3/4/2009 | Post | POST |

| Column 1: Reference | Column 2: Net Receivable | Column 3: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 90774 | 10,800.00 | $ 10,800.00 | VMA Chargeback finalized in VMA system on 11/3/2008, but no claim letter available, so unclear if or when CC claimed chargeback | Unknown | PRE |
| 94340 | 10,407.96 | $ 10,407.96 | Claim letter dated 2/4/2009 | Post | PRE |
| 98275 | 10,000.00 | $ 10,000.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98182 | 9,842.90 | $ 9,842.90 | Claim letter dated 1/26/2009 | Post | POST |
| 96716 | 8,578.10 | $ 8,578.10 | Claim letter dated 2/5/2009 | Post | POST |
| 98330 | 8,557.60 | $ 8,557.60 | Claim letter dated 2/5/2009 | Post | POST |
| 98615 | 8,100.00 | $ 8,100.00 | Claim letter dated 2/17/2009 | Post | POST |
| 99067 | 7,973.10 | $ 7,973.10 | VMA Chargeback finalized in VMA system on 4/13/2009 | Post | POST |
| 96984 | 7,902.00 | $ 7,902.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97499 | 6,920.70 | $ 6,920.70 | Claim letter dated 1/26/2009 | Post | POST |
| 98756 | 6,765.00 | $ 6,765.00 | Claim letter dated 2/6/2009 | Post | POST |
| 93873 | 6,657.32 | $ 6,657.32 | Claim letter dated 1/23/2009 | Post | PRE |
| 96241 | 6,463.00 | $ 6,463.00 | Claim letter dated 12/6/2008 | Post | POST |
| 99069 | 6,093.35 | $ 6,093.35 | VMA Chargeback finalized in VMA system on 4/13/2009 | Post | POST |
| 98364 | 5,427.65 | $ 5,427.65 | Claim letter dated 1/26/2009 | Post | POST |
| 97932 | 5,280.61 | $ 5,280.61 | Claim letter dated 12/18/2008 | Post | POST |
| 96717 | 4,920.00 | $ 4,920.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98796 | 4,880.00 | $ 4,880.00 | Claim letter dated 3/9/2009 | Post | POST |
| 96688 | 4,605.60 | $ 4,605.60 | Claim letter dated 1/28/2009 | Post | POST |
| 98152 | 4,280.00 | $ 4,280.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97282 | 3,795.00 | $ 3,795.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98339 | 3,416.20 | $ 3,416.20 | Claim letter dated 1/26/2009 | Post | POST |
| 99071 | 3,182.93 | $ 3,182.93 | VMA Chargeback finalized in VMA system on 4/13/2009 | Post | POST |
| 98331 | 3,082.95 | $ 3,082.95 | Claim letter dated 1/26/2009 | Post | POST |
| 97721 | 2,694.40 | $ 2,694.40 | Claim letter dated 1/27/2009 | Post | POST |
| 96994 | 2,506.50 | $ 2,506.50 | Claim letter dated 2/6/2009 | Post | POST |
| 97639 | 1,925.00 | $ 1,925.00 | Claim letter dated 2/5/2009 | Post | PRE |

| Column 1: Reference | Column 2: Net Receivable | Column 3: Sony Lacks Sufficient Information to Determine Whether CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 95727 | 1,316.00 | $ 1,316.00 | VMA Chargeback finalized in VMA system on 11/2/2008, but no claim letter available, so unclear if or when CC claimed chargeback | Unknown | PRE |
| 97954 | 1,019.83 | $ 1,019.83 | Claim letter dated 3/10/2009 | Post | POST |
| 96719 | 840.00 | $ 840.00 | Claim letter dated 12/15/2008 | Post | PRE |
| 98420 | 540.00 | $ 540.00 | Claim letter dated 2/3/2009 | Post | POST |
| 98564 | 449.97 | $ 449.97 | Claim letter dated 2/9/2009 | Post | POST |
| 92636 | 237.00 | $ 237.00 | Claim letter dated 1/23/2009 | Post | POST |
| 92637 | 237.00 | $ 237.00 | Claim letter dated 1/26/2009 | Post | POST |
| 94053 | 221.00 | $ 221.00 | Claim letter dated 1/26/2009 | Post | POST |
| 94138 | (222,709.75) | $ (71,002.95) | VMA Chargeback finalized in VMA system on 8/29/2008, but no claim letter available, so unclear if or when CC claimed chargeback | Unknown | PRE |
| **TOTAL** | | **$ 13,109,657.03** | | | |