| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Sony Agrees CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 97769 | $ 7,409,870.00 | $ 7,409,870.00 | Claim letter dated 1/23/2009 | Post | POST |
| 97334 | $ 3,047,200.00 | $ 3,047,200.00 | Claim letter dated 1/23/2009 | Post | POST |
| 98809 | $ 2,770,294.44 | $ 2,770,294.44 | Claim letter dated 3/31/2009 | Post | POST |
| 98042 | $ 2,433,598.67 | $ 1,360,871.00 | Claim letter dated 12/29/2008 | Post | POST |
| 97924 | $ 2,402,010.00 | $ 2,402,010.00 | Claim letter dated 1/29/2009 | Post | POST |
| 97789 | $ 2,257,775.00 | $ 2,257,775.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98788 | $ 2,215,915.00 | $ 2,215,915.00 | Claim letter dated 3/5/2009 | Post | POST |
| 98808 | $ 1,840,000.00 | $ 1,840,000.00 | Claim letter dated 3/26/2009 | Post | POST |
| 98749 | $ 1,431,235.00 | $ 1,431,235.00 | Claim letter dated 2/18/2009 | Post | POST |
| 97118 | $ 1,210,202.50 | $ 1,210,202.50 | Claim letter dated  1/26/2009 | Post | POST |
| 97100 | $ 1,046,350.00 | $ 1,046,350.00 | Claim letter dated 1/23/2009 | Post | POST |
| 97927 | $ 863,460.00 | $ 863,460.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98792 | $ 724,680.00 | $ 724,680.00 | Claim letter dated 3/5/2009 | Post | POST |
| 96516 | $ 669,938.37 | $ 669,938.37 | Claim letter dated 1/26/2009 | Post | PRE |
| 98722 | $ 650,000.00 | $ 650,000.00 | Claim letter dated 2/10/2009 | Post | POST |
| 96517 | $ 647,500.00 | $ 147,500.00 | Claim letter dated 1/26/2009 | Post | PRE |
| 97666 | $ 635,869.50 | $ 477,365.00 | Claim letter dated 12/8/2008 | Post | POST |
|  | $ 572,740.00 | $ 492,063.00 | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| 97620 | $ 544,635.00 | $ 544,635.00 | Claim letter dated 1/23/2009 | Post | POST |
| 97815 | $ 537,850.00 | $ 450,008.00 | Claim letter dated 1/27/2009 | Post | POST |
| 97783 | $ 511,680.00 | $ 511,680.00 | Claim letter dated 1/23/2009 | Post | POST |
| 97784 | $ 500,000.00 | $ 500,000.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97621 | $ 459,940.00 | $ 459,940.00 | Claim letter dated 1/23/2009 | Post | POST |
| 97120 | $ 381,083.47 | $ 381,083.47 | Claim letter dated 1/26/2009 | Post | POST |
| 97710 | $ 362,307.84 | $ 362,307.84 | Claim letter dated 2/12/2009 | Post | POST |
| 97245 | $ 335,205.00 | $ 335,205.00 | Claim letter dated 1/23/2009 | Post | POST |
| 98054 | $ 294,840.00 | $ 294,840.00 | Claim letter dated 1/29/2009 | Post | POST |
| 97021 | $ 281,645.00 | $ 281,645.00 | Claim letter dated 12/02/2008 | Post | POST |
| 98791 | $ 266,310.00 | $ 266,310.00 | Claim letter dated 3/5/2009 | Post | POST |
| 97829 | $ 261,744.01 | $ 261,744.01 | Claim letter dated 12/15/2008 | Post | POST |
| 99061 | $ 246,746.95 | $ 246,746.95 | Claim letter dated 4/13/2009 | Post | POST |
| 97230 | $ 235,620.00 | $ 235,620.00 | Claim letter dated 1/23/2009 | Post | POST |
| 98804 | $ 230,608.30 | $ 230,608.30 | Claim letter dated 3/11/2009 | Post | POST |
