# EXHIBIT 7

98036

CCLT 030503

Vendor Management Administration                                                                                    Page 1 of 1

# Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 98036 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 179 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 12/24/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

http://vma.ccs.com/web/GlobalSearch.do                                                                                 1/26/2009



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA 23233-1464

01/26/2009

Sony Electronics Inc
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Sony Electronics Inc,

This is to confirm $214,472.00 committed by Leticia Bergin offered to Circuit City Stores Inc., effective 12/21/2008. These funds are for $68 TC on DCRSR45 for sales from 12/21-12/24 Sales News DI-08-75. Supporting details are attached.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due immediately and will be collected via check or wire from the vendor for chargeback# 98036.

All other terms and conditions remain the same.

Sincerely,


Ann Saulsbury

Vendor Management Administration | Page 1 of 2

**Status:** COMPLETED

| | |
|---|---|
| **Chargeback #:** | 98036 |
| **CR#:** | |
| **PA #:** | |
| **Vendor Name:** | SONY |
| **Committed By:** | Leticia Bergin |

**Vendor #:** 70932

**Mail To:**

| | | | |
|---|---|---|---|
| Address: | 300 Arboretum Way | Created By: | Scaggs, Jessica |
| | Suite 310 | Finalized By: | Lambert, Gregory |
| City: | Richmond | Finalized Date: | 01/26/2009 |
| State: | VA | Last Changed By: | Lambert, Gregory |
| Province/Region: | | Last Changed Date: | 01/26/2009 |
| Country: | United States | | |
| Zip: | 23236 | | |
| Attn To: | Sony Electronics Inc | | |
| Copy To: | | | |

**Buyer Name:** Ann Saulsbury

**Funding Description:** $68 TC on DCRSR45 for sales from 12/21-12/24 Sales News DI-08-75

**Based On:** Sales

**Is There A Threshold ?** N

**Sales For:**

| Class | Brand | Model | Amount Per Unit | Class Description |
|---|---|---|---|---|
| 179 | SON | DCRSR45 | $68.00 | CAMCORDER |

**Gross Sales or Net Sales ?** Net Sales
**Sales Based On:** Written
**Start Date:** 12/21/2008
**End Date:** 12/24/2008
**Billing Frequency:** Immediate
**Payment How:** Deduct from AP balance
**Vendor Payment Due Days:** 0
**Allocation On:** Amount

**Allocation:**

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| CES | Instant Rebate (POS) | 179 | SON | $214,472.00 | 100.0 |

**Comments:** split to account for increase in credit from Sony on 12/19 from 98033

http://vma.ccs.com/web/viewCB.do?method=viewCB   1/26/2009

CCLT 030506

Vendor Management Administration                                                                Page 2 of 2

**Sales Details:**

**Item Details**

| Class | Brand | Model   | Quantity | Amount Per Unit | Chargeback Amount |
|-------|-------|---------|----------|-----------------|-------------------|
| 179   | SON   | DCRSR45 | 3,154    | $68.00          | $214,472.00       |
| **Total** | | | **3,154** | | **$214,472.00** |

**Workflow Comments:**

http://vma.ccs.com/web/viewCB.do?method=viewCB                                                  1/26/2009

CCLT 030507

Vendor Management Administration                                       Page 1 of 1

| | |
|---|---|
| **Chargeback #:** | 98036 |
| **Vendor #:** | 70932 |
| **Vendor Name:** | SONY |
| **Sales Start Date:** | 12/21/2008 |
| **Sales End Date:** | 12/24/2008 |

**Sales Details:**

**Item Details**

| Class | Brand | Model | Quantity | Amount Per Unit | Chargeback Amount |
|---|---|---|---|---|---|
| 179 | SON | DCRSR45 | 3,154 | $68.00 | $214,472.00 |
| **Total** | | | **3,154** | | **$214,472.00** |

CCLT 030508

 Jessica Scaggs
12/30/2008 01:54 PM

To: VMA Chargeback Request@Circuit City, Christi Fecteau/Accounting/Circuit City@CIRCUIT CITY
cc: Ann Saulsbury/MDSE/Circuit City@Circuit City
Subject: Fw: SR45 Support

Please use in support of CBs 98036 and 98146.

Thanks!

