# EXHIBIT 9

97814

CCLT 030218

Vendor Management Administration                                    Page 1 of 1

# Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97814 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 389 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 12/27/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

http://vma.ccs.com/web/GlobalSearch.do                              1/26/2009



Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233-1464

01/26/2009

Leticia Bergin
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Leticia Bergin,

This is to confirm $202,560.00 committed by Leticia Bergin offered to Circuit City Stores Inc., effective 12/21/2008. These funds are for 12/21-12/27. Supporting details are attached.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due by 01/26/2009 and will be collected via Check from vendor for chargeback # 97814.

All other terms and conditions remain the same.

Sincerely,

Timothy Hague

CCLT 030220

|  |  |  |  |
|---|---|---|---|
| | | Status: | COMPLETED |
| Chargeback #: | 97814 | | |
| CR#: | | | |
| PA #: | | | |
| Vendor Name: | SONY | Vendor #: | 70932 |
| Committed By: | Leticia Bergin | | |
| Mail To: | | | |
| Address: | 300 Arboretum Way | Created By: | Gozza, Courtney |
| | Suite 310 | Finalized By: | Fecteau, Christi |
| City: | Richmond | Finalized Date: | 01/26/2009 |
| State: | VA | Last Changed By: | Fecteau, Christi |
| Province/Region: | | Last Changed Date: | 01/26/2009 |
| Country: | United States | | |
| Zip: | 23236 | | |
| Attn To: | Leticia Bergin | | |
| Copy To: | | | |
| Buyer Name: | Timothy Hague | | |
| Funding Description: | for 12/21-12/27 | | |
| Based On: | Sales | | |
| Is There A Threshold ? | N | | |

Sales For:

| Class | Brand | Model | Amount Per Unit | Class Description |
|---|---|---|---|---|
| 389 | SON | DSCT700N | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT700R | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT77P | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT700P | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT77T | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT77 | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT77B | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT77G | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT700H | $40.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCT700 | $40.00 | DIG PNT&SHT CAMERAS |

| | |
|---|---|
| Gross Sales or Net Sales ? | Net Sales |
| Sales Based On: | Written |
| Start Date: | 12/21/2008 |
| End Date: | 12/27/2008 |
| Billing Frequency: | Immediate |
| Payment How: | Check from vendor |
| Vendor Payment Due Days: | 0 |
| Allocation On: | Amount |

Allocation:

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| CES | Instant Rebate (POS) | 389 | SON | $202,560.00 | 100.00 |

Comments: I had to make a separate CB for these models for this timeframe because their support value changes from week to week. Estimated funding $202,560.

Sales Details:

Item Details

| Class | Brand | Model | Quantity | Amount Per Unit | Chargeback Amount |
|---|---|---|---|---|---|
| 389 | SON | DSCT700R | 24 | $40.00 | $960.00 |
| 389 | SON | DSCT77T | 33 | $40.00 | $1,320.00 |
| 389 | SON | DSCT77G | 50 | $40.00 | $2,000.00 |
| 389 | SON | DSCT700H | 20 | $40.00 | $800.00 |

CCLT 030221

Vendor Management Administration                                                                 Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| 389 | SON | DSCT700P | 48 | $40.00 | $1,920.00 |
| 389 | SON | DSCT700N | 10 | $40.00 | $400.00 |
| 389 | SON | DSCT77 | 6 | $40.00 | $240.00 |
| 389 | SON | DSCT700 | 46 | $40.00 | $1,840.00 |
| 389 | SON | DSCT77B | 4,717 | $40.00 | $188,680.00 |
| 389 | SON | DSCT77P | 110 | $40.00 | $4,400.00 |
| Total | | | 5,064 | | $202,560.00 |

**Workflow Comments:**

Vendor Management Administration                                Page 1 of 1

**Chargeback #:**      97814
**Vendor #:**          70932
**Vendor Name:**       SONY
**Sales Start Date:**  12/21/2008
**Sales End Date:**    12/27/2008

**Sales Details:**

**Item Details**

| Class | Brand | Model    | Quantity | Amount Per Unit | Chargeback Amount |
|-------|-------|----------|---------:|----------------:|------------------:|
| 389   | SON   | DSCT700R | 24       | $40.00          | $960.00           |
| 389   | SON   | DSCT77T  | 33       | $40.00          | $1,320.00         |
| 389   | SON   | DSCT77G  | 50       | $40.00          | $2,000.00         |
| 389   | SON   | DSCT700H | 20       | $40.00          | $800.00           |
| 389   | SON   | DSCT700P | 48       | $40.00          | $1,920.00         |
| 389   | SON   | DSCT700N | 10       | $40.00          | $400.00           |
| 389   | SON   | DSCT77   | 6        | $40.00          | $240.00           |
| 389   | SON   | DSCT700  | 46       | $40.00          | $1,840.00         |
| 389   | SON   | DSCT77B  | 4,717    | $40.00          | $188,680.00       |
| 389   | SON   | DSCT77P  | 110      | $40.00          | $4,400.00         |
| **Total** | | |        5,064    |                 | **$202,560.00**   |

http://vma.ccs.com/web/GlobalSearch.do                                      1/26/2009

CCLT 030223

# DSC Holiday IR Plan

**SONY**

## Instant Rebates

| Model | SPPG before T.C. | SP3 PROGRAM | | | | | | % OFF SP3 PROGRAM | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16-Nov | 23-Nov | 30-Nov | 7-Dec | 14-Dec | 21-Dec | 28-Dec | 4-Jan | 11-Jan | 18-Jan | 25-Jan |
| FSI | | | | | | | | | | | | |
| S750 | $129.99 | $20 | | $20 | $20 | | | $20 | $20 | | | |
| W120 | $179.99 | | $50 | | $50 | | | | | | | |
| w150 | $229.99 | $50 | | $50 | $50 | | | $20 | | | | |
| w170 | $249.99 | | | $20 | $20 | $20 | $20 | | | | | |
| H10 | $279.99 | | featured in FSI - no IR | $50 | $50 | $50 | $50 | | | | | |
| H50 | $379.99 | | | $50 | $50 | $50 | $50 | | | | | |
| T77 | $299.99 | | | | $20 | $20 | $50 | | | | | |
| T700 | $399.99 | | featured in FSI - no IR | | $20 | $20 | $50 | | | | | |

## Trailing Credit

| Model | SPPG before T.C. | SP3 PROGRAM | | | | | | % OFF SP3 PROGRAM | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16-Nov | 23-Nov | 30-Nov | 7-Dec | 14-Dec | 21-Dec | 28-Dec | 4-Jan | 11-Jan | 18-Jan | 25-Jan |
| FSI | | | | | | | | | | | | |
| S750 | $129.99 | $16 | | $16 | $16 | | | $16 | $16 | | | |
| W120 | $179.99 | | $40 | | $40 | $24 | $24 | | | | | |
| w150 | $229.99 | $40 | | $40 | $40 | $48 | $48 | | | | | |
| w170 | $249.99 | | | | $16 | $64 | $64 | | | | | |
| H10 | $279.99 | | featured in FSI - no IR | $40 | $40 | $16 | $16 | | | | | |
| H50 | $379.99 | | | $40 | $40 | $40 | $40 | $16 | $16 | $40 | $40 | |
| T77 | $299.99 | | | $0 | $16 | $40 | $40 | | | $40 | $40 | |
| T700 | $399.99 | | featured in FSI - no IR | $0 | $16 | $16 | $40 | | | | | |

CCLT 030224