# EXHIBIT 17

**MEMO**

| To | "Greg Lambert/Circuit City" <Greg_Lambert@circuitcity.com> |
|---|---|
| Cc | |
| Bcc | |
| From | "Dorey, Marie" <Marie.Dorey@am.sony.com> |
| Date | 2/24/2009 1:32:37 PM +00:00 |
| Subject | CB's |
| Attachments | |

Hi

Per our Nat'l acct mgr, Patrick McAskin, the following cb's are determined to be Not Valid:

CB#97915  -   $75,000.00 - Endcap never set in stores
CB#97607  -   $92,142.85 -endcap commitment not met
CB#96847  -   $212,000.00 - did not meet VIR requirements
CB#98653  -   $66,395.18 - display allow not met

Please cancel these  cb's.

thanks,

Marie J. Dorey
Senior Customer Support  Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email:  Marie.dorey@am.sony.com