# EXHIBIT 18

97915

CCLT 030337

Vendor Management Administration                                                Page 1 of 1

# Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97915 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 375,591 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 01/19/2009 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

CCLT 030338



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA 23233-1464

01/28/2009

Patrick McAskin
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Patrick McAskin,

This is to confirm $75,000.00 committed by Patrick McAskin offered to Circuit City Stores Inc., effective 01/19/2009. These funds are for Funding for Sony Media Endcap January - April Strike Zone.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due immediately and will be collected via check or wire from the vendor for chargeback # 97915.

All other terms and conditions remain the same.

Sincerely,

James Terry

CCLT 030339

Vendor Management Administration                                                Page 1 of 1

                                                                    **Status:**  COMPLETED

| | |
|---|---|
| **Chargeback #:** | 97915 |
| **CR#:** | |
| **PA #:** | |
| **Vendor Name:** | SONY |
| **Committed By:** | Patrick McAskin |

| | | | | |
|---|---|---|---|---|
| **Mail To:** | **Address:** | 300 Arboretum Way | **Created By:** | Terry, James |
| | | Suite 310 | **Finalized By:** | Lambert, Gregory |
| | **City:** | Richmond | **Finalized Date:** | 01/28/2009 |
| | **State:** | VA | **Last Changed By:** | Lambert, Gregory |
| | **Province/Region:** | | **Last Changed Date:** | 01/28/2009 |
| | **Country:** | United States | | |
| | **Zip:** | 23236 | | |
| | **Attn To:** | Patrick McAskin | | |
| | **Copy To:** | | | |

**Vendor #:** 70932

| | |
|---|---|
| **Buyer Name:** | James Terry |
| **Funding Description:** | Funding for Sony Media Endcap January - April Strike Zone |
| **Based On:** | Lump Sum |
| **Effective Date:** | 01/19/2009 |
| **Funding Amount:** | $75,000.00 |
| **Billing Frequency:** | Immediate |
| **Payment How:** | Deduct from AP balance |
| **Vendor Payment Due Days:** | 0 |
| **Allocation On:** | Amount |

**Allocation:**

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| CES | Market Development Funds | 375 | SON | $37,500.00 | 50.00 |
| CES | Market Development Funds | 591 | SON | $37,500.00 | 50.00 |

**Comments:** Funding for placement of january strike zone endcap

**Workflow Comments:**

http://vma.ccs.com/web/viewCB.do?method=viewCB                                  1/28/2009

CCLT 030340

**James Terry**
12/18/2008 11:07 AM

To: VMA Chargeback Request@Circuit City
cc:
Subject: CB 97645

James Terry
Buyer - PC Solutions
804-486-6334

----- Forwarded by James Terry/MDSE/Circuit City on 12/18/2008 11:07 AM -----

"McAskin, Patrick"
<Patrick.McAskin@am.sony.com>

10/06/2008 04:09 PM

To <James_Terry@circuitcity.com>
cc
Subject RE: Media & Content Endcap

James,

I tried you at the office but no luck. I'm traveling the next three days. If you need anything please send me an email or give me a call on my cell (773-383-6011).

Thanks,
Patrick

From: James_Terry@circuitcity.com [mailto:James_Terry@circuitcity.com]
Sent: Monday, October 06, 2008 8:23 AM
To: McAskin, Patrick
Cc: van der Veer, Mitzi; Nikeeia_Harris@circuitcity.com; Rob_McGinnis@circuitcity.com
Subject: RE: Media & Content Endcap

Thank you Patick. We will catch up on Monday

James Terry
Buyer - PC Solutions
804-486-6334

CCLT 030341

"McAskin, Patrick" <Patrick.McAskin@am.sony.com>

10/03/2008 04:08 PM

To <James_Terry@circuitcity.com>
cc <Nikeela_Harris@circuitcity.com>, <Rob_McGinnis@circuitcity.com>, "van der Veer, Mitzi" <Meta.vanderVeer@am.sony.com>
Subject RE: Media & Content Endcap

James,

Sony can commit to providing $75K incremental MDF to support the media + content endcap.  Let's touch base on Monday to discuss our next steps.

Thanks,
Patrick

---

**From:** James_Terry@circuitcity.com [mailto:James_Terry@circuitcity.com]
**Sent:** Friday, October 03, 2008 9:39 AM
**To:** McAskin, Patrick
**Cc:** Nikeela_Harris@circuitcity.com; Rob_McGinnis@circuitcity.com
**Subject:** RE: Media & Content Endcap

I understand that Elliot and Sean spoke about this earlier this week and that Elliot endorsed it.  Great news!  We still have a few things we need to seal up as we move down the road.  First, the issue of funding.  We mentioned below that endcap funding runs $150K.  Were you able to secure this?  Second, the content on the flash drives.  I need to see a complete list of what we can access to make a decision on the content.  That may ultimately drive the graphics of this thing.  Since the media piece is a Adam Sandler movie, is there a way to make this a Sandler themed endcap?

Will you be over here next week at some point so we can all sit down and get back on the same page again and plan our next steps?

CCLT 030342

Patrick -

I saw you tried to call on my cell. I am working a small fire drill right now and I will give you a call shortly.

James Terry
Buyer - PC Solutions
804-486-6334

"McAskin, Patrick" <Patrick.McAskin@am.sony.com>

09/26/2008 01:12 PM

To <James_Terry@circuitcity.com>
cc <Rob_McGinnis@circuitcity.com>, <Nikeeia_Harris@circuitcity.com>
Subject RE: Media & Content Endcap

James,

Thanks for getting back to me. I will inform my team of the delay you've encountered on your end.

I also wanted to let you know that I've requested that Sean address this topic with Elliott at his next meeting due to the upfront investment on Sony's side. I believe his next meeting is planned for next week.

Thanks Again,
Patrick

CCLT 030343

**From:** James_Terry@circuitcity.com [mailto:James_Terry@circuitcity.com]
**Sent:** Friday, September 26, 2008 11:32 AM
**To:** McAskin, Patrick
**Cc:** Rob_McGinnis@circuitcity.com; Nikeeia_Harris@circuitcity.com
**Subject:** Media & Content Endcap

Partick -

Rob, Nikeeia, and I have had a chance to go over this concept. While we like the overall idea, there are several concerns. First and foremost, we can not commit today. The endcap/shipper approval process does not even begin for January until mid-October. We need to speak with Elliot when he returns from Asia next week to see if we can get his approval up front. In addition to this, the lack of funding is presenting a problem. Endcaps or shippers of this type usually run about $150K. That is an issue we need to work through as a group. Finally, we need to come to consensus on the artwork and content but this can be worked out as the other things fall in place.

Once we have a chance to catch up with Elliot and get his buy-in then we can give the approval back to you. With Monday being his first day back and with everything else that already happens on a Monday, it will likely be Tuesday or Wednesday before we can get back to you.

James Terry
Buyer - PC Solutions
804-486-6334

==============================================
The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.
==============================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System

CCLT 030344

Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

==================================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

CCLT 030345