# EXHIBIT 19

PRODUCED IN NATIVE FORMAT

CCLT00101511

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 98773 | 70932 | SONY --- NOV08 | 42,857.14 | 42,857.14 | Full | for Sony's support of the DAVHDX576 on a Home Entertainment Endcap from 11/10/2008 through business liquidation. (Remaining funding is on chargeback 95877.) | Claim is not Valid. Endcap Support DAVHDX576WF: Circuit did not maintain the endcap throughout the entire year | |
| 97915 | 70932 | SONY --- NOV08 | 75,000.00 | 75,000.00 | Full | Funding for Sony Media Endcap January - April Strike Zone | Endcap never set in stores | |
| 97607 | 70932 | SONY --- NOV08 | 92,142.85 | 92,142.85 | Full | for Sony's support of the DAVHDX576 on a Home Entertainment Endcap 11/10/2008 through 3/31/09. Remaining funding is on chargeback 95877. | Endcap commitment not met | |
| 96847 | 70932 | SONY --- NOV08 | 212,000.00 | 212,000.00 | Full | Sony to fund $265,000 if purchases from April 2008-March 2009 exceed $53,000,000; Collected $53,000 since met first half target of $23,850,000, this CB is for the remaining $212,000 | did not meet VIR requirements | |
| 98653 | 70932 | SONY --- NOV08 | 66,395.18 | 66,395.18 | Full | Display Allowance for the BDPS350 50% of cost $229.94 in 1155 (divide by 2 since double displayed, 577.5 stores) for $66,395.18 | display allow not met | |
| 97100 | 70932 | SONY --- NOV08 | 1,046,350.00 | 1,569,525.00 | Partial | $85 per unit sold incremental to current buy down of $42.50 for a total of $127.50 | Our records show the allowance should be $127.50 not $85.00. Therefore, this claim should be for a total of $1,569,525.00 (12,310 X $127.50) | Skip is reaching out to Ed. Myke remembers that the IR increased for Black Friday, but that Ed and Dave Tuttle worked out a second CB to bring from $85 to $127.50 |
| 97692 | 70932 | SONY --- NOV08 | 262,275.00 | 266,310.00 | Partial | $325 credit per bundle sold of SON KDL46Z4100 with a SON BDPS350 AND SON HTSS2300 12/7 - 12/13 | Claim should actually be for total of $266,310.00 - you are claiming $325. per bundle; should actually be for $330. | Charlie is looking in Sony documents |
| 97623 | 70932 | SONY --- NOV08 | 713,700.00 | 724,680.00 | Partial | $325 credit per bundle sold of SON KDL40W4100 or SON KDL46W4100 with a SON BDPS350 AND SON HTSS2300 from 12/7/08 to 12/13/08 | Claim should actually be for total of $724,680.00 - you are claiming $325. per bundle; should actually be for $330. | Charlie is looking in Sony documents |
| 97702 | 71184 | SEGA | 7,739.46 | 7,739.46 | Full | covers Nov 10- Nov 30 08 FOB origin chargebacks. | Micheal Kacz from Sony is following up with his finance dept. | |
| 98429 | 71055 | AUDIOVOX --- NOV08 | 10,717.98 | 9,686.03 | Partial | price protection | CCS is entitled to credit on 189 units. Per e-mail dated 01/12/09 from Jessica Scaggs - "to cover any receipts we got 12/1 forward." You only received this 1 order after 12/1 | |
| 97920 | 70932 | SONY --- NOV08 | 2,555,020.00 | 1,123,785.00 | Partial | per unit support for sales between 12/21/2008 and 12/27/2008 on the SON KDL40W4100 ($130/UNIT) AND SON KDL52W4100 ($390/UNIT). DO NOT APPORVE PER CH AT 1/23/09 | Model KDL52W4100, you have allowance @ $390.00 per pc; the allowance should only be for $195.00. Pls review and adjust this claim to $1,431,235.00 | Chargeback was voided on 02/04/2009 |
| 98760 | 70869 | SOUTHPEAK INTERACT | 1,792.00 | 1,792.00 | Full | $16 BER on Mushroom Men for Wii in ad 1/18 | Currently Circuit City has $85,691.52 is past due invoices. These are invoices that were past due 12/23, 1/08, and 1/23. Due to the vendor/customer agreement, MDF is not valid if the account is past due. | |
| 96546 | 70854 | PURE DIGITAL TECHNO | 67,928.78 | 67,928.78 | Full | 2% BOR for FY09 in exchange for not sending back any returns 3/1-11/9 | Claim 96546 is pre-petition and CC will NOT be receiving any payment on this claim. This claim will be added to Pure Digital's Chapter 11 claim against Circuit City and shall be deducted from any distribution in the case. | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 97741 | 70932 | SONY --- NOV08 | 71,476.31 | 71,476.31 | Full | December MDF Funding - $3,573,815.58 in receivings x 2% MDF = $71,476.31 | There was no agreement towards the application of funds. In addition, there was a letter sent to CC stating no more MDF would be paid for Camcorders as the yearly performance was significantly lower than the yearly minimum threshold. Also, the 2% MDF accrual is a maximum and not a guarantee or an entitled program. | Elliot says this is a valid Chargeback. |
| 91629 | 70727 | MITSUBISHI DIGITAL EL | 55,000.00 | 55,000.00 | Full | $55,000 for environ placement of 148 series. | Charlie, The items that have been approved, per their completion in all stores, were the LT-52149/LT-46149 and LT-52148 in the two Environ spaces. As we know only the first phase of the 149 series Environ has been executed to any great degree to date. The 52148 has never materialized even though I had agreed to a credit based on this being executed by 11/1. I do not believe that any of the other issues that were being discussed have been executed either. There should be no further credits expected. Ric | |
| 98691 | 70954 | MITSUBISHI DIGITAL EL | 839,507.00 | 839,507.00 | Full | Display allowance for Fiscal 09 products. 35% on all displayed models. | My notes from December meetings indicated that the following was the display count for our DLP product. WD-60735 - 532 stores - chargeback quantity is 646.  WD-65735 - 532 stores - chargeback quantity is 677.  WD-73735 - 374 stores - chargeback quantity is 488. | |
