# EXHIBIT 20

**MEMO**

| To | CN=Carole Elliott/OU=Accounting/O=Circuit City@Circuit City,CN=David Tuttle/OU=Accounting/O=Circuit City@Circuit City |
|---|---|
| Cc | CN=Dana Griffin/OU=Accounting/O=Circuit City@Circuit City |
| Bcc | |
| From | CN=Susan Wilburn/OU=Accounting/O=Circuit City |
| Date | 1/14/2009 4:59:38 PM +00:00 |
| Subject | Fw: Post SONY denials |
| Attachments | |

```
so now here comes the denials...................we have received several for the same reason...........
Susan Wilburn
Circuit City Stores, Inc.
Vendor Funded Receivables Supervisor
804-486-3339
----- Forwarded by Susan Wilburn/Accounting/Circuit City on 01/14/2009 11:58 AM -----


                                        To      <Susan_Wilburn@circuitcity.com>, <Dana_Griffin@circuitcity.com>
"Dorey, Marie" <Marie.Dorey@am.sony.com>  cc
01/14/2009 11:25 AM                     Subject Post



Hi
Re:  Post# 97666, $635,869.50
After review of this claim, portion of this is not valid  -- the portion for the KDL46S4100 for $158,504.50 is
not valid -- records show there were no purchases of this model from 11/10 - 12/2; therefore, not entitled to
this part of claim.
Can you review and resubmit claim - at which time we should be able to process the other model on this claim.
Pls advise.
thx
Marie J. Dorey
Senior Customer Support Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email:  Marie.dorey@am.sony.com
```