# EXHIBIT 21

**MEMO**

| To | CN=Carole Elliott/OU=Accounting/O=Circuit City@Circuit City,CN=David Tuttle/OU=Accounting/O=Circuit City@Circuit City |
|---|---|
| Cc | CN=Dana Griffin/OU=Accounting/O=Circuit City@Circuit City |
| Bcc | |
| From | CN=Susan Wilburn/OU=Accounting/O=Circuit City |
| Date | 1/14/2009 5:00:46 PM +00:00 |
| Subject | Fw: Post SONY denial |
| Attachments | |

```
do you want Dana to make a ss keeping track of these denials for this reason...........
Susan Wilburn
Circuit City Stores, Inc.
Vendor Funded Receivables Supervisor
804-486-3339
----- Forwarded by Susan Wilburn/Accounting/Circuit City on 01/14/2009 11:59 AM -----


                                        To      <Susan_Wilburn@circuitcity.com>, <Dana_Griffin@circuitcity.com>
"Dorey, Marie" <Marie.Dorey@am.sony.com>  cc
01/14/2009 11:31 AM                     Subject Post



Hi
Re:  Post# 97648, $238,316.08
After review of this item, we are showing to be not valid.  Our records show there were not purchases of these
models from 11/10 - 11/30 to support this claim.
Pls review and reverse or advise.
thx
Marie J. Dorey
Senior Customer Support Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email:  Marie.dorey@am.sony.com
```