# EXHIBIT 22

97648

CCLT 020540

Vendor Management Administration						Page 1 of 1

# Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97648 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 154 |
| Brand | : | SON |
| PP | : | Y |
| Effective Date | : | 11/30/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

http://vma.ccs.com/web/GlobalSearch.do					12/5/2008

CCLT 020541



Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233-1464

12/05/2008

Jim O'Keefe
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Jim O'Keefe,

This is to confirm $238,316.08 committed by Jim O'Keefe offered to Circuit City Stores Inc., effective 11/30/2008. These funds are for price protection. Supporting details are attached.

Payment is due by 12/05/2008 and will be collected via a deduction from the vendor's A/P balance for chargeback # 97648.

All other terms and conditions remain the same.

Sincerely,

Edwin Maitland



Vendor Management Administration                                                                 Page 1 of 1

Status: COMPLETED

| | |
|---|---|
| Chargeback #: | 97648 |
| CR #: | 65124 |
| PA #: | |
| Vendor Name: | SONY |
| Committed By: | Jim O'Keefe |

Vendor #: 70932

**Mail To:**

| | | | |
|---|---|---|---|
| Address: | 300 Arboretum Way | Created By: | McCarthy, Patrick |
| | Suite 310 | Finalized By: | Farrar, Mary |
| City: | Richmond | Finalized Date: | 12/05/2008 |
| State: | VA | Last Changed By: | Farrar, Mary |
| Province/Region: | | Last Changed Date: | 12/05/2008 |
| Country: | United States | | |
| Zip: | 23236 | | |
| Attn To: | Jim O'Keefe | | |
| Copy To: | | | |

| | |
|---|---|
| Buyer Name: | Edwin Maitland |
| Funding Description: | price protection |
| Based On: | Price Protection |
| Effective Date: | 11/30/2008 |
| Price Protection Based On: | Invoice Cost |
| Price Effective Going Forward: | Y |
| Support Documentation Required: | Y |
| Price Protect Receiving: | Price Protect Receiving Through Date: |
| Payment How: | Deduct from AP balance |
| Vendor Payment Due Days: | 0 |

**Allocation:**

| Type | Sub-Type | Class | Brand | % |
|---|---|---|---|---|
| Price Protection | PRI | 154 | SON | 25.24 |
| Price Protection | PRI | 154 | SON | 74.76 |

**Comments:**

**Price Protection For:**

| Class | Brand | Model | Old Invoice Cost | New Invoice Cost | Cost Difference | Amount | Cost Reduction? | Cost Reduction Amount |
|---|---|---|---|---|---|---|---|---|
| 154 | SON | KDL32M4000 | $542.63 | $508.71 | $33.92 | $33.92 | Y | $33.92 |
| 154 | SON | KDL32XBR6 | $792.47 | $726.43 | $66.04 | $66.04 | Y | $66.04 |

**Price Protection Details:**

| Class | Brand | Model | TCIOH 11/30/2008 | Receiving Through | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|---|---|---|---|---|---|---|---|---|---|
| 154 | SON | KDL32M4000 | 1,773 | — | $542.63 | $508.71 | $33.92 | $33.92 | $60,140.16 |
| 154 | SON | KDL32XBR6 | 2,698 | — | $792.47 | $726.43 | $66.04 | $66.04 | $178,175.92 |
| | | | | | | | | | $238,316.08 |

**Workflow Comments:**

59.-11

http://vma.ccs.com/web/GlobalSearch.do                                                           12/5/2008

CCLT 020543

Vendor Management Administration                                                                 Page 1 of 1

**Chargeback #:**     97648
**Vendor #:**         70932
**Vendor Name:**      SONY

**Impact Details:**

| Class | Brand | Model | TCIOH 11/30/2008 | Receiving Through | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|---|---|---|---|---|---|---|---|---|---|
| 154 | SON | KDL32M4000 | 1,773 | | $542.63 | $508.71 | $33.92 | $33.92 | $60,140.16 |
| 154 | SON | KDL32XBR6 | 2,698 | | $792.47 | $726.43 | $66.04 | $66.04 | $178,175.92 |
| | | | | | | | | | **$238,316.08** |

http://vma.ccs.com/web/GlobalSearch.do                                                  12/5/2008

CCLT 020544

Vendor Management Administration                                                                                          Page 1 of 1

Cost Reduction View Data Elements

CR ID: 65124    Status: COMPLETED

**Vendor #:**         70932        **Vendor Name:** SONY --- NOV08
**Effective Date:**   12/05/2008
**Buyer:**            Edwin Maitland
**Funded By:**        Vendor
**Chargeback#:**      97648
**Reduction Type:**   Price Protection
**Comments:**
**Created By:**
**Created Date:**     12/05/2008
**Finalized By:**
**Finalized Date:**   12/05/2008

| Class | Brand | Model | SKU | Avg. CST (12/05/2008) | New Average Cost | Unit Cost Change | Current TCIOH (12/05/2008) | Impact |
|---|---|---|---|---|---|---|---|---|
| 154 | SON | KDL32M4000 | 246523 | $573.15 | $539.23 | $-33.92 | 1,653 | $-56,069.76 |
| 154 | SON | KDL32XBR6 | 249904 | $832.09 | $772.68 | $-59.41 | 2,999 | $-178,170.59 |
| | | | | | | | **Total Impact Amount** | **$-234,240.35** |
| | | | | | | | **Total Available Amount** | **$4,075.73** |

**Workflow Comments:**

http://vma.ccs.com/web/GlobalSearch.do                                                                                    12/5/2008

CCLT 020545



**PJ McCarthy**
12/05/2008 01:47 PM

To: VMA Chargeback Request@Circuit City
cc: Ed Maitland/MDSE/Circuit City@Circuit City
Subject: CB 97649 & 97648 — Re: Fw: Price Sheet

please approve with 12/2 & 11/30 effective dates respectively.  thanks

PJ

PJ McCarthy
Vendor Analyst
Supply Chain
Circuit City Stores, Inc.
Office 804-486-2021
PJMcCarthy@circuitcity.com

Ed Maitland/MDSE/Circuit City



**Ed Maitland/MDSE/Circuit City**
12/05/2008 12:40 PM

To    PJ McCarthy/MDSE/Circuit City@Circuit City
cc
Subject    Fw: Price Sheet

Did this get done?

