# EXHIBIT 23

## Dorey, Marie

**From:** Dorey, Marie
**Sent:** Tuesday, January 13, 2009 2:23 PM
**To:** 'Susan_Wilburn@circuitcity.com'; 'Dana_Griffin@circuitcity.com'
**Subject:** Post claim

Hi

Re: Post Claim VB# 97370 - $224,373.00

After review of this claim, it has been determined to be not valid. Post sales not sufficient to cover claimed amounts.
Pls cancel or advise.

thx

Marie J. Dorey
Senior Customer Support Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email: Marie.dorey@am.sony.com

**HDNA**
High Definition. It's in our DNA.

CONFIDENTIAL                                                                                    SEL00009427