# EXHIBIT 24

97370

CCLT 020318

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97370 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 369 |
| Brand | : | SON |
| PP | : | Y |
| Effective Date | : | 11/30/2008 |
| | | |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

CCLT 020319



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA 23233-1464

December 1, 2008

Bob Altermatt
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Bob Altermatt,

This is to confirm $224,373.00 committed by Bob Altermatt offered to Circuit City Stores Inc., effective 11/30/2008. These funds are for price protection. Supporting details are attached.

Payment is due by 11/30/2008 and will be collected via a deduction from the vendor's A/P balance for chargeback # 97370.

All other terms and conditions remain the same.

Sincerely,

Holly Gorman

CCLT 020320

| | | | | |
|---|---|---|---|---|
| | | | Status: | COMPLETED |
| Chargeback #: | 97370 | | | |
| CR#: | 65029 | | | |
| PA #: | | | | |
| Vendor Name: | SONY | | Vendor #: | 70932 |
| Committed By: | Bob Altermatt | | | |
| Mail To: | | | | |
| | Address: | 300 Arboretum Way | Created By: | McCarthy, Patrick |
| | | Suite 310 | Finalized By: | Dada, Sam |
| | City: | Richmond | Finalized Date: | 11/26/2008 |
| | State: | VA | Last Changed By: | VMASystem |
| | Province/Region: | | Last Changed Date: | 11/30/2008 |
| | Country: | United States | | |
| | Zip: | 23236 | | |
| | Attn To: | Bob Altermatt | | |
| | Copy To: | | | |
| Buyer Name: | Holly Gorman | | | |
| Funding Description: | price protection | | | |
| Based On: | Price Protection | | | |
| Effective Date: | 11/30/2008 | | | |
| Price Protection Based On: | Invoice Cost | | | |
| Price Effective Going Forward: | Y | | | |
| Support Documentation Required: | Y | | | |
| Price Protect Receiving: | Price Protect Receiving Through Date: | | | |
| Payment How: | Deduct from AP balance | | | |
| Vendor Payment Due Days: | 0 | | | |

Allocation:

| Type | Sub-Type | Class | Brand | % |
|---|---|---|---|---|
| Price Protection | PRI | 369 | SON | 100.00 |

Comments:

Price Protection For:

| Class | Brand | Model | Old Invoice Cost | New Invoice Cost | Cost Difference | Amount | Cost Reduction ? | Cost Reduction Amount |
|---|---|---|---|---|---|---|---|---|
| 369 | SON | VGNFW250JH | $1,026.59 | $939.59 | $87.00 | $87.00 | Y | $87.00 |

Price Protection Details:

| Class | Brand | Model | TCIOH | Receiving | Old Invoice | New Invoice | Diff/Unit | Price Protection | Total Impact |
|---|---|---|---|---|---|---|---|---|---|

CCLT 020321

| | | | 11/30/2008 | Through | Cost | Cost | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 369 | SON | VGNFW250JH | 2,579 | | $1,026.59 | $939.59 | $87.00 | $87.00 | $224,373.00 |
| | | | | | | | | | **$224,373.00** |

**Workflow Comments:**

CCLT 020322

**Chargeback #:** 97370

**Vendor #:** 70932

**Vendor Name:** SONY

**Impact Details:**

| Class | Brand | Model | TCIOH 11/30/2008 | Receiving Through | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|---|---|---|---|---|---|---|---|---|---|
| 369 | SON | VGNFW250JH | 2,579 | | $1,026.59 | $939.59 | $87.00 | $87.00 | $224,373.00 |
| | | | | | | | | | $224,373.00 |

