# EXHIBIT 25

Dorey, Marie

| From: | Dorey, Marie |
|---|---|
| Sent: | Monday, January 12, 2009 1:32 PM |
| To: | 'Susan_Wilburn@circuitcity.com' |
| Cc: | 'Dana_Griffin@circuitcity.com' |

Subject: POST - #96988

Hi Susan:

Re: Post #96988 - $186,732.00

After review of this item, we are only showing that $7,098.00 of this claim is valid -- covers the 182 pcs of the DSLRA350K for Receivings through 11/18/08.
The remaining models/qtys- there were no purchases made post; therefore, not entitled to this.

Pls review and revise this claim to $7,098.00 and we will then be able to process.

--

rec'd you phone msg -- let me take a look at that claim - 96128 and I'll get back to you.

Thanks,

Marie J. Dorey
Senior Customer Support Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email: Marie.dorey@am.sony.com

**HDNA**

High Definition. It's in our DNA.

1/27/2009

CONFIDENTIAL

SEL00009764