# EXHIBIT 26

89898

CCLT 010468

Vendor Management Administration                                    Page 1 of 1

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 96988 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY --- NOV08 |
| Class | : | 303 |
| Brand | : | SON |
| PP | : | Y |
| Effective Date | : | 11/13/2008 |
| | | |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

http://vma.ccs.com/web/GlobalSearch.do

11/18/2008

CCLT 010469

CCLT 010470

Vendor Management Administration                                    Page 1 of 2

|  |  |  |  |
|---|---|---|---|
| | | **Status:** | COMPLETED |

**Chargeback #:**     96988

**CR#:**     64905

**PA #:**

**Vendor Name:**     SONY --- NOV08          **Vendor #:**     70932

**Committed By:**     Tish Bergin

**Mail To:**

| | | | |
|---|---|---|---|
| **Address:** | 300 Arboretum Way | **Created By:** | Martin, Doris |
| | Suite 310 | **Finalized By:** | Dada, Sam |
| **City:** | Richmond | **Finalized Date:** | 11/18/2008 |
| **State:** | VA | **Last Changed By:** | Dada, Sam |
| **Province/Region:** | | **Last Changed Date:** | 11/18/2008 |
| **Country:** | United States | | |
| **Zip:** | 23236 | | |
| **Attn To:** | Sony Electronics Inc | | |
| **Copy To:** | Tish Bergin | | |

**Buyer Name:**     Timothy Hague

**Funding Description:**     price protection

**Based On:**     Price Protection

**Effective Date:**     11/13/2008

**Price Protection Based On:**     Invoice Cost

**Price Effective Going Forward:**     Y

**Support Documentation**
**Required:**     N

**Price Protect Receiving:**     **Price Protect Receiving Through Date:** 11/18/2008

**Payment How:**     Deduct from AP balance

**Vendor Payment Due Days:**     0

**Allocation:**

| Type | Sub-Type | Class | Brand | % |
|---|---|---|---|---|
| Price Protection | PRI | 303 | SON | 98.44 |
| Price Protection | PRI | 303 | SON | 1.23 |
| Price Protection | PRI | 303 | SON | 0.33 |

**Comments:**

**Price Protection For:**

| Class | Brand | Model | Old Invoice Cost | New Invoice Cost | Cost Difference | Amount | Cost Reduction ? | Cost Reduction Amount |
|---|---|---|---|---|---|---|---|---|
| 303 | SON | DSLRA350X | $779.99 | $740.99 | $39.00 | $39.00 | Y | $39.00 |
| 303 | SON | DSLRA350 | $545.99 | $506.99 | $39.00 | $39.00 | Y | $39.00 |
| 303 | SON | DSLRA350K | $623.99 | $584.99 | $39.00 | $39.00 | Y | $39.00 |

http://vma.ccs.com/web/viewCB.do?method=viewCB                    11/18/2008

CCLT 010471

CCLT 010472

Vendor Management Administration

**Price Protection Details:**

| Class | Brand | Model | TCIOH 11/13/2008 | Receiving Through 11/18/2008 | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|-------|-------|-------|------------------|------------------------------|------------------|------------------|-----------|-------------------------|---------------------|
| 303 | SON | DSLRA350X | 16 | 0 | $779.99 | $740.99 | $39.00 | $39.00 | $624.00 |
| 303 | SON | DSLRA350 | 59 | 0 | $545.99 | $506.99 | $39.00 | $39.00 | $2,301.00 |
| 303 | SON | DSLRA350K | 4,531 | 182 | $623.99 | $584.99 | $39.00 | $39.00 | $183,807.00 |
| | | | | | | | | | **$186,732.00** |

**Workflow Comments:**

http://vma-ccs.com/web/viewCB.do?method=viewCB                                    11/18/2008

CCLT 010474

Vendor Management Administration

Page 1 of 1

Chargeback #:        96988

Vendor #:            70932

Vendor Name:         SONY --- NOV08

Impact Details:

| Class | Brand | Model | TCIOH 11/13/2008 | Receiving Through 11/18/2008 | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|-------|-------|-------|------------------|------------------------------|------------------|------------------|-----------|-------------------------|---------------------|
| 303 | SON | DSLRA350 | 59 | 0 | $545.99 | $506.99 | $39.00 | $39.00 | $2,301.00 |
| 303 | SON | DSLRA350K | 4,531 | 182 | $623.99 | $584.99 | $39.00 | $39.00 | $183,807.00 |
| 303 | SON | DSLRA350X | 16 | 0 | $779.99 | $740.99 | $39.00 | $39.00 | $624.00 |
| | | | | | | | | | $186,732.00 |

CCLT 010475

CCLT 010476

 **VMA**
Sent by: Doris Martin

11/18/2008 01:35 PM

To: VMA Chargeback Request@Circuit City
cc: Courtney Gozza/MDSE/Circuit City@CIRCUIT CITY
Subject: CB 96988 — 11/13 change Fw: A350 series Cost Changes

Please approve chargeback 96988 with an effective date of 11/13/08.

