# EXHIBIT 27

**Dorey, Marie**

**From:** Dorey, Marie
**Sent:** Tuesday, January 13, 2009 2:18 PM
**To:** 'Susan_Wilburn@circuitcity.com'
**Cc:** 'Dana_Griffin@circuitcity.com'
**Subject:** post claim

Hi

Re: Post claim# 97045, $181,721.38

After review of this claim, it has been determined it is not valid. Post sales not sufficient to cover claimed amounts.
Pls cancel or advise.

thx

Marie J. Dorey
Senior Customer Support Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email: Marie.dorey@am.sony.com


High Definition. It's in our DNA.

4/27/2009

CONFIDENTIAL

SEL00009780