# EXHIBIT 28

97045

CCLT 010526

Vendor Management Administration                                              Page 1 of 1

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97045 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 179 |
| Brand | : | SON |
| PP | : | Y |
| Effective Date | : | 11/23/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☑ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

CCLT 010527



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA 23233-1464

11/24/2008

Sony Electronics Inc
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Sony Electronics Inc,

This is to confirm $181,721.38 committed by Tish Bergin offered to Circuit City Stores Inc., effective 11/23/2008. These funds are for price protection. Supporting details are attached.

Payment is due by 11/24/2008 and will be collected via a deduction from the vendor's A/P balance for chargeback # 97045.

All other terms and conditions remain the same.

Sincerely,

Ann Saulsbury

cc: Tish Bergin

CCLT 010528

Vendor Management Administration                                          Page 1 of 2

|  |  |
|---|---|
| | **Status:** COMPLETED |

| | |
|---|---|
| **Chargeback #:** | 97045 |
| **CR#:** | 64946 |
| **PA #:** | |
| **Vendor Name:** | SONY | **Vendor #:** 70932 |
| **Committed By:** | Tish Bergin |
| **Mail To:** | |

| | | | | |
|---|---|---|---|---|
| **Address:** | 300 Arboretum Way | **Created By:** | Martin, Doris |
| | Suite 310 | **Finalized By:** | Dada, Sam |
| **City:** | Richmond | **Finalized Date:** | 11/21/2008 |
| **State:** | VA | **Last Changed By:** | VMASystem |
| **Province/Region:** | | **Last Changed Date:** | 11/23/2008 |
| **Country:** | United States | | |
| **Zip:** | 23236 | | |
| **Attn To:** | Sony Electronics Inc | | |
| **Copy To:** | Tish Bergin | | |

**Buyer Name:** Ann Saulsbury

**Funding Description:** price protection

**Based On:** Price Protection

**Effective Date:** 11/23/2008

**Price Protection Based On:** Invoice Cost

**Price Effective Going Forward:** Y

**Support Documentation Required:** Y

**Price Protect Receiving:**     **Price Protect Receiving Through Date:**

**Payment How:** Deduct from AP balance

**Vendor Payment Due Days:** 0

**Allocation:**

| Type | Sub-Type | Class | Brand | % |
|---|---|---|---|---|
| Price Protection | PRI | 179 | SON | 80.49 |
| Price Protection | PRI | 179 | SON | 0.62 |
| Price Protection | PRI | 179 | SON | 18.89 |

**Comments:**

**Price Protection For:**

| Class | Brand | Model | Old Invoice Cost | New Invoice Cost | Cost Difference | Amount | Cost Reduction ? | Cost Reduction Amount |
|---|---|---|---|---|---|---|---|---|
| 179 | SON | DCRDVD810 | $341.99 | $311.99 | $30.00 | $30.00 | Y | $30.00 |
| 179 | SON | DCRDVD610 | $267.29 | $245.99 | $21.30 | $21.30 | Y | $21.30 |
| 179 | SON | DCRDVD710 | $324.00 | $283.49 | $40.51 | $40.51 | Y | $40.51 |

CCLT 010529

Vendor Management Administration

**Price Protection Details:**

| Class | Brand | Model | TCIOH 11/23/2008 | Receiving Through | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|-------|-------|-------|------------------|-------------------|------------------|------------------|-----------|-------------------------|---------------------|
| 179 | SON | DCRDVD810 | 1,144 | | $341.99 | $311.99 | $30.00 | $30.00 | $34,320.00 |
| 179 | SON | DCRDVD610 | 6,867 | | $267.29 | $245.99 | $21.30 | $21.30 | $146,267.10 |
| 179 | SON | DCRDVD710 | 28 | | $324.00 | $283.49 | $40.51 | $40.51 | $1,134.28 |
| | | | | | | | | | $181,721.38 |

**Workflow Comments:**

CCLT 010530

Vendor Management Administration

| Chargeback #: | 97045 |
|---|---|
| Vendor #: | 70932 |
| Vendor Name: | SONY |

**Impact Details:**

| Class | Brand | Model | TCIOH 11/23/2008 | Receiving Through | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|---|---|---|---|---|---|---|---|---|---|
| 179 | SON | DCRDVD610 | 6,867 | | $267.29 | $245.99 | $21.30 | $21.30 | $146,267.10 |
| 179 | SON | DCRDVD710 | 28 | | $324.00 | $283.49 | $40.51 | $40.51 | $1,134.28 |
| 179 | SON | DCRDVD810 | 1,144 | | $341.99 | $311.99 | $30.00 | $30.00 | $34,320.00 |
| | | | | | | | | | **$181,721.38** |

CCLT 010531



**VMA**
Sent by: Doris Martin

11/19/2008 04:26 PM

To: VMA Chargeback Request@Circuit City
cc: Ann Saulsbury/MDSE/Circuit City@Circuit City, Jessica
    Scaggs/MDSE/Circuit City@Circuit City, Tiffany Emory/MDSE/Circuit
    City@Circuit City
Subject: CB 97045 -- Cost & PP's effective for 11/23/08. 🖹

Please appoved chargeback 97045 with an effective date of 11/23/08.

