# EXHIBIT 29

**Dorey, Marie**

**From:** Dorey, Marie
**Sent:** Monday, December 15, 2008 12:07 PM
**To:** 'Dana_Griffin@circuitcity.com'; 'Susan_Wilburn@circuitcity.com'
**Subject:** CB#97139 - Post claim

Hi Dana

In reviewing your cb#97139, $151,905.60 Post claim -- this claim is not valid.
A review of our records shows there were purchases of this model after 11/10/08 and, therefore, not entitled to this claim.

Pls cancel.

Thanks,

Marie J. Dorey
Senior Customer Support Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email: Marie.dorey@am.sony.com

HDNA
High Definition. It's in our DNA.

4/27/2009

CONFIDENTIAL                                                                                                    SEL00010160