# EXHIBIT 30

97139

CCLT 020077

Vendor Management Administration                                    Page 1 of 1

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97139 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 274 |
| Brand | : | SON |
| PP | : | Y |
| Effective Date | : | 11/22/2008 |
| | | |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

http://vma.ccs.com/web/GlobalSearch.do                              11/24/2008

CCLT 020078



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA  23233-1464

11/24/2008

Anthony Spezio
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Anthony Spezio,

This is to confirm $151,905.60 committed by Anthony Spezio offered to Circuit City
Stores Inc., effective 11/22/2008.  These funds are for price protection.  Supporting
details are attached.

Payment is due by 11/24/2008 and will be collected via a deduction from the vendor's
A/P balance for chargeback # 97139.

All other terms and conditions remain the same.

Sincerely,

Lori Woods

Vendor Management Administration                                            Page 1 of 2

|  |  |  |  |
|---|---|---|---|
|  |  | **Status:** | COMPLETED |
| **Chargeback #:** | 97139 |  |  |
| **CR#:** | 64962 |  |  |
| **PA #:** |  |  |  |
| **Vendor Name:** | SONY | **Vendor #:** | 70932 |
| **Committed By:** | Anthony Spezio |  |  |
| **Mail To:** |  |  |  |

| | | | |
|---|---|---|---|
| **Address:** | 300 Arboretum Way | **Created By:** | McCarthy, Patrick |
|  | Suite 310 | **Finalized By:** | Dada, Sam |
| **City:** | Richmond | **Finalized Date:** | 11/21/2008 |
| **State:** | VA | **Last Changed By:** | VMASystem |
| **Province/Region:** |  | **Last Changed Date:** | 11/22/2008 |
| **Country:** | United States |  |  |
| **Zip:** | 23236 |  |  |
| **Attn To:** | Anthony Spezio |  |  |
| **Copy To:** |  |  |  |

| | |
|---|---|
| **Buyer Name:** | Lori Woods |
| **Funding Description:** | price protection |
| **Based On:** | Price Protection |
| **Effective Date:** | 11/22/2008 |
| **Price Protection Based On:** | Invoice Cost |
| **Price Effective Going Forward:** | Y |
| **Support Documentation Required:** | Y |
| **Price Protect Receiving:** | **Price Protect Receiving Through Date:** |
| **Payment How:** | Deduct from AP balance |
| **Vendor Payment Due Days:** | 0 |

**Allocation:**

| Type | Sub-Type | Class | Brand | % |
|---|---|---|---|---|
| Price Protection | PRI | 274 | SON | 100.00 |

**Comments:**

**Price Protection For:**

| Class | Brand | Model | Old Invoice Cost | New Invoice Cost | Cost Difference | Amount | Cost Reduction ? | Cost Reduction Amount |
|---|---|---|---|---|---|---|---|---|
| 274 | SON | CDXGT420IP | $80.57 | $62.97 | $17.60 | $17.60 | Y | $17.60 |

**Price Protection Details:**

| Class | Brand | Model | TCIOH 11/22/2008 | Receiving Through | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|---|---|---|---|---|---|---|---|---|---|

http://vma.ccs.com/web/viewCB.do?method=viewCB                    11/24/2008

CCLT 020080

Vendor Management Administration

| 274 | SON | CDXGT420IP | 8,631 | | $80.57 | $62.97 | $17.60 | $17.60 | $151,905.60 |

$151,905.60

**Workflow Comments:**

CCLT 020081

Vendor Management Administration

| Chargeback #: | 97139 |
| Vendor #: | 70932 |
| Vendor Name: | SONY |

**Impact Details:**

| Class | Brand | Model | TCIOH 11/22/2008 | Receiving Through | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|---|---|---|---|---|---|---|---|---|---|
| 274 | SON | CDXGT420IP | 8,631 | | $80.57 | $62.97 | $17.60 | $17.60 | $151,905.60 |
| | | | | | | | | | $151,905.60 |

CCLT 020082



**PJ McCarthy**
11/21/2008 04:25 PM

To: VMA Chargeback Request@Circuit City
cc: Lori Woods/MDSE/Circuit City@CIRCUIT CITY
Subject: CB 97139 - Re: Sony Price Protection📄

please approve with 11/22 eff date

PJ

PJ McCarthy
Vendor Analyst
Supply Chain
Circuit City Stores, Inc.
Office 804-486-2021
PJ McCarthy@circuitcity.com


Lori Woods/MDSE/Circuit City

**Lori Woods/MDSE/Circuit City**

11/21/2008 03:47 PM

To  VMA@Circuit City, PJ McCarthy/MDSE/Circuit City@Circuit
    City
cc

Subject  Sony Price Protection


Please see attached sheet for price protection for Sony.  I don't know their new vendor number and on the
attached cost reduction form the old vendor number is noted.
Let me know if you have any questions.
Thanks!
Lori



*Price Protection SON CDX6T420IP 11.22.08.xls*


Buyer, Mobile
804-486-7403

----- Forwarded by Lori Woods/MDSE/Circuit City on 11/21/2008 03:40 PM -----

"Spezio, Anthony"
<Anthony.Spezio@am.sony.c
om>

11/21/2008 01:45 PM

To  <Lori_Woods@circuitcity.com>
cc  <Joseph_Ceravalo@circuitcity.com>
Subject  RE: Follow Up Support


Hi Lori,

Please accept this e-mail as confirmation of Sony's support as follows:

CCLT 020083

CCLT 020084

CDXGT420IP – Invoice price adjustment from $80.57 to a new invoice price of $62.97 which is a $17.60 per unit for a maximum of 8,700 units effective 11/22.08.
CDXGT820IP - $11.60 per unit sold on 11/28/08 during the Black Friday promotion for a maximum of 5,000 units.

The funding support for promotions referenced above will be in the form of a trailing credit based on receipt of a proof of performance report per promotion.

Please let me know if you have questions or concerns.

**Anthony Spezio**

National Account Manager
300 Arboretum Place, STE 310
Richmond VA, 23236
804-267-2607 (Office)
804-347-5173 (Cell)
804-267-2626 (Fax)

**From:** Lori_Woods@circuitcity.com [mailto:Lori_Woods@circuitcity.com]
**Sent:** Thursday, November 20, 2008 1:40 PM
**To:** Spezio, Anthony
**Cc:** Joseph_Ceravalo@circuitcity.com
**Subject:** Follow Up Support
**Importance:** High

Hi Anthony,

I need to get the support for the following issues we discussed yesterday:
1. Price Protection on the CDXGT420IP to $62.97
2. Trailing Credit amount to cover Black Friday sales on the CDXGT820IP

I really need to get this support from you today if possible.
Please let me know if this is not possible.
Thanks.
Lori

Buyer, Mobile
804-486-7403

==============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail

CCLT 020085

CCLT 020086

so that our address records can be corrected and please delete immediately without
reading, copying or forwarding to others. Any unauthorized review, use, disclosure or
distribution is prohibited.
Thank you.

CCLT 020087