# EXHIBIT 31

Dorey, Marie

**From:** Dorey, Marie
**Sent:** Tuesday, January 06, 2009 4:31 PM
**To:** 'Dana_Griffin@circuitcity.com'; 'Susan_Wilburn@circuitcity.com'
**Subject:** POST VB#97013

Hi

after review of Post claim VB#97013, $105,527.70, this claim is not valid.

Our records are not showing any purchases on post acct for these models at the time of this price drop; therefore, we have been advised this claim is not valid.

Pls cancel on your side.

Thanks,

*Marie J. Dorey*
Senior Customer Support Specialist
Customer Support Svcs.
Sony Electronics, Inc.
Telephone#: 201-930-6098
Fax#: 201-930-6643
Email: Marie.dorey@am.sony.com

**HDNA**
High Definition. It's in our DNA.

1/27/2009

CONFIDENTIAL                                                                                                    SEL00010600