# EXHIBIT 32

97013

CCLT 010505

Vendor Management Administration                                           Page 1 of 1

## Charge Back Cover Sheet

| | | | |
|---|---|---|---|
| CB Number | : | 97013 | |
| Vendor # | : | 70932 | |
| Vendor Name | : | SONY --- NOV08 | |
| Class | : | 338 | |
| Brand | : | SON | |
| PP | : | Y | |
| Effective Date | : | 11/16/2008 | |
| | | | |
| PA # | : | ----- | |
| PE # | : | ----- | |
| | | | |
| Origin | : | ☐ Confirming Letter | |
| | | ☐ Billing Memo | |
| | | ☑ Support | |

CCLT 010506

CCLT 010507



Vendor Management Administration

Page 1 of 2

Status:    COMPLETED

Chargeback #:          97013

CR#:                  64913

PA #:

Vendor Name:          SONY --- NOV08                     Vendor #:          70932

Committed By:         Patrick McAskin

Mail To:

| | | | |
|---|---|---|---|
| Address: | 300 Arboretum Way | Created By: | Martin, Doris |
| | Suite 310 | Finalized By: | Dada, Sam |
| City: | Richmond | Finalized Date: | 11/19/2008 |
| State: | VA | Last Changed By: | Dada, Sam |
| Province/Region: | | Last Changed Date: | 11/19/2008 |
| Country: | United States | | |
| Zip: | 23236 | | |
| Attn To: | Sony Electronics Inc | | |
| Copy To: | Patrick McAskin | | |

Buyer Name:                  Stephen Jones

Funding Description:         price protection

Based On:                    Price Protection

Effective Date:              11/16/2008

Price Protection Based On:   Invoice Cost

Price Effective Going Forward:   Y

Support Documentation
Required:                    Y

Price Protect Receiving:     Price Protect Receiving Through Date: 11/18/2008

Payment How:                 Deduct from AP balance

Vendor Payment Due Days:     0

Allocation:

| Type | Sub-Type | Class | Brand | % |
|---|---|---|---|---|
| Price Protection | PRI | 338 | SON | 0.08 |
| Price Protection | PRI | 338 | SON | 25.08 |
| Price Protection | PRI | 338 | SON | 24.94 |
| Price Protection | PRI | 338 | SON | 49.89 |

Comments:

Price Protection For:

| Class | Brand | Model | Old Invoice Cost | New Invoice Cost | Cost Difference | Amount | Cost Reduction ? | Cost Reduction Amount |
|---|---|---|---|---|---|---|---|---|
| 338 | SON | MSMT16G | $99.89 | $86.57 | $13.32 | $13.32 | Y | $13.32 |
| 338 | SON | MSMT2G | $23.30 | $19.97 | $3.33 | $3.33 | Y | $3.33 |

http://vma.ccs.com/web/viewCB.do?method=viewCB                              11/19/2008

CCLT 010508



CCLT 010509

Vendor Management Administration

| 338 | SON | MSMT8G | $53.27 | $46.61 | $6.66 | $6.66 | Y | $6.66 |
| 338 | SON | MSMT1G | $16.64 | $13.31 | $3.33 | $3.33 | Y | $3.33 |

**Price Protection Details:**

| Class | Brand | Model | TCIOH 11/16/2008 | Receiving Through 11/18/2008 | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|---|---|---|---|---|---|---|---|---|---|
| 338 | SON | MSMT16G | 6 | 0 | $99.89 | $86.57 | $13.32 | $13.32 | $79.92 |
| 338 | SON | MSMT2G | 15,810 | 0 | $23.30 | $19.97 | $3.33 | $3.33 | $52,647.30 |
| 338 | SON | MSMT8G | 3,951 | 0 | $53.27 | $46.61 | $6.66 | $6.66 | $26,313.66 |
| 338 | SON | MSMT1G | 7,954 | 0 | $16.64 | $13.31 | $3.33 | $3.33 | $26,486.82 |
| | | | | | | | | | $105,527.70 |

**Workflow Comments:**

CCLT 010510

CCLT 010511

Vendor Management Administration                                                    Page 1 of 1

