# EXHIBIT 35

PRODUCED IN NATIVE FORMAT

CCLT00299026

| Support ? | Future ? | Comments | CB # | Status | Basis | Created | Effective | Sales Start | Sales End | Class | Brand | Buyer | Created By | Vendor # | Vendor | Funding Description | CB Comments | Type | Sub-Type | Funding Amount | Allocation Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | N | | 96193 | D | LMP | 10/29/08 | 01/31/09 | | | 240 | BOS | Donald Wilmot | Jessica Blasko | 71025 | BOSE CORPORATION --- NOV08 | January 2009 Freight Expense | Deduct from invoice. Credit Acct. # 9000550020. January 2009 Freight expense | FRT | FTE | - | - |
| N | N | | 96259 | D | LMP | 10/30/08 | 12/31/08 | | | 277 | ADV | Graham Mcivor | Jessica Blasko | 71055 | AUDIOVOX --- NOV08 | December 2008 freight expense | Deduct from invoice. Credit Acct. # 9000550020. December 2008 freight. | FRT | FTE | 4,937.00 | 4,937.00 |
| N | N | | 96260 | D | LMP | 10/30/08 | 12/31/08 | | | 240 | BOS | Donald Wilmot | Jessica Blasko | 71025 | BOSE CORPORATION --- NOV08 | December 2008 freight expense | Deduct from invoice. Credit Acct. # 9000550020. December 2008 freight. | FRT | FTE | - | - |
| N | N | | 96308 | D | LMP | 10/30/08 | 12/31/08 | | | 128 | ONK | Donald Wilmot | Lisa Loving | 71045 | ONKYO USA CORP --- NOV08 | December 2008 717 freight expense | Deduct from invoice. Credit Acct. # 9000550020 Dec. 2008 freight. | FRT | FTE | 67,900.00 | 67,900.00 |
| N | N | | 96369 | D | LMP | 10/30/08 | 12/31/08 | | | 253 | SHA | Donald Wilmot | Lisa Loving | 71204 | SHARP ELECTRONICS CORP | December 2008 717 freight expense | Deduct from invoice. Credit acct. #900052818 December 2008 freight. | FRT | FTE | - | - |
| Y | N | | 96612 | D | LMP | 11/04/08 | 12/14/08 | | | 160 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | 12/14 Ad funding - $68,750 | 1/4 page in 12/14 coop will fall under Movies team | CES | MSP | 68,750.00 | 50,493.80 |
| Y | N | | 96612 | D | LMP | 11/04/08 | 12/14/08 | | | 160 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | 12/14 Ad funding - $68,750 | 1/4 page in 12/14 coop will fall under Movies team | MSP | TAB | 68,750.00 | 18,256.20 |
| N | N | | 96613 | D | LMP | 11/04/08 | 12/21/08 | | | 160 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | 12/21 Ad funding - $68,750 | | CES | MDF | 68,750.00 | 68,750.00 |
| N | N | | 96613 | D | LMP | 11/04/08 | 12/21/08 | | | 160 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | 12/21 Ad funding - $68,750 | | MSP | TAB | 68,750.00 | 68,750.00 |
| N | N | | 96760 | D | SLS | 11/11/08 | 12/13/08 | 12/07/08 | 12/13/08 | 128 | SAM | Donald Wilmot | Donald Wilmot | 70934 | SAMSUNG --- NOV08 | $50 savings on the SAM HTAS720 with trailing credit for this promotion at $32.50 for 12/7-12/13 | This is dependant on on-going negotiations with Samsung regarding trailing credit support post chapter 11 | CES | MDF | - | - |
| N | N | no program support | 96845 | D | LMP | 11/14/08 | 11/09/08 | | | 160 | LG | Graham Mcivor | Katherine Grape | 41 | ZENITH ELECTRONICS CORP | 3% Accrual for November 1-9, 2008 | | CES | BOR | 11,849.85 | 11,849.85 |
