# EXHIBIT 36

CONFIDENTIAL

**From:** Maina, Michael
**Sent:** Friday, March 20, 2009 10:08 AM
**To:** Altermatt, Bob
**Cc:** Charles_Farmer@circuitcity.com
Elliot_Becker@Circuitcity.com; Dorey, Marie; Maina, Michael
**Subject:** Notebook MDF claims

Dear Charles

I received notebook MDF claims for the following amounts on 3-19-09. These claims total $973,342 but we have already received claims against December and January

CC claims 3/19/09

| Dec MDF VAIO | $30,823.80 | Jan MDF VAIO | $69,037.85 |
| Dec MDF VAIO | $82,597.66 | Jan MDF VAIO | $208,771.55 |
| Dec MDF VAIO | $572,740.00 | Jan MDF VAIO | $9,372.00 |
| | $686,161.46 | | $287,181.40 |

December:
Sony committed $993,147 for December (accrual + closeout offer) we have previously received claims totaling $501,083 leaving a remaining balance of $492,063. Please revise the December claim to $492,063, supporting documentation is attached.

January
Sony committed $225,698 for January (accrual) we have previously received claims totaling $171,421 leaving a remaining balance of $54,276. Please revise the December claim to $54,276, supporting documentation is attached.

Sincerely

Bob

*56/K MDF
Bob open
MDF
left open*

SEL00000852