# EXHIBIT 37

97815

CCLT 030225

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97815 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 389 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 01/24/2009 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☑ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☐ Support |



Circuit City Stores, Inc
9954 Mayland Drive
Richmond, VA 23233-1464

01/27/2009

Leticia Bergin
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Leticia Bergin,

This is to confirm $537,850.00 committed by Leticia Bergin offered to Circuit City Stores Inc., effective 12/28/2008. These funds are for 12/28-1/24 sell through support DI-08-92. Supporting details are attached.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due immediately and will be collected via check or wire from the vendor for chargeback #97815

All other terms and conditions remain the same.

Sincerely,


Timothy Hague

CCLT 030227

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97815 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 389 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 01/24/2009 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

CCLT 030228

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | **Status:** | COMPLETED |
| **Chargeback #:** | 97815 |  |  |  |
| **CR#:** |  |  |  |  |
| **PA #:** |  |  |  |  |
| **Vendor Name:** | SONY |  | **Vendor #:** | 70932 |
| **Committed By:** | Leticia Bergin |  |  |  |
| **Mail To:** | **Address:** | 300 Arboretum Way | **Created By:** | Gozza, Courtney |
|  |  | Suite 310 | **Finalized By:** | Michael, John |
|  | **City:** | Richmond | **Finalized Date:** | 01/27/2009 |
|  | **State:** | VA | **Last Changed By:** | Michael, John |
|  | **Province/Region:** |  | **Last Changed Date:** | 01/27/2009 |
|  | **Country:** | United States |  |  |
|  | **Zip:** | 23236 |  |  |
|  | **Attn To:** | Leticia Bergin |  |  |
|  | **Copy To:** |  |  |  |
| **Buyer Name:** | Timothy Hague |  |  |  |
| **Funding Description:** | 12/28-1/24 sell through support DI-08-92 |  |  |  |
| **Based On:** | Sales |  |  |  |
| **Is There A Threshold ?** | N |  |  |  |

**Sales For:**

| Class | Brand | Model | Amount Per Unit | Class Description |
|---|---|---|---|---|
| 389 | SON | DSCW150N | $50.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW120P | $50.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW120B | $50.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW170B | $20.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW170 | $20.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCS780 | $30.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW170R | $20.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW150R | $50.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW120L | $50.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCS750 | $30.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW150 | $50.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW120 | $50.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW170N | $20.00 | DIG PNT&SHT CAMERAS |
| 389 | SON | DSCW150B | $50.00 | DIG PNT&SHT CAMERAS |

| | |
|---|---|
| **Gross Sales or Net Sales ?** | Net Sales |
| **Sales Based On:** | Written |
| **Start Date:** | 12/28/2008 |
| **End Date:** | 01/24/2009 |

CCLT 030229

| **Billing Frequency:** | Immediate | | | | | |
|---|---|---|---|---|---|---|
| **Payment How:** | Check from vendor | | | | | |
| **Vendor Payment Due Days:** | 0 | | | | | |
| **Allocation On:** | Amount | | | | | |
| **Allocation:** | Type | Sub-Type | Class | Brand | Amount | % |
| | CES | Instant Rebate (POS) | 389 | SON | $537,850.00 | 100.00 |
| **Comments:** | Estimated at $537,850.00. | | | | | |

**Sales Details:**

**Item Details**

| Class | Brand | Model | Quantity | Amount Per Unit | Chargeback Amount |
|---|---|---|---|---|---|
| 389 | SON | DSCS780 | 68 | $30.00 | $2,040.00 |
| 389 | SON | DSCW170B | 2,402 | $20.00 | $48,040.00 |
| 389 | SON | DSCW170N | 10 | $20.00 | $200.00 |
| 389 | SON | DSCW150N | 11 | $50.00 | $550.00 |
| 389 | SON | DSCW150 | 32 | $50.00 | $1,600.00 |
| 389 | SON | DSCW120L | -3 | $50.00 | $-150.00 |
| 389 | SON | DSCW150B | 1,134 | $50.00 | $56,700.00 |
| 389 | SON | DSCS750 | 3,954 | $30.00 | $118,620.00 |
| 389 | SON | DSCW150R | 78 | $50.00 | $3,900.00 |
| 389 | SON | DSCW120 | 3,421 | $50.00 | $171,050.00 |
| 389 | SON | DSCW120B | 1,073 | $50.00 | $53,650.00 |
| 389 | SON | DSCW170 | 2,492 | $20.00 | $49,840.00 |
| 389 | SON | DSCW120P | 625 | $50.00 | $31,250.00 |
| 389 | SON | DSCW170R | 28 | $20.00 | $560.00 |
| Total | | | 15,325 | | $537,850.00 |

