# EXHIBIT 45

May 28, 2008

Mr. Doug Schatz
Circuit City Stores, Inc.
9900 Mayland Drive
Richmond, VA 23233

Re: [DRAFT] Sony Television Program Offering FY09 (April 2008 - March 2009)

Dear Doug,

We at Sony would like to express our appreciation for Circuit City's continued support in the television category. We look forward to partnering with your team to grow our mutual business together in Circuit City's fiscal year 2009.

Based upon the conversations we have had over the past few months, we have collaborated with Sony's headquarters personnel and have gained acceptance of the plan detailed below. Please find below the funding and support that we are offering to Circuit City to drive towards our FY2009 goal of $500 million.

## PROGRAM COMPONENTS

*LCD Product Display Allowance* – Sony Electronics will support a 35% display allowance for LCD products that are assorted and displayed on Circuit City's sales floors. Discussion and agreement between both companies must occur on regionalized products. This display program is eligible for all Sony LCD models that are displayed in at least 50 Circuit City locations. Credits will be issued at the end of the lifecycle (Approximately Feb / Mar 2009). Display allowances are allocated to retailers who display the products for the lifecycle of the product, and the demo units are assumed to be in full operational order during this display period.

*MDF Support* – Sony will continue to support Circuit City's advertising and merchandising efforts with a 2% allowance of the net sales of all television products. With a $500 million sales target (defined as net sales from Sony to Circuit City), the 2% funding equates to anticipated support of $10M. Of this planned $10M in support, Circuit City can assume that a minimum of $5.0M will be paid regardless of the volumes attained while the balance $5.0M will be accrued and paid quarterly based entirely upon the sell-in achieved to Circuit City over the April 1, 2008 to March 31, 2009 time period.

Circuit City is free to determine the advertised or sale price for Sony television products in Circuit City stores and on-line. Sony offers a Suggested Profit Picture Guideline (SPPG) for each model which serves as a suggestion for our retail partners to maximize sales and profitability. Any referenced prices in any advertisements submitted for reimbursement via approved MDF must be at the SPPG price that Sony recommends.

*This document has not yet received Sony legal approval for distribution. Upon legal approval, final, official document will be distributed.*

CONFIDENTIAL                                                                                              SEL00008709

This core funding will not, under any circumstances, exceed $10 million unless stated and agreed in writing between the two companies.

***Volume Incentive Rebate*** - Sony is offering Circuit City a volume incentive rebate program based on our mutually agreed upon target of $500,000,000 for the April 1, 2008 through March 31, 2009 time period.

A Volume Incentive Rebate (VIR) of 1% of net purchases of Sony TV products, not to exceed $5,000,000.00 will be paid to Circuit City upon attainment of the $500,000,000.00 net sales target.

Please note that this program is not an accrual. There will be no rebate payments made in the event that total net purchases do not reach the $500 million target.

***Net Sales Determination*** – Net sales are defined as total Sony TV sales net of pricing adjustments, discounts and returns. Net sales amounts are to be determined and documented by Sony.

***Financial Support for Extended Consumer Terms*** – Sony will again participate in Circuit City's consumer financing offers (i.e. 18 month No/No financing, 24 month financing offers, etc.). Sony will contribute $3.5M towards these expenses. Sony requires that all relevant Sony Television products are to be included during any Circuit City "House Financing Offers" during the fiscal year. The specific purpose of these funds is to assure that Sony branded products are fully included in any and all Circuit City Consumer Finance offers.

***Advertising Exposure Expectations*** – It is the intention of Sony to maximize our exposure in any and all relevant advertising vehicles supported by Circuit City during the term of this program. Sony has minimum expectations related to the funding detailed in this letter:
- Sony expects support in Circuit City's advertising vehicles which include (but are not limited to) the following:
    - weekly circulars
    - on-line banners and promotions
    - consumer mailers, e-mail blasts
    - consumer catalogs
    - in-store brochures and flyers
- Specific to the weekly circulars (print circulars delivered weekly through the US via Sunday newspaper delivery) the expectations for Sony support are as follows:
    - Sony products will constitute a minimum mix of 30% of all 26" and larger LCD Television advertising

***Z Series and Blu Ray End Cap Initiative*** – Sony will provide $1,000,000 in MDF funding to support an end cap display in at least 650 Circuit City stores. These end caps will feature Sony's KDL46Z4100 LCD TV, the BDPS350 Blu Ray player and the

[handwritten: incremental? – yes July-Feb 5 payments]

*This document has not yet received Sony legal approval for distribution. Upon legal approval, final, official document will be distributed.*

CONFIDENTIAL                                         SEL00008710

HTSS2300 home theater in a box system. These displays will occupy the TV1 end cap position in the television department at each location.

The funding is based on Circuit City's agreement to keep the end cap in place in Circuit City stores from July 2008 through February 2009.

Sony will, at its own expense, deploy Action Link representatives into all applicable stores in July 2008 to refresh these displays with the appropriate point of purchase materials.

*Incremental Funding Opportunities* – Sony and Circuit City both understand and agree that some incremental opportunities to drive sales may be presented during the term of this program. Sony will carefully and independently consider these opportunities to maximize sales of Sony Television products. These opportunities will only be considered if Sony's sell-in performance is tracking to our mutually agreed upon sales targets.

The work we have done over the last twelve months has positioned us to once again experience growth in the Sony TV business at Circuit City. We are confident that the continued collaboration between Circuit City and Sony will bring growth to our mutual businesses. Please contact us with any questions.

Thank you for your continued support.

Best regards,


Jim O'Keefe
National Account Manager

Sean O'Brien
Vice President, Sales

*This document has not yet received Sony legal approval for distribution.*
*Upon legal approval, final, official document will be distributed.*

CONFIDENTIAL

SEL00008711