# EXHIBIT 51

00886

CCLT 040596

Vendor Management Administration                                    Page 1 of 1

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 98800 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 146 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 03/10/2009 |
| | | |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

http://vma.ccs.com/web/GlobalSearch.do                          3/10/2009

CCLT 040597



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA 23233-1464

03/10/2009

Sony Electronics Inc
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Sony Electronics Inc,

This is to confirm $319,975.00 committed by Jim O'Keefe offered to Circuit City Stores Inc., effective 03/10/2009. These funds are for $319,975 post audit to cover web sales previously not collected for bundled Sony TV/BD/Audio/Firedog/Gaming promotions. Covers chargebacks 84430,84603,84116,85756,85816.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due immediately and will be collected via check or wire from the vendor for chargeback# 98800.

All other terms and conditions remain the same.

Sincerely,


Charles Hawkins

CCLT 040598

Vendor Management Administration                                                          Page 1 of 1

|  |  |  |  |
|---|---|---|---|
| | | Status: | COMPLETED |

| | | | | |
|---|---|---|---|---|
| Chargeback #: | 98800 | | | |
| CR#: | | | | |
| PA #: | | | | |
| Vendor Name: | · SONY | | Vendor #: | 70932 |
| Committed By: | Jim O'Keefe | | | |
| Mail To: | Address: | 300 Arboretum Way | Created By: | Hawkins, Charles |
| | | Suite 310 | Finalized By: | Lambert, Gregory |
| | City: | Richmond | Finalized Date: | 03/10/2009 |
| | State: | VA | Last Changed By: | Lambert, Gregory |
| | Province/Region: | | Last Changed Date: | 03/10/2009 |
| | Country: | United States | | |
| | Zip: | 23236 | | |
| | Attn To: | Sony Electronics Inc | | |
| | Copy To: | | | |

| | |
|---|---|
| Buyer Name: | Charles Hawkins |
| Funding Description: | $319,975 post audit to cover web sales previously not collected for bundled Sony TV/BD/Audio/Firedog/Gaming promotions. Covers chargebacks 84430,84603,84116,85756,85816 |

| | |
|---|---|
| Based On: | Lump Sum |
| Effective Date: | 03/10/2009 |
| Funding Amount: | $319,975 00 |
| Billing Frequency: | Immediate |
| Payment How: | Deduct from AP balance |
| Vendor Payment Due Days: | 0 |
| Allocation On: | Amount |

Allocation:

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| CES | Market Development Funds | 146 | SON | $319,975 00 | 100.00 |

Comments:

Workflow Comments:

CCLT 040599

**Charlie Hawkins/MDSE/Circuit City**

03/10/2009 01:12 PM

To  Myke Lynch/MDSE/Circuit City@Circuit City, Greg Lambert/Accounting/Circuit City@Circuit City, Skip Ross/MDSE/Circuit City@CIRCUIT CITY

cc

bcc

Subject  CB 98800 - Sony Web Bundles

Sony Bundle Web Discrepancy.xls  CB 84116 - 3486 - $1743000.xls  CB 84430 - 95 - $161150.xls  CB 84603 - 1843 - $285225.xls  CB 85756 - 797 - $231130.xls

CB 85816 - 2446 - $489200.xls

Charlie Hawkins
Buyer - Large LCD
Circuit City Stores, Inc.
(804) 486-6404
charlie_hawkins@circuitcity.com

CCLT 040600

| CB # | Status | Basis | Effective | Final | Date Billing | Alloc Class | Brnd | Vendor Name | Funding Description | CB Comments | Type | Sub Type | Funding Amount | New Amount | New Funding | Delta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84430 | COMPLET | LMP | 12/31/2007 | 11/10/2008 | 01/17/2008 | 146 | SON | ELECTRONICS INC | 000 and DaVIS10 Bundle | Bundle Sales 83 units | CES | MDF | $ 14,110.00 | 95 | $ 16,150.00 | $ 2,040.00 |
| 84603 | COMPLET | LMP | 12/11/2007 | 11/10/2008 | 01/11/2008 | 146 | SON | ELECTRONICS INC | to support the 1028 Sony AU | chargeback replaces GB82496 | CES | UPP | $ 265,980.00 | 1843 | $ 285,225.00 | $ 19,245.00 |
| 84116 | COMPLET | LMP | 12/06/2007 | 01/08/2008 | 01/09/2008 | 146 | SON | ELECTRONICS INC | DAVIS10 Bundle Promotion | 0001= 690 units | CES | MDF | $ 1,497,000.00 | 3486 | $ 1,743,000.00 | $246,000.00 |
| 85756 | COMPLET | LMP | 01/26/2008 | 01/29/2008 | 01/30/2008 | 146 | SON | ELECTRONICS INC | trailing credit per bundle | bundles sold $290.00 tc bundle | CES | UPP | $ 178,640.00 | 797 | $ 231,130.00 | $ 52,490.00 |
| 85816 | COMPLET | LMP | 01/20/2008 | 02/02/2008 | 02/04/2008 | 146 | SON | ELECTRONICS INC | to support bundles for the | allocate any remaining | CES | UPP | $ 469,000.00 | 2446 | $ 489,200.00 | $ 200.00 |

$2,444,730.00    $2,764,705.00    $319,975.00