# EXHIBIT 57

94119

CCLT 050120

Vendor Management Administration                                                                 Page 1 of 1

# Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 94119 |
| Vendor # | : | 59200 |
| Vendor Name | : | SONY ELECTRONICS INC |
| Class | : | 217 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 08/31/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |



02/03/2009

Jim O'Keefe
SONY ELECTRONICS INC
300 Arboretum Place
Suite 310
Richmond, VA 23236

Dear Jim O'Keefe,

This is to confirm $171,080.00 committed by Jim O'Keefe offered to Circuit City Stores Inc., effective 08/31/2008. These funds are for $130 sell-through credit per bundle sold 08/24/2008 - 08/30/2008 of the SON KDL46W4100, SON KDL52V4100, or SON KDL52W4100 with a SON BDPS300 or SON BDPS350.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due by 02/03/2009 and will be collected via Check from vendor for chargeback # 94119.

All other terms and conditions remain the same.

Sincerely,


Charles Hawkins

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | **Status:** | COMPLETED |
| **Chargeback #:** | 94119 |  |  |  |
| **CR#:** |  |  |  |  |
| **PA #:** |  |  |  |  |
| **Vendor Name:** | SONY ELECTRONICS INC |  | **Vendor #:** | 59200 |
| **Committed By:** | Jim O'Keefe |  |  |  |
| **Mail To:** | **Address:** | 300 Arboretum Place | **Created By:** | Dobrodziej, Maciej |
|  |  | Suite 310 | **Finalized By:** | Tuttle, David |
|  | **City:** | Richmond | **Finalized Date:** | 02/03/2009 |
|  | **State:** | VA | **Last Changed By:** | Tuttle, David |
|  | **Province/Region:** |  | **Last Changed Date:** | 02/03/2009 |
|  | **Country:** | United States |  |  |
|  | **Zip:** | 23236 |  |  |
|  | **Attn To:** | Jim O'Keefe |  |  |
|  | **Copy To:** |  |  |  |
| **Buyer Name:** | Maciej Dobrodziej |  |  |  |
| **Funding Description:** | $130 sell-through credit per bundle sold 08/24/2008 - 08/30/2008 of the SON KDL46W4100, SON KDL52V4100, or SON KDL52W4100 with a SON BDPS300 or SON BDPS350 |  |  |  |
| **Based On:** | Lump Sum |  |  |  |
| **Effective Date:** | 08/31/2008 |  |  |  |
| **Funding Amount:** | $171,080.00 |  |  |  |
| **Billing Frequency:** | Immediate |  |  |  |
| **Payment How:** | Check from vendor |  |  |  |
| **Vendor Payment Due Days:** | 0 |  |  |  |
| **Allocation On:** | Amount |  |  |  |

| **Allocation:** | Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|---|
|  | CES | Market Development Funds | 217 | SON | $171,080.00 | 100.00 |

**Comments:** 1316 bundles * $130 = $171,080

**Workflow Comments:**

CCLT 050123

| ORD NBR | ODSH O | TXN DT | HW Model | HW Qty | HW Model 2 | HW Qty 2 |
|---|---|---|---|---|---|---|
| 840249 | 13058 | 25-Aug-08 | KDL46W4100 | 0 | BDPS300 | -1 |
| 2966851 | 11669 | 26-Aug-08 | KDL46W4100 | 0 | BDPS300 | 0 |
| 3816295 | 12138 | 25-Aug-08 | KDL46W4100 | 1 | BDPS300 | 1 |
| 126430 | 13718 | 26-Aug-08 | KDL46W4100 | 1 | BDPS350 | 1 |
| 373750 | 13115 | 30-Aug-08 | KDL46W4100 | 1 | BDPS350 | 1 |
| Print Rows Omitted | | | | | | |
| 7842520 | 10412 | 24-Aug-08 | KDL52V4100 | 1 | BDPS350 | 1 |
| 7842550 | 10412 | 24-Aug-08 | KDL52V4100 | 1 | BDPS350 | 1 |
| 7842647 | 10412 | 24-Aug-08 | KDL52V4100 | 1 | BDPS350 | 1 |
| 7842647 | 10412 | 30-Aug-08 | KDL52V4100 | 0 | BDPS350 | 0 |
| 7846723 | 10412 | 29-Aug-08 | KDL52V4100 | 1 | BDPS350 | 1 |
| 7846760 | 10412 | 29-Aug-08 | KDL52V4100 | 1 | BDPS350 | 1 |
| 7847342 | 10412 | 30-Aug-08 | KDL52V4100 | 1 | BDPS350 | 1 |
| 7847866 | 10412 | 30-Aug-08 | KDL52V4100 | 2 | BDPS350 | 2 |

| Total | 1316 |
|---|---|
| | $ 130.00 |
| | $ 171,080.00 |

CCLT 050124

**VMA Chargeback Request**
Sent by: David Tuttle

To: Matt Dobrodziej/MDSE/Circuit City@Circuit City
cc:
Subject: Re: CB#94119

09/22/2008 01:51 PM

Matt:

