# EXHIBIT 59

95428

CCLT 050319

Vendor Management Administration                                                                 Page 1 of 1

# Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 95428 |
| Vendor # | : | 59200 |
| Vendor Name | : | SONY ELECTRONICS INC |
| Class | : | 146 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 10/12/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

http://vma.ccs.com/web/GlobalSearch.do                                                            1/29/2009

CCLT 050320



01/29/2009

Jim O'Keefe
SONY ELECTRONICS INC
300 Arboretum Place
Suite 310
Richmond, VA 23236

Dear Jim O'Keefe,

This is to confirm $86,970.00 committed by Jim O'Keefe offered to Circuit City Stores Inc., effective 10/12/2008. These funds are for $195 sell-through credit per bundle sold 10/12/2008 - 10/18/2008 of the SON KDL40V4100, SON KDL40W4100, or SON KDL42V4100 with a SON DAVHDX275.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due by 01/29/2009 and will be collected via Check from vendor for chargeback # 95428.

All other terms and conditions remain the same.

Sincerely,


Maciej Dobrodziej

Vendor Management Administration                                                                                                          Page 1 of 1

|                          |                                                                                                           |                     |                    |
|--------------------------|-----------------------------------------------------------------------------------------------------------|---------------------|--------------------|
|                          |                                                                         Status:                          | COMPLETED           |                    |
| ⬤geback #:              | 95428                                                                                                     |                     |                    |
| CR#:                     | 64416,64417                                                                                               |                     |                    |
| PA #:                    |                                                                                                           |                     |                    |
| Vendor Name:             | SONY ELECTRONICS INC                                                                                      | Vendor #:           | 59200              |
| Committed By:            | Jim O'Keefe                                                                                               |                     |                    |
| Mail To:                 |                                                                                                           |                     |                    |
|     Address:             | 300 Arboretum Place                                                                                       | Created By:         | Dobrodziej, Maciej |
|                          | Suite 310                                                                                                 | Finalized By:       | Tuttle, David      |
|     City:                | Richmond                                                                                                  | Finalized Date:     | 01/29/2009         |
|     State:               | VA                                                                                                        | Last Changed By:    | Tuttle, David      |
|     Province/Region:     |                                                                                                           | Last Changed Date:  | 01/29/2009         |
|     Country:             | United States                                                                                             |                     |                    |
|     Zip:                 | 23236                                                                                                     |                     |                    |
|     Attn To:             | Jim O'Keefe                                                                                               |                     |                    |
|     Copy To:             |                                                                                                           |                     |                    |
| Buyer Name:              | Maciej Dobrodziej                                                                                         |                     |                    |
| Funding Description:     | $195 sell-through credit per bundle sold 10/12/2008 - 10/18/2008 of the SON KDL40V4100, SON KDL40W4100, or SON KDL42V4100 with a SON DAVHDX275 |                     |                    |
| ⬤d On:                  | Lump Sum                                                                                                  |                     |                    |
| Effective Date:          | 10/12/2008                                                                                                |                     |                    |
| Funding Amount:          | $86,970.00                                                                                                |                     |                    |
| Billing Frequency:       | Immediate                                                                                                 |                     |                    |
| Payment How:             | Check from vendor                                                                                         |                     |                    |
| Vendor Payment Due Days: | 0                                                                                                         |                     |                    |
| Allocation On:           | Amount                                                                                                    |                     |                    |

Allocation:

| Type       | Sub-Type | Class | Brand | Amount     | %      |
|------------|----------|-------|-------|------------|--------|
| Must Spend | Markdown | 146   | SON   | $86,970.00 | 100.00 |

Comments:              446 Bundles * $195 = $86,970

Workflow Comments:

⬤

CCLT 050322

| ORD NBR | ODS LO | TXN DT | HW Model | HW Qty 1 | HW Model | HW Qty 2 |
|---|---|---|---|---|---|---|
| 7730246 | 11922 | 12-Oct-08 | KDL40W4100 | 1 | DAVHDX275 | 1 |
| 7730740 | 11922 | 12-Oct-08 | KDL40W4100 | 1 | DAVHDX275 | 1 |
| 7730740 | 11922 | 15-Oct-08 | KDL40W4100 | 0 | DAVHDX275 | 0 |
| 7731618 | 11922 | 16-Oct-08 | KDL40W4100 | 0 | DAVHDX275 | 1 |
| 7736888 | 11922 | 18-Oct-08 | KDL40W4100 | 1 | DAVHDX275 | 1 |
| 7884027 | 10412 | 15-Oct-08 | KDL40W4100 | 1 | DAVHDX275 | 1 |

446
$   195.00
$ 86,970.00

Print Lines omitted

CCLT 050323

**Matt Dobrodziej**
10/10/2008 03:22 PM

To: CES Accounting@Circuit City, VMA Chargeback Request@Circuit City
cc: David Tuttle/Accounting/Circuit City@Circuit City, Karen Shealy/Accounting/Circuit City, Charlie Hawkins/MDSE/Circuit City@Circuit City
Subject: CB#95428 and CR#64416 Effective Sunday

VMA Chargeback/CES Accounting,

please see below for backup documentation regarding CB#95428 and CR#64416 and CR#64417.

Please note CR#64416 is effective Sunday, please complete and approve.

Thanks!

Best regards,

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657
matt_dobrodziej@circuitcity.com

----- Forwarded by Matt Dobrodziej/MDSE/Circuit City on 10/10/2008 03:05 PM -----

"O'Keefe, Jim" <Jim.OKeefe@am.sony.com>

10/03/2008 10:02 AM

To <Matt_Dobrodziej@circuitcity.com>
cc
Subject RE: 9/14 Bundle Promotion

Attached are the details for the following promotions:

- 10/5 Blu Ray Promo
- 10/12 HTIB Bundle
- 10/19 Blu Ray Bundle
- 10/26 HTIB Bundle
- 11/2 Blu Ray Bundle
- 11/9 HTIB Bundle

Please let me know if you need any additional details.

