# EXHIBIT 60

# MEMO

| | |
|---|---|
| To | CES Accounting@Circuit City,VMA Chargeback Request@Circuit City |
| Cc | CN=David Tuttle/OU=Accounting/O=Circuit City@Circuit City |
| Bcc | |
| From | CN=Matt Dobrodziej/OU=MDSE/O=Circuit City |
| Date | 9/29/2008 7:18:52 PM +00:00 |
| Subject | CB#94996 |
| Attachments | 09-21-08 thru 09-27-08.doc (60 KB),08-31-08 thru 09-06-08.doc (58 KB),CB94996.xls (61 KB) |

```
VMA Chargeback/CES Accounting,
please see below for backup documentation regarding CB#94996.
Attached is a spreadsheet documenting proof of performance. This CB is ready to be completed.
Best regards,
Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657 (o)
804.690.1060 (c)
----- Forwarded by Matt Dobrodziej/MDSE/Circuit City on 09/29/2008 03:17 PM -----


                                        To      <Matt_Dobrodziej@circuitcity.com>
"O'Keefe, Jim" <Jim.O'Keefe@am.sony.com>  cc
09/22/2008 10:06 AM                     Subject FW: 9/14 Bundle Promotion



Here they are (attached).
From: Matt_Dobrodziej@circuitcity.com [mailto:Matt_Dobrodziej@circuitcity.com]
Sent: Monday, September 22, 2008 9:26 AM
To: O'Keefe, Jim
Subject: Re: 9/14 Bundle Promotion
Importance: High
Jim,
can you provide the same detailed offer for both the 8/31 and 9/21 bundles. Accounting needs it in this format.
Best Regards,
Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657 (o)
804.690.1060 (c)


                                        To      <Matt_Dobrodziej@circuitcity.com>
                                        cc
"O'Keefe, Jim" <Jim.O'Keefe@am.sony.com> Subject 9/14 Bundle Promotion
09/08/2008 11:18 AM




Matt,
Here are all of the formal details on next week's promotion:

Home Products Division
BRAVIA® TV / BLU-RAY DISC PLAYER
Bundle Promotion
Promotion Overview: Sony is offering to our authorized retailer base of dealers, a promotional program to drive
sales of a Sony BRAVIA TV and Blu-ray Disc Player.  The details of this opportunity are described below.  This
program incorporates advertised instant rebate offers and trailing credit components that will help participating
retailers maximize their profitability on the selected SKU(s).

Promotion Period:  September 14, 2008 through September 20, 2008

Eligible BRAVIA TV model:  KDL52W4100, KDL46W4100, KDL46W4150,
KDL46Z4100/B, KDL46Z4100/S

Eligible Blu-ray Disc Player model: BDPS350, BDPS300

Instant Rebate Offers: Customers purchasing the eligible Sony BRAVIA TV and Blu-ray Disc Player models during the
Promotion Period on the same receipt will receive an instant rebate of $200 off at the time of purchase.  Sony
suggests the authorized dealer advertise a single price bundle and/or a savings of $200 in connection with this
offer incorporating the instant rebate.  Discounts/trailing credits under this program are offered and paid only
with the expectation that participating retailers are passing a $200 instant rebate at POS in addition to
whatever other promotions or offers are already running and/or planned.

Reporting:  At the close of each of the program periods, participating retailers must report their on-hand and
sell through quantities of all Sony BRAVIA TV and Blu-ray Disc Player Products.
```

Advertising / Layout Requirements: Subject to the applicable program period for each IRO (Instant Rebate Offer), participating retailers must advertise the applicable Instant Rebate offer at least one time during the Promotion Period (inclusive) using "traditional advertising vehicles" for that retailer in the normal course of business.

Trailing Credits: Subject to the advertising and other terms set forth above, Sony will pay trailing credits only on eligible models sold during the Promotion Period.  Trailing credit amounts (per unit) are set forth below.  A participating retailer who does not meet the advertising requirements described above shall not be entitled to receive any Trailing Credits under this program.

Qualifying Product Trailing Credit Amount ($/unit sold)
```
KDL52W4100                        $65.00
KDL46W4100                        $65.00
KDL46Z4100/B                      $65.00
KDL46Z4100/S                      $65.00
BDPS350                                     $65.00
BDPS300                                     $65.00
```

Program Variances: Sony reserves the right to refuse any and all payments to any participating retailer if any of the program guidelines are not followed.  Sony reserves the sole right to decide if a participating retailer has performed according to program guidelines.  Deviations from any of the guidelines defined in this Program will need to be submitted to and approved by Sony's Strategic Planning (SSP) team in advance and in writing.
Claim Submission & Payment: All claims submitted to Sony for the trailing credit amounts must be received no later than close of business December 20, 2008.  Sony reserves the right to reject any trailing credit claims received after this date.  Program claims must be submitted as a single package document (participating retailer shall submit all paperwork in a single claim for the entire program).  Sony will pay all undisputed claims in full within 30 days.


Claim Contents: Claims to Sony must contain the following data:
1.      Sell through of product (unit basis) indicating same ticket sales of qualifying models during the Promotion Period on a by SKU basis.  Credits issued by Sony will not for any reason exceed the amounts defined in the Trailing Credit Section above.
2.      Debit Memo for the total trailing credit amount being requested from Sony referencing this Sales News.

Action Link will randomly be auditing floors to verify that dealers are in fact passing the discounts through to consumers in addition to whatever other TV and Home Theater promotions they are offering.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits.  Participating retailers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above.  This program may be terminated or modified by Sony at any time at its sole discretion.
Jim O'Keefe
Sony Electronics
National Account Manager - TV
Phone:  804-267-2603
Fax:       804-267-2626
Cell:       804-334-6543

james.o'keefe@am.sony.com


============================
The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

# SONY

Sony Electronics Inc.



## Home Products Division
## BRAVIA® TV/Blu-ray Disc Player/Home Theater System Bundle Promotion

**Promotion Overview:** Sony is offering to our authorized retailer base of dealers, a promotional program to drive combined sales of select models of the following: **Sony BRAVIA TV, Blu-ray Disc™ Player** and **Home Theater System**. The details of this opportunity are described below.  This program incorporates advertised instant rebate offers and trailing credit components that will help participating retailers maximize their profitability on the selected SKU(s).

**Promotion Period:** **September 21, 2008 through September 27, 2008**

Eligible Soft Bundle(s):
KDL52V4100 + BDPS350 +HTSS2300
KDL46V4100 + BDPS350 + HTSS2300

**Instant Rebate Offers**: Customers purchasing an eligible **Soft Bundle** during the Promotion Period on the same receipt will receive an instant rebate of $400 off at the time of purchase.  Sony suggests the authorized dealer advertise a single price Soft Bundle and/or a savings of $400 in connection with this offer incorporating the instant rebate.  Discounts/trailing credits under this program are offered and paid only with the expectation that participating retailers are passing a $400 instant rebate at POS in addition to whatever other promotions or offers are already running and/or planned. The Qualifying Products (as defined below) are bundled together so there is no cost reduction on single Qualifying products, but rather, the cost reduction applies  only to the sales of the complete Soft Bundle on the same receipt.  This is intended to be the only joint Soft Bundle promo with TV, Home Video and Home Audio for the week of 9/21/07 – 9/27/07 that Sony will fund.

**Reporting:**  At the close of each of the program periods, participating retailers must report their on-hand and sell through quantities of all above-noted models of **Sony BRAVIA TV, Blu-ray Disc Player** and **Home Theater System** Products.

**Advertising / Layout Requirements:** Subject to the applicable program period for each IRO (Instant Rebate Offer), participating retailers must advertise the applicable Instant Rebate offer at least one time during the Promotion Period (inclusive) using "traditional advertising vehicles" for that retailer in the normal course of business.

**Trailing Credits:** Subject to the advertising and other terms set forth above, Sony will pay trailing credits only on Soft Bundles  sold during the Promotion Period.  Trailing credit amounts (per unit) are set forth below.  A participating retailer who does not meet the advertising requirements described above shall not be entitled to receive any Trailing Credits under this program.

Sony reserves the right to make changes to this program at any time

Home Products Division                                                                                        HPD08-06
BRAVIA TV / BLU-RAY DISC PLAYER / HOME THEATER SYSTEM                                                         Page 2
Bundle Promotion                                                                                              **Revision 1**

| Qualifying Product | Trailing Credit Amount ($/unit sold) |
|---|---|
| **KDL52V4100** | **$130** |
| **KDL46V4100** | **$130** |
| **BDPS350** | **$65** |
| **HTSS2300** | **$65** |

**Program Variances:** Sony reserves the right to refuse any and all payments to any participating retailer if any of the program guidelines are not followed. Sony reserves the sole right to decide if a participating retailer has performed according to program guidelines. Deviations from any of the guidelines defined in this Program will need to be submitted to and approved by Sony's Strategic Planning (SSP) team in advance and in writing.

**Claim Submission & Payment:** All claims submitted to Sony for the trailing credit amounts must be received no later than close of business **December 27, 2008**. Sony reserves the right to reject any trailing credit claims received after this date. Program claims must be submitted as a single package document (participating retailer shall submit all paperwork in a single claim for the entire program). Sony will pay all undisputed claims in full within 30 days.

**Claim Contents:** Claims to Sony <u>must</u> contain the following data:
1. Sell through of product (unit basis) indicating same ticket sales of Qualifying Products as part of a Soft Bundle during the Promotion Period on a by SKU basis. Credits issued by Sony will not for any reason exceed the amounts defined in the Trailing Credit Section above.
2. Debit Memo for the total trailing credit amount being requested from Sony referencing this Sales News.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits. Participating retailers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above. This program may be terminated or modified by Sony at any time at its sole discretion.

**Credits, Discounts & Rebates Programs:** Credits, Discounts & Rebates shall not be earned on any merchandise that has not been fully paid for by the retailer. Credits, Discounts & Rebates issued to retailer from these programs are available for use by the retailer solely in connection with the purchase of future products, and are not cash equivalents, and do not give rise to a right of payment in favor of the retailer, and are not deemed earned until products purchased with them are paid for in full. Credits, Discounts & Rebates programs are subject to all of Sony's rights under applicable state or federal law, including, but not limited to, its rights of setoff and recoupment.

As consideration for the issuance of any Credits, Discounts & Rebates by Sony to a retailer, the retailer agrees that should the retailer be the subject of a voluntary or involuntary bankruptcy proceeding, the automatic stay is not applicable to the efforts of the parties, including Sony to effect a reconciliation of the account between the parties and to apply any Credits, Discounts & Rebates due to the retailer against any debits due from the retailer.

In the event any merchandise or amounts previously paid to Sony are returned, forfeited, or are subject to any avoidance or similar action under U.S. Bankruptcy Code or similar State or Federal Statute, any Credits, Discounts & Rebates shall be considered null and void, and shall not be deemed earned. Any Credits, Discounts & Rebates previously issued that for whatever reason are not able to be reversed will be used to offset any amounts of whatever nature owing to SEL from retailer.

# SONY

Sony Electronics Inc.



Promotion

## Home Products Division
## BRAVIA® TV / HOME THEATER SYSTEM
## Bundle Promotion

**Promotion Overview:** Sony is offering to our authorized retailer base of dealers, a promotional program to drive sales of a **Sony BRAVIA TV and Home Theater System**. The details of this opportunity are described below. This program incorporates advertised instant rebate offers and trailing credit components that will help participating retailers maximize their profitability on the selected SKU(s).

**Promotion Period:** August 31, 2008 through September 6, 2008

**Eligible BRAVIA TV model:** KDL52V4100

**Eligible Home Theater System model:** DAVHDX576WF

**Instant Rebate Offers:** Customers purchasing the eligible **Sony BRAVIA TV and Home Theater System** models during the Promotion Period on the same receipt will receive an instant rebate of $500 off at the time of purchase. Sony suggests the authorized dealer advertise a single price bundle and/or a savings of $500 in connection with this offer incorporating the instant rebate. Discounts/trailing credits under this program are offered and paid only with the expectation that participating retailers are passing a $500 instant rebate at POS in addition to whatever other promotions or offers are already running and/or planned.

**Reporting:** At the close of each of the program periods, participating retailers must report their on-hand and sell through quantities of all **Sony BRAVIA TV and Home Theater System** Products.

**Advertising / Layout Requirements:** Subject to the applicable program period for each IRO (Instant Rebate Offer), participating retailers must advertise the applicable Instant Rebate offer at least one time during the Promotion Period (inclusive) using "traditional advertising vehicles" for that retailer in the normal course of business.

**Trailing Credits:** Subject to the advertising and other terms set forth above, Sony will pay trailing credits only on eligible models sold during the Promotion Period. Trailing credit amounts (per unit) are set forth below. A participating retailer who does not meet the advertising requirements described above shall not be entitled to receive any Trailing Credits under this program.

| Qualifying Product | Trailing Credit Amount ($/unit sold) |
|---|---|
| KDL52V4100 | $170 |
| DAVHDX576WF | $130 |

Sony reserves the right to make changes to this program at any time

CCLT00067642

| | |
|---|---|
| Home Products Division | HPD08-03 |
| BRAVIA TV / HOME THEATER SYSTEM | Page 2 |
| Bundle Promotion | **Revision 1** |

**Program Variances:** Sony reserves the right to refuse any and all payments to any participating retailer if any of the program guidelines are not followed. Sony reserves the sole right to decide if a participating retailer has performed according to program guidelines. Deviations from any of the guidelines defined in this Program will need to be submitted to and approved by Sony's Strategic Planning (SSP) team in advance and in writing.

**Claim Submission & Payment:** All claims submitted to Sony for the trailing credit amounts must be received no later than close of business **December 6, 2008**. Sony reserves the right to reject any trailing credit claims received after this date. Program claims must be submitted as a single package document (participating retailer shall submit all paperwork in a single claim for the entire program). Sony will pay all undisputed claims in full within 30 days.

**Claim Contents:** Claims to Sony <u>must</u> contain the following data:
1. Sell through of product (unit basis) indicating same ticket sales of qualifying models during the Promotion Period on a by SKU basis. Credits issued by Sony will not for any reason exceed the amounts defined in the Trailing Credit Section above.
2. Debit Memo for the total trailing credit amount being requested from Sony referencing this Sales News.

Action Link will randomly be auditing floors to verify that dealers are in fact passing the discounts through to consumers in addition to whatever other TV and Home Theater promotions they are offering.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits. Participating retailers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above. This program may be terminated or modified by Sony at any time at its sole discretion.

**Credits, Discounts & Rebates Programs:** Credits, Discounts & Rebates shall not be earned on any merchandise that has not been fully paid for by the retailer. Credits, Discounts & Rebates issued to retailer from these programs are available for use by the retailer solely in connection with the purchase of future products, and are not cash equivalents, and do not give rise to a right of payment in favor of the retailer, and are not deemed earned until products purchased with them are paid for in full. Credits, Discounts & Rebates programs are subject to all of Sony's rights under applicable state or federal law, including, but not limited to, its rights of setoff and recumbent.

As consideration for the issuance of any Credits, Discounts & Rebates by Sony to a retailer, the retailer agrees that should the retailer be the subject of a voluntary or involuntary bankruptcy proceeding, the automatic stay is not applicable to the efforts of the parties, including Sony to effect a reconciliation of the account between the parties and to apply any Credits, Discounts & Rebates due to the retailer against any debits due from the retailer.

In the event any merchandise or amounts previously paid to Sony are returned, forfeited, or are subject to any avoidance or similar action under U.S. Bankruptcy Code or similar State or Federal Statute, any Credits, Discounts & Rebates shall be considered null and void, and shall not be deemed earned. Any Credits, Discounts & Rebates previously issued that for whatever reason are not able to be reversed will be used to offset any amounts of whatever nature owing to SEL from retailer.

PRODUCED IN NATIVE FORMAT

CCLT00067644

| Bundle units | |
|---|---|
| tv_model | Total |
| KDL46V4100 | 184 |
| KDL52V4100 | 25 |
| Grand Total | 209 |

| date_i | orig_loc_nbr | orig_tran_nbr | tv_brand | tv_model | tv_cogs | tv_retail | tv_units | FD_brand | FD_model | SumOfFD_units | SumOfFD_retail | FD_cogs | SumOfaud_units | aud_model |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20080921 | 404 | 5549639 | SON | KDL46V4100 | $1,280.87 | $1,119.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 420 | 4272210 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 432 | 5364481 | SON | KDL46V4100 | $1,280.87 | $1,099.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 443 | 3277334 | SON | KDL46V4100 | $1,280.87 | $1,144.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 446 | 3329900 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 509 | 4176087 | SON | KDL46V4100 | $0.00 | ($500.00) | 0 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 535 | 3041647 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 803 | 6403300 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 832 | 3657500 | SON | KDL46V4100 | $1,280.87 | $1,099.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 865 | 5417276 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 1683 | 1980651 | SON | KDL46V4100 | $1,280.87 | $1,145.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 1695 | 2215039 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3104 | 3927188 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3134 | 3050577 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3149 | 2259477 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 2 | BDPS350 |
| 20080921 | 3149 | 2259477 | SON | KDL52V4100 | $1,651.28 | $1,999.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 2 | BDPS350 |
| 20080921 | 3152 | 3812566 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3153 | 2682760 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3154 | 3590927 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3158 | 5689875 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3158 | 5689893 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3158 | 5689974 | SON | KDL46V4100 | $1,280.87 | $1,099.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3164 | 3090442 | SON | KDL52V4100 | $1,651.28 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3254 | 2365750 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3285 | 509460 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3298 | 1522656 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3306 | 3705809 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3310 | 2582834 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3329 | 2976548 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3331 | 2038273 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3334 | 2901310 | SON | KDL52V4100 | $1,651.28 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3334 | 2901408 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3334 | 2901447 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3336 | 3674409 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3354 | 7709688 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3360 | 4546287 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3373 | 3196276 | SON | KDL46V4100 | $1,280.87 | $1,149.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3390 | 596965 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3409 | 2140577 | SON | KDL52V4100 | $1,651.28 | $1,766.99 | 1 | SON | HTSS2300 | 1 | $371.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3418 | 928286 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3513 | 2753402 | SON | KDL52V4100 | $1,651.28 | $1,890.85 | 1 | SON | HTSS2300 | 1 | $398.40 | $289.79 | 1 | BDPS350 |
| 20080921 | 3570 | 330116 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3602 | 1385054 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3629 | 2811141 | SON | KDL46V4100 | $1,280.87 | $1,140.00 | 1 | SON | HTSS2300 | 1 | $379.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3634 | 2894573 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3648 | 498400 | SON | KDL52V4100 | $1,651.28 | $1,599.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3691 | 3459240 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3696 | 1271092 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |

| date_i | orig_loc_nbr | orig_tran_nbr | tv_brand | tv_model | tv_cogs | tv_retail | tv_units | FD_brand | FD_model | SumOfFD_units | SumOfFD_retail | FD_cogs | SumOfaud_units | aud_model |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20080921 | 3697 | 4027795 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3746 | 2047555 | SON | KDL52V4100 | $1,651.28 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3763 | 300500 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3780 | 1199047 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $199.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 3865 | 102043 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 4110 | 3248835 | SON | KDL46V4100 | $1,280.87 | $1,099.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 4303 | 3876693 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 4305 | 4922001 | SON | KDL46V4100 | $1,280.87 | $1,193.16 | 1 | SON | HTSS2300 | 1 | $397.23 | $289.79 | 1 | BDPS350 |
| 20080921 | 4305 | 4922103 | SON | KDL52V4100 | $1,651.28 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 4308 | 117223 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 4314 | 40607 | SON | KDL46V4100 | $1,280.87 | $1,099.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 4336 | 111194 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080921 | 4508 | 3587347 | SON | KDL46V4100 | $1,280.87 | $1,193.42 | 1 | SON | HTSS2300 | 1 | $397.81 | $289.79 | 1 | BDPS350 |
| 20080922 | 270 | 3878971 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 416 | 4665791 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 520 | 3781406 | SON | KDL46V4100 | $0.00 | $0.00 | 0 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 0 | BDPS350 |
| 20080922 | 520 | 3781547 | SON | KDL46V4100 | $1,280.87 | $941.55 | 1 | SON | HTSS2300 | 1 | $397.49 | $289.79 | 1 | BDPS350 |
| 20080922 | 535 | 3041647 | SON | KDL46V4100 | ($1,280.87) | ($1,199.99) | -1 | SON | HTSS2300 | -1 | ($399.99) | ($289.79) | -1 | BDPS350 |
| 20080922 | 815 | 4298383 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 856 | 4474253 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 1600 | 2478802 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 1697 | 3405618 | SON | KDL52V4100 | $1,651.28 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 3100 | 6244357 | SON | KDL46V4100 | $1,280.87 | $1,189.55 | 1 | SON | HTSS2300 | 1 | $397.38 | $289.79 | 1 | BDPS350 |
| 20080922 | 3149 | 2259979 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 3219 | 3485220 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 3312 | 2906537 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $379.98 | $289.79 | 1 | BDPS350 |
| 20080922 | 3350 | 3056172 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 3418 | 928621 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 3511 | 4748835 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 3579 | 830279 | SON | KDL46V4100 | $1,280.87 | $1,191.76 | 1 | SON | HTSS2300 | 1 | $397.94 | $289.79 | 1 | BDPS350 |
| 20080922 | 3601 | 3403678 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 3697 | 4027795 | SON | KDL46V4100 | $0.00 | ($11.00) | 0 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 0 | BDPS350 |
| 20080922 | 3707 | 4361920 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 4113 | 3877739 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $369.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 4119 | 4678799 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 4147 | 218766 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080922 | 4501 | 3065834 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $374.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 416 | 4666370 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 424 | 4908523 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 435 | 4477049 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 436 | 4172732 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 785 | 3804473 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 840 | 6584462 | SON | KDL46V4100 | $1,280.87 | $1,115.99 | 1 | SON | HTSS2300 | 1 | $371.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3149 | 2260121 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3172 | 2704957 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3176 | 3438844 | SON | KDL52V4100 | $1,651.28 | $1,799.00 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3185 | 2170785 | SON | KDL46V4100 | $1,280.87 | $1,044.98 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3255 | 2520721 | SON | KDL52V4100 | $1,651.28 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |

| date_i | orig_loc_nbr | orig_tran_nbr | tv_brand | tv_model | tv_cogs | tv_retail | tv_units | FD_brand | FD_model | SumOfFD_units | SumOfFD_retail | FD_cogs | SumOfaud_units | aud_model |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20080923 | 3283 | 868031 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3304 | 4413175 | SON | KDL46V4100 | $1,280.87 | $1,129.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3313 | 3793152 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3561 | 1001220 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3684 | 3159650 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3694 | 3629542 | SON | KDL46V4100 | $1,280.87 | $1,188.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 3712 | 2718195 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080923 | 4202 | 373879 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 421 | 6174653 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $299.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 814 | 3594293 | SON | KDL46V4100 | $0.00 | $0.00 | 0 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 0 | BDPS350 |
| 20080924 | 820 | 5478842 | SON | KDL52V4100 | $1,652.94 | $1,299.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 830 | 5334909 | SON | KDL46V4100 | $1,280.87 | $1,103.99 | 1 | SON | HTSS2300 | 1 | $266.79 | $289.79 | 1 | BDPS350 |
| 20080924 | 840 | 6584462 | SON | KDL46V4100 | ($1,280.87) | ($1,115.99) | -1 | SON | HTSS2300 | -1 | ($371.99) | ($289.79) | -1 | BDPS350 |
| 20080924 | 840 | 6584984 | SON | KDL46V4100 | $1,280.87 | $1,115.99 | 1 | SON | HTSS2300 | 1 | $371.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 891 | 5304161 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3106 | 4202632 | SON | KDL52V4100 | $1,652.94 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3151 | 3292080 | SON | KDL46V4100 | $1,280.87 | $1,160.00 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3152 | 3814088 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3152 | 3814378 | SON | KDL52V4100 | $1,651.28 | $1,845.00 | 1 | SON | HTSS2300 | 1 | $299.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3247 | 2570828 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3304 | 4412917 | SON | KDL46V4100 | ($1,280.87) | ($1,599.99) | -1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3304 | 4412917 | SON | KDL52V4100 | $1,652.94 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3304 | 4413175 | SON | KDL46V4100 | ($1,280.87) | ($1,129.99) | -1 | SON | HTSS2300 | -1 | ($399.99) | ($289.79) | -1 | BDPS350 |
| 20080924 | 3346 | 2560845 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3513 | 2754438 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3520 | 2771063 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3520 | 2771074 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3627 | 1533562 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3645 | 718854 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3688 | 3344055 | SON | KDL46V4100 | $0.00 | $0.00 | 0 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 0 | BDPS350 |
| 20080924 | 3688 | 3344062 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 3740 | 1673819 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 4120 | 4535378 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080924 | 4506 | 2146111 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 408 | 6289797 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 409 | 5663424 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 509 | 4187590 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 704 | 5768688 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 824 | 6351857 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 1645 | 1907826 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 3118 | 2460701 | SON | KDL46V4100 | $0.00 | ($330.00) | 0 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 3131 | 5134653 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 3285 | 509877 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 3638 | 2495505 | SON | KDL46V4100 | $1,280.87 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 3685 | 1885114 | SON | KDL46V4100 | $1,280.87 | $1,199.97 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 3847 | 323550 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 4302 | 4170203 | SON | KDL52V4100 | $1,652.94 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080925 | 4312 | 17709 | SON | KDL46V4100 | $0.00 | $0.00 | 0 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 0 | BDPS350 |

| date_i | orig_loc_nbr | orig_tran_nbr | tv_brand | tv_model | tv_cogs | tv_retail | tv_units | FD_brand | FD_model | SumOfFD_units | SumOfFD_retail | FD_cogs | SumOfaud_units | aud_model |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20080925 | 4312 | 17736 | SON | KDL46V4100 | $1,281.97 | $991.35 | 1 | SON | HTSS2300 | 1 | $397.52 | $289.79 | 1 | BDPS350 |
| 20080926 | 424 | 4909698 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.52 | $289.79 | 1 | BDPS350 |
| 20080926 | 443 | 3279385 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 700 | 6643752 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 704 | 5768688 | SON | KDL46V4100 | ($1,281.97) | ($1,199.99) | -1 | SON | HTSS2300 | -1 | ($399.99) | ($289.79) | -1 | BDPS350 |
| 20080926 | 847 | 5576015 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 856 | 4475671 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 891 | 5305450 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 891 | 5305494 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 913 | 4372841 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 949 | 6807660 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 1602 | 1652776 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 1695 | 2217331 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3152 | 3815402 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3158 | 5693382 | SON | KDL46V4100 | $1,281.97 | $1,171.49 | 1 | SON | HTSS2300 | 1 | $385.00 | $289.79 | 1 | BDPS350 |
| 20080926 | 3217 | 3116666 | SON | KDL46V4100 | $1,282.14 | $1,144.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3264 | 1300709 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3280 | 1782680 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3339 | 3528553 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3579 | 831968 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3686 | 5567557 | SON | KDL46V4100 | $1,281.97 | $1,070.09 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 3708 | 3993364 | SON | KDL46V4100 | $1,281.97 | $999.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 4106 | 2883501 | SON | KDL46V4100 | $1,281.97 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 4130 | 141097 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $319.99 | $289.79 | 1 | BDPS350 |
| 20080926 | 4279 | 142971 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 230 | 4754763 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 241 | 5192508 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 408 | 6290648 | SON | KDL52V4100 | $1,656.21 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 409 | 5664399 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 434 | 4150959 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 540 | 4622477 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $319.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 711 | 5773139 | SON | KDL52V4100 | $1,656.21 | $1,799.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 820 | 5480866 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $379.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 824 | 6353468 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 871 | 3875851 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 920 | 3355776 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 921 | 4758158 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 949 | 6808201 | SON | KDL52V4100 | $1,656.21 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 1601 | 2672547 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 1609 | 3332047 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 1609 | 3332332 | SON | KDL46V4100 | $1,282.14 | $1,180.98 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3106 | 4204947 | SON | KDL52V4100 | $1,656.21 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3126 | 3559078 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3146 | 4120266 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3149 | 2261991 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3149 | 2262105 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $360.00 | $289.79 | 1 | BDPS350 |
| 20080927 | 3158 | 5694812 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3164 | 3092686 | SON | KDL52V4100 | $1,656.21 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |

| date_i | orig_loc_nbr | orig_tran_nbr | tv_brand | tv_model | tv_cogs | tv_retail | tv_units | FD_brand | FD_model | SumOfFD_units | SumOfFD_retail | FD_cogs | SumOfaud_units | aud_model |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20080927 | 3176 | 3440681 | SON | KDL46V4100 | $1,282.14 | $1,099.98 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3233 | 3317441 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3252 | 1936212 | SON | KDL46V4100 | $1,282.14 | $1,184.18 | 1 | SON | HTSS2300 | 1 | $394.72 | $289.79 | 1 | BDPS350 |
| 20080927 | 3289 | 2069494 | SON | KDL46V4100 | $1,282.14 | $1,149.99 | 1 | SON | HTSS2300 | 1 | $369.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3323 | 4790105 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3329 | 2978469 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3501 | 3213896 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3525 | 1902488 | SON | KDL52V4100 | $0.00 | $0.00 | 0 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 0 | BDPS350 |
| 20080927 | 3525 | 1902535 | SON | KDL52V4100 | $1,656.21 | $1,349.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3549 | 1160143 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3556 | 968907 | SON | KDL46V4100 | $1,282.14 | $1,099.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3570 | 333615 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3579 | 832358 | SON | KDL46V4100 | $1,282.14 | $1,099.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3601 | 3405427 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3639 | 4112441 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3648 | 500023 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $349.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3671 | 1842828 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3733 | 1558442 | SON | KDL52V4100 | $1,656.21 | $1,799.99 | 1 | SON | HTSS2300 | 1 | $369.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3740 | 1674619 | SON | KDL52V4100 | $1,656.21 | $1,899.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3754 | 1657910 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 1 | BDPS350 |
| 20080927 | 3758 | 1079696 | SON | KDL46V4100 | $1,282.14 | $1,193.17 | 1 | SON | HTSS2300 | 1 | $397.67 | $289.79 | 1 | BDPS350 |
| 20080927 | 3829 | 259979 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3847 | 324484 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3865 | 104157 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 3882 | 23016 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 4115 | 4819201 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 4202 | 376016 | SON | KDL46V4100 | $1,282.14 | $1,079.99 | 1 | SON | HTSS2300 | 1 | $359.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 4307 | 181873 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $399.99 | $289.79 | 1 | BDPS350 |
| 20080927 | 4323 | 20286 | SON | KDL46V4100 | $0.00 | $0.00 | 0 | SON | HTSS2300 | 0 | $0.00 | $0.00 | 0 | BDPS350 |
| 20080927 | 4323 | 20302 | SON | KDL46V4100 | $1,282.14 | $1,199.99 | 1 | SON | HTSS2300 | 1 | $199.99 | $289.79 | 1 | BDPS350 |