# EXHIBIT 61

94996

CCLT 050249

Sony 2008 LCD Contract Pricing

| Model | Current Qty/Contract Cost | Pricing | % Margin | KICK OFF BUNDLES | RED LION BUNDLES | BLITZ BUNDLES | SCREEN BUNDLES | BLITZ 240 BUNDLES | 48-SWEEP BUNDLES |
|---|---|---|---|---|---|---|---|---|---|
| **Mobile LCD** | | | | | | | | | |
| KDL-26M4000 | $482.99 | 599.99 | 19.50% | | | | | | |
| KDL-32L4000 | $563.40 | 699.99 | 19.50% | | | | | | |
| KDL-32M4000 | $603.46 | 899.99 | 32.17% | | | | | | |
| KDL-32XBR6 | $797.47 | 1,199.99 | 33.96% | | | | | | |
| **Large LCD** | | | | | | | | | |
| KDL-37M4000 | $725.99 | 1,099.99 | 34.00% | | | | | | |
| KDL-40G4100 | $965.59 | 1,199.99 | 19.50% | | | | | | |
| KDL-40V4100 Effective 10/01/08 | $986.59 | 1,499.99 | 34.00% | | | | PRICE MOVE | | |
| KDL-40W4100 Effective 9/08/08 | $1,283.22 | 1,899.99 | 32.46% | $500 Buy Down | $200 Buy Down | $500 Buy Down | $200 Buy Down | | $200 Buy Down |
| KDL-40XBR6 | $1,619.34 | 2,499.99 | 35.23% | | | | | | |
| KDL-46G4100 | $1,789.49 | 1,799.99 | 9.90% | | | | | | |
| KDL-46V4100 | $1,502.48 | 1,899.99 | 19.50% | | | | | | |
| KDL-46W4100 | $1,189.99 | 1,799.99 | 34.00% | $500 Buy Down | $500 Buy Down | | | | |
| KDL-46W4100 Effective 9/08/08 | $1,546.73 | 2,299.99 | 34.73% | $1000 Buy Down | | $1000 Buy Down | | | |
| KDL-46Z4100/DFS | $1,436.35 | 2,199.99 | 34.72% | | | | | | |
| KDL-46Z4100/B | $1,627.53 | 2,399.99 | 34.23% | $200 Buy Down | $500 Buy Down | | | $200 Buy Down | |
| KDL-46XBR6 | $1,643.99 | 2,499.99 | 34.24% | | | | | | |
| KDL-52V4100 | $1,297.77 | 1,999.99 | 35.24% | PRICE MOVE | | PRICE MOVE | | | |
| KDL-52W4100 | $1,761.00 | 2,699.99 | 34.70% | | | | | | |
| KDL-52W4100 Effective 7/01 | $1,629.59 | 2,499.99 | 34.30% | $1000 Buy Down | $500 Buy Down | | | | $500 Buy Down |
| KDL-52XBR6 | $1,500.89 | 2,299.99 | 34.70% | $500 Buy Down | $500 Buy Down | | | | |
| KDL-52XBR6 Effective 9/08/08 | $1,827.83 | 2,799.99 | 34.72% | | | | | | |
| KDL-52XBR6 | $2,264.48 | 3,499.99 | 35.33% | | | | | | |
| **Hot City Items** | | | | | | | | | |
| KDL-37L4000 | $799.00 | 949.99 | 16.00% | | | | | | |
| KDL-37XBR6 | $1,041.63 | 1,499.99 | 30.46% | | | | | | |
| KDL-40Z4100/B | $1,187.00 | 2,299.99 | 31.43% | | | | | | |
| KDL-42V4100 Effective 10/01/08 | $1,458.00 | 2,199.99 | 34.00% | $500 Buy Down | $500 Buy Down | | | | |
| KDL-42V4100 Effective 10/01/08 | $1,024.98 | 1,499.99 | 30.95% | | | | | | |

Vendor Management Administration

# Charge Back Cover Sheet

|  |  |  |
|---|---|---|
| CB Number | : | 94996 |
| Vendor # | : | 59200 |
| Vendor Name | : | SONY ELECTRONICS INC |
| Class | : | 217 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 09/29/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☐ Confirming Letter |
|  |  | ☐ Billing Memo |
|  |  | ☑ Support |

CCLT 050251



01/29/2009

Jim O'Keefe
**SONY ELECTRONICS INC**
300 Arboretum Place
Suite 310
Richmond, VA 23236

Dear Jim O'Keefe,

This is to confirm $54,080.00 committed by Jim O'Keefe offered to Circuit
City Stores Inc., effective 09/29/2008.  These funds are for $260 sell-through
credit per bundle sold 09/21/2008 - 09/27/2008 of the SON KDL52V4100 or
SON KDL46V4100 with a SON BDPS350 and a SON HTSS2300.

Circuit City (CCS) confirms and accepts the funding enumerated above.
However, CCS cannot agree to set off any amounts due to CCS against pre
petition balances due to the vendor until or unless such set off has been
accepted by both parties and approved by the courts.


Payment is due by 01/29/2009 and will be collected via Check from vendor for
chargeback # 94996.

All other terms and conditions remain the same.

Sincerely,


Maciej Dobrodziej

Vendor Management Administration

Page 1 of 1

**Status:** COMPLETED

| | |
|---|---|
| **Chargeback #:** | 94996 |
| **CR#:** | |
| **PA #:** | |
| **Vendor Name:** | SONY ELECTRONICS INC |
| **Committed By:** | Jim O'Keefe |

**Vendor #:** 59200

**Mail To:**

| | | | |
|---|---|---|---|
| **Address:** | 300 Arboretum Place | **Created By:** | Dobrodziej, Maciej |
| | Suite 310 | **Finalized By:** | Tuttle, David |
| **City:** | Richmond | **Finalized Date:** | 01/29/2009 |
| **State:** | VA | **Last Changed By:** | Tuttle, David |
| **Province/Region:** | | **Last Changed Date:** | 01/29/2009 |
| **Country:** | United States | | |
| **Zip:** | 23236 | | |
| **Attn To:** | Jim O'Keefe | | |
| **Copy To:** | | | |

| | |
|---|---|
| **Buyer Name:** | Maciej Dobrodziej |
| **Funding Description:** | $260 sell-through credit per bundle sold 09/21/2008 - 09/27/2008 of the SON KDL52V4100 or SON KDL46V4100 with a SON BDPS350 and a SON HTSS2300 |
| **Based On:** | Lump Sum |
| **Effective Date:** | 09/29/2008 |
| **Funding Amount:** | $54,080.00 |
| **Billing Frequency:** | Immediate |
| **Payment How:** | Check from vendor |
| **Vendor Payment Due Days:** | 0 |
| **Allocation On:** | Amount |

**Allocation:**

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| CES | Market Development Funds | 217 | SON | $54,080.00 | 100.00 |

| | |
|---|---|
| **Comments:** | 208 bundles * $260 = $54080 |
| **Workflow Comments:** | |

CCLT 050253

| ORD_NBR | ODS_LO | TXN_DT | HW Model | HW Qty1 | HW Model | HW Qty2 | HW MODEL 3 | HW Qty3 |
|---|---|---|---|---|---|---|---|---|
| 6403300 | 10745 | 21-Sep-08 | KDL46V4100 | 1 | HTSS2300 | 1 | BDPS350 | 1 |
| 6584462 | 10782 | 23-Sep-08 | KDL46V4100 | 1 | HTSS2300 | 1 | BDPS350 | 1 |
| 6584462 | 10782 | 24-Sep-08 | KDL46V4100 | -1 | HTSS2300 | -1 | BDPS350 | 1 |
| 6584984 | 10782 | 24-Sep-08 | KDL46V4100 | 1 | HTSS2300 | 1 | BDPS350 | 1 |
| 6643752 | 10642 | 26-Sep-08 | KDL46V4100 | 1 | HTSS2300 | 1 | BDPS350 | 1 |
| 6807660 | 10891 | 26-Sep-08 | KDL46V4100 | 1 | HTSS2300 | 1 | BDPS350 | 1 |
| 7709688 | 11922 | 21-Sep-08 | KDL46V4100 | 1 | HTSS2300 | 1 | BDPS350 | 1 |

208
260

$ 54,080.00

Print Lines
Omitted

CCLT 050254



**Matt Dobrodziej**
09/29/2008 03:18 PM

To: CES Accounting@Circuit City, VMA Chargeback Request@Circuit City
cc: David Tuttle/Accounting/Circuit City@Circuit City
Subject: CB#94996

VMA Chargeback/CES Accounting,

please see below for backup documentation regarding CB#94996.

Attached is a spreadsheet documenting proof of performance. This CB is ready to be completed.

Best regards,

CB94996.xls

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657 (o)
804.690.1060 (c)

———— Forwarded by Matt Dobrodziej/MDSE/Circuit City on 09/29/2008 03:17 PM ————

"O'Keefe, Jim" <Jim.OKeefe@am.sony.com>

09/22/2008 10:06 AM

To    <Matt_Dobrodziej@circuitcity.com>

cc

Subject    FW: 9/14 Bundle Promotion

Here they are (attached).

**From:** Matt_Dobrodziej@circuitcity.com [mailto:Matt_Dobrodziej@circuitcity.com]
**Sent:** Monday, September 22, 2008 9:26 AM
**To:** O'Keefe, Jim

**Subject:** Re: 9/14 Bundle Promotion
**Importance:** High

Jim,

can you provide the same detailed offer for both the 8/31 and 9/21 bundles. Accounting needs it in this format.

Best Regards,

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657 (o)
804.690.1060 (c)

"OKeefe, Jim" <Jim.OKeefe@am.sony.com>

09/08/2008 11:18 AM

                                                                                    To  <Matt_Dobrodzie@circuitcity.com>
                                                                                    cc
                                                                                    Subject 9/14 Bundle Promotion

Matt,

Here are all of the formal details on next week's promotion:

# <u>Home Products Division</u>

## BRAVIA® TV / BLU-RAY DISC PLAYER

CCLT 050256

# Bundle Promotion

**Promotion Overview:** Sony's offering to our authorized retailer base of dealers, a promotional program to drive sales of a **Sony BRAVIA TV and Blu-ray Disc Player**. The details of this opportunity are described below. This program incorporates advertised instant rebate offers and trailing credit components that will help participating retailers maximize their profitability on the selected SKU(s).

**Promotion Period:  September 14, 2008 through September 20, 2008**

**Eligible BRAVIA TV model:  KDL52W4100, KDL46W4100, KDL46W4150, KDL46Z4100/B, KDL46Z4100/S**

**Eligible Blu-ray Disc Player model:  BDPS350, BDPS300**

**Instant Rebate Offers:** Customers purchasing the eligible **Sony BRAVIA TV and Blu-ray Disc Player** models during the Promotion Period on the same receipt will receive an instant rebate of $200 off at the time of purchase. Sony suggests the authorized dealer advertise a single price bundle and/or a savings of $200 in connection with this offer incorporating the instant rebate. Discounts/trailing credits under this program are offered and paid only with the expectation that participating retailers are passing a $200 instant rebate at POS in addition to whatever other promotions or offers are already running and/or planned.

**Reporting:**  At the close of each of the program periods, participating retailers must report their on-hand and sell through quantities of all **Sony BRAVIA TV and Blu-ray Disc Player** Products.

**Advertising / Layout Requirements:** Subject to the applicable program period for each IRO (Instant Rebate Offer), participating retailers must advertise the applicable Instant Rebate offer at least one time during the Promotion Period (inclusive) using "traditional advertising vehicles" for that retailer in the normal course of business.

**Trailing Credits:** Subject to the advertising and other terms set forth above, Sony will pay trailing credits only on eligible models sold during the Promotion Period.  Trailing credit amounts (per unit) are set forth below.  A participating retailer who does not meet the advertising requirements described above shall not be entitled to receive any Trailing Credits under this program.

| Qualifying Product | Trailing Credit Amount (s/unit sold) |
|---|---|
| KDL52W4100 | $65.00 |
| KDL46W4100 | $65.00 |
| KDL46Z4100/B | $65.00 |
| KDL46Z4100/S | $65.00 |
| BDPS350 | $65.00 |
| BDPS300 | $65.00 |

**Program Variances:** Sony reserves the right to refuse any and all payments to any participating retailer if any of the program guidelines are not followed. Sony reserves the sole right to decide if a participating retailer has performed according to program guidelines. Deviations from any of the guidelines defined in this Program will need to be submitted to and approved by Sony's Strategic Planning (SSP) team in advance and in writing.

**Claim Submission & Payment:** All claims submitted to Sony for the trailing credit amounts must be received no later than close of business **December 20, 2008**. Sony reserves the right to reject any trailing credit claims received after this date. Program claims must be submitted as a single package document (participating retailer shall submit all paperwork in a single claim for the entire program). Sony will pay all undisputed claims in full within 30 days.

**Claim Contents:** Claims to Sony _must_ contain the following data:
1.   Sell through of product (unit basis) indicating same ticket sales of qualifying models during the Promotion Period on a by SKU basis.    Credits issued by Sony will not for any reason exceed the amounts defined in the Trailing Credit Section above.
2.   Debit Memo for the total trailing credit amount being requested from Sony referencing this Sales News.

Action Link will randomly be auditing floors to verify that dealers are in fact passing the discounts through to consumers in addition to whatever other TV and Home Theater promotions they are offering.

Please note that any deviation from these terms and conditions will result in Sony's refusal to pay trailing credits.    Participating retailers who elect to engage in advertising practices outside the above defined requirements will not be eligible for the trailing credit payments described above.   This program may be terminated or modified by Sony at any time at its sole discretion.

Jim O'Keefe
**Sony Electronics**
National Account Manager – TV
Phone:  804-267-2603
Fax:     804-267-2626
Cell:    804-334-6543

james.o'keefe@am.sony.com

CCLT 050258

==========================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.

Thank you.    09-21-08 thru 09-27-08.doc    08-31-08 thru 09-06-08.doc

CCLT 050259