# EXHIBIT 62

**MEMO**

| To | Karen Shealy/Accounting/Circuit City@Circuit City |
|---|---|
| Cc | |
| Bcc | |
| From | Jason Garrett/Accounting/Circuit City |
| Date | 1/15/2009 2:12:53 PM +00:00 |
| Subject | Re: Fw: Transition Support |
| Attachments | |

```
Go ahead and approve it
Jason Garrett, CPA
Vendor Funded Accounting Supervisor
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233
804-486-5146
Karen Shealy/Accounting/Circuit City


                                          To      Jason Garrett/Accounting/Circuit City@Circuit City
Karen Shealy/Accounting/Circuit City  cc
01/15/2009 07:48 AM                   Subject  Fw: Transition Support



Hey, looks like Mary Beth questioned this one while I was out.  Are we OK or not to approve the CR?
Karen Shealy
Vendor Funded Accounting Specialist
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
804-486-4643
----- Forwarded by Karen Shealy/Accounting/Circuit City on 01/15/2009 07:47 AM -----

                    To: VMA Chargeback Request@Circuit City
Ann Saulsbury       cc: CES Accounting@Circuit City, Christi Fecteau/Accounting/Circuit City@Circuit City, Jason
01/14/2009              Garrett/Accounting/Circuit City@Circuit City, Jessica Scaggs/MDSE/Circuit City@Circuit City, Mary
04:09 PM                B Farrar/Accounting/Circuit City@Circuit City, VMA Chargeback Request@Circuit City
                    Subject: Re: Fw: Transition Support
Sony was simply stating that in the case of Chapter 7 and liquidation, they would not be providing support and
would request that the money be repaid.  If CC is a going concern, in any fashion, the funding will apply.
Ann Saulsbury
Senior Buyer - Imaging
Circuit City Stores Inc.
9950 Mayland Drive
Richmond, VA 23233
804.486.3660
VMA Chargeback Request


                                     Jessica Scaggs/MDSE/Circuit City@Circuit City, Jason
                                To   Garrett/Accounting/Circuit City@Circuit City
VMA Chargeback Request               Ann Saulsbury/MDSE/Circuit City@Circuit City, CES Accounting@Circuit
Sent by: Mary B                 cc   City, Christi Fecteau/Accounting/Circuit City@Circuit City, VMA
Farrar/Accounting/Circuit City       Chargeback Request@Circuit City
01/14/2009 04:07 PM
                                Subject Re: Fw: Transition Support



I am not sure if this CR can be completed due to the following statement in the support:
"If ownership changes, or if Circuit City cannot / will not accept the three new models by month end, please note
that any and all funding committed may be withdrawn."
Jason - Please advise.
Thanks,
Mary Beth
Jessica Scaggs

  Jessica Scaggs     To: VMA Chargeback Request@Circuit City, Christi Fecteau/Accounting/Circuit City@CIRCUIT CITY,
  01/14/2009 09:18   CES Accounting@Circuit City
  AM                 cc: Ann Saulsbury/MDSE/Circuit City@Circuit City
                     Subject: Fw: Transition Support
Please use in support of CB 98473.  Also please use as support for CR 65413 & 65414.
Please let me know if there are any questions.
Thanks!
Jessica Scaggs
Associate Buyer - Imaging
Circuit City Stores, Inc.
(804) 486-4393
jessica_scaggs@circuitcity.com
----- Forwarded by Jessica Scaggs/MDSE/Circuit City on 01/14/2009 09:08 AM -----
```

CCLT00240787

```
                                   To      Jessica Scaggs/MDSE/Circuit City@Circuit City
Ann Saulsbury/MDSE/Circuit City    cc
01/12/2009 04:21 PM                Subject Fw: Transition Support
```

Ann Saulsbury
Senior Buyer - Imaging
Circuit City Stores Inc.
9950 Mayland Drive
Richmond, VA 23233
804.486.3660
----- Forwarded by Ann Saulsbury/MDSE/Circuit City on 01/12/2009 04:21 PM -----

```
                          To
"Bergin, Leticia"         cc      "O'Brien, Sean" , "Raffone, David"
01/12/2009 04:12 PM       Subject RE: Transition Support
```

Thank you Ann for your confirmation. Sony will change the effective start date to January 11, 2009.
Thank you again for your continued support.
Tish
Tish Bergin
National Account Manager
804-267-2610 office
804-687-2898 mobile
From: Ann_Saulsbury@circuitcity.com [mailto:Ann_Saulsbury@circuitcity.com]
Sent: Monday, January 12, 2009 3:53 PM
To: Bergin, Leticia
Cc: O'Brien, Sean
Subject: Re: Transition Support
Tish and Sean,
First, thank you very much for your continued support of Circuit City and the camcorder business.  Your partnership is greatly appreciated.
Couple of comments, etc.....
One, is it possible to have the sales support include January 11th (yesterday) as well?  We sold almost 350 units of the SR45 yesterday and it was extremely painful for the stores and our web partners from a margin perspective.
Two, I completely understand the limitations for the funding.  While we are all hopeful that CC will be a going concern and we will be in a position to transition to the new models, there is of course a possibility that things could take a turn for the worse.  If that is the case, we understand that the funding would not apply.  However, in the case that CC continues to be in business, we are in a great position to transition to the new models and we remain committed to take delivery of the new product late this month.  We are excited for the year to come, and I look forward to doing more business Sony going forward.
Thanks again for the support,
Ann
Ann Saulsbury
Senior Buyer - Imaging
Circuit City Stores Inc.
9950 Mayland Drive
Richmond, VA 23233
804.486.3660

```
                          To
                          cc      "O'Brien, Sean"
"Bergin, Leticia"         Subject Transition Support
01/12/2009 03:17 PM
```

Dear Ann,
As per our recent discussions, please be aware that Sony is poised and willing to assist you transitioning to the new models scheduled to ship at the end of this month.  In order to help position you and to meet competition, Sony is offering the following transition support:
    Model: DCRSR45
    Support: $40 Trailing Credit per unit on net sales
    Quantity: Up to 3,000 units
    Timing: January11 through January 31, 2009
    Model: DCRDVD610
    Support: $40 Trailing Credit per unit on net sales
    Quantity: Up to 5,000 units
    Timing: January11 through January 31, 2009
Please note that there are some restrictions are being placed upon these funds.  Two primary issues of concern to Sony are as follows:
1.)Circuit City Ownership may change, and
2.)Sony needs all assurances that Circuit City will put forth their best efforts to transition these existing two models (DCRSR45, DCRDVD610) and will place orders / accept delivery of the following three models by month end (DCRSR47, DCRSR67 and DCRDVD650);
If ownership changes, or if Circuit City cannot / will not accept the three new models by month end, please note that any and all funding committed may be withdrawn.
Although this is a very stiff penalty for non-compliance, it is required in order to have these funds made available to you.  If you are unable or unwilling to comply, please advise in writing, and I will try to coordinate a conference call to discuss the details.
Sincerely,
Tish
Tish Bergin
National Account Manager
804-267-2610 office

CCLT00240788

804-687-2898 mobile
===========================
The information contained in this message may be privileged, confidential and protected from disclosure. This
message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the
sender's Email System Administrator. If you have received this message in error, please advise by return e-mail
so that our address records can be corrected and please delete immediately without reading, copying or forwarding
to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

CCLT00240789