# EXHIBIT 64

# SONY

**Sony Electronics Inc.**
300 Arboretum Place, Suite 310, Richmond, Virginia 23236   Fax (804) 267-2626

Mr. Rick Bickford
Circuit City Stores, Inc.
9900 Mayland Drive
Richmond, VA. 23233

Re: **Sony Home Video Program Offering FY '09**

Dear Rick,

We at Sony are grateful for another year of support from Circuit City in the Home Video category. Based upon the shared goals we developed earlier this year, we have engaged our headquarters personnel and gained acceptance of the overall plan. Listed below are our expectations as we mutually work towards a revenue goal of $53,000,000 this year.

Overall, we expect only minor changes to the anticipated interactions between the companies this year, both professionally and financially. Please find listed below the Sony Home Video Program offering for FY '09 (April 1, 2008 through March 31, 2009) (the "Program").

## PROGRAM COMPONENTS

*MDF Support* – Sony will continue to support Circuit City's Advertising and Merchandising efforts with a 1% allowance on net sales of all Home Video products in MDF not to exceed $650,000.00, provided that such efforts are consistent with Sony SPPG.

Circuit City is free to determine the advertised or sale price for Sony products in Circuit City stores and on-line. However, Sony offers a Suggested Profit Picture Guideline (SPPG) for each model which serves as a suggestion for our retail partners to maximize sales and profitability. Any referenced prices in any advertisements submitted for reimbursement via approved MDF must be at the SPPG price that Sony recommends in order for that advertisement to be reimbursed.

*Home Video Display Allowances* – Sony Electronics will support a 50% display allowance of the BDPS350 in 650 stores. The BDPS350 must be double displayed in all stores through March 31, 2009 in order for Circuit City to receive this support. This funding will be paid out in March, 2009 based on the products final invoice cost. Based on today's invoice cost Sony's contribution would be ~ $74,000.

*End-cap Support* – Sony Electronics will make a significant incremental contribution towards Circuit City's efforts to take a market-leading position in the Blu-ray hardware sales. Sony will contribute towards refreshing the Sony Blu-ray end-cap. Details of this contribution can be found in the TV program letter.

*Advertising Exposure Expectations* – It is the intention of Sony to maximize our exposure in any and all relevant advertising vehicles supported by Circuit City during the coming year. Subject to the requirements of the Program set forth herein, Sony will contribute up to $650,000 towards the advertising exposures that Circuit City will be incurring this fiscal period. Please understand that we have some minimum expectations for this participation - Circuit City's advertising vehicles that

CONFIDENTIAL

SEL00009469

Sony expects supportive exposure may include, but are not limited to; Weekly Circulars, Online Banners and Promotions, Consumers Mailers (through the Post Office), e-mail blasts, Consumer Catalogues and in-store brochures. Sony's specific requirements for this funding will surround the print circulars delivered weekly through the US via Sunday newspaper delivery. In those vehicles specifically, we expect that Sony Home Video products will constitute a mix that is comparable to our anticipated market share of 33% of all Home Video advertising (PY - 30%). Additionally, we expect that collaboratively we will be able to work with the web / .com team in securing a minimum of one landing / promotional page during the course of the fiscal period. All advertising will adhere to Sony's established advertising and merchandising guidelines with regards to the usage surrounding our logo(s) and SPPG as stated above in **MDF Support**.

**Incremental Funding Opportunities** – Sony and Circuit both fully understand and agree that some incremental opportunities to drive revenues may come about during the coming fiscal period. Sony agrees that based upon expected purchases totaling $53,000,000 in paid product performance, Sony will carefully and independently consider these opportunities to further our contributions towards to help maximize sell through of our home video products. However, if paid product performance is tracking to any amount lower than the mutually agreed $53,000,000, no consideration towards these requests will occur.

**Volume Incentive Rebate** - Sony will offer Circuit City a Volume Incentive Rebate program based on net paid purchases of Home Video products from April 1, 2008 through March 31, 2009 as described below.

| Targets | 1H | 2H | FY08 TTL |
|---|---|---|---|
| HV | $23,850,000 | $29,150,000 | $53,000,000 |

A Volume Incentive Rebate (VIR) not to exceed $265,000.00 is offered to pursue growth to $53,000,000 in net sales through incremental merchandising, advertising and promotional activities.

If our 1st Half target is achieved $53,000 will be earned. The balance of the funding ($212,000) will be paid to Circuit City upon attainment of the $53,000,000 net sales target. Any deviation from this agreement will be collaboratively discussed, negotiated and documented as an addendum to this letter. Please note that this program element is not an accrual.

**Net Sales Determination** – Net sales amounts are to be determined and documented by Sony. (Net Sales = Gross Sales – (Returns + Discounts + MDF + Rebates))

**Program Interpretation / Changes** – Any changes to this offering will be agreed to in writing between the parties. Sony reserves the exclusive right of interpretation to the final definition of compliance and adherence to the terms as stated in this offering.

This plan represents a collaborative effort to recognize the opportunities being made available to both organizations and the effort that both companies will incur to attain them. We look forward to a successful overall year with Circuit City and the opportunity to grow across the entire organization.

Sincerely,

Patrick C. McAskin
National Account Manager, HAV
Sony Electronics Inc.

CONFIDENTIAL

SEL00009470