| 96365 | $ 225,795.21 | $ 225,795.21 | Claim letter dated 2/6/2009 | Post | POST |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Sony Agrees CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
|  | $ 208,771.55 | $ 54,276.00 | Email from Altermatt to Farmer dated 3/20/2009, mentioning claims received 3/19/20009 | Post | POST |
| 97649 | $ 205,395.75 | $ 205,395.75 | Claim letter dated 12/5/2008 | Post | POST |
| 97250 | $ 205,205.00 | $ 53,885.00 | Claim letter dated 1/23/2009 | Post | POST |
| 98759 | $ 192,075.00 | $ 192,075.00 | Claim letter dated 2/6/2009 | Post | POST |
| 97791 | $ 190,320.00 | $ 190,320.00 | Claim letter dated 1/29/2009 | Post | POST |
| 96988 | $ 186,732.00 | $ 7,098.00 | Claim letter dated 11/18/2008 | Post | POST |
| 98144 | $ 173,940.00 | $ 173,940.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98401 | $ 171,421.71 | $ 171,421.71 | Claim letter dated 1/28/2009 | Post | POST |
| 98038 | $ 149,906.50 | $ 149,906.50 | Claim letter dated 12/29/2008 | Post | POST |
| 98268 | $ 143,800.00 | $ 115,040.00 | Claim letter dated 3/16/2009 | Post | POST |
| 97690 | $ 142,350.00 | $ 142,350.00 | Claim letter dated 1/23/2009 | Post | POST |
| 98614 | $ 136,000.00 | $ 136,000.00 | Claim letter dated 1/28/2009 | Post | PRE |
| 96628 | $ 123,407.90 | $ 123,407.90 | Claim letter dated 1/26/2009 | Post | POST |
| 97786 | $ 120,000.00 | $ 120,000.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97929 | $ 120,000.00 | $ 120,000.00 | Claim letter dated 1/27/2009 | Post | POST |
| 97128 | $ 111,468.00 | $ 111,468.00 | Claim letter dated  1/26/2009 | Post | POST |
| 98051 | $ 102,570.00 | $ 102,570.00 | Claim letter dated 1/23/2009 | Post | POST |
| 97126 | $ 95,920.00 | $ 95,920.00 | Claim letter dated 1/14/2009 | Post | POST |
| 96627 | $ 80,000.00 | $ 80,000.00 | Claim letter dated 1/9/2009 | Post | POST |
| 96408 | $ 79,624.68 | $ 79,624.68 | Claim letter dated 1/26/2009 | Post | POST |
| 96612 | $ 68,750.00 | $ 68,750.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98789 | $ 68,640.00 | $ 68,640.00 | Claim letter dated 3/5/2009 | Post | POST |
| 96247 | $ 68,343.12 | $ 68,184.12 | Claim letter dated 12/6/2008 | Post | POST |
| 98181 | $ 68,000.00 | $ 68,000.00 | Claim letter dated 2/6/2009 | Post | POST |
| 96404 | $ 63,419.54 | $ 63,419.54 | Claim letter dated 1/26/2009 | Post | POST |
| 97851 | $ 55,000.00 | $ 55,000.00 | Claim letter dated 1/29/2009 | Post | POST |
| 97826 | $ 53,673.35 | $ 53,673.35 | Claim letter dated 1/26/2009 | Post | POST |
| 98387 | $ 50,000.00 | $ 50,000.00 | Claim letter dated 1/13/2009 | Post | POST |
| 98387 | $ 50,000.00 | $ 50,000.00 | Claim letter dated 1/13/2009 | Post | POST |
| 98211 | $ 47,241.25 | $ 31,060.35 | VMA Chargeback finalized in VMA system on 1/23/2009 | Post | POST |
| 96407 | $ 47,182.82 | $ 47,182.82 | Claim letter dated 1/26/2009 | Post | POST |
| 96266 | $ 46,500.00 | $ 46,500.00 | Claim letter dated 12/06/2008 | Post | POST |
| 97605 | $ 45,553.20 | $ 45,553.20 | Claim letter dated 12/16/2008 | Post | POST |
| 97691 | $ 44,724.65 | $ 44,724.65 | Claim letter dated 1/23/2009 | Post | POST |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Sony Agrees CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 96402 | $ 43,327.10 | $ 43,327.10 | Claim letter dated 12/03/2008 | Post | POST |
| 98055 | $ 43,095.00 | $ 43,095.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98779 | $ 41,951.97 | $ 41,951.97 | Claim letter dated 2/25/2009 | Post | POST |
| 97686 | $ 40,859.50 | $ 40,859.50 | No vendor package available | Post | POST |
| 96629 | $ 40,000.00 | $ 40,000.00 | Claim letter dated 1/9/2009 | Post | POST |
| 97564 | $ 40,000.00 | $ 40,000.00 | Claim letter dated 1/28/2009 | Post | POST |
| 97845 | $ 40,000.00 | $ 23,615.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98146 | $ 38,790.00 | $ 38,790.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98058 | $ 36,980.14 | $ 36,980.14 | Claim letter dated 1/26/2009 | Post | POST |
| 98387 | $ 35,000.00 | $ 35,000.00 | Claim letter dated 1/13/2009 | Post | POST |
| 96409 | $ 34,671.33 | $ 34,671.33 | Claim letter dated 1/26/2009 | Post | POST |
| 97122 | $ 33,054.00 | $ 33,054.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97716 | $ 32,360.00 | $ 32,360.00 | Claim letter dated 1/26/2009 | Post | POST |
| 96993 | $ 30,100.00 | $ 30,100.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97536 | $ 30,000.00 | $ 30,000.00 | Claim letter dated 12/11/2008 | Post | POST |
| 97537 | $ 30,000.00 | $ 30,000.00 | Claim letter dated 1/9/2009 | Post | POST |
| 97624 | $ 26,325.00 | $ 26,325.00 | Claim letter dated 1/29/2009 | Post | POST |
| 97688 | $ 25,000.00 | $ 25,000.00 | Claim letter dated 12/16/2008 | Post | POST |
| 97292 | $ 23,430.00 | $ 23,430.00 | Claim letter dated 1/30/2009 | Post | POST |
| 98071 | $ 23,400.00 | $ 23,400.00 | Claim letter dated 1/29/2009 | Post | POST |
| 98403 | $ 22,656.15 | $ 22,656.15 | Claim letter dated 2/4/2009 | Post | POST |
| 97497 | $ 21,089.30 | $ 21,089.30 | Claim letter dated 12/26/2008 | Post | POST |
| 96251 | $ 20,658.75 | $ 8,145.45 | VMA Chargeback finalized in VMA system on 1/23/2009 | Post | POST |
| 97223 | $ 18,240.00 | $ 18,240.00 | Claim letter dated 1/22/2009 | Post | POST |
| 97808 | $ 16,984.00 | $ 16,984.00 | Claim letter dated 1/23/2009 | Post | POST |
| 98368 | $ 15,898.77 | $ 15,898.77 | VMA Chargeback finalized in VMA system on 1/8/2009 | Post | PRE |
| 97689 | $ 15,676.80 | $ 15,676.80 | Claim letter dated 12/26/2008 | Post | POST |
| 96578 | $ 15,302.00 | $ 15,302.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98375 | $ 15,000.00 | $ 15,000.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97947 | $ 14,950.00 | $ 14,950.00 | Claim letter dated 1/29/2009 | Post | POST |
| 96325 | $ 14,731.00 | $ 14,731.00 | Claim letter dated 1/26/2009 | Post | PRE |
| 96410 | $ 13,929.85 | $ 13,929.85 | Claim letter dated 1/26/2009 | Post | POST |
| 97349 | $ 13,400.11 | $ 13,400.11 | Claim letter dated 1/26/2009 | Post | POST |
| 96405 | $ 13,303.34 | $ 13,303.34 | Claim letter dated 1/26/2009 | Post | POST |
| 97834 | $ 12,820.00 | $ 12,820.00 | Claim letter dated 1/26/2009 | Post | POST |

| Column 1: REFERENCE | Column 2: Net Receivable | Column 3: Sony Agrees CC Met Program Requirements | Column 4: Basis for Assessing Pre/Post Status | Column 5: Accrued Pre/Post | Column 6: CC Pre/Post |
|---|---|---|---|---|---|
| 97722 | $ 12,300.00 | $ 12,300.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98234 | $ 12,000.00 | $ 12,000.00 | Claim letter dated 1/9/2009 | Post | POST |
| 98790 | $ 11,895.00 | $ 11,895.00 | Claim letter dated 3/5/2009 | Post | POST |
| 97568 | $ 11,440.00 | $ 11,440.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98314 | $ 10,500.00 | $ 10,500.00 | Claim letter dated 1/26/2009 | Post | POST |
| 96472 | $ 9,823.72 | $ 9,823.72 | Claim letter dated 1/26/2009 | Post | POST |
| 98721 | $ 8,536.00 | $ 8,536.00 | Claim letter dated 1/28/2009 | Post | POST |
| 97844 | $ 8,322.70 | $ 8,322.70 | Claim letter dated 12/26/2008 | Post | POST |
| 96461 | $ 8,291.00 | $ 8,291.00 | Claim letter dated 1/23/2009 | Post | PRE |
| 97358 | $ 8,060.00 | $ 8,060.00 | Claim letter dated 1/29/2009 | Post | POST |
| 97848 | $ 7,683.00 | $ 7,683.00 | Claim letter dated 1/26/2009 | Post | POST |
| 96591 | $ 7,680.00 | $ 7,680.00 | Claim letter dated 1/26/2009 | Post | POST |
| 95797 | $ 7,540.00 | $ 7,540.00 | Claim letter dated 12/03/2008 | Post | POST |
| 97208 | $ 7,500.00 | $ 7,500.00 | Claim letter dated 1/23/2009 | Post | POST |
| 96406 | $ 7,184.87 | $ 7,184.87 | Claim letter dated 1/26/2009 | Post | POST |
| 97952 | $ 7,138.81 | $ 7,138.81 | Claim letter dated 1/26/2009 | Post | POST |
| 97337 | $ 6,667.68 | $ 6,667.68 | Claim letter dated 1/26/2009 | Post | POST |
| 97921 | $ 5,850.00 | $ 5,850.00 | Claim letter dated 1/23/2009 | Post | POST |
| 97114 | $ 5,530.00 | $ 5,530.00 | Claim letter dated 1/26/2009 | Post | POST |
| 96987 | $ 5,000.00 | $ 5,000.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98586 | $ 5,000.00 | $ 5,000.00 | Claim letter dated 2/2/2009 | Post | POST |
| 98720 | $ 5,000.00 | $ 5,000.00 | Claim letter dated 1/30/2009 | Post | POST |
| 96097 | $ 4,668.00 | $ 4,668.00 | Claim letter dated 1/26/2009 | Post | POST |
| 96398 | $ 4,600.00 | $ 4,600.00 | Claim letter dated 2/6/2009 | Post | POST |
| 98142 | $ 3,510.00 | $ 3,510.00 | Claim letter dated 1/29/2009 | Post | POST |
| 96779 | $ 3,080.00 | $ 3,080.00 | Claim letter dated 1/28/2009 | Post | POST |
| 98123 | $ 2,750.00 | $ 2,750.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97957 | $ 2,655.00 | $ 2,655.00 | Claim letter dated 1/30/2009 | Post | POST |
| 98040 | $ 2,568.00 | $ 2,568.00 | Claim letter dated 1/26/2009 | Post | POST |
| 97226 | $ 2,304.00 | $ 2,304.00 | Claim letter dated 1/26/2009 | Post | POST |
| 98735 | $ 1,939.00 | $ 1,939.00 | Claim letter dated 2/6/2009 | Post | PRE |
| 98736 | $ 1,389.00 | $ 1,389.00 | Claim letter dated 2/6/2009 | Post | POST |
| 96981 | $ 1,310.02 | $ 1,310.02 | Claim letter dated 1/26/2009 | Post | POST |
| | | | | | |
| **TOTAL** | | **$ 40,904,086.27** | | | |