Jessica Scaggs
Associate Buyer - Imaging
Circuit City Stores, Inc.
(804) 486-4393
jessica_scaggs@circuitcity.com

----- Forwarded by Jessica Scaggs/MDSE/Circuit City on 12/30/2008 01:50 PM -----

 "Bergin, Leticia"
<leticia.bergin@am.sony.com>

12/23/2008 03:33 PM

To <Jessica_Scaggs@circuitcity.com>
cc <Ann_Saulsbury@circuitcity.com>
Subject RE: SR45 Support


Jessica & Ann
I realized I was incorrect on below message regarding the funding.

Incremental $30 Trailing Credit is effective 12/21 through 12/28

Sales News $38 Trailing Credit ends on 12/24

This means the $30 + $38 = $68 is only effective 12/21 through 12/24.

I apologize for the error.
Tish


Tish Bergin
National Account Manager
804-267-2610 office
804-687-2898 mobile

**From:** Bergin, Leticia
**Sent:** Tuesday, December 23, 2008 2:14 PM
**To:** Jessica_Scaggs@circuitcity.com
**Cc:** Ann_Saulsbury@circuitcity.com
**Subject:** RE: SR45 Support

Jessica
The support is for 12/21 through 12/28 as the promotion was not executed until 12/21. If I am wrong, and the promotion started 12/19, please let me know as soon as you can so I can get approval and fix the paperwork.
The amount is correct:

CCLT 030509

$38 per Sales News + $30 per this email string
Thank you
Tish

**Tish Bergin**
**National Account Manager**
**804-267-2610 office**
**804-687-2898 mobile**

**From:** Jessica_Scaggs@circuitcity.com [mailto:Jessica_Scaggs@circuitcity.com]
**Sent:** Tuesday, December 23, 2008 10:06 AM
**To:** Bergin, Leticia
**Cc:** Ann_Saulsbury@circuitcity.com
**Subject:** Fw: SR45 Support

Tish,

Let me just clarify for my sake that I have this correct. From 12/19-12/28 Sony will support a $68 (original $38 TC + $30 TC).

Please confirm.

Thanks!

Jessica Scaggs
Associate Buyer - Imaging
Circuit City Stores, Inc.
(804) 486-4393
jessica_scaggs@circuitcity.com

----- Forwarded by Jessica Scaggs/MDSE/Circuit City on 12/23/2008 10:01 AM -----

| | | |
|---|---|---|
| Ann Saulsbury/MDSE/Circuit City | To | "Bergin, Leticia" <leticia.bergin@am.sony.com> |
| | cc | Tiffany Emory/MDSE/Circuit City@Circuit City, Jessica Scaggs/MDSE/Circuit City@Circuit City, Kellee Taylor/CCDirect/Circuit City@Circuit City |
| 12/22/2008 05:21 PM | Subject | Re: FW: SR45 Support Link |

Accepted.

Thanks,

Tiffany, please extend the UNA.

CCLT 030510

Jessica, FYI for chargebacks.

Kellee, FYI.

Ann Saulsbury
Senior Buyer – Imaging
Circuit City Stores Inc.
9950 Mayland Drive
Richmond, VA 23233
804.486.3660

"Bergin, Leticia" <leticia.bergin@am.sony.com>

12/22/2008 05:04 PM

To <Ann_Saulsbury@circuitcity.com>
cc
Subject FW: SR45 Support

Ann
The below SR45 support is extended through 12/28.
Please contact us if you have any questions.
Please confirm your acceptance of the support.
Thank you
Tish

**Tish Bergin**
**National Account Manager**
804-267-2610 office
804-687-2898 mobile

**From:** Bergin, Leticia
**Sent:** Friday, December 19, 2008 5:26 PM
**To:** Ann_Saulsbury@circuitcity.com
**Cc:** O'Brien, Sean
**Subject:** SR45 Support

Ann
Per our conversation, Sony will support $30TC on the SR45 (in stores and on line) in addition to the current SP3 program, effective today through 12/24.
Please use strike through pricing on .com and show the final retail price in cart and not on the landing page.
Sony understands that it is most likely not possible to implement until Sunday.

CCLT 030511

Please contact us if you have any questions.
Thank you for your support.
Tish

=============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

CCLT 030512