| 98372 | 71066 | FUJI PHOTO FILM USA | 118,923.50 | 8,653.00 | Partial | 5% trailing credit for purchases | On DM 98372 totaling $118,923.50, Fuji will apply a credit to your post petition account in the amount of $112,070.50. This will then reflect the $118,923.50 less the air freight charges of $6853.00 which Circuit City requested for the product to arrive next day. | |
| 97313 | 70949 | SANDISK CORPORATIO | 81,666.66 | 81,666.66 | Full | Lump sum MDF funding for third quarter | Please see the emails and attachment below. Sandisk is denying this chargeback and requesting repayment.  They are claiming that we are not entitled to this funding initially because they did not have an agreement in place with us post-petition. After reading through the emails they provided in the attachment, this denial could also relate to CCS bringing in Lexar and violating the exclusivity agreement. | |
| 98067 | 70932 | SONY --- NOV08 | 428,527.50 | 428,527.50 | Full | $127.50 from 11/30 - 12/2 see support for 97100 | This claim is showing an end date to program as 12/2/08; according to the sales manager, the end date for this program was 12/1/08 and that this information was communicated to CC. | Myke asked Charlie to talk to Greg about this CB |
| 97652 | 71147 | EYE-FI, INC --- NOV08 | 12,810.00 | 12,810.00 | Full | 12/7/08 - 1/3/09 promotion on the EYEFI2GBB | In the timeframe mentioned, 12/7/08 - 1/3/09 Circuit sold 406 units total. The invoice is for 854, or more than double.  As long as this discrepancy is not resolved, we can not authorize any payment. Vendor is trying to match to EDI reports | |
| 97313 | 70949 | SANDISK CORPORATIO | 81,666.66 | 81,666.66 | Full | Lump sum MDF funding for third quarter | SanDisk never agreed to provide MDF funding post-filing. | |
| 92701 | 773 | OMNIMOUNT SYSTEMS | 25,000.00 | $25,000.00 | Full | HDX 15x15 Booth Funding | Part of Bankruptcy.  No check will be issued | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 94646 | 773 | OMNIMOUNT SYSTEMS | 52.18 | $52.18 | Full | Travel expenses to the CEDIA Tradeshow. This chargeback covers parking and meals. | Part of Bankruptcy. No check will be issued | |
| 95554 | 773 | OMNIMOUNT SYSTEMS | 61,616.22 | $61,616.22 | Full | FY'09 Q2 VIR June, July, Aug | Denied, no agreement was signed for these funds | |
| 95716 | 773 | OMNIMOUNT SYSTEMS | 5,187.00 | $5,187.00 | Full | OMS Power55 Display Project. | Denied, no agreement for credit, Circuit was sent Free Goods | |
| 96008 | 71159 | OMNIMOUNT SYSTEMS | 40,748.20 | $40,748.20 | Full | FY'09 Display Allowance | Denied, no agreement was signed for these funds | |
| 96906 | 773 | OMNIMOUNT SYSTEMS | 69,579.15 | $69,579.15 | Full | FY09 Q3 Ending 11/9 | Denied, no agreement was signed for these funds | |
| 98309 | 71159 | OMNIMOUNT SYSTEMS | 5,335.36 | $5,335.36 | Full | Q4 VIR Based on purchases of $225,056.79 | Part of Bankruptcy, no check will be issued | |
| 91057 | 773 | OMNIMOUNT SYSTEMS | 11,483.49 | $11,483.49 | Full | FY'09 Mar/Apr. VIR Q1 | Denied, no agreement was signed for these funds. Sent expired agreement as back up. | |
| 92428 | 70105 | WARNER HOME VIDEO | 4,890.90 | 4,890.90 | Full | 7/1/08-7/31/08 "John Adams" Positioned Catalog | Claims have no commitment numbers | |
| 93137 | 70105 | WARNER HOME VIDEO | 72,725.04 | 72,725.04 | Full | 8/24/08-8/30/08 POS | Claims have no commitment numbers | |
| 93581 | 70105 | WARNER HOME VIDEO | 1,874.16 | 1,874.16 | Full | 8/1/08-8/14/08 Positioned Catalog (John Adams) | Claims have no commitment numbers | |
| 93584 | 70105 | WARNER HOME VIDEO | 2,084.00 | 2,084.00 | Full | 8/3/08-8/16/08 Warner DHL Program (Flight of the Conchords Season 1) | Claims have no commitment numbers | |
| 93635 | 70105 | WARNER HOME VIDEO | 11,015.30 | 11,015.30 | Full | 8/31/08-9/6/08 POS (Fall Blitz) | Claims have no commitment numbers | |
| 90354 | 70105 | WARNER HOME VIDEO | 2,349.06 | 2,349.06 | Full | 5/18/08-5/31/08 POS | Claims have no commitment numbers | |
| 90355 | 70105 | WARNER HOME VIDEO | 10,462.63 | 10,462.63 | Full | 5/18/08-5/31/08 POS | Claims have no commitment numbers | |
| 91241 | 70105 | WARNER HOME VIDEO | 42,000.00 | 42,000.00 | Full | Entertainment Weekly Program | Claims have no commitment numbers | |
| 91244 | 70105 | WARNER HOME VIDEO | 18,869.60 | 18,869.60 | Full | 6/1/08-6/28/08 TV Choice Q2 Event DHL | Claims have no commitment numbers | |
| 91246 | 70105 | WARNER HOME VIDEO | 87.89 | 87.89 | Full | 6/1/08-6/14/08 Deep Discount TV Freedom | Claims have no commitment numbers | |
| 91321 | 70105 | WARNER HOME VIDEO | 34,485.00 | 34,485.00 | Full | 6/15/08-6/21/08 POS | Claims have no commitment numbers | |
| 91322 | 70105 | WARNER HOME VIDEO | 49,836.50 | 49,836.50 | Full | 6/15/08-6/21/08 POS | Claims have no commitment numbers | |
| 91332 | 70105 | WARNER HOME VIDEO | 25,930.00 | 25,930.00 | Full | 6/22/08-6/28/08 POS | Claims have no commitment numbers | |
| 91333 | 70105 | WARNER HOME VIDEO | 16,697.57 | 16,697.57 | Full | 6/22/08-6/28/08 POS | Claims have no commitment numbers | |
| 91349 | 402 | Midway | 157,721.50 | 157,721.50 | Full | Midway Games XB360 & PS 3: Hour of Victory & Stranglehold | Claims have no commitment numbers | |
| 91449 | 70105 | WARNER HOME VIDEO | 3,444.20 | 3,444.20 | Full | 6/1/08-6/21/08 Q2 Deep Disc DHL Program | Claims have no commitment numbers | |
| 91532 | 70105 | WARNER HOME VIDEO | 65,490.11 | 65,490.11 | Full | 7/6/08-7/12/08 POS | Claims have no commitment numbers | |
| 91554 | 70105 | WARNER HOME VIDEO | 734.40 | 734.40 | Full | 7/13/08-7/19/08 POS | Claims have no commitment numbers | |
| 91785 | 70105 | WARNER HOME VIDEO | 5,827.80 | 5,827.80 | Full | 7/1/08-7/26/08 Program | Claims have no commitment numbers | |
| 91870 | 70105 | WARNER HOME VIDEO | 5,917.90 | 5,917.90 | Full | 6/22/08-6/28/08 POS | Claims have no commitment numbers | |
| 94781 | 70105 | WARNER HOME VIDEO | 6,608.88 | 6,608.88 | Full | 9/21/08-9/27/08 POS (John Adams) Sales Deal #F0800634A | Claims have no commitment numbers | |
| 95683 | 70105 | WARNER HOME VIDEO | 3,603.44 | 3,603.44 | Full | October 7 new release co-op AA#174120 | Claims have no commitment numbers | |
| 91209 | 70105 | WARNER HOME VIDEO | 45,565.26 | 45,565.26 | Full | 6/8/08-6/14/08 POS | Claims have no commitment numbers | |
| 91210 | 70105 | WARNER HOME VIDEO | 49,184.32 | 49,184.32 | Full | 6/8/08-6/14/08 POS | Claims have no commitment numbers | |
| 91211 | 70105 | WARNER HOME VIDEO | 22,200.80 | 22,200.80 | Full | 6/8/08-6/14/08 POS | Claims have no commitment numbers | |
| 92428 | 70105 | WARNER HOME VIDEO | 4,890.90 | 4,890.90 | Full | 7/1/08-7/31/08 "John Adams" Positioned Catalog | Claims have no commitment numbers | |
| 93137 | 70105 | WARNER HOME VIDEO | 72,725.04 | 72,725.04 | Full | 8/24/08-8/30/08 POS | Claims have no commitment numbers | |
| 93581 | 70105 | WARNER HOME VIDEO | 1,874.16 | 1,874.16 | Full | 8/1/08-8/14/08 Positioned Catalog (John Adams) | Claims have no commitment numbers | |
| 93584 | 70105 | WARNER HOME VIDEO | 2,084.00 | 2,084.00 | Full | 8/3/08-8/16/08 Warner DHL Program (Flight of the Conchords Season 1) | Claims have no commitment numbers | |
| 91213 | 70105 | WARNER HOME VIDEO | 8,935.00 | 8,935.00 | Full | 6/8/08-6/14/08 POS | Claims have no commitment numbers | |
| 91022 | 70105 | WARNER HOME VIDEO | 2,660.00 | 2,660.00 | Full | 6/1/08-6/7/08 POS | Claims have no commitment numbers | |
| 91062 | 70105 | WARNER HOME VIDEO | 590.00 | 590.00 | Full | 6/1/08-6/7/08 POS | Claims have no commitment numbers | |
| 90324 | 70105 | WARNER HOME VIDEO | 163,513.74 | 163,513.74 | Full | 5/18/08-5/31/08 POS | Claims have no commitment numbers | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 90353 | 70105 | WARNER HOME VIDEO | 25,932.15 | 25,932.15 | Full | 5/18/08-5/31/08 POS | Claims have no commitment numbers | |
| 93635 | 70105 | WARNER HOME VIDEO | 11,015.30 | 11,015.30 | Full | 8/31/08-9/6/08 POS (Fall Blitz) | Claims have no commitment numbers | |
| 91773 | 70105 | WARNER HOME VIDEO | 369.90 | 369.90 | Full | 6/1/08-6/30/08 Program | Claims have no commitment numbers | |
| 91775 | 70105 | WARNER HOME VIDEO | 15,853.25 | 15,853.25 | Full | 6/1/08-6/30/08 Program | Claims have no commitment numbers | |
| 91807 | 70105 | WARNER HOME VIDEO | 4,890.90 | 4,890.90 | Full | 6/15/08-6/30/08 Positioned Catalog | Claims have no commitment numbers | |
| 93649 | 70105 | WARNER HOME VIDEO | 4,470.70 | 4,470.70 | Full | 8/1/08-9/3/08 Positioned Catalog | Claims have no commitment numbers | |
| 96336 | 70105 | WARNER HOME VIDEO | 575.40 | 575.40 | Full | John from Cincinnati S1 POS 5/04-5/31 | Claims have no commitment numbers | |
| 93639 | 70105 | WARNER HOME VIDEO | 43,811.26 | 43,811.26 | Full | 8/3/08-8/30/08 HBO Q3 Discounts DHL Program | Claims have no commitment numbers | |
| 93640 | 70105 | WARNER HOME VIDEO | 5,116.40 | 5,116.40 | Full | 8/31/08-9/27/08 Q3 Deep Disc DHL Program | Claims have no commitment numbers | |
| 95684 | 70105 | WARNER HOME VIDEO | 30,375.00 | 30,375.00 | Full | October 28 2008 new release co-op AA#174121 | Claims have no commitment numbers | |
| 96827 | 70105 | WARNER HOME VIDEO | 29,679.66 | 29,679.66 | Full | Get Smart new release co-op AA# 174179 | Claims have no commitment numbers | |
| 91358 | 70105 | WARNER HOME VIDEO | 100,337.68 | 100,337.68 | Full | 6/29/08-7/5/08 POS | Claims have no commitment numbers | |
| 98098 | 70942 | WARNER HOME VIDEO | 143,997.51 | 143,997.51 | Full | Warner DVD Price Protection #20090101P-12/26/2008 | Claims have no commitment numbers | |
| 97401 | 70942 | WARNER HOME VIDEO | 375,230.32 | 375,230.32 | Full | 11/23/08-12/6/08 (Blitz Core Program) | Claims have no commitment numbers | |
| 97412 | 70942 | WARNER HOME VIDEO | 17,948.01 | 17,948.01 | Full | 11/30/08-12/6/08 POS | Claims have no commitment numbers | |
| 97495 | 70942 | WARNER HOME VIDEO | 60,792.00 | 60,792.00 | Full | 11/28/08-11/29/08 Sex and the City POS | Claims have no commitment numbers | |
| 97975 | 70942 | WARNER HOME VIDEO | 9,882.00 | 9,882.00 | Full | 12/14/08-12/20/08 POS | Claims have no commitment numbers | |
| 97104 | 70942 | WARNER HOME VIDEO | 8,034.00 | 8,034.00 | Full | 11/11/08 new release co-op AA#174180 | Claims have no commitment numbers | |
| 97884 | 70942 | WARNER HOME VIDEO | 288,035.93 | 288,035.93 | Full | Dark Knight New release co-op AA#174184 | Claims have no commitment numbers | |
| 97116 | 70942 | WARNER HOME VIDEO | 10,377.68 | 10,377.68 | Full | 11/25 new release co-op (Fred Claus) AA#174182 - Commitment number changed to #179187 per Laura Riforgiato with Warner | Claims have no commitment numbers | |
| 98508 | 70942 | WARNER HOME VIDEO | 9,283.95 | 9,283.95 | Full | 1/1/09-1/13/09 Warner Blu-ray Catalog Builder Program | Claims have no commitment numbers | |
| 96971 | 70942 | WARNER HOME VIDEO | 446.42 | 446.42 | Full | 11/16/08-11/22/08 POS | Claims have no commitment numbers | |
| 97380 | 70942 | WARNER HOME VIDEO | 152,708.22 | 152,708.22 | Full | 11/23/08-12/6/08 Blitz Premium Program | Claims have no commitment numbers | |
| 97411 | 70942 | WARNER HOME VIDEO | 6,615.00 | 6,615.00 | Full | 11/30/08-12/6/08 POS | Claims have no commitment numbers | |
| 97417 | 70942 | WARNER HOME VIDEO | 104,443.21 | 104,443.21 | Full | 11/10/08-11/30/08 POS (Blu-ray Catalog Builder) | Claims have no commitment numbers | |
| 97983 | 70942 | WARNER HOME VIDEO | 31,205.00 | 31,205.00 | Full | 12/21/08-12/27/08 POS | Claims have no commitment numbers | |
| 98083 | 70942 | WARNER HOME VIDEO | 89,852.81 | 89,852.81 | Full | 12/1/08-12/31/08 Blu-ray Catalog Builder Program | Claims have no commitment numbers | |
| 98094 | 70942 | WARNER HOME VIDEO | 12,339.00 | 12,339.00 | Full | 12/1/08-12/31/08 National Coupon | Claims have no commitment numbers | |
| 97381 | 70942 | WARNER HOME VIDEO | 899,813.03 | 899,813.03 | Full | 11/23/08-12/6/08 POS (Black Friday TV) | Claims have no commitment numbers | |
| 98436 | 70942 | WARNER HOME VIDEO | 178,212.84 | 178,212.84 | Full | 1/4/09-1/10/09 POS (HBO Titles) | Claims have no commitment numbers | |
| 86461 | 70105 | Warner Home Video | 15,000.00 | 15,000.00 | Full | Toshiba HD EC.  CM#161702 | Claims have no commitment numbers | |
| 90470 | 70105 | Warner Home Video | 10,330.96 | 10,330.96 | Full | 5/04-5/10 POS | Claims have no commitment numbers | |
| 90468 | 70105 | Warner Home Video | 7,447.20 | 7,447.20 | Full | 5/04-5/10 POS | Claims have no commitment numbers | |
| 98493 | 70950 | LOGITECH INC --- NOVO | 6,030.00 | 6,030.00 | Full | IR funding of $10 on the PFAnytime 980000192 | CC is trying to claim promotions we had set up but were cancelled due to the 1/16/09 liquidation proceedings at the stores. I went myself to double check to see if they were honoring the tab for that week and to see if pricing was as it was to be - on sale. The tabs were not being honored and pricing was at regular retail. | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 97976 | 70950 | LOGITECH INC --- NOV0 | 5,800.35 | 5,800.35 | Full | $15.12 trailing credit on the HAM 915000002 1/18/09 - 1/24/09; $50.37 trailing credit on the HAM 9662300403 1/18/09 - 1/24/09 | CC is trying to claim promotions we had set up but were cancelled due to the 1/16/09 liquidation proceedings at the stores. I went myself to double check to see if they were honoring the tab for that week and to see if pricing was as it was to be - on sale. The tabs were not being honored and pricing was at regular retail. | |
| 98492 | 70950 | LOGITECH INC --- NOV0 | 7,423.00 | 7,423.00 | Full | IR funding of $13 on the PFA2 984000057 | CC is trying to claim promotions we had set up but were cancelled due to the 1/16/09 liquidation proceedings at the stores. I went myself to double check to see if they were honoring the tab for that week and to see if pricing was as it was to be - on sale. The tabs were not being honored and pricing was at regular retail. | |
| 98337 | 70932 | SONY --- NOV08 | 254,553.70 | 23,945.40 | Partial | price protection | Model - USM16GL, you have unit cost change of 18.55; we are showing this unit cost change difference should only be $13.25. (billed old pr of $47.69 and new pr of $34.44 for diff of $13.25). Therefore, the total allowance for this model is $59,863.50. With this adjustment to your claim, the new revised total is $230,608.30 | |
| 97872 | 70944 | SONY PICTURES HOME | 49,900.00 | 49,900.00 | Full | 12/7/08-12/13/07 Paid Tab (Authorization #8850689) | Vendor needs copy of ad before approval | |
| 98190 | 70945 | FOX HOME ENTERTAIN | 574,948.41 | 574,948.41 | Full | LionsGate Home Entertainment DVD Price Protection Promo 20081200 | Vendor needs copy of notary | |
| 97955 | 70945 | FOX HOME ENTERTAIN | 6,752.70 | 6,752.70 | Full | Fox Promo PJNTV February '09 TV Reprice PP | Vendor needs copy of notary | |
| 97194 | 70944 | SONY PICTURES HOME | 43,635.00 | 43,635.00 | Full | 11/10-12/10 4% | Vendor needs complete POP for approval | |
| 97973 | 70944 | SONY PICTURES HOME | 456.00 | 456.00 | Full | 12/14/08-12/20/08 Rent POS | Vendor needs complete POP for approval | |
| 97978 | 70944 | SONY PICTURES HOME | 7,060.00 | 7,060.00 | Full | 12/21/08-12/27/08 POS (Traitor) | Vendor needs complete POP for approval | |
| 97993 | 70944 | SONY PICTURES HOME | 72,214.73 | 72,214.73 | Full | 12/28/08-1/3/09 POS | Vendor needs complete POP for approval | |
| 97124 | 70944 | SONY PICTURES HOME | 42,299.00 | 42,299.00 | Full | Hancock new release co-op | Vendor needs complete POP for approval | |
| 97399 | 70944 | SONY PICTURES HOME | 565,698.26 | 565,698.26 | Full | 11/28/08-11/29/08 POS | Vendor needs complete POP for approval | |
| 97974 | 70944 | SONY PICTURES HOME | 120,901.05 | 120,901.05 | Full | 12/14/08-12/20/08 POS Bundle | Vendor needs complete POP for approval | |
| 97103 | 70944 | SONY PICTURES HOME | 2,590.00 | 2,590.00 | Full | The Perfect Holiday new release co-op | Vendor needs complete POP for approval | |
| 97875 | 70944 | SONY PICTURES HOME | 49,900.00 | 49,900.00 | Full | 12/7/08-12/13/08 Paid Tab (Authorization #8850688) | Vendor needs complete POP for approval | |
| 92028 | 70944 | SONY PICTURES HOME | 11,769.00 | 11,769.00 | Full | 11/10-12/10, 9% rebate P11 positioned titles | Vendor needs complete POP for approval | |
| 95658 | 70094 | COLUMBIA TRISTAR HO | 507.60 | 507.60 | Full | Linewatch new release co-op AA#8849462 | Vendor needs complete POP for approval | |
| 92022 | 70094 | COLUMBIA TRISTAR HO | 6,562.79 | 6,562.79 | Full | November 4% catalog co-op (11/01-11/09) | Vendor needs complete POP for approval | |
| 92023 | 70094 | COLUMBIA TRISTAR HO | 229,255.00 | 229,255.00 | Full | December 4% catalog co-op | Vendor needs complete POP for approval | |
| 92027 | 70094 | COLUMBIA TRISTAR HO | 13,801.43 | 13,801.43 | Full | 10/02-11/09, 9% rebate P10 positioned titles | Vendor needs complete POP for approval | |
| 92413 | 70094 | COLUMBIA TRISTAR HO | 27,150.00 | 27,150.00 | Full | Marquee program | Vendor needs complete POP for approval | |
| 92416 | 70094 | COLUMBIA TRISTAR HO | 1,731.02 | 1,731.02 | Full | covers defective allowance | Vendor needs complete POP for approval | |
| 92463 | 70094 | COLUMBIA TRISTAR HO | 4,032.00 | 4,032.00 | Full | 8/3/08-8/9/08 POS | Vendor needs complete POP for approval | |
| 95799 | 70094 | COLUMBIA TRISTAR HO | 123.00 | 123.00 | Full | 10/1/08-10/31/08 National Coupon | Vendor needs complete POP for approval | |
| 96285 | 70094 | COLUMBIA TRISTAR HO | 9,630.00 | 9,630.00 | Full | 11/2/08-11/8/08 POS | Vendor needs complete POP for approval | |
| 96288 | 70094 | COLUMBIA TRISTAR HO | 45,000.00 | 45,000.00 | Full | 11/2/08-11/8/08 POS Paid Tab | Vendor needs complete POP for approval | |
| 93134 | 70094 | COLUMBIA TRISTAR HO | 10,431.84 | 10,431.84 | Full | 8/24/08-8/30/08 POS | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 93316 | 70094 | COLUMBIA TRISTAR HO | 90.24 | 90.24 | Full | 8/1/08-8/6/08 Positioned Catalog | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 93465 | 70094 | COLUMBIA TRISTAR HO | 18,824.40 | 18,824.40 | Full | 7/27/08-8/2/08 POS | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 94842 | 70094 | COLUMBIA TRISTAR HO | 6,385.66 | 6,385.66 | Full | 10/5/08-10/11/08 POS | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 95296 | 70094 | COLUMBIA TRISTAR HO | 16,812.00 | 16,812.00 | Full | 10/12/08-10/18/08 POS | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 90746 | 70094 | COLUMBIA TRISTAR HO | 3,782.82 | 3,782.82 | Full | New release co-op March-May | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 93128 | 70094 | COLUMBIA TRISTAR HO | 77,322.54 | 77,322.54 | Full | 8/17/08-8/23/08 POS | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 94376 | 70094 | COLUMBIA TRISTAR HO | 100,000.00 | 100,000.00 | Full | 9/7/08-9/13/08 Paid Tab | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 94380 | 70094 | COLUMBIA TRISTAR HO | 20,000.00 | 20,000.00 | Full | 9/14/08-9/20/08 Paid Tab Authorization #8849593 | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 95202 | 70094 | COLUMBIA TRISTAR HO | 80,000.00 | 80,000.00 | Full | 10/5/08-10/11/08 Paid Tab | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 95232 | 70094 | COLUMBIA TRISTAR HO | 95,000.00 | 95,000.00 | Full | 10/12/08-10/18/08 Paid Tab | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 95667 | 70094 | COLUMBIA TRISTAR HO | 45,000.00 | 45,000.00 | Full | 10/19/08-10/25/08 Paid Tab | These are not complete; we are either missing the authorization from SPHE or a copy of the advertisement | |
| 95297 | 70094 | COLUMBIA TRISTAR HO | 577.92 | 577.92 | Full | 10/12/08-10/18/08 POS | Vendor needs complete POP for approval | |
| 95327 | 70094 | COLUMBIA TRISTAR HO | 800.00 | 800.00 | Full | SPHE-BLKFRI | Vendor needs complete POP for approval | |
| 95366 | 70094 | COLUMBIA TRISTAR HO | 83,330.58 | 83,330.58 | Full | 10/19/08-10/25/08 POS | Vendor needs complete POP for approval | |
| 96957 | 70943 | USHE --- NOV08 | 3,190.70 | 3,190.70 | Full | 11/10/08-11/15/08 POS Authorization #9830 | On Auth #9830 chargeback #96957, the total of $3,190.70 is being claimed. Authorized for the whole claim is $4,481.52. I need to know what lines are being claimed. There are a total of 21 lines. There are more than 1 title on some of the titles. | |
| 91390 | 70094 | COLUMBIA TRISTAR HO | 12236 | 12,236.00 | Full | Boondocks Season 2 new release co-op AA | ROA# P6 SPHE Boondocks S2 CES BOR - John to ensure CC has submitted all docs and ACB received. | |
| 91391 | 70094 | COLUMBIA TRISTAR HO | 6149 | 6,149.00 | Full | Other Boleyn Girl new release co-op AA#60 | ROA # P6SPHE Other Boleyn Girl CES BOR - John to verify CC has submitted all docs and ACB received. | |
| 91021 | 70094 | COLUMBIA TRISTAR HO | 3992 | 3,992.28 | Full | 6/1/08-6/7/08 POS.  AA#8846823 | ROA# SPHE6-1-08POS - John to ensure CC has submitted all docs and ACB received. | |
| 89303 | 70094 | COLUMBIA TRISTAR HO | 33549 | 33,548.80 | Full | 4/20/08-4/26/08 POS4 and National Coupo | Claim not submitted in ACB. Sent spreadsheet to John for update on status. | |
| 90398 | 70094 | COLUMBIA TRISTAR HO | 2369 | 2,369.00 | Full | The Take new release co-op.  AA#8846719 | ROA# P5 SPHE Take NR CES ADV - John to ensure CC has submitted all docs and ACB has received.  Sent spreadsheet for update on status. | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 90401 | 70094 | COLUMBIA TRISTAR HO | 12924 | 12,924.00 | Full | First Sunday new release co-op.  AA#8846 | ROA#  P5 SPHE First Sunday NR CES ADV - John to ensure CC has submitted all docs and ACB has received.  Sent spreadsheet for update on status. | |
| 90400 | 70094 | COLUMBIA TRISTAR HO | 3384 | 3,384.00 | Full | 5/27/08-5/31/08 The Cleaner new release | ROA# P5SPHEthe Cleaner NR CES ADV - John to ensure CC has submitted all docs and ACB has received.  Sent spreadsheet for update on status. | |
| 90411 | 70094 | COLUMBIA TRISTAR HO | 22976 | 22,976.00 | Full | Untraceable - DVD Coop.  AA#8846723 | ROA# P5 SPHE Untraceable NR CES ADV - John to ensure CC has submitted all docs and ACB has received.  Sent spreadsheet for update on status. | |
| 91552 | 70094 | COLUMBIA TRISTAR HO | 50773 | 50,773.37 | Full | 7/13/08-7/19/08 POS | Claim not submitted in ACB. Sent spreadsheet to John for update on status. | |
| 92462 | 70094 | COLUMBIA TRISTAR HO | 3441 | 3,440.67 | Full | 8/3/08-8/9/08 POS (SPHE 80's Program) A | ROA# SPHE8-3-08POS2 - John to ensure CC has submitted all docs and ACB received. | |
| 93166 | 70094 | COLUMBIA TRISTAR HO | 35000 | 35,000.00 | Full | 8/3/08-8/9/08 Paid Tab AA#8848168 | ROA# SPHE8-63-08PT - John to ensure CC has submitted all docs and ACB received. | |
| 93169 | 70094 | COLUMBIA TRISTAR HO | 25000 | 25,000.00 | Full | 8/3/08-8/9/08 Paid Tab (I Love The 80's) A | ROA# SPHE8-3-08PT2 - John to ensure CC has submitted all docs and ACB received. | |
| 93172 | 70094 | COLUMBIA TRISTAR HO | 10000 | 10,000.00 | Full | 8/3/08-8/9/08 Entertainment Weekly Progra | ROA# SPHE8-3-08EW - John to ensure CC has submitted all docs and ACB received. | |
| 93315 | 70094 | COLUMBIA TRISTAR HO | 278 | 278.17 | Full | 8/1/08-8/6/08 Positioned Catalog AA#8848 | ROA # SPHE8-1-08CATALOG - John to verify CC has submitted all docs and ACB received. | |
| 90397 | 70094 | COLUMBIA TRISTAR HO | 1357 | 1,357.00 | Full | Raisin in the Sun new release co-op.  AA#8 | ROA# P5 SPHE Raisin in the Sun NR CES ADV - John to ensure CC has submitted all docs and ACB received. | |
| 91323 | 70094 | COLUMBIA TRISTAR HO | 1368 | 1,368.00 | Full | 6/22/08-6/28/08 POS.  AA#8847212 | ROA #STARZ6-22-08POS - Sent req for updated status. | |
| 92065 | 70094 | COLUMBIA TRISTAR HO | 3200 | 3,200.00 | Full | 7/20/08-7/26/08 POS.  AA#8847849 | ROA# STAR7-20-08POS -  Sent request to Starz rep for update on status. | |
| 93129 | 70094 | COLUMBIA TRISTAR HO | 987 | 986.88 | Full | 8/17/08-8/23/08 POS (Beowulf & Grendel). | ROA# STARZ8-17-08POS -  Sent request to Starz rep for update on status. | |
| 86868 | 70094 | COLUMBIA TRISTAR HO | 93750 | 46,875.00 | Partial | 12/16/07-12/22/07 Paid Tab 3 | ROA# SPHE-12-16-07PT3 -  Partial pay - 3 Titles paid on another claim. | |
| 88987 | 70094 | COLUMBIA TRISTAR HO | 50000 | 10,000.00 | Partial | 3/23/08-3/29/08 Paid Tab.  AA#8845924 | ROA# SPHE3-23-08PT - Partial Pay - R-Rated denied. | |
| 87525 | 70094 | COLUMBIA TRISTAR HO | 1700 | 1,700.00 | Full | Funding for Superbad placement.  AA#884 | ROA# SPHE-PROMO2- Denied | |
| 87473 | 70094 | COLUMBIA TRISTAR HO | 275000 | 22,000.00 | Partial | 1/20/08-1/26/08 Paid Tab | ROA # SPHE1-20-08PT - Partial Pay - R-Rated denied. | |
| 87652 | 70094 | COLUMBIA TRISTAR HO | 160000 | 160,000.00 | Full | Blueprint/ Next Gen Format |  Sent spreadsheet to John for update on status. Per John, this claim was not authorized | |
| 91342 | 70094 | COLUMBIA TRISTAR HO | 77500 | 3,875.00 | Partial | 6/15/08-6/21/08 Paid Tab.  AA#8847208 | ROA# SPHE6-15-08PT - Partial pay - R-Rated denied. | |
| 91654 | 70094 | COLUMBIA TRISTAR HO | 77500 | 17,884.61 | Partial | 6/15/08-6/21/08 Paid Tab.  AA#8847199 | ROA# SPHE6-15-08PTBD - Partial Pay - R-Rated denied. | |
| 96084 | 71055 | AUDIOVOX --- NOV08 | 14,672.00 | 14,672.00 | Full | $14 TC for RCA EZ201/EZ205 sold 11/23-11/29 | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 96085 | 71055 | AUDIOVOX --- NOV08 | 45,332.00 | 45,332.00 | Full | $14 TC for sales of RCA EZ205 from 12/14 - 12/20 | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |
| 98467 | 71055 | AUDIOVOX --- NOV08 | 26,352.28 | 26,352.28 | Full | Sound Challenge for December 1st-31st | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |
| 97539 | 71055 | AUDIOVOX --- NOV08 | 68,571.17 | 68,571.17 | Full | Sound Challenge for November 10 - 30th | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |
| 97632 | 71055 | AUDIOVOX --- NOV08 | 545.10 | 545.10 | Full | Sound Challenge for November 10th-30th @ 1.5% of reciepts | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |
| 98345 | 71055 | AUDIOVOX --- NOV08 | 2,440.00 | 2,440.00 | Full | 12/14 - 12/20 $5 trailing credit for every unit sold on ad | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 97322 | 71055 | AUDIOVOX --- NOV08 | 1,350.00 | 1,350.00 | Full | 11/16 - 11/22 $5 trailing credit for every unit sold on ad | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |
| 96995 | 71055 | AUDIOVOX --- NOV08 | 2,100.00 | 2,100.00 | Full | 11/23 - 11/29 $5 trailing credit for every unit sold | There are several claims that we will not honor as the original deal was made with Circuit City on our vendor #12600. These deductions were taken on our new vendor # 71055. In the event that you can provide something in writing that Audiovox has moved the deal from the pre petition account to the post petition account, please forward it and it will be taken under advisement. Currently the following debits are being denied for credit: | |
| 96740 | 70946 | PARAMOUNT HOME VID | 100,000.00 | 100,000.00 | Full | 11/9/08-11/15/08 Paid Tab | Only 2 of the claims you sent had the CDF authorization and signed affidavit pages with them. In order to process these claims I need authorizations | |
| 97119 | 70946 | PARAMOUNT HOME VID | 43,904.70 | 43,904.70 | Full | Tropic Thunder new release co-op | Only 2 of the claims you sent had the CDF authorization and signed affidavit pages with them. In order to process these claims I need authorizations | |
| 96754 | 70151 | PARAMOUNT HOME VID | 941.75 | 941.75 | Full | 11/9/08 POS | Only 2 of the claims you sent had the CDF authorization and signed affidavit pages with them. In order to process these claims I need authorizations | |
| 96284 | 70151 | PARAMOUNT HOME VID | 2,711.56 | 2,711.56 | Full | 11/2/08-11/8/08 POS | Only 2 of the claims you sent had the CDF authorization and signed affidavit pages with them. In order to process these claims I need authorizations | |
| 95803 | 70151 | PARAMOUNT HOME VID | 3,891.00 | 3,891.00 | Full | 10/1/08-10/31/08 National Coupon | Only 2 of the claims you sent had the CDF authorization and signed affidavit pages with them. In order to process these claims I need authorizations | |
| 95665 | 70151 | PARAMOUNT HOME VID | 100,000.00 | 100,000.00 | Full | 10/12/08-10/18/08 Paid Tab | Only 2 of the claims you sent had the CDF authorization and signed affidavit pages with them. In order to process these claims I need authorizations | |
| 95372 | 70151 | PARAMOUNT HOME VID | 8,667.92 | 8,667.92 | Full | 10/26/08-11/1/08 POS | Only 2 of the claims you sent had the CDF authorization and signed affidavit pages with them. In order to process these claims I need authorizations | |
| 97630 | 12600 | AUDIOVOX | 48,307.23 | 48,307.23 | Full | Sound Challenge for July, August, September, October, November 9th @ 1.5% of reciepts | On CB 97630 you took the Sound Challenge for July, Aug, Sept, Oct, Nov 1 - 9 for a total amount of $48,307.23. On this debit you are taking an additional amount of $24,466.59 for the same program but only for Nov 1 - 9. This claim will not be credited. | |
| 98455 | 70128 | UBI SOFT | 202,016.00 | 202,016.00 | Full | $32 BER for Brothers in Arms 360 and PS3 in the Blk Friday ad | I need to get the run dates and the titles that are attached to the promotion before I can approve | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 98531 | 71183 | UBI SOFT | 2,336.00 | 2,336.00 | Full | $8 BER for Rayman Raving Rabbids TV Party for Wii in ad 1/11/09 | I need to get the run dates and the titles that are attached to the promotion before I can approve | |
| 98415 | 70991 | PERFORMANCE DESIG | 34,864.00 | 34,864.00 | Full | price protection | There isn't enough info attached--please provide detail as to what this is for. | |
| 98672 | 70133 | NINTENDO | 22,602.00 | 22,602.00 | Full | Nov MDF - 11/10 - 11/30 | I do not see much identifying information on the attachments. Can you confirm what each of these is for? | |
| 98673 | 70133 | NINTENDO | 95,690.00 | 95,690.00 | Full | Dec MDF | I do not see much identifying information on the attachments. Can you confirm what each of these is for? | |
| 98060 | 70133 | NINTENDO | 104,310.00 | 104,310.00 | Full | December 2008 MDF | I do not see much identifying information on the attachments. Can you confirm what each of these is for? | |
| 97639 | 59200 | SONY ELECTRONICS IN | 1,925.00 | 1,925.00 | Full | Sony agrees to support $25.00 per same ticket sale of XSL124P5B for 11/02 to 1/31   This is for 11/02 - 11/09 | In the body of the letter for this claim, it states 'this is for 11/2-11/09' but in reviewing the support detail information for the 77 pcs, it states 'for sales 11/23-11/30'. If this was for sales for this timeframe, this claim should be against the post-acct.   Pls review and if in agreement, pls cancel this cb and reissue to post acct. | From Dave Tuttle--This CB was approved by Jason on 2/5/09, and in reviewing the detail from OnBase, it appears that, even though the email from Marlon Black indicates the period is 11/23 - 11/30/09 (sic), the same ticket sales detail calculated the promo from 11/2 - 11/9/08 as indicated on both the chargeback and the chargeback letter (confirmed by Sony). It should also be noted that Sony's Anthony Spezio authorized this promo in his email to Lori Woods on 11/12/2008.   This CB appears to be properly authorized by the vendor and accurately calculated using the "same ticket sales" query; notwithstanding the apparent clerical error in the summary email. |
| 96153 | 59200 | SONY ELECTRONICS IN | 241,800.00 | 241,800.00 | Full | $195 sell-through credit per bundle sold 11/9/2008 - 11/15/2008 of the SON KDL46V4100, or SON KDL46W4100 with a SON DAVHDX275 | Ok, claim for 11/10-11/15 was already processed--it is your claim- CB98759, $192,075.00. Therefore,, CB96153 needs to be cancelled all together as 2 seperate claims have been rec'd for the pre & post portions. | From Dave Tuttle--Did anyone look at this? CB 96153 ($241,800.00) was voided 2/6/09 and split into two CBs: CB98758 ($49,725.00 - Old Vendor Number 59200) covers the period 11/9 - 11/9 and CB 98759 ($192,075.00 - New Vendor Number 70932). Unless I am missing something, this promotion has been billed properly and all documentation indicates so. |
| 98629 | 70950 | LOGITECH INC --- NOVC | 12,542.38 | 12,542.38 | Full | 1/25-1/31 $75 IR on the 890 with $37.77 TC and $50 IR on the ONE with $25.19 TC | Neither of these are APPROVED due to the fact that Circuit City was not honoring, or even offering, the savings at that time. This is post liquidation and the stores were not offering any Instant Discounts to customers that we had agree to with my Buyers. The liquidation was as of 1/16/09. All promotions after that date were cancelled with email notification to Circuit City. | we knew about them withdrawing the funding after liquidation. We chose to try and claim the money anyway because they may not have a right to withdrawal the money. |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 98630 | 70950 | LOGITECH INC --- NOVO | 15,966.63 | 15,966.63 | Full | 2/1-2/7 $75 IR on the 890 with $37.77 TC and $30 IR on the 670 with $15.12 TC | Neither of these are APPROVED due to the fact that Circuit City was not honoring, or even offering, the savings at that time. This is post liquidation and the stores were not offering any Instant Discounts to customers that we had agree to with my Buyers. The liquidation was as of 1/16/09. All promotions after that date were cancelled with email notification to Circuit City. | we knew about them withdrawing the funding after liquidation.  We chose to try and claim the money anyway because they may not have a right to withdrawal the money. |
| 97918 | 59200 | SONY ELECTRONICS IN | 19,076.82 | 19,076.82 | Full | $59.99 Trailing Creidt for every unit of the SON TDMIP1 sold between 6/29-11/09/2008. | duplication of CB97913 | |
| 98657 | 70937 | PANASONIC NATL ACC | 161,145.60 | 161,145.60 | Full | Display Allowance on the SCBT100 for 35% of invoice cost of $654.00 for 704 displays for $161,145.60 | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 98624 | 70937 | PANASONIC NATL ACC | 43,664.41 | 43,664.41 | Full | 1.5% MDF for Dec- Jan | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 98623 | 70937 | PANASONIC NATL ACC | 732,816.36 | 732,816.36 | Full | 2% MDF accrual for Dec- Jan | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 98561 | 70937 | PANASONIC NATL ACC | 5,051.80 | 5,051.80 | Full | January 2% MDF - Placeholder | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 98047 | 70937 | PANASONIC NATL ACC | 294,603.60 | 294,603.60 | Full | Sales accrual for MDF  November 10 - 17 at $76.92 per unit.  3,830 units x $76.92 = $294,603.60 | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 98043 | 70937 | PANASONIC NATL ACC | 512,050.00 | 512,050.00 | Full | Support for bundled sales of 1080p models with Blu ray players.  $190 per bundle sold from 11/10 to 11/22/2008.  Funding for promo 11/9 charged on CB 96919.<br>2695 bundles x $190 = $512,050 | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97994 | 70937 | PANASONIC NATL ACC | 769,313.46 | 769,313.46 | Full | Trailing credits for written sales from 12/19 to 12/31 on models that have completed the VMI wind down.<br>TH42PZ80U - $130.00<br>TH50PX80U - $130.00<br>TH50PZ80U - $163.69 | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97833 | 70937 | PANASONIC NATL ACC | 9,737.00 | 9,737.00 | Full | Funding: 11/16/08 → 11/22/08 PAN KX-TG9333T; $7.00 per unit sold | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97832 | 70937 | PANASONIC NATL ACC | 13,097.00 | 13,097.00 | Full | 11/10/08 → 11/15/08 PAN KX-TG1032S; $7.00 per unit sold | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97738 | 70937 | PANASONIC NATL ACC | 41,240.52 | 41,240.52 | Full | December 2% MDF - Placeholder | The attached claims sent on 2-17-09 are all post-petition.  In accordance with the post-petition court approved agreement (see attached), please void these claims | |

| CB # | Vendor Number | Vendor Name | Original CB Amount | Denied Amount | Full/Partial Denial | CB Funding Description | Reason for Denial | CC notes |
|---|---|---|---|---|---|---|---|---|
| 97540 | 70937 | PANASONIC NATL ACC | 4,725.00 | 4,725.00 | Full | $20 IR on the DVDLS86 with a $15 TC for 11/2-11/15. Corresponds to CB 96063 for pre and post BR. | The attached claims sent on 2-17-09 are all post-petition. In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97492 | 70937 | PANASONIC NATL ACC | 10,430.00 | 10,430.00 | Full | for Panasonic's support of a $35.00 trailing credit on the SCPT960 between 11/10/08-11/15/08. | The attached claims sent on 2-17-09 are all post-petition. In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97491 | 70937 | PANASONIC NATL ACC | 25,100.00 | 25,100.00 | Full | for Panasonic's support of a $50.00 trailing credit on the SCPT760 between 11/9/08-11/15/08. | The attached claims sent on 2-17-09 are all post-petition. In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97488 | 70937 | PANASONIC NATL ACC | 7,803.20 | 7,803.20 | Full | for Panasonic's 2% program funding for November 2008. | The attached claims sent on 2-17-09 are all post-petition. In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97308 | 70937 | PANASONIC NATL ACC | 29,946.49 | 29,946.49 | Full | November 2% MDF - Placeholder 11/10-11/30 | The attached claims sent on 2-17-09 are all post-petition. In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 97078 | 70937 | PANASONIC NATL ACC | 8,798.40 | 8,798.40 | Full | Accrued December 2.5% MDF | The attached claims sent on 2-17-09 are all post-petition. In accordance with the post-petition court approved agreement (see attached), please void these claims | |
| 98756 | 70932 | SONY --- NOV08 | 6,765.00 | 6,765.00 | Full | DI-08-54 $123 per unit sold | duplicate of CB95962 | |
| 96552 | 70932 | SONY --- NOV08 | 80,000.00 | 80,000.00 | Full | November MDF Funding, 11/10-11/30 | The $80,000 for camcorders is not valid. It was an estimate CC needed for their internal forecasting. It clearly states that in my email - "place holder only". | |
| Unknown (See Sheet 2) | 70943 | USHE --- NOV08 | | | Full | | I need the authorization number for the claims in order to process them | |
| | | | | | Full | | | |
| | | | | | Full | | | |
| | | | | | Full | | | |
| | | | | | Full | | | |

| CB # | Allocation:Amo | Vendor # | Vendor Name | Date - VRC | Funding Description |
|---|---|---|---|---|---|
| 96957 | 3,190.70 | 70943 | USHE --- NOV08 | 01/28/2009 | 11/10/08-11/15/08 POS Authorization #9830 |
| 97379 | 207,412.75 | 70943 | USHE --- NOV08 | 02/10/2009 | 11/23/08-11/29/08 POS |
| 97400 | 1,137,977.91 | 70943 | USHE --- NOV08 | 02/10/2009 | 11/28/08-11/29/08 POS |
| 97410 | 5,401.44 | 70943 | USHE --- NOV08 | 02/10/2009 | 11/30/08-12/6/08 POS |
| 97494 | 112,199.00 | 70943 | USHE --- NOV08 | 02/10/2009 | 11/30/08-12/6/08 Paid Tab |
| 97494 | 75,301.00 | 70943 | USHE --- NOV08 | 02/10/2009 | 11/30/08-12/6/08 Paid Tab |
| 97982 | 9,856.00 | 70943 | USHE --- NOV08 | 02/10/2009 | 12/21/08-12/27/08 POS (Forgetting Sarah Marshall & Incredible Hulk) |
| 98547 | 726.00 | 70943 | USHE --- NOV08 | 02/24/2009 | 1/11/09-1/16/09 POS (P2) |