----- Forwarded by Ed Maitland/MDSE/Circuit City on 12/05/2008 12:40 PM -----



**Ed Maitland/MDSE/Circuit City**
12/05/2008 08:46 AM

To    PJ McCarthy/MDSE/Circuit City, VMA Chargeback Request
cc
Subject    Fw: Price Sheet

Price moves on KDL32L4000, KDL32M4000, and KDL32XBR6

Ed

----- Forwarded by Ed Maitland/MDSE/Circuit City on 12/05/2008 08:45 AM -----



"O'Keefe, Jim"
<Jim.O'Keefe@am.sony.com>
12/05/2008 08:12 AM

To    <Ed_Maitland@Circuitcity.com>
cc
Subject    Price Sheet

Sorry for the delay - it is attached.....

CCLT 020546

Jim O'Keefe
**Sony Electronics**
National Account Manager - TV
Phone:  804-267-2603
Fax:      804-267-2626
Cell:      804-334-6543

james.o'keefe@am.sony.com


CC 2008 Pricing.xls

CCLT 020547

Sony 2008 LCD Contract Pricing: Circuit City

| Model | | Circuit City Contract Cost | SRP | Margin |
|---|---|---|---|---|
| KDL26M4000 | | $482.99 | $599.99 | 19.50% |
| KDL32L4000 | | $563.49 | $699.99 | 19.50% |
| | Effective 11/02/08 | $523.24 | $649.99 | |
| 97649 | Effective 12/02/08 | $482.99 | $599.99 | 19.50% |
| KDL32M4000 | | $610.46 | $899.99 | 32.17% |
| | Effective 10/05/08 | $542.63 | $799.99 | 32.17% |
| | Effective 11/30/08 | $508.71 ✓ | $749.99 | 32.17% |
| KDL32XBR6 | | $792.47 | $1,199.99 | 33.96% |
| | Effective 11/30/08 | $726.43 ✓ | $1,099.99 | 33.96% |
| KDL37M4000 | | $725.99 | $1,099.99 | 34.00% |
| KDL40S4100 | | $965.99 | $1,199.99 | 19.50% |
| | Effective 11/02/08 | $885.49 | $1,099.99 | 19.50% |
| 97666 | Effective 12/02/08 | $804.99 | $999.99 | 19.50% |
| KDL40V4100 | | $986.99 | $1,499.99 | 34.20% |
| | Effective 10/12/08 | $921.19 | $1,399.99 | 34.20% |
| KDL40W4100 | | $1,283.22 | $1,899.99 | 32.46% |
| | Effective 11/09/08 | $1,148.17 | $1,699.99 | 32.46% |
| KDL40XBR6 | | $1,619.24 | $2,499.99 | 35.23% |
| | Effective 11/9/08 | $1,489.70 | $2,299.99 | 35.23% |
| KDL46S4100 | | $1,287.99 | $1,559.99 | 19.50% |
| | Effective 9/7 | $1,207.49 | $1,499.99 | 19.50% |
| 97666 | Effective 12/2/2008 | $1,126.99 | $1,399.99 | 19.50% |
| KDL46V4100 | | $1,319.99 | $1,999.99 | 34.00% |
| | Effective 9/28/08 | $1,187.99 | $1,799.99 | 34.00% |
| KDL46W4100 | | $1,566.71 | $2,399.99 | 34.72% |
| | Effective 9/28/08 | $1,436.15 | $2,199.99 | 34.72% |
| | Effective 11/9/08 | $1,305.56 | $1,999.99 | 34.72% |
| KDL46Z4100/B | | $1,827.83 | $2,799.99 | 34.72% |
| | Effective 9/28/08 | $1,631.99 | $2,499.99 | 34.72% |
| KDL46XBR6 | | $1,927.77 | $2,999.99 | 35.74% |
| | Effective 10/12/08 | $1,799.25 | $2,799.99 | 35.74% |
| KDL52V4100 | | $1,763.00 | $2,699.99 | 34.70% |
| | Effective 7/13 | $1,632.50 | $2,499.99 | 34.70% |
| | Effective 9/28/08 | $1,501.89 | $2,299.99 | 34.70% |
| KDL52W4100 | | $1,958.38 | $2,999.99 | 34.72% |
| | Effective 9/28/08 | $1,827.83 | $2,799.99 | 34.72% |
| KDL52XBR6 | | $2,396.48 | $3,699.99 | 35.23% |
| | Effective 10/12/08 | $2,266.94 | $3,499.99 | 35.23% |
| KDL37L4000 | | $798.00 | $949.99 | 16.00% |
| KDL37XBR6 | | $1,043.10 | $1,499.99 | 30.46% |
| KDL40Z4100/B | | $1,577.00 | $2,299.99 | 31.43% |
| | Effective 10/12/08 | $1,508.60 | $2,199.99 | 31.43% |
| | Effective 11/9/08 | $1,370.85 | $1,999.99 | 31.46% |
| KDL42V4100 | | $1,104.85 | $1,599.99 | 30.95% |
| | Effective 10/12/08 | $1,035.50 | $1,499.99 | 30.97% |

CONFIDENTIAL

CCLT 020548