Cost Reduction View Data Elements

**CR ID:** 65029    **Status:** COMPLETED

| | |
|---|---|
| **Vendor #:** | 70932    **Vendor Name:** SONY --- NOV08 |
| **Effective Date:** | 11/30/2008 |
| **Buyer:** | Holly Gorman |
| **Funded By:** | Vendor |
| **Chargeback#:** | 97370 |
| **Reduction Type:** | Price Protection |
| **Comments:** | |
| **Created By:** | |
| **Created Date:** | 11/26/2008 |
| **Finalized By:** | |
| **Finalized Date:** | 11/26/2008 |

| Class | Brand | Model | SKU | Avg. CST (11/30/2008) | New Average Cost | Unit Cost Change | Current TCIOH (11/30/2008) | Impact |
|---|---|---|---|---|---|---|---|---|
| 369 | SON | VGNFW250JH | 258112 | $1,077.92 | $990.92 | $-87.00 | 2,579 | $-224,373.00 |
| | | | | | | | **Total Impact Amount** | **$-224,373.00** |
| | | | | | | | **Total Available Amount** | **$0.00** |

**Workflow Comments:**

CCLT 020324



**PJ McCarthy**
11/26/2008 11:51 AM

To: VMA Chargeback Request@Circuit City
cc: Holly Gorman/MDSE/Circuit City@Circuit City
Subject: CB 97370 --- Fw: VAIO Fall '08 Price Drop Sales News on FW2xx series

please approve with 11/30 effective date. thanks

PJ

PJ McCarthy
Vendor Analyst
Supply Chain
Circuit City Stores, Inc.
Office 804-486-2021
PJ McCarthy@circuitcity.com

---- Forwarded by PJ McCarthy/MDSE/Circuit City on 11/26/2008 11:51 AM ----



**PJ McCarthy/MDSE/Circuit City**
11/19/2008 11:10 AM

To   PJ McCarthy/MDSE/Circuit City@Circuit City
cc
Subject   Fw: VAIO Fall '08 Price Drop Sales News on FW2xx series

PJ

PJ McCarthy
Vendor Analyst
Supply Chain
Circuit City Stores, Inc.
Office 804-486-2021
PJ McCarthy@circuitcity.com

---- Forwarded by PJ McCarthy/MDSE/Circuit City on 11/19/2008 11:10 AM ----



**Holly Gorman**
11/19/2008 09:21 AM

To: VMA@Circuit City
cc: Meighan Enright/MDSE/Circuit City@Circuit City
Subject: Fw: VAIO Fall '08 Price Drop Sales News on FW2xx series

VMA - Please drop the cost effective 11/30 on SON VGNFW250JH (class 369) from $1026.59 to 939.59. All owned inventory is price protected.

Thanks,

Holly Gorman
Buyer - Notebooks and Projectors
Circuit City
804 486 3590

---- Forwarded by Holly Gorman/MDSE/Circuit City on 11/19/2008 09:20 AM ----



"Altermatt, Bob"
<Robert.Altermatt@am.sony.    To   <Charles_Farmer@circuitcity.com>,



com>  
11/18/2008 02:48 PM

&lt;Holly_Gorman@circuitcity.com&gt;,  
&lt;Meighan_Enright@circuitcity.com&gt;,  
&lt;Rhonda_Eckel@circuitcity.com&gt;  
cc  
Subject  FW: VAIO Fall '08 Price Drop Sales News on FW2xx series

Dear Team

In order to meet competition Sony is pleased to announce the below changes in contract cost and SRP on the VGNFW250J/H

Sincerely

Bob

*********************************************************************************
*************

Sony ITPD Announces

# Price Drop on VGN-FW250J/H
VAIO® Notebook PC

**Effective Date for Price Move:**
Dealer Price Change:   November 30, 2008
SRP Change:             November 30, 2008

| Product Name | UPC Code | Old SRP | New SRP | SRP Change | Old RTL | New RTL | RTL Change |
|---|---|---|---|---|---|---|---|
| VGN-FW250J/H | 0-27242-75163-7 | $ 1,179.99 | $ 1,079.99 | ($100.00) | $1026.59 | $939.59 | ($ 87) |

CCLT 020326