Thanks!
Doris
VMA Group
VMA@CircuitCity.com
Courtney Gozza

**Courtney Gozza**

11/13/2008 03:25 PM

To: VMA@Circuit City
cc:
Subject: 11/13 change Fw: A350 series Cost Changes



Price Change Form SON DSLRA350s11.13.08.xls

Courtney Gozza
Associate Buyer, Imaging
Circuity City Stores, Inc.
804-486-7155
Courtney_Gozza@circuitcity.com
----- Forwarded by Courtney Gozza/MDSE/Circuit City on 11/13/2008 03:25 PM -----

 "Bergin, Leticia"
<leticia.bergin@am.sony.com>

10/21/2008 09:15 AM

To  <Tim_Hague@Circuitcity.com>,
    <Courtney_Gozza@circuitcity.com>,
    <Jaclyn_Veney@circuitcity.com>
cc

Subject  A350 series Cost Changes

Tim and Team
Please find attached costing changes for the A350 series.
Please contact me if you have any questions.
Thank you
Tish

**Tish Bergin**
**National Account Manager**
**804-267-2610 office**
**804-687-2898 mobile**



Price Protection A350 Nov 13  move.doc

CCLT 010477

CCLT 010478

## Price Change/Price Protection Tracking Form

**Instructions:**
1. Provide the information requested in yellow          **Questions?  Contact Jessica Preas, x4566**

Is this form a revision to a previous request?          | No |

### Chargeback Info

| Vendor Number | | **Due Date** | 11/13/2008 |
| Vendor | Sony |
| Vendor Contact | Leticia Bergin |
| | (name) |

### Price Change Section

| Buyer | Tim Hague |
| Price Change Effective Date | 11/13/2008 |
| Today's Date | 11/18/2008 |

*Is this a rush request? (less than 7 days before effective date)*     | yes |

**Price (Cost) Change/Price Protection Options:**

| Yes | Purchase Price (Cost) Change and Price Protection Funding |
| | Price Protection Funding Only |
| | Purchase Price (Cost) Change Only (not eligible for Price Protection) |

**Items affected:**

| Class (Dept) | Brand | Model | Old Invoice Cost | New Invoice Cost | Old (Net) Cost | New (Net) Cost | Cost Reduction needed (Y or N) |
|---|---|---|---|---|---|---|---|
| 303 | SON | DSLRA350 | $545.99 | $506.99 | | | Y |
| 303 | SON | DSLRA350K | $623.99 | $584.99 | | | Y |
| 303 | SON | DSLRA350X | $779.99 | $749.99 | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |

*Please include all supporting documentation with your request.*

| Chargeback # | |
| Cost Reduction | |

Buyer Signature (only needed if not email to VMAC directly.com)

**Please email this form to the vendor analyst group at "VMAC@circuitcity.com"**

You can find additional copies on the Vendor Relations Sharepoint site:  http://mysite/sites/vrd/default.aspx          10/1/2006

CCLT 010479

CCLT 010480



300 Arboretum Place, Suite 310, Richmond, VA  23236

Contract: P5A0502819

November 18, 2008

This is to confirm that Sony Electronics Inc. is lowering your cost on the select models as follows:

| Model | Old Cost | New Cost | Cost Delta | Old SURE | New SURE | Old GM | New GM | Effective Date |
|-------|----------|----------|------------|----------|----------|--------|--------|----------------|
| DSLRA350 | $545.99 | $506.99 | $39.00 | $699.99 | $649.99 | 22.0% | 22.0% | 11/13/08 |
| DSLRA350K | $623.99 | $584.99 | $39.00 | $799.99 | $749.99 | 22.0% | 22.0% | 11/13/08 |
| DSLRA350X | $779.99 | $740.99 | $39.00 | $999.99 | $949.99 | 22.0% | 22.0% | 11/13/08 |

This Price Protection notice is not an agreement of Circuit City's retail price.

Signed,

/s/ *Leticia A Kathol*

Leticia A Kathol
Sony Electronics Inc.

CCLT 010481