Thanks!
Doris
VMA Group
VMA@CircuitCity.com
Tiffany Emory



**Tiffany Emory**
11/18/2008 11:05 AM

To: VMA@Circuit City
cc: Ann Saulsbury/MDSE/Circuit City@Circuit City, Jessica
    Scaggs/MDSE/Circuit City@Circuit City
Subject: Cost & PP's effective for 11/23/08.

Vendor support letter is below.  Thanks.



SON 179 changes effective 112308.xls

Tiffany L. Emory
Project Manager, Imaging
(804)527-4000 x2163

**Please note new direct number effective 2/5/07:
(804) 486-2163
----- Forwarded by Tiffany Emory/MDSE/Circuit City on 11/18/2008 11:04 AM ----



"Bergin, Leticia"
<leticia.bergin@am.sony.com>

11/17/2008 02:25 AM

To  <Tiffany_Emory@circuitcity.com>

cc  <Ann_Saulsbury@circuitcity.com>,
    <Jessica_Scaggs@circuitcity.com>

Subject  RE: DVD series cost change

Tiffany
My apologies, I sent the Exhibit A vs. the price protection letter.
Exhibit A is our internal SOX document.
Thanks
Tish

Tish Bergin
National Account Manager
804-287-2610 office
804-887-2898 mobile

CCLT 010533

**From:** Tiffany_Emory@circuitcity.com [mailto:Tiffany_Emory@circuitcity.com]
**Sent:** Friday, November 14, 2008 4:24 PM
**To:** Bergin, Leticia
**Cc:** Ann_Saulsbury@circuitcity.com; Jessica_Scaggs@circuitcity.com
**Subject:** Re: DVD series cost change


Tish,

Can you also please send any associated retail changes for the below.  I see that I had received previous
information stating the new retail for the 610, but I can't seem to find anything for the 710 or 810.  Thanks
a bunch.



Tiffany L. Emory
Project Manager, Imaging
(804)527-4000 x2163

**Please note new direct number effective 2/5/07:
(804) 486-2163


"Bergin, Leticia"
<leticia.bergin@am.sony.com>          To <Ann_Saulsbury@circuitcity.com>, <Jessica_Scaggs@circuitcity.com>,
                                          <Tiffany_Emory@circuitcity.com>
                                      cc
11/11/2008 04:58 PM                   Subje DVD series cost change
                                      ct



Ann
Please find attached cost changes for the DVD series effective 11/23/08.
Thank you.
Tish


Tish Bergin
National Account Manager
804-267-2610 office
804-687-2898 mobile


================================

The information contained in this message may be privileged, confidential and
protected from disclosure. This message is intended only for the designated

recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.

Thank you.    Price Protection Cams Nov 23 move.doc

CCLT 010535

# Price Change/Price Protection Tracking Form

**Instructions:**
1. Provide the information requested in yellow

*Questions? Contact Jessica Preas, x4566*

Is this form a revision to a previous request?          No

## Chargeback Info:

| | |
|---|---|
| Vendor Number | 70932 |
| Vendor | SONY |
| Vendor Contact | Tish Kathoi |
| | (name) |

**Due Date**   11/21/2008

## Price Change Section

| | |
|---|---|
| Buyer | Ann Saulsbury |
| Price Change Effective Date | 11/23/2008 |
| Today's Date | 11/21/2008 |

*Is this a request (less than 7 days before effective date)*   No

**Price (Cost) Change/Price Protection Options:**

Yes   Purchase Price (Cost) Change and Price Protection Funding

Price Protection Funding Only

Purchase Price (Cost) Change Only (not eligible for Price Protection)

## Items affected:

| Class (Dept) | Brand | Model | Old Invoice Cost | New Invoice Cost | Old (Net) Cost | New (Net) Cost | Cost Reduction needed (Y or N) |
|---|---|---|---|---|---|---|---|
| 179 | SON | DCRDVD610 | 267.29 | 245.99 | | | Y |
| 179 | SON | DCRDVD710 | 324 | 283.49 | | | Y |
| 179 | SON | DCRDVD810 | 341.99 | 311.99 | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |
| | | | | | | | Y |

*Please include all supporting documentation with your request.*

| | |
|---|---|
| Chargeback # : | |
| Cost Reduction | |

Buyer Signature (only needed if not emailed to VMA@circuitcity.com)

## Please email this form to the vendor analyst group at "VMA@circuitcity.com."

You can find additional copies on the Vendor Relations Sharepoint site: http://mysite/sites/vrd/default.aspx          10/1/2006

CCLT 010536

# SONY

300 Arboretum Place, Suite 310, Richmond, VA 23236

Contract: P5A0502819

November 21, 2008

This is to confirm that Sony Electronics Inc. is lowering your cost on the select models as follows:

| Model | Old Cost | New Cost | Cost Delta | Old SPPG | New SPPG | Old GM | New GM | Effective Date |
|-------|----------|----------|------------|----------|----------|--------|--------|----------------|
| DCRDVD610 | $267.29 | $245.99 | $21.30 | $329.99 | $299.99 | 19.0% | 18.0% | 11/23/08 |
| DCRDVD710 | $324.00 | $283.49 | $40.51 | $399.99 | $349.99 | 19.0% | 19.0% | 11/23/08 |
| DCRDVD810 | $341.99 | $311.99 | $30.00 | $449.99 | $399.99 | 24.0% | 22.0% | 11/23/08 |

This Price Protection notice is not an agreement of Circuit City's retail price.

Signed,

/s/ *Leticia A Kathol*

Leticia A Kathol
Sony Electronics Inc.