**Chargeback #:**        97013

**Vendor #:**            70932

**Vendor Name:**         SONY --- NOV08

**Impact Details:**

| Class | Brand | Model | TCIOH 11/16/2008 | Receiving Through 11/18/2008 | Old Invoice Cost | New Invoice Cost | Diff/Unit | Price Protection Amount | Total Impact Amount |
|-------|-------|-------|------------------|------------------------------|------------------|------------------|-----------|-------------------------|---------------------|
| 338 | SON | MSMT1G | 7,954 | 0 | $16.64 | $13.31 | $3.33 | $3.33 | $26,486.82 |
| 338 | SON | MSMT2G | 15,810 | 0 | $23.30 | $19.97 | $3.33 | $3.33 | $52,647.30 |
| 338 | SON | MSMT8G | 3,951 | 0 | $53.27 | $46.61 | $6.66 | $6.66 | $26,313.66 |
| 338 | SON | MSMT16G | 6 | 0 | $99.89 | $86.57 | $13.32 | $13.32 | $79.92 |
|     |     |     |     |     |     |     |     |     | **$105,527.70** |

CCLT 010512

CCLT 010513



**VMA**
Sent by: Doris Martin

11/18/2008 05:28 PM

To: VMA Chargeback Request@Circuit City
cc: Stephen Jones/MDSE/Circuit City@Circuit City, Tiffany Emory/MDSE/Circuit City@Circuit City
Subject: cb 97013 -- Sony MS Price Moves: Effective Date 11/16/08

Please approve chargeback 97013 with an effective date of 11/16/08.

FYI -- The vendor's list below includes item MSMT4G. The cost in VMA is already set at $29.96. This price change was effective 10/19, and a charge back was done at that time. The other items are included in CB 97013.

Thanks!
Doris
VMA Group
VMA@CircuitCity.com
Tiffany Emory



**Tiffany Emory**
11/14/2008 04:00 PM

To: VMA@Circuit City
cc: Stephen Jones/MDSE/Circuit City@Circuit City
Subject: Fw: Sony MS Price Moves: Effective Date 11/16/08

I'm not sure if I already sent these or not, but better safe than sorry.



son changes effective 111608.xls

Tiffany L. Emory
Project Manager, Imaging
(804)527-4000 x2163

**Please note new direct number effective 2/5/07:
(804) 486-2163
----- Forwarded by Tiffany Emory/MDSE/Circuit City on 11/14/2008 04:00 PM -----

**Stephen Jones/MDSE/Circuit City**
10/20/2008 01:35 PM

To Tiffany Emory/MDSE/Circuit City@Circuit City
cc
Subject Fw: Sony MS Price Moves: Effective Date 11/16/08

Stephen Jones
Buyer - Flash Memory
Circuit City Stores, Inc.
stephen_jones@circuitcity.com
(804) 486-7295
----- Forwarded by Stephen Jones/MDSE/Circuit City on 10/20/2008 01:35 PM -----



**"McAskin, Patrick"**
<Patrick.McAskin@am.sony.com>

10/20/2008 01:28 PM

To <Stephen_Jones@circuitcity.com>
cc
Subject RE: Sony MS Price Moves: Effective Date 10/19/08

CCLT 010514

CCLT 010515



Stephen,

I also should have included the 16G in the below email.

| Model | SRP | Cost | D/M |
|---|---|---|---|
| MSMT16G | $129.99 | $86.57 | 33.4% |

Please let me know if you have any questions.

Thanks,
Patrick

**From:** McAskin, Patrick
**Sent:** Friday, October 17, 2008 3:53 PM
**To:** 'Stephen_Jones@circuitcity.com'
**Subject:** Sony MS Price Moves: Effective Date 10/19/08

Stephen,

The second round of price moves are noted below.  These changes will take effect November 16, 2008.

| Effective 11/16/08 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Memory Stick (1064) | | SRP | Piece Cost | Pack Cost | D/M | Ad SRP | Scan | D/M |
| MSMT1G | April | $ 19.99 | $ 13.31 | $ 13.31 | 33.4% | | | |
| MSMT2G | April | $ 29.99 | $ 19.97 | $ 19.97 | 33.4% | $ 19.99 | $ 6.66 | 33% |
| MSMT4G | April | $ 44.99 | $ 29.96 | $ 29.96 | 33.4% | $ 29.99 | $ 10.00 | 33% |
| MSMT8G | April | $ 69.99 | $ 46.61 | $ 46.61 | 33.4% | $ 49.99 | $ 13.33 | 33% |

Please let me know if you have any questions.

Thanks,
Patrick

Patrick McAskin
National Account Manager
Sony Electronics Inc.
(P) 804-267-2606
patrick.mcaskin@am.sony.com

CCLT 010516