| N | N | no program support | 96846 | D | LMP | 11/14/08 | 11/09/08 | | | 160 | PAN | Graham Mcivor | Katherine Grape | 50000 | PANASONIC COMPANY NATIONALACCT | 1.5% Accrual for Nov 1-9, 2008 | FY09 Q3 - | CES | BOR | 1,417.03 | 1,417.03 |
| N | N | no program support | 96847 | D | LMP | 11/14/08 | 03/31/09 | | | 160 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | Sony to fund $265,000 if purchases from April 2008-March 2009 exceed $53,000,000; Collected $53,000 since met first half target of $23,850,000, this CB is for the remaining $212,000 | Q1- $45,297.44 Q2 - $65,898.74 (includes 1st half $53,000 collected) Q3 - $57,704.33 Nov- $2,399.48 Accrued through GB 90251 (that is where 1st half $53,000 is located) | CES | MDF | 212,000.00 | 212,000.00 |
| Y | N | | 97112 | D | LMP | 11/21/08 | 12/25/08 | | | 160 | SON | Graham Mcivor | John Breeden | 70932 | SONY --- NOV08 | $50,000 incremental funding for 12/25 Front Cover Tab. | | CES | MDF | 50,000.00 | 50,000.00 |
| N | N | | 97206 | D | SLS | 11/24/08 | 01/31/09 | 11/10/08 | 01/31/09 | 210 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | for Sony's support of a $15 Trailing credit on the STRDG520 between 11/10/08-1/31/09. | Incremental Funding 2/9 to CB 96719 Modified to CES $3,842.00 Nov 08. | CES | MDF | | |
| Y | N | | 97356 | D | LMP | 11/26/08 | 11/30/08 | | | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | for Samsung's support of a $70 trailing credit on the HTAS720 each time it is sold on the same ticket with the SAM BDP1500 Bluray player November 10-30th | Vendor support is contained in the FY 09 Program Letter. 11/10-11/30 332 Units | CES | MDF | 23,240.00 | 23,240.00 |
| N | N | | 97358 | D | LMP | 11/26/08 | 11/23/08 | | | 128 | SON | Donald Wilmot | Katherine Grape | 70932 | SONY --- NOV08 | for Sony's support of a $65 trailing credit on the SON HTSS2300 when it is purchased with the BDPS350 between 11/10/08-11/22/08 | Incremental Funding 267 same ticket sales from 10/19 through 11/9 --> $17,355 to be accrued 10/19-11/9 on CB 95609 11/10-11/22 124 Bundles | CES | MDF | 8,060.00 | 8,060.00 |
| N | N | | 97486 | D | LMP | 12/02/08 | 11/30/08 | | | 128 | ONK | Donald Wilmot | Jessica Blasko | 71045 | ONKYO USA CORP --- NOV08 | November 10-30 2008 freight expense | Deduct from invoice. Credit acct. #9000550020 Nov. 10-30 2008 freight. | FRT | FTE | 520.85 | 520.85 |
| N | N | no program support | 97488 | D | LMP | 12/02/08 | 11/30/08 | | | 128 | PAN | Donald Wilmot | Katherine Grape | 70937 | PANASONIC NATL ACCT --- NOV08 | for Panasonic's 2% program funding for November 2008. | Due to outstanding with Panasonic we do not believe we are going to collect this funding The only November purchases funded in the month of November were after 11/10 | CES | BOR | 7,803.20 | 7,803.20 |
| N | N | | 97489 | D | LMP | 12/02/08 | 11/30/08 | | | 160 | PAN | Graham Mcivor | John Breeden | 70937 | PANASONIC NATL ACCT --- NOV08 | 1.5% Accrual for November | | CES | BOR | - | - |
| Y | Y | | 97572 | D | SLS | 12/03/08 | 02/28/09 | 11/23/08 | 02/28/09 | 142 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | $25 TC on the SON RDRGX360. 500 unit cap. CR 65090 | CB pending agreement with Panasonic | CES | BOR | 2,841.92 | 2,841.92 |
| N | N | | 97581 | D | LMP | 12/04/08 | 01/31/09 | | | 277 | ADV | Donald Wilmot | Jessica Blasko | 71055 | AUDIOVOX --- NOV08 | January 2009 freight expense | Deduct from invoice. Credit Acct. # 9000550020. January 2009 freight. | FRT | FTE | - | - |
| N | N | | 97582 | D | LMP | 12/04/08 | 01/31/09 | | | 240 | BOS | Donald Wilmot | Jessica Blasko | 71050 | IMATION CONSUMER DIVISION --- | January 2009 freight expense | Deduct from invoice. Credit Acct. # 9000550020. January 2009 freight. | FRT | FTE | - | - |
| N | N | | 97587 | D | LMP | 12/04/08 | 01/31/09 | | | 253 | SHA | Donald Wilmot | Jessica Blasko | 71204 | SHARP ELECTRONICS CORP | January 2009 717 freight expense | Deduct from invoice. Credit acct. #900052818 January 2009 freight. | FRT | FTE | - | - |
| N | N | | 97607 | D | LMP | 12/04/08 | 04/01/09 | | | 128 | SON | Donald Wilmot | Katherine Grape | 70932 | SONY --- NOV08 | for Sony's support of the DAVHDX576 on a Home Entertainment Endcap 11/10/2008 through 3/31/09. | Program Funding Please allocate $21,428.57 per month for September 2008 to March 2009. Q3 - $6,428.57 Q4 - $64,285.71 Q1 FY10- 21,428.57 | CES | MDF | 92,142.85 | 92,142.85 |
| N | N | | 97637 | D | LMP | 12/05/08 | 12/07/08 | | | 142 | SAM | Graham Mcivor | John Breeden | 70934 | SAMSUNG --- NOV08 | $4,010.00 lump sum to support sales of the SAM DVDF1080 | | CES | MDF | 4,010.00 | 4,010.00 |
| N | N | | 97715 | D | LMP | 12/09/08 | 12/09/08 | | | 241 | ELE | Donald Wilmot | Linda Murray | 70311 | SAMSUNG AMERICA INC | Namsung will participate in the Circuit City seasonal dating program. Orders tendered between 8/15/2008 and 10/15/2008 will qualify for a 1% discount in support of it | PO # 2121700 Model EOD4 TNB 9/21/08 TNA 9/25/08 Units 4707 AP Cost $12.18 1% $573.31 PO# 2123342 Model EOD5 TNB 9/21/08 TNA 9/25/08 Units 1000 AP Cost 31.70 1% $317.00 PO# 2133516 Model EOD4 TNB 9/28/08 TNA 10/2/08 Units 4 | CES | MDF | 2,125.15 | 2,125.15 |
| Y | N | | 97822 | D | LMP | 12/12/08 | 12/20/08 | | | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | Bundle with the Pebble MP3 player when attached to the HTZ510, HTZ512, and HTTZ515 for 12/7 - 12/20 $30 TC on every same-ticket bundle | | CES | MDF | 12,390.00 | 12,390.00 |
| N | N | | 97851 | D | LMP | 12/16/08 | 11/22/08 | | | 160 | SON | Graham Mcivor | Jason Garrett | 70932 | SONY --- NOV08 | support of the 11/16-11/22 Free Movie offer with the purchase of the BDPS350 or BDPS550 with $55,000, roughly $15 per unit | FY09 Q3 - $55,000.00 Replaces CB 95876 | MSP | MKD | 55,000.00 | 55,000.00 |
| Y | N | | 97947 | D | LMP | 12/19/08 | 12/27/08 | | | 210 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | Sony to support $100 Savings with $50 TC on bundled product of the STRDG720 and BDPS350 or the STRDG820 and the BDPS550 for 12/21- 12/27 | | CES | MDF | 14,950.00 | 14,950.00 |
| Y | Y | | 97951 | D | SLS | 12/19/08 | 02/28/09 | 12/19/08 | 02/28/09 | 207 | SON | Donald Wilmot | Katherine Grape | 70932 | SONY --- NOV08 | $59.99 Trailing Credit for every unit of the SON TDMIP1 sold between 12/19- 2/28/2009 | 6/15-6/28 on CB 91188 | | | | |

| Support ? | Future ? | Comments | CB # | Status | Basis | Created | Effective | Sales Start | Sales End | Class | Brand | Buyer | Created By | Vendor # | Vendor | Funding Description | CB Comments | Type | Sub-Type | Funding Amount | Allocation Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | Y | | 97954 | D | SLS | 12/19/08 | 03/31/09 | 03/01/09 | 03/31/09 | 207 | SON | Donald Wilmot | Katherine Grape | 70932 | SONY --- NOV08 | $59.99 Trailing Creidt for every unit of the SON TDMIP1 sold between 3/1-3/31/2009. | CB 97951 for 4/1 - 6/14 / CB 91188 for 6/15-6/28 / CB 97918 for 6/29- 11/9 / CB 97952 for 11/10-12/18 | CES | INR | 21,836.36 | 21,836.36 |
| Y | Y | | 97976 | D | SLS | 12/19/08 | 01/24/09 | 01/18/09 | 01/24/09 | 134 | HAM | James Gilmore | Samantha Cohen | 70950 | LOGITECH INC --- NOV08 | $15.12 trailing credit on the HAM 915000002 1/18/09 - 1/24/09; $50.37 trailing credit on the HAM 9662300403 1/18/09 - 1/24/09 | Unadvertised promotion on both skus. | | | - | - |
| Y | Y | | 97977 | D | SLS | 12/19/08 | 02/21/09 | 02/15/09 | 02/21/09 | 134 | HAM | James Gilmore | Samantha Cohen | 70950 | LOGITECH INC --- NOV08 | $10.08 trailing credit on the HAM 915000082 2/15/09 - 2/21/09; $25.19 trailing credit on the HAM 915000035 2/15/09 - 2/21/09. | Advertised Promotion. | | | - | - |
| Y | N | | 98029 | D | LMP | 12/23/08 | 01/10/09 | | | 240 | PLK | Donald Wilmot | Katherine Grape | 71136 | POLK AUDIO INC --- NOV08 | $38,000 for Polk Subwoofer promotion | | CES | MDF | 38,000.00 | 38,000.00 |
| N | N | | 98071 | D | SLS | 12/24/08 | 12/13/08 | 11/30/08 | 12/13/08 | 142 | SON | Graham Mcivor | John Breeden | 70932 | SONY --- NOV08 | $20 TC on the SON RDRVX560 | | | | - | - |
| N | N | | 98154 | D | SLS | 12/30/08 | 01/31/09 | 01/25/09 | 01/31/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | $21 TC on SON DVPFX820CC and colors. $30 IR. CRs 65934 & 65395 | | | | - | - |
| N | N | | 98378 | D | SLS | 01/09/09 | 02/14/09 | 02/08/09 | 02/14/09 | 277 | SON | Graham Mcivor | John Breeden | 70932 | SONY --- NOV08 | 1/25-1/31 Samsung support of the HTBD2E for a $200 IR with $130 TC | CRs 65934 & 65395 | | | - | - |
| N | N | | 98438 | D | SLS | 01/13/09 | 01/25/09 | 01/25/09 | 01/31/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 1/25 through 1/31 Bundle with the HTAS120 $200 off when purchased with the BDP1500; Samsung to fund $120 for each same-ticket sale | | CES | MDF | - | - |
| N | N | | 98439 | D | LMP | 01/13/09 | 01/31/09 | | | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 2/1 through 2/7 Bundle with the HTAS720 $200 off when purchased with the BDP1500; Samsung to fund $130 for each same-ticket sale | | CES | MDF | - | - |
| N | N | | 98440 | D | LMP | 01/13/09 | 02/07/09 | 02/01/09 | 02/07/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 2/1-2/7 $30 IR on the HTZ310 with $19.50 TC | | | | - | - |
| N | N | | 98441 | D | SLS | 01/13/09 | 02/07/09 | 02/01/09 | 02/07/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 2/8-2/14 Samsung National IR on the HTZ510 $40 IR with $26 TC; HTTZ512 $50 IR with $32.50 TC; HTTZ515 $60 IR with $39 TC; and HTBD2ET $200 IR with $130 TC | | | | - | - |
| N | N | | 98442 | D | SLS | 01/13/09 | 02/14/09 | 02/08/09 | 02/14/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 2/15-2/21 Samsung National IR on the HTZ310 $30 IR with $19.50 TC; HTX810 $200 IR with $130 TC | | | | - | - |
| N | N | | 98443 | D | SLS | 01/13/09 | 02/21/09 | 02/15/09 | 02/21/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 2/22-2/28 Samsung National IR on the HTZ510 $40 IR with $26 TC; HTTZ512 $50 IR with $32.50 TC; HTTZ515 $60 IR with $39 TC; and HTAS720 $100 IR with $65 TC | | | | - | - |
| N | N | | 98444 | D | SLS | 01/13/09 | 02/28/09 | 02/22/09 | 02/28/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 3/8-3/14 $30 IR on the HTZ310 with $19.50 TC | | | | - | - |
| N | N | | 98445 | D | SLS | 01/13/09 | 03/14/09 | 03/08/09 | 03/14/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 3/1-3/7 Samsung National IR on the HTZ510 $40 IR with $26 TC; HTTZ512 $50 IR with $32.50 TC; HTTZ515 $60 IR with $39 TC; | | | | - | - |
| N | N | | 98446 | D | SLS | 01/13/09 | 03/07/09 | 03/01/09 | 03/07/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 3/15-3/21 Samsung support of the HTBD2E for a $200 IR with $130 TC | | | | - | - |
| N | N | | 98447 | D | SLS | 01/13/09 | 03/21/09 | 03/15/09 | 03/21/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | 2/15-2/21 Samsung National IR on the HTZ310 $30 IR with $19.50 TC; HTX810 $200 IR with $130 TC | | | | - | - |
| N | N | | 98448 | D | SLS | 01/13/09 | 02/15/09 | 02/15/09 | 02/21/09 | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | | | | | - | - |
| Y | N | THIS IS TO BE DELETED | 98498 | D | LMP | 01/14/09 | 01/25/09 | | | 160 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | $75,000 for gitcards in response to the customer issues around the December BDPS350 TV bundle. Mailed in Jan. | | CES | MDF | 75,000.00 | 75,000.00 |
| N | N | | 98522 | D | SLS | 01/16/09 | 01/31/09 | 01/18/09 | 01/31/09 | 160 | LG | Graham Mcivor | John Breeden | 70975 | LG ELECTRONICS --- NOV08 | $36.50 TC on the LG BD300 | | | | - | - |
| Y | Y | | 98615 | D | SLS | 01/21/09 | 02/14/09 | 02/08/09 | 02/14/09 | 253 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | Sony to fund a $50 IR with $30 TC on the AIRSA20PK and $30 IR with $10 TC on the AIRSA15R for 2/8 - 2/14 | | | | - | - |
| Y | Y | | 98616 | D | SLS | 01/21/09 | 02/14/09 | 01/18/09 | 01/31/09 | 253 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | $100 IR on the LBTDJ2I with $50 TC for 1/18 through 1/31 | | | | - | - |
| Y | N | | 98618 | D | LMP | 01/21/09 | 01/21/09 | | | 128 | SAM | Donald Wilmot | Katherine Grape | 70934 | SAMSUNG --- NOV08 | Remaining Same-ticket bundle sales in program letter for same-ticket sales of the BDP1500 with the HTAS720. | Rest of $210,000 in CB 94075, 96600, 96882, 97356 | CES | MDF | 52,290.00 | 52,290.00 |
| Y | N | | 98624 | D | LMP | 01/21/09 | 01/21/09 | | | 160 | LG | Graham Mcivor | John Breeden | 70937 | PANASONIC NATL ACCT --- NOV08 | 1.5% MDF for Dec-Jan | estimate | CES | MDF | 43,664.41 | 43,664.41 |
| Y | N | | 98625 | D | LMP | 01/21/09 | 01/21/09 | | | 160 | LG | Graham Mcivor | John Breeden | 70975 | LG ELECTRONICS --- NOV08 | LG 3% MDF Accrual for Dec-Jan | estimate | CES | MDF | 12,578.90 | 12,578.90 |
| Y | N | | 98626 | D | LMP | 01/21/09 | 01/21/09 | | | 142 | TOP | Graham Mcivor | John Breeden | 70066 | TOSHIBA AMERICA COMSUMER --- N | 2% MDF Funding for Dec-Jan | estimate | CES | MDF | 42,487.34 | 42,487.34 |
| Y | N | | 98627 | D | LMP | 01/21/09 | 01/21/09 | | | 128 | LG | Graham Mcivor | Katherine Grape | 70975 | LG ELECTRONICS --- NOV08 | 3% MDF Funding for all of FY09 (March-Jan) | LG has been fighting this payment based on the fact that we did not advertised any LG Home Audio skus (LHT854). | CES | MDF | 29,842.83 | 29,842.83 |
| Y | N | | 98629 | D | SLS | 01/22/09 | 01/31/09 | 01/25/09 | 01/31/09 | 134 | HAM | James Gilmore | Katherine Grape | 70950 | LOGITECH INC --- NOV08 | 1/25-1/31 $75 IR on the 890 with $37.77 TC and $50 IR on the ONE with $25.19 TC | Post Liquidation Promotion, | | | - | - |
| Y | Y | | 98630 | D | SLS | 01/22/09 | 02/07/09 | 02/01/09 | 02/07/09 | 134 | HAM | James Gilmore | Katherine Grape | 70950 | LOGITECH INC --- NOV08 | 2/1-2/7 $75 IR on the 890 with $37.77 TC and $30 IR on the 670 with $15.12 TC | Post Liquidation Promotion, | | | - | - |
| Y | Y | | 98632 | D | SLS | 01/22/09 | 03/07/09 | 03/01/09 | 03/07/09 | 134 | HAM | James Gilmore | Katherine Grape | 70950 | LOGITECH INC --- NOV08 | 3/1-3/7 $20 IR on the 670 with $15.12 TC and $50 IR on the ONE with $25.19 TC | Post Liquidation Promotion, | | | - | - |
| Y | Y | | 98633 | D | SLS | 01/22/09 | 03/21/09 | 03/15/09 | 03/21/09 | 134 | HAM | James Gilmore | Katherine Grape | 70950 | LOGITECH INC --- NOV08 | 3/15-3/21 $75 IR on the 890 with $37.77 TC and $100 IR on the 1100 with $50.37 TC | Post Liquidation Promotion, | | | - | - |
| Y | Y | | 98634 | D | SLS | 01/22/09 | 04/04/09 | 03/29/09 | 04/04/09 | 134 | HAM | James Gilmore | Katherine Grape | 70950 | LOGITECH INC --- NOV08 | $10.08 trailing credit on the HAM 915000082 from 3/29/09 - 4/4/09 (510) | Post Liquidation Promotion, | | | - | - |
| Y | N | | 98653 | D | LMP | 01/22/09 | 01/22/09 | | | 160 | SON | Graham Mcivor | Katherine Grape | 70932 | SONY --- NOV08 | Display Allowance for the BDPS350 50% of cost $229.94 in 1155 (divide by 2 since double displayed, 577.5 stores) for $66,395.18 | per program letter supposed to only get funding for displays up on 3/31/2009 - this is an estimate based on what displays were up on 12/21/2008 | CES | MDF | 66,395.18 | 66,395.18 |
| N | N | | 98692 | D | SLS | 01/23/09 | 12/20/08 | 12/14/08 | 12/20/08 | 142 | SON | Graham Mcivor | John Breeden | 70932 | SONY --- NOV08 | $20 TC on the SON RDRVX560. | TC through the Sony Buy Down promotion. Not affiliated with the CC in-store promotions on other weeks. | | | - | - |
| N | N | | 98694 | D | SLS | 01/23/09 | 12/27/08 | 12/21/08 | 12/27/08 | 142 | SON | Graham Mcivor | John Breeden | 70932 | SONY --- NOV08 | $20 TC on Sony RDRVX560. Cap of 617 units left from the 4k total for the allocated Oct-Dec | | | | - | - |