**Workflow Comments:**

CCLT 030230

| | | | | | |
|---|---|---|---|---|---|
| **Chargeback #:** | 97815 | | | | |
| **Vendor #:** | 70932 | | | | |
| **Vendor Name:** | SONY | | | | |
| **Sales Start Date:** | 12/28/2008 | | | | |
| **Sales End Date:** | 01/24/2009 | | | | |

**Sales Details:**

**Item Details**

| Class | Brand | Model | Quantity | Amount Per Unit | Chargeback Amount |
|---|---|---|---|---|---|
| 389 | SON | DSCS780 | 68 | $30.00 | $2,040.00 |
| 389 | SON | DSCW170B | 2,402 | $20.00 | $48,040.00 |
| 389 | SON | DSCW170N | 10 | $20.00 | $200.00 |
| 389 | SON | DSCW150N | 11 | $50.00 | $550.00 |
| 389 | SON | DSCW150 | 32 | $50.00 | $1,600.00 |
| 389 | SON | DSCW120L | -3 | $50.00 | $-150.00 |
| 389 | SON | DSCW150B | 1,134 | $50.00 | $56,700.00 |
| 389 | SON | DSCS750 | 3,954 | $30.00 | $118,620.00 |
| 389 | SON | DSCW150R | 78 | $50.00 | $3,900.00 |
| 389 | SON | DSCW120 | 3,421 | $50.00 | $171,050.00 |
| 389 | SON | DSCW120B | 1,073 | $50.00 | $53,650.00 |
| 389 | SON | DSCW170 | 2,492 | $20.00 | $49,840.00 |
| 389 | SON | DSCW120P | 625 | $50.00 | $31,250.00 |
| 389 | SON | DSCW170R | 28 | $20.00 | $560.00 |
| **Total** | | | **15,325** | | **$537,850.00** |

CCLT 030231

**Courtney Gozza**

01/19/2009 10:53 AM

To: VMA Chargeback Request@Circuit City
cc: Christi Fecteau/Accounting/Circuit City@CIRCUIT CITY, Tim Hague/MDSE/Circuit City@Circuit City, Steve Deason/MDSE/Circuit City@Circuit City, Ann Saulsbury/MDSE/Circuit City@Circuit City
Subject: Revisions to CBs 97815,98255,98256,98258, 98268Fw: Sales News Revisions

Hello,

Per the below email from Sony, I have revised the following Chargebacks:
97815,98255,98256,98258,98268.
In addition I have added the following two chargebacks on the void grid because they are now incorporated into CB 97815. Please void: 97818,97820.

Thanks

Courtney Gozza
Associate Buyer, Imaging
Circuity City Stores, Inc.
804-486-7155
Courtney_Gozza@circuitcity.com
----- Forwarded by Courtney Gozza/MDSE/Circuit City on 01/19/2009 10:51 AM -----


"Bergin, Leticia"
<leticia.bergin@am.sony.com>

01/15/2009 01:57 PM

To <Tim_Hague@Circuitcity.com>, <Courtney_Gozza@circuitcity.com>, <Jaclyn_Veney@circuitcity.com>
cc
Subject Sales News Revisions

Tim & Team
Attached are two Cancelled Sales News and one New Sales News.
Please contact me if you have any questions.
Thank you
Tish

Tish Bergin
National Account Manager
804-267-2610 office
804-687-2898 mobile

 

DI-08-92-DSC-Trailing Credit Program - various models.doc   DI-08-80-DSC-Trailing Credit Program - DSCS750-REV1-CANCELLED.doc

DI-08-81-DSC-Trailing Credit Program - DSCW120 W150-REV2-CANCELLED.doc

CCLT 030232

# SONY

Sony Electronics Inc.



DSC Various Models Trailing Credit Program    DI-08-92

## Digital Imaging Products Division
## 2008 Trailing Credit Program – Various Digital Still Camera Models

Program Overview – Sony is offering to our authorized retailer base of dealers, a promotional program to drive sales of various Digital Still Camera models. The details of this opportunity are described below. This program incorporates an instant rebate offer and trailing credit component that will help participating dealers maximize their profitability on the selected SKU(s).

### Eligible Dealers and Reporting

Eligible Dealers – In order to participate in this program, the dealer must have a current reseller agreement on file with Sony, be authorized to sell the Qualifying Product(s), and must be regularly reporting "sell-through" and "on-hand inventories" to Sony or their Sony Representative on their of Sony Digital Still Camera business. Dealers who are not reporting this information regularly prior to April 30th 2009 will not be eligible to participate.

Reporting – At the close of the Program Period, participating dealers must report to their local Sony sales representative their on-hand and sell through quantities of all eligible Sony Digital Still Camera products.

### Program Requirements

Program Period(s) – Dec 28th 2008 through Mar 7th, 2009

Qualifying Product(s) –
DSCS750, DSCS780
DSCW120, DSCW120/B, DSCW120/L, DSCW120/P
DSCW150, DSCS150/B, DSCW150/R, DSCW150/N
DSCW170, DSCW170/B, DSCW170/R, DSCW170/N
DSCH10, DSCH10/B
DSCT77, DSCT77/B, DSCT77/P, DSCT77/G, DSCT77/T
DSCT700, DSCT700/H, DSCT700/R, DSCT700/P, DSCT700/N

Instant Rebate Offers – In order to receive the trailing credits under this voluntary program, in addition to all the other requirements set forth in this document, participating Dealers must provide the following instant rebate offer throughout the Program Period:

Sony reserves the right to make changes to this program at any time

CCLT 030233

Digital Imaging  
1/27/2009

DI-08-92 DSC Trailing Credit Various Models  
Page 2

| Program Periods | Instant Rebate Offer (during the corresponding Program Period) |
|---|---|
| December 28th – Jan 24th | Customers purchasing any of the following models will receive the corresponding instant rebate (shown below) at the time of purchase:<br><br>DSCS750, DSCS780 : $30<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $50<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $50<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N: $20 |
| Jan 25th – Jan 31st | Customers purchasing any of the following models will receive the corresponding instant rebate (shown below) at the time of purchase:<br><br>DSCS750, DSCS780 : $40<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $70<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $100<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N : $70<br>DSCH10, DSCH10/B : $70<br>DSCT77, DSCT77/B, DSCT77/P, DSCT77/G, DSCT77/T : $70<br>DSCT700, DSCT700/H, DSCT700/R, DSCT700/P, DSCT700/N : $70 |
| Feb 1st – Feb 7th | Customers purchasing any of the following models will receive the corresponding instant rebate (shown below) at the time of purchase:<br><br>DSCS750, DSCS780 : $30<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $50<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $50<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N: $50 |
| Feb 8th – Feb 21st | Customers purchasing any of the following models will receive the corresponding instant rebate (shown below) at the time of purchase:<br><br>DSCS750, DSCS780 : $40<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $70<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $100<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N : $70<br>DSCH10, DSCH10/B : $70<br>DSCT77, DSCT77/B, DSCT77/P, DSCT77/G, DSCT77/T : $70<br>DSCT700, DSCT700/H, DSCT700/R, DSCT700/P, DSCT700/N : $70 |
| Feb 22nd – Mar 8th | Customers purchasing any of the following models will receive the corresponding instant rebate (shown below) at the time of purchase:<br><br>DSCS750, DSCS780 : $30<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $50<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $50<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N: $50 |

### Advertising / Layout Requirements

**Advertising Layout** – If participating dealers elect to advertise this IRO, the advertisement may **not** use the word "only" when referencing dates and discounts in conjunction with the execution of this Program. Advertising including terms such as "This Week Only" or "Only This Week" when referencing the qualifying product pricing will **not** be eligible for credits under this program.

Sony reserves the right to make changes to this program at any time

| Digital Imaging | DI-08-92 DSC Trailing Credit Various Models |
|---|---|
| 1/27/2009 | Page 3 |

<u>Trailing Credits</u> – Subject to the program requirement set forth in this sales news, Sony will pay trailing credits only on Qualifying Products sold during the Program Period. Trailing credit amounts (per unit) are set forth below. A participating dealer who does not meet all of the requirements described in this document shall not be entitled to receive any Trailing Credits under this program. No exceptions will be allowed.

| **Program periods** | **Qualifying products: Trailing Credit Amount ($/unit sold)** |
|---|---|
| December 28th – Jan 24th | DSCS750, DSCS780 : $24<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $40<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $40<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N : $16 |
| Jan 25th – Jan 31st | DSCS750, DSCS780 : $32<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $56<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $80<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N : $56<br>DSCH10, DSCH10/B : $56<br>DSCT77, DSCT77/B, DSCT77/P, DSCT77/G, DSCT77/T : $56<br>DSCT700, DSCT700/H, DSCT700/R, DSCT700/P, DSCT700/N : $56 |
| Feb 1st – Feb 7th | DSCS750, DSCS780 : $24<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $40<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $40<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N : $40 |
| Feb 8th – Feb 21st | DSCS750, DSCS780 : $32<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $56<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $80<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N : $56<br>DSCH10, DSCH10/B : $56<br>DSCT77, DSCT77/B, DSCT77/P, DSCT77/G, DSCT77/T : $56<br>DSCT700, DSCT700/H, DSCT700/R, DSCT700/P, DSCT700/N : $56 |
| Feb 22nd – Mar 8th | DSCS750, DSCS780 : $24<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P : $40<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N : $40<br>DSCW170, DSCW170/B, DSCW170/R, DSCW170/N : $40 |

<u>Program Variances</u> – **Sony reserves the right to refuse any and all payments to any participating dealer if any of the program guidelines are not followed.** Sony reserves the sole right to decide if a participating dealer has performed according to program guidelines.

### Claim / Collection Requirements

<u>Claim Submission & Payment</u> – All claims submitted to Sony for the trailing credit amounts must be received no later than close of business Apr 30th, 2009. Sony will reject any trailing credit claims received after this date. Program claims must be submitted as a single package document (participating dealer shall submit all paperwork in a single claim for the entire program). Sony will pay all undisputed claims in full within 30 days.

Sony reserves the right to make changes to this program at any time

CCLT 030235

Digital Imaging    DI-08-92 DSC Trailing Credit Various Models
1/27/2009    Page 4

**Claim Contents** – Claims to Sony <u>must</u> contain the following data:
1. Sell through of product (unit basis) for the weeks of January 11th, 2009 – Jan 24th, 2009 on a by SKU basis. Credits issued by Sony will not, for any reason exceed the amounts defined in the Trailing Credit Section above.
2. Proof that the IRO was provided to various models above customers throughout the Program Period; and
3. Debit Memo for the total trailing credit amount being requested from Sony referencing Sales News **DI-08-92**.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits. Participating dealers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above. This program may be terminated or modified by Sony at any time at its sole discretion.

### Credits, Discounts & Rebates Programs

Credits, discounts, rewards and rebates issued to the Retailers under this program are available for use by the Retailers only for the future purchase of products from Sony, are not cash equivalents, do not create a right of payment to the Retailers, and are not deemed earned until products purchased with them are paid for in full. Any such credits, discounts, rewards and rebates are subject to all of Sony's rights under applicable state or federal law, including, but not limited to, its rights of setoff and recoupment.

If Retailer is the subject of a voluntary or involuntary bankruptcy proceeding, Sony will have the full right to effect a reconciliation of accounts with the Retailers by applying any such credits, discounts, rewards and rebates due to the Retailers against amounts due to Sony.

If any merchandise or amounts previously paid by Retailers to Sony are returned, forfeited, or subject to avoidance or similar action for any reason, including in any bankruptcy proceeding or similar proceeding under any similar state or federal law, such credits, discounts, rewards and rebates will be deemed null and void and not earned, and any credits, discounts and rebates previously issued to the Retailers that, for whatever reason, are not deemed null and void, will be used to offset any amounts due Sony.

<u>Credits Administration</u>
CSS please use Reason Code **ZAM** and reference the Sales News **DI-08-92**.

Questions regarding coding of credits, please contact DIPD Finance Kristen George.

**Sales News Administration:**    Pricing Support Services
                                   EMail address: Pricing Support Services

| Issued/Revised Date: | Issued/Revised By: | Revision No. |
|---|---|---|
| **January 14, 2009** | Pricing Support Services | |

Sony reserves the right to make changes to this program at any time

CCLT 030236

# SONY

Sony Electronics Inc.

**DSCS750 Trailing Credit Program**

DI-08-80-R-1-CANCELLED
Replaced by DI-08-92

## Digital Imaging Products Division
## 2008 Trailing Credit Program - Digital Still Camera
## Product DSCS750

**Program Overview** – Sony is offering to our authorized retailer base of dealers a promotional program to drive sales of Digital Still Camera DSCS750. The details of this opportunity are described below. This program incorporates an instant rebate offer and trailing credit component that will help participating dealers maximize their profitability on the selected SKU(s).

### Eligible Dealers and Reporting

**Eligible Dealers** – In order to participate in this program, the dealer must have a current reseller agreement on file with Sony, be authorized to sell the qualifying product(s), and must be regularly reporting "sell-through" and "on-hand inventories" to Sony or their Sony Representative on their of Sony Digital Still Camera business. Dealers who are not reporting this information regularly prior to March 31st, 2009 will not be eligible to participate.

**Reporting** – At the close of the Program Period, participating dealers must report to their local Sony sales representative the on-hand and sell through quantities of all eligible Sony Digital Still Camera products.

### Program Requirements

**Program Period(s)** – Dec 28th 2008 through Jan 10th, 2009

**Qualifying Product** – DSCS750

**Instant Rebate Offers** – In order to participate and receive the trailing credits under this voluntary program, in addition to all the other requirements set forth in this document, dealer must provide the following Instant Rebate to customers throughout the Program Period.:

| Program Periods | Instant Rebate Offer (during the corresponding Program Period) |
|---|---|
| December 28th – Jan 10th | Customers purchasing the following model will receive $20 off at the time of purchase: DSCS750 |

### Advertising / Layout Requirements

Sony reserves the right to make changes to this program at any time

Digital Imaging  
1/27/2009

DI-08-80 DSC Trailing Credit DSCS750  
Page 2

Advertising Layout – If participating dealers elect to advertise this IRO, the advertisement may **not** use the word "only" when referencing dates and discounts in conjunction with the execution of this program. Advertising including terms such as "This Week Only" or "Only This Week" when referencing the qualifying product pricing will **not** be eligible for credits under this program.

Trailing Credits – Subject to the program requirement set forth in this sales news, Sony will pay trailing credits only on Qualifying Products sold during the Program Period. Trailing credit amounts (per unit) are set forth below. A participating dealer who does not meet all of the requirements described in this document shall not be entitled to receive any Trailing Credits under this program. No exceptions will be allowed.

| **Qualifying Product** | **Trailing Credit Amount ($/unit sold)** |
|---|---|
| DSCS750 | $16.00 |

Program Variances – **Sony reserves the right to refuse any and all payments to any participating dealer if any of the program guidelines are not followed.** Sony reserves the sole right to decide if a participating dealer has performed according to program guidelines.

### Claim / Collection Requirements

Claim Submission & Payment – All claims submitted to Sony for the trailing credit amounts must be received no later than close of business Mar 31st, 2009. Sony will reject any trailing credit claims received after this date. Program claims must be submitted as a single package document (participating dealer shall submit all paperwork in a single claim for the entire program). Sony will pay all undisputed claims in full within 30 days.

Claim Contents – Claims to Sony must contain the following data:
1. Sell through of product (unit basis) for the week of December 28th, 2008 – Jan 10th, 2009 on a by SKU basis. Credits issued by Sony will not for any reason exceed the amounts defined in the Trailing Credit Section above.
2. Proof that the IRO was provided to DSCS750 customers throughout the Program Period; and
3. Debit Memo for the total trailing credit amount being requested from Sony referencing Sales News **DI-08-80**.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits. Participating dealers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above. This program may be terminated or modified by Sony at any time at its sole discretion.

### Credits, Discounts & Rebates Programs

Credits, discounts, rewards and rebates issued to the Retailers under this program are available for use by the Retailers only for the future purchase of products from Sony, are not cash equivalents, do not create a right of payment to the Retailers, and are not deemed earned until products purchased with them are paid for in full. Any such credits, discounts, rewards and rebates are subject to all of Sony's rights under applicable state or federal law, including, but not limited to, its rights of setoff and recoupment.

If Retailer is the subject of a voluntary or involuntary bankruptcy proceeding, Sony will have the full right to effect a reconciliation of accounts with the Retailers by applying any such credits, discounts, rewards and rebates due to the Retailers against amounts due to Sony.

If any merchandise or amounts previously paid by Retailers to Sony are returned, forfeited, or subject to avoidance or similar action for any reason, including in any bankruptcy proceeding or similar proceeding under any similar state or federal law, such credits, discounts, rewards and rebates will be deemed null

Sony reserves the right to make changes to this program at any time

CCLT 030238

Digital Imaging  DI-08-80 DSC Trailing Credit DSCS750
1/27/2009  Page 3

and void and not earned, and any credits, discounts and rebates previously issued to the Retailers that, for whatever reason, are not deemed null and void, will be used to offset any amounts due Sony.

Credits Administration
CSS please use Reason Code **ZAM** and reference the Sales News **DI-08-80**.

Questions regarding coding of credits, please contact DIAD Finance Kristen George.

**Sales News Administration:**    Pricing Support Services
EMail address: Pricing Support Services

| Issued/Revised Date: | Issued/Revised By: | Revision No. |
|---|---|---|
| December 3, 2008 | Pricing Support Services | |
| January 14, 2009 | Pricing Support Services | 1 |



Sony reserves the right to make changes to this program at any time

CCLT 030239

# SONY

Sony Electronics Inc.

**DSCW120 & DSCW150 Trailing Credit Program** — DI-08-81-REV2-CANCELLED
Replaced by DI-08-92

## Digital Imaging Products Division
## 2008 Trailing Credit Program -Digital Still Camera Product DSCW120 (all colors), DSCW150 (all colors)

**Program Overview** – Sony is offering to our authorized retailer base of dealers, a promotional program to drive sales of Digital Still Camera DSCW120 (all colors), DSCW150(all colors). The details of this opportunity are described below. This program incorporates an instant rebate offer and trailing credit component that will help participating dealers maximize their profitability on the selected SKU(s).

### Eligible Dealers and Reporting

**Eligible Dealers** – In order to participate in this program, the dealer must have a current reseller agreement on file with Sony, be authorized to sell the Qualifying Product(s), and must be regularly reporting "sell-through" and "on-hand inventories" to Sony or their Sony Representative on their of Sony Digital Still Camera business. Dealers who are not reporting this information regularly prior to March 31st, 2009 will not be eligible to participate.

**Reporting** – At the close of the Program Period, participating dealers must report to their local Sony sales representative their on-hand and sell through quantities of all eligible Sony Digital Still Camera products.

### Program Requirements

**Program Period(s)** – Jan 11th 2009 through Jan 24th, 2009

**Qualifying Product(s)** – DSCW120, DSCW120/B, DSCW120/L, DSCW120/P, DSCW150, DSCS150/B, DSCW150/R, DSCW150/N

**Instant Rebate Offers** – In order to receive the trailing credits under this voluntary program, in addition to all the other requirements set forth in this document, participating Dealers must provide the following instant rebate offer throughout the Program Period:

| Program Periods | Instant Rebate Offer (during the corresponding Program Period) |
|---|---|
| January 11th – Jan 24th | Customers purchasing any of the following models will receive $50 off at the time of purchase:<br>DSCW120, DSCW120/B, DSCW120/L, DSCW120/P<br>DSCW150, DSCS150/B, DSCW150/R, DSCW150/N |

### Advertising / Layout Requirements

Sony reserves the right to make changes to this program at any time

Digital Imaging                                                DI-08-81 DSC Trailing Credit DSCW120 W150-REV2
1/27/2009                                                                                              Page 2

**Advertising Layout** – If participating dealers elect to advertise this IRO, the advertisement may **not** use the word "only" when referencing dates and discounts in conjunction with the execution of this Program. Advertising including terms such as "This Week Only" or "Only This Week" when referencing the qualifying product pricing will **not** be eligible for credits under this program.

**Trailing Credits** – Subject to the program requirement set forth in this sales news, Sony will pay trailing credits only on Qualifying Products sold during the Program Period. Trailing credit amounts (per unit) are set forth below. A participating dealer who does not meet all of the requirements described in this document shall not be entitled to receive any Trailing Credits under this program. No exceptions will be allowed.

| **Qualifying Product** | **Trailing Credit Amount ($/unit sold)** |
|---|---|
| DSCW120 | $40.00 |
| DSW120/B | $40.00 |
| DSW120/L | $40.00 |
| DSW120/P | $40.00 |
| DSW150 | $40.00 |
| DSW150/B | $40.00 |
| DSW150/R | $40.00 |
| DSW150/N | $40.00 |

**Program Variances** – **Sony reserves the right to refuse any and all payments to any participating dealer if any of the program guidelines are not followed.** Sony reserves the sole right to decide if a participating dealer has performed according to program guidelines.

### Claim / Collection Requirements

**Claim Submission & Payment** – All claims submitted to Sony for the trailing credit amounts must be received no later than close of business Mar 31st, 2009. Sony will reject any trailing credit claims received after this date. Program claims must be submitted as a single package document (participating dealer shall submit all paperwork in a single claim for the entire program). Sony will pay all undisputed claims in full within 30 days.

**Claim Contents** – Claims to Sony must contain the following data:
1. Sell through of product (unit basis) for the weeks of January 11th, 2009 – Jan 24th, 2009 on a by SKU basis. Credits issued by Sony will not, for any reason exceed the amounts defined in the Trailing Credit Section above.
2. Proof that the IRO was provided to DSCW120 (all colors), DSCW150 (all colors) customers throughout the Program Period; and
3. Debit Memo for the total trailing credit amount being requested from Sony referencing Sales News **DI-08-81**.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits. Participating dealers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above. This program may be terminated or modified by Sony at any time at its sole discretion.

### Credits, Discounts & Rebates Programs

Credits, discounts, rewards and rebates issued to the Retailers under this program are available for use by the Retailers only for the future purchase of products from Sony, are not cash equivalents, do not create a right of payment to the Retailers, and are not deemed earned until products purchased with them are paid for in full. Any such credits, discounts, rewards and rebates are subject to all of Sony's

Sony reserves the right to make changes to this program at any time

CCLT 030241

| Digital Imaging | DI-08-81 DSC Trailing Credit DSCW120 W150-REV2 |
|---|---|
| 1/27/2009 | Page 3 |

rights under applicable state or federal law, including, but not limited to, its rights of setoff and recoupment.

If Retailer is the subject of a voluntary or involuntary bankruptcy proceeding, Sony will have the full right to effect a reconciliation of accounts with the Retailers by applying any such credits, discounts, rewards and rebates due to the Retailers against amounts due to Sony.

If any merchandise or amounts previously paid by Retailers to Sony are returned, forfeited, or subject to avoidance or similar action for any reason, including in any bankruptcy proceeding or similar proceeding under any similar state or federal law, such credits, discounts, rewards and rebates will be deemed null and void and not earned, and any credits, discounts and rebates previously issued to the Retailers that, for whatever reason, are not deemed null and void, will be used to offset any amounts due Sony.

<u>Credits Administration</u>
CSS please use Reason Code **ZAM** and reference the Sales News **DI-08-81**.

Questions regarding coding of credits, please contact DIPD Finance Kristen George.

**Sales News Administration:**   Pricing Support Services
EMail address: Pricing Support Services

| Issued/Revised Date: | Issued/Revised By: | Revision No. |
|---|---|---|
| December 3, 2008 | Pricing Support Services |  |
| December 16, 2008 | Pricing Support Services | 1 |
| **January 14, 2009** | Pricing Support Services | 2 |



Sony reserves the right to make changes to this program at any time

CCLT 030242