I see that we carry model **BDPS300**, and that it does not appear in the attached spreadsheet. Did we not include it in the promo, or were there no bundles sold in these combinations?

Thanks Matt
DJT
Matt Dobrodziej

**Matt Dobrodziej**
09/05/2008 03:40 PM

To: CES Accounting@Circuit City, VMA Chargeback Request@Circuit City
cc: David Tuttle/Accounting/Circuit City@Circuit City
Subject: CB#94119

VMA Chargeback/CES Accounting,

please see below for backup documentation regarding CB#94119

Attached is a spreadsheet documenting proof of performance. This CB is ready to be completed.

CB94119.xls
Best regards,

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657 (o)
804.690.1060 (c)

----- Forwarded by Matt Dobrodziej/MDSE/Circuit City on 09/05/2008 02:54 PM -----



"O'Keefe, Jim" <Jim.O'Keefe@am.sony.com>

07/15/2008 06:48 PM

To <derek_mattila@circuitcity.com>, <Matt_Dobrodziej@circuitcity.com>, <Samual_Altman@circuitcity.com>, <David_Harrell@circuitcity.com>,

CCLT 050125

cc: &lt;Charlie_Hawkins@circuitcity.com&gt;
&lt;Douglas_Schatz@circuitcity.com&gt;, "McAskin, Patrick"
&lt;Patrick.McAskin@am.sony.com&gt;, "O'Brien, Sean" &lt;Sean.O'Brien@am.sony.com&gt;,
"Roth, Kevin" &lt;Kevin.Roth@am.sony.com&gt;, "Walker, Tony"
&lt;Tony.Walker@am.sony.com&gt;
Subject: URGENT: Sony LCD Promotions - New

Apologies for the short notice on this - we just received this info today. Note that buy downs on 3 key models will be effective 7/18.
We are confident that these promotions will help spike sell through in the July through September time period.

These promotions are in addition to the promotional plans that were communicated last week.

In addition, please note that we are taking some of the old models off of SPPG in the event that you choose to advertise these models or feature them on your web site.

Please let me know if you need any additional information. Thanks.

### Latest additions to the Q2 promotion plan

**Buy Downs:**
52W4100 $200 Buy Down effective (7/18 - 8/23) and again (8/31 - 9/6)
Net retail after buy down $2999 - $200 buy down = $2799
Trailing Credit $130
These buy downs will now put the delta between the 52W and 52V at $500 during the buy down period

46Z4100 $200 Buy Down effective (8/31 - 9/6)
Net retail after buy down $2799 - $200 buy down = $2599
Trailing Credit $130

46W4100 and 46W4150 $200 buy down effective (8/31 - 9/6)
Net retail after buy down $2399 - $200 buy down = $2199

CCLT 050126

Trailing Credit $130

**46V4100** $100 Buy Down effective (7/18 - 8/23)
Net retail after buy down $1999 - $100 buy down = $1899
Trailing Credit $65

**40Z4100** $100 Buoy Down effective (7/18 - 8/23)
Net retail after buy down $2299 - $100 buy down = $2199
Trailing Credit $65

**Blu-Ray bundle offer:**
We heard from our retailers that that we needed to include the BDPS300 on the Blu-ray bundle offer. We have revised the promotion to include this model.
Save $200 with the purchase of either the 52W4100, 52V4100, 46W4100, 46W4150 and either the BDPS300 or BDPS350
Effective 8/24 - 8/30

**Off SPPG:**
Effective 8/15 we be removing the following models from SPPG to give retailers the flexibility to move through the inventory they have left.

Models of SPPG effective 8/15
52W3000
46W3000
46V3000
40W3000
40V3000

I have attached the updated Q2 promo plan for your reference. Stay tuned for more info to come shortly.

CCLT 050127