CCLT 050324

Thanks,

Jim

**From:** Matt_Dobrodziej@circuitcity.com [mailto:Matt_Dobrodziej@circuitcity.com]
**Sent:** Thursday, October 02, 2008 4:59 PM
**To:** O'Keefe, Jim
**Subject:** Re: 9/14 Bundle Promotion

Jim,

can I get this type of breakdown for the 10/5 Blu-Ray promo.

Best Regards,

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657 (o)
804.690.1060 (c)

"O'Keefe, Jim" <Jim.O'Keefe@am.sony.com>

09/08/2008 11:18 AM

To <Matt_Dobrodziej@circuitcity.com>
cc
Subject 9/14 Bundle Promotion

Matt,

CCLT 050325

Here are all of the formal details on next week's promotion:

## Home Products Division

### BRAVIA® TV / BLU-RAY DISC PLAYER Bundle Promotion

**Promotion Overview:** Sony is offering to our authorized retailer base of dealers, a promotional program to drive sales of a **Sony BRAVIA TV and Blu-ray Disc Player**. The details of this opportunity are described below. This program incorporates advertised instant rebate offers and trailing credit components that will help participating retailers maximize their profitability on the selected SKU(s).

**Promotion Period:** September 14, 2008 through September 20, 2008

**Eligible BRAVIA TV model:** KDL52W4100, KDL46W4100, KDL46W4150, KDL46Z4100/B, KDL46Z4100/S

**Eligible Blu-ray Disc Player model:** BDP5350, BDP5300

**Instant Rebate Offers:** Customers purchasing the eligible Sony BRAVIA TV and Blu-ray Disc Player models during the Promotion Period on the same receipt will receive an instant rebate of $200 off at the time of purchase. Sony suggests the authorized dealer advertise a single price bundle and/or a savings of $200 in connection with this offer incorporating the instant rebate. Discounts/trailing credits under this program are offered and paid only with the expectation that participating retailers are passing a $200 instant rebate at POS in addition to whatever other promotions or offers are already running and/or planned.

**Reporting:** At the close of each of the program periods, participating retailers must report their on-hand and sell through quantities of all Sony BRAVIA TV and Blu-ray Disc Player Products.

**Advertising / Layout Requirements:** Subject to the applicable program period for each IRO (Instant Rebate Offer), participating retailers must advertise the applicable Instant Rebate offer at least one time during the Promotion Period (inclusive) using "traditional advertising vehicles" for that retailer in the normal course of business.

**Trailing Credits:** Subject to the advertising and other terms set forth above, Sony will pay trailing credits only on eligible models sold during the Promotion Period. Trailing credit amounts (per unit) are set forth below. A participating retailer who does not meet the advertising requirements described above shall not be entitled to receive any Trailing Credits under this program.

**Qualifying Product**   **Trailing Credit Amount ($/unit sold)**

CCLT 050326

| | |
|---|---|
| KDL52W4100 | $65.00 |
| KDL46W4100 | $65.00 |
| KDL46Z4100/B | $65.00 |
| KDL46Z4100/S | $65.00 |
| BDPS350 | $65.00 |
| BDPS300 | $65.00 |

**Program Variances:** Sony reserves the right to refuse any and all payments to any participating retailer if any of the program guidelines are not followed. Sony reserves the sole right to decide if a participating retailer has performed according to program guidelines. Deviations from any of the guidelines defined in this Program will need to be submitted to and approved by Sony's Strategic Planning (SSP) team in advance and in writing.

**Claim Submission & Payment:** All claims submitted to Sony for the trailing credit amounts must be received no later than close of business **December 20, 2008**. Sony reserves the right to reject any trailing credit claims received after this date. Program claims must be submitted as a single package document (participating retailer shall submit all paperwork in a single claim for the entire program). Sony will pay all undisputed claims in full within 30 days.

**Claim Contents:** Claims to Sony **must** contain the following data:
1. Sell through of product (unit basis) indicating same ticket sales of qualifying models during the Promotion Period on a by SKU basis. Credits issued by Sony will not for any reason exceed the amounts defined in the Trailing Credit Section above.
2. Debit Memo for the total trailing credit amount being requested from Sony referencing this Sales News.

Action Link will randomly be auditing floors to verify that dealers are in fact passing the discounts through to consumers in addition to whatever other TV and Home Theater promotions they are offering.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits. Participating retailers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above. This program may be terminated or modified by Sony at any time at its sole discretion.

Jim O'Keefe
**Sony Electronics**
National Account Manager - TV
Phone: 804-267-2603
Fax:    804-267-2626

CCLT 050327

Case 10-03600-KRH   Doc 131-4   Filed 07/25/14   Entered 07/25/14 17:48:17   Desc
Exhibit(s) 59   Page 11 of 11

Cell: 804-334-6543

james.o'keefe@am.sony.com

===============================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.

Thank you. HPD08-13 BUNDLE PROMOTION (11-02-08 to 11-08-08).doc  HPD08-08 BUNDLE PROMOTION (10-5-08 thru 10-11-08).doc

HPD08-09 BUNDLE PROMOTION (10-19-08 thru 10-25-08).doc  HPD08-10 BUNDLE PROMOTION (10-12-08 thru 10-18-08).doc

HPD08-11 BUNDLE PROMOTION (10-26-08 thru 11-01-08).doc  HPD08-12 BUNDLE PROMOTION (11-09-08 thru 11-15-08).doc

CCLT 050328