# EXHIBIT 65

97250

CCLT 020160

## Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97250 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 146 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 12/20/2008 |
| PA # | : | ----- |
| PE # | : | ----- |
| Origin | : | ☑ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☐ Support |

CCLT 020161



Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233-1464

01/23/2009

Sony Electronics Inc
SONY
300 Arboretum Way
Suite 310
Richmond, VA 23236

Dear Sony Electronics Inc,

This is to confirm $205,205.00 committed by Jim O'Keefe offered to Circuit City Stores Inc., effective 11/10/2008. These funds are for Sell-through credit per unit sold 11/10/2008 - 12/20/2008 of the SON KDL40W4100 ($65/unit). Promotion for 11/9/08 included on CB 95424. Supporting details are attached.

Circuit City (CCS) confirms and accepts the funding enumerated above. However, CCS cannot agree to set off any amounts due to CCS against pre petition balances due to the vendor until or unless such set off has been accepted by both parties and approved by the courts.

Payment is due immediately and will be collected via check or wire from the vendor for chargeback #97250

All other terms and conditions remain the same.

Sincerely,

Maciej Dobrodziej

CCLT 020162

### Charge Back Cover Sheet

| | | |
|---|---|---|
| CB Number | : | 97250 |
| Vendor # | : | 70932 |
| Vendor Name | : | SONY |
| Class | : | 146 |
| Brand | : | SON |
| PP | : | N |
| Effective Date | : | 12/20/2008 |
| | | |
| PA # | : | ----- |
| PE # | : | ----- |
| | | |
| Origin | : | ☐ Confirming Letter |
| | | ☐ Billing Memo |
| | | ☑ Support |

CCLT 020163

|  |  | Status: | COMPLETED |
|---|---|---|---|

**Chargeback #:** 97250

**CR#:**

**PA #:**

**Vendor Name:** SONY

**Committed By:** Jim O'Keefe

**Mail To:**

**Vendor #:** 70932

| | | | |
|---|---|---|---|
| **Address:** | 300 Arboretum Way | **Created By:** | Dobrodziej, Maciej |
| | Suite 310 | **Finalized By:** | Lambert, Gregory |
| **City:** | Richmond | **Finalized Date:** | 01/23/2009 |
| **State:** | VA | **Last Changed By:** | Lambert, Gregory |
| **Province/Region:** | | **Last Changed Date:** | 01/23/2009 |
| **Country:** | United States | | |
| **Zip:** | 23236 | | |
| **Attn To:** | Sony Electronics Inc | | |
| **Copy To:** | | | |

**Buyer Name:** Maciej Dobrodziej

**Funding Description:** Sell-through credit per unit sold 11/10/2008 - 12/20/2008 of the SON KDL40W4100 ($65/unit). Promotion for 11/9/08 included on CB 95424

**Based On:** Sales

**Is There A Threshold ?** N

**Sales For:**

| Class | Brand | Model | Amount Per Unit | Class Description |
|---|---|---|---|---|
| 146 | SON | KDL40W4100 | $65.00 | 37" - 42" LG LCD |

**Gross Sales or Net Sales ?** Net Sales

**Sales Based On:** Written

**Start Date:** 11/10/2008

**End Date:** 12/20/2008

**Billing Frequency:** Immediate

**Payment How:** Deduct from AP balance

**Vendor Payment Due Days:** 0

**Allocation On:** Amount

**Allocation:**

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| Must Spend | Markdown | 146 | SON | $205,205.00 | 100.00 |

**Comments:** CB 95424 cover period 10/12 - 11/9/08. CRs 64410 64411

**Sales Details:**

**Item Details**

CCLT 020164

| Class | Brand | Model | Quantity | Amount Per Unit | Chargeback Amount |
|-------|-------|-------|----------|-----------------|-------------------|
| 146 | SON | KDL40W4100 | 3,157 | $65.00 | $205,205.00 |
| **Total** | | | **3,157** | | **$205,205.00** |

**Workflow Comments:**

CCLT 020165

**Chargeback #:**            97250

**Vendor #:**                70932

**Vendor Name:**             SONY

**Sales Start Date:**        11/10/2008

**Sales End Date:**          12/20/2008

**Sales Details:**

**Item Details**

| Class | Brand | Model | Quantity | Amount Per Unit | Chargeback Amount |
|-------|-------|-------|----------|-----------------|-------------------|
| 146 | SON | KDL40W4100 | 3,157 | $65.00 | $205,205.00 |
| **Total** | | | **3,157** | | **$205,205.00** |

CCLT 020166

Vendor Management Administration

*97250*

*12/20/08*

Page 1 of 2

Status: DRAFT

| | |
|---|---|
| Chargeback #: | 97250 |
| CR#: | |
| PA #: | |
| Vendor Name: | SONY |
| Committed By: | Jim O'Keefe |

Vendor #: 70932

| Mail To: | | |
|---|---|---|
| | Address: | 400 Arboretum Way |
| | | Suite 310 |
| | City: | Richmond |
| | State: | VA |
| | Province/Region: | |
| | Country: | United States |
| | Zip: | 23236 |
| | Attn To: | Sony Electronics Inc |
| | Copy To: | |

| | |
|---|---|
| Created By: | Dobrodziej, Maciej |
| Last Changed By: | Tuttle, David |
| Last Changed Date: | 11/28/2008 |

Buyer Name:          Maciej Dobrodziej

Funding Description:   sell-through credit per unit sold 11/10/2008 - 12/20/2008 of the SON KDL40W4100 ($65/unit).

| | |
|---|---|
| Based On: | Sales |
| Is There A Threshold ? | N |
| Sales For: | |

| Class | Brand | Model | Amount Per Unit | Class Description |
|---|---|---|---|---|
| 146 | SON | KDL40W4100 | $65.00 | 37" - 42" LG LCD |

| | |
|---|---|
| Gross Sales or Net Sales ? | Net Sales |
| Sales Based On: | Written |
| Start Date: | 11/10/2008 |
| End Date: | 12/20/2008 |
| Billing Frequency: | Immediate |
| Payment How: | Deduct from AP balance |
| Vendor Payment Due Days: | 0 |
| Allocation: | |

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| Must Spend | Markdown | 146 | SON | $151,190.00 | 100.00 |

Comments:          CB 95424 cover period 10/12 - 11/9/08. CRs 64410 64411

http://vma.ccs.com/web/viewCB.do?method=viewCB

11/28/2008

CCLT 020167

Vendor Management Administration

**Workflow Comments:**

CCLT 020168



**Matt**
**Dobrodziej/MDSE/Circuit City**
11/14/2008 12:41 PM

To  Jason Garrett/Accounting/Circuit City@Circuit City, Karen
    Shealy/Accounting/Circuit City@Circuit City

cc

bcc

Subject  UPDATED SONY COST REDUCTIONS

Jason,

as we discussed yesterday, here are the changes we need to make to the Sony Cost Reductions.

First, the SON KDL40W4100 had a markdown end date and markup in place for 11/15 & 11/16, these
dates need to be moved to 12/20 & 12/21. The two CR's are 64410 & 64411 respectively.

Secondly the models below now have increased support. CB#96148 reflects this change.

| Brand | Model | CB # | Original CR# | Additional CR# | Original CR $ | Additional CR $ |
|-------|-------|------|--------------|----------------|---------------|-----------------|
| SON | KDL46XBR6 | 96148 | 64648 | 64884 | 130 | 65 |
| SON | KDL52W4100 | 96148 | 64648 | 64884 | 130 | 65 |
| SON | KDL52XBR6 | 96148 | 64648 | 64884 | 130 | 195 |

Best regards,

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657 (o)
804.690.1060 (c)

972-50

----- Forwarded by Matt Dobrodziej/MDSE/Circuit City on 11/14/2008 12:27 PM -----

"O'Keefe, Jim"
<Jim.O'Keefe@am.sony.com>

11/07/2008 01:48 PM

To  <Derek_Mattila@circuitcity.com>,
    <Charlie_Hawkins@circuitcity.com>,
    <Matt_Dobrodziej@circuitcity.com>,
    <Myke_Lynch@Circuitcity.com>,
    <Ed_Maitland@Circuitcity.com>

cc  <Katie_Milligan@circuitcity.com>,
    <Samual_Altman@circuitcity.com>,
    <david_harrell@circuitcity.com>,
    <Shawn_Fisher@circuitcity.com>,
    <Douglas_Schatz@circuitcity.com>

Subject  Updated Sony Promotional Calendar

With all of the things that are going on - I wanted to send you an updated promotional calendar.
I'd also like to request time to meet ASAP next week to review this and make sure that Circuit
City maximizes the potential of these promotions.

Please see the attached.  I look forward to meeting with the individual buying and inventory
teams soon.

CCLT 020169



Thanks,

Jim O'Keefe
**Sony Electronics**
National Account Manager - TV
Phone:  804-267-2603
Fax:      804-267-2626
           804-334-6543

james.o'keefe@am.sony.com



CC 2003 Pricing.xls

Sony 2008 LCD Contract Pricing

CONFIDENTIAL

Vendor Management Administration

Status: DRAFT

| | |
|---|---|
| Chargeback #: | 95424 |
| CR#: | 64410,64411 |
| PA #: | |
| Vendor Name: | SONY ELECTRONICS INC |
| Committed By: | Jim O'Keefe |
| Mail To: | |

Vendor #: 59200

| | |
|---|---|
| Address: | 300 Arboretum Place |
| | Suite 310 |
| City: | Richmond |
| State: | VA |
| Province/Region: | |
| Country: | United States |
| Zip: | 23236 |
| Attn To: | Jim O'Keefe |
| Copy To: | |

| | |
|---|---|
| Created By: | Dobrodziej, Maciej |
| Last Changed By: | Dobrodziej, Maciej |
| Last Changed Date: | 10/10/2008 |

*MATT TO SEND SUPPORT FOR 12/20 extension*

*$ 8970.00*

| | |
|---|---|
| Buyer Name: | Maciej Dobrodziej |
| Funding Description: | sell-through credit per unit sold 10/12/2008 - 11/15/2008 of the SON KDL40W4100 ($65/unit) |
| Based On: | Sales |
| Is There A Threshold ? | N |
| Sales For: | |

| Class | Brand | Model | Amount Per Unit | Class Description |
|---|---|---|---|---|
| 140 | SON | KDL40W4100 | $65.00 | 37" - 42" LG LCD |

*New CB Required 11/10 - 11/15/08*
*12/20*

| | |
|---|---|
| Gross Sales or Net Sales ? | Net Sales |
| Sales Based On: | Walker |
| Start Date: | 10/12/2008 |
| End Date: | 11/15/2008 |
| Billing Frequency: | Immediate |
| Payment How: | Deduct from AP balance |
| Vendor Payment Due Days: | 0 |
| Allocation: | |

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| | | | | | |

Comments:

*new vendor # = 70932*

CCLT 020172

 **Matt Dobrodziej**
10/10/2008 02:53 PM

To: CES Accounting@Circuit City, VMA Chargeback Request@Circuit City
cc: David Tuttle/Accounting/Circuit City@Circuit City, Karen
Shealy/Accounting/Circuit City@Circuit City, Charlie
Hawkins/MDSE/Circuit City@Circuit City
Subject: CB#95424 and CR#64410 Effective Sunday

VMA Chargeback/CES Accounting,

please see below for backup documentation regarding CB#95424 and CR#64410 and CR#64411.

Please note CR#64410 is effective Sunday, please complete and approve. Also, please change previous markup CR#64315 to an effective date of 10/11/08, in light of this new CR.

Thanks!

Best regards,

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657
matt_dobrodziej@circuitcity.com
—— Forwarded by Matt Dobrodziej/MDSE/Circuit City on 10/10/2008 02:50 PM ——

"O'Keefe, Jim"
<Jim.O'Keefe@am.sony.com>

10/10/2008 02:13 PM

To  <Matt_Dobrodziej@circuitcity.com>

cc

Subject  Buy Down Trailing Credits

Matt,

Sorry for the delay.  Here are the trailing credit details on the current and upcoming buy downs.

| Model | Program Period | Buy Down Amount | Trailing Credit |
|---|---|---|---|
| KDL__04100 | 10/12 - 11/1 | $100 | $85.00 |
| KDL40V4100 | 10/12 - 11/15 | $100 | $65.00 |
| KDL42V4100 | 9/7 - 10/11 | $100 | $65.00 |
| KDL40Z4100 | 8/24 - 10/11 | $100 | $65.00 |
| KDL40W4100 | 9/7 - 10/11 | $100 | $65.00 |
| KDL40V4100 | 9/7 - 10/11 | $100 | $65.00 |
| KDL40XBR6 | 10/12 - 11/8 | $200 | $130 |
| KDL40Z4100 | 10/12 - 11/8 | $200 | $130 |
| KDL40W4100 | 10/12 - 11/8 | $100 | $65.00 |

*CB 95424 Through 11/9/08* (handwritten)

Please let me know if you need any additional info.

Thanks

Jim O'Keefe

**Sony Electronics**
National Account Manager - TV
Phone:  804-267-2603
Fax:      804-267-2626
Cell:      804-334-6543

james.o'keefe@am.sony.com

CCLT 020174

*Circuit City Stores, Inc.*

*Vendor Funded - Accounting*

# Chargeback Approval Checklist

CB# _____ 95424 _____

| Analyst | AJJ |
|---|---|
| Total Amount | $151,190.00 |
| Date | 11/22/2008 |

### SECONDARY REVIEW

| | Name | Date | |
|---|---|---|---|
| Peer Review | | | |
| Accounting Supervisor | | | [$250,000 - $499,000] |
| Acctg/Group Manager | | | [$500,000 - $749,000] |
| Accounting Director | | | [$750,000 - $999,000] |
| | | | [>$999,000]] |

### SPLIT / ACCRUAL

*Please note your splits in the comments section of the chargeback in VMA.*

| Split Fiscal Year | 0 | 0 | 0 | 0 | | |
|---|---|---|---|---|---|---|
| Quarter | Q1 | Q2 | Q3 | Q4 | MSP: ✓ | PPT: |
| Splits | $0.00 | $0.00 | $0.00 | $0.00 | $151,190.00 | $0.00 |
| Accr Fiscal Year | 0 | 0 | 0 | 0 | | |
| Prior Qtr Accrual | $0.00 | $0.00 | $0.00 | $0.00 | | |

### If this chargeback is shown as accrued or voided above:

| Either: | | Or: | |
|---|---|---|---|
| JV No. | | Type of Entry (Draft, Estimate, Voided CB#, etc.) | Month: |
| | | | |

### SUBMIT

**Error?**

| Department Responsible: | Person Responsible: | Details: |
|---|---|---|
| | | |

or

**Change in Estimate**

| Estimated Amount: | Basis of Estimate: | Final CBS: | Reason: |
|---|---|---|---|
| $0.00 | | $0.00 | |

***Please attach any available backup for the estimate.**

| CA TAX | |
|---|---|
| YES ✓ | |

| HOLDBACK | |
|---|---|
| | NO |

*Circuit City Stores, Inc.*

*Vendor Funded – Accounting*

## Chargeback Approval Checklist

| Type (Circle) | Lump Sum (Not Sales Based) | Sales Based | Price Protection | BOR |
|---|---|---|---|---|

### Standard Procedures (All Chargebacks)

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1.) | Is there specific vendor authorization for chargeback? *If no, request vendor authorization from Merchandising.* | ✔ | | |
| 2.) | Does effective date correspond to the period when the funds are accrued? *If no, change date to match.* | ✔ | | |
| 3.) | Does documentation refer to specific actions that should be performed (i.e. advertising) before we earn the money? *If yes, have specific actions been performed?* *If no, find out when actions will occur. Defer CB $ until after performance has taken place.* **If CB deferred, document proposed accounting treatment: | ✔ / To occur: | | |
| 4.) | Is there support from the buyer for the chargeback allocation? *If no, document reason within e-mail support.* | ✔ | | |
| 5.) | If multiple models listed in vendor support, reference models to related CB number (if not part of the current CB). Submit all related chargebacks together for review purposes. | | | ✔ |
| 6.) | Is this a reissued chargeback? *If yes, attach copy of the voided chargeback to documentation.* | | ✔ | |
| 7.) | Was the chargeback accrued (if the funds cross over quarters)? *If yes, update the CFS Workflow spreadsheet.* | | | M $,p |
| 8.) | Does comments section of chargeback document the splits if period crosses over quarters? If it does not cross over quarters, state this in the comments section. | | | ✔ |
| 9.) | If chargeback is part of a Master Agreement (or Program), has the entire program been considered with regard to split of funds between quarters for this CB? | | | ✔ |
| 10) | Is this chargeback Based on Receipts? If yes: Review the PA (and attach) to ensure no duplication of a bill back. | | ✔ | |

CCLT 020176

*Circuit City Stores, Inc.*                                    *Vendor Funded – Accounting*

## Chargeback Approval Checklist

**Standard Procedures Specific to Chargeback Type – Sales Based**

**Instant Rebates**

*n/g   Filing Date*

| | YES | NO | N/A |
|---|---|---|---|
| 1. Model, $ per unit and Promo period all agree with vendor support. | ✓ | | |
| 2. Verify net sales based. | ✓ | | |
| 3. Review buyer comments to ensure correct allocation type. If no comments, allocate to CE3 - INR. If gold inventory designate as Lump Sum CE3 in VMA (cost reduction approved by Inventory Accounting.) | ✓ | | |
| 4. Ensure that program ID is in funding description if MSP - MIR. | ✓ | | |
| *If there is a Cost Reduction:* | | | |
| 5. Approve chargeback. Specialist to update Approval Tracking spreadsheet. | ✓ | | |
| 6. Change CB allocation from PPT Sell Through Allowance to MSP MKD. | ✓ | | |

CCLT 020177

*Circuit City Stores, Inc.*                                            *Vendor Funded - Accounting*

## DRAFT Chargeback Approval Checklist

CB#        97250

| Analyst | *[illegible]* |
|---|---|
| Total Amount | $53,885.00 |
| Date | 12/7/2008 |

### SECONDARY REVIEW

|  | Name | Date |  |
|---|---|---|---|
| Peer Review |  |  | [$250,000 - $499,000] |
| Accounting Supervisor | *[signature]* |  | [$500,000 - $749,000] |
| Acctg/Group Manager |  |  | [$750,000 - $999,000] |
| Accounting Director |  |  | [>$999,000]] |

### GL IMPACT

*Please note your splits in the comments section of the chargeback in VMA.*

| Split Fiscal Year | 0 | 0 | 0 | 0 |  |
|---|---|---|---|---|---|
| Quarter | Q1 | Q2 | Q3 | Q4 | Future |
| Splits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| MSP: | PPT: |
|---|---|
| $53,885.00 | $0.00 |

If this chargeback is shown as accrued or voided above:

| *Either:* |  | *Or:* |  |
|---|---|---|---|
| JV No. | Type of Entry (Draft, Estimate, Voided CB#, etc.) |  | Month: |
|  |  |  |  |

### SAB IMPACT

**Error?**

| Department Responsible: | Person Responsible: | Details: |
|---|---|---|
|  |  |  |

**Change in Estimate?**

| Estimated Amount (CES): | Basis of Estimate: |
|---|---|
| $0.00 |  |

**Please attach any available backup for the estimate.*

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 1.) | Is there specific vendor authorization for the chargeback? Attach program letter if applicable. *if no, request vendor authorization from Merchandising.* | ✓ |  |  |
| 2.) | Is there documentation to support the estimate provided and has the method of estimate been validated? *if no, request supporting documentation from Merchandising.* | ✓ |  |  |
| 3.) | If there are multiple allocation types, are the allocations appropriate and reasonable? *if no, request supporting documentation from Merch. (i.e. Budget Plan)* | ✓ |  |  |

| CA TAX: |
|---|
| Yes |

| HOLDBACK: |
|---|
| No |

CCLT 020178

Vendor Management Administration

Page 1 of 1

**Chargeback #:** 97250

**Vendor #:** 70932

**Vendor Name:** SONY

**Sales Start Date:** 11/10/2008

**Sales End Date:** 11/30/2008

**Sales Details:**

**Item Details**

| Class | Brand | Model | Quantity | Amount Per Unit | Chargeback Amount |
|-------|-------|-------|----------|-----------------|-------------------|
| 146 | SON | KDL40W4100 | 829 | $65.00 | $53,885.00 |
| **Total** | | | **829** | | **$53,885.00** |

http://vma.ccs.com/web/supportDocCB.do?method=supportDocCB

12/7/2008

CCLT 020179

Vendor Management Administration

Status:    DRAFT

| | |
|---|---|
| Chargeback #: | 97250 |
| CR#: | |
| PA #: | |
| Vendor Name: | SONY |
| Committed By: | Jim O'Keefe |

Vendor #:    70932

Mail To:

| | | | |
|---|---|---|---|
| **Address:** | 300 Arboretum Way | **Created By:** | Dobrodziej, Maciej |
| | Suite 310 | **Last Changed By:** | Tuttle, David |
| **City:** | Richmond | **Last Changed Date:** | 11/28/2008 |
| **State:** | VA | | |
| **Province/Region:** | | | |
| **Country:** | United States | | |
| **Zip:** | 23236 | | |
| **Attn To:** | Sony Electronics Inc | | |
| **Copy To:** | | | |

| | |
|---|---|
| Buyer Name: | Maciej Dobrodziej |
| Funding Description: | sell-through credit per unit sold 11/10/2008 - 12/20/2008 of the SON KDL40W4100 ($65/unit). |
| ased On: | Sales |
| Is There A Threshold ? | N |
| Sales For: | |

| Class | Brand | Model | Amount Per Unit | Class Description |
|---|---|---|---|---|
| 146 | SON | KDL40W4100 | $65.00 | 37" - 42" LG LCD |

| | |
|---|---|
| Gross Sales or Net Sales ? | Net Sales |
| Sales Based On: | Written |
| Start Date: | 11/10/2008 |
| End Date: | 12/20/2008 |
| Billing Frequency: | Immediate |
| Payment How: | Deduct from AP balance |
| Vendor Payment Due Days: | 0 |
| Allocation: | |

| Type | Sub-Type | Class | Brand | Amount | % |
|---|---|---|---|---|---|
| Must Spend | Markdown | 146 | SON | $151,190.00 | 100.00 |

| | |
|---|---|
| Comments: | CB 95424 cover period 10/12 - 11/9/08. CRs 64410 64411 |

http://vma.ccs.com/web/GlobalSearch.do

12/7/2008

CCLT 020180

Vendor Management Administration

**Workflow Comments:**

CCLT 020181

**Matt Dobrodziej**
10/10/2008 02:53 PM

To: CES Accounting@Circuit City, VMA Chargeback Request@Circuit City
cc: David Tuttle/Accounting/Circuit City@Circuit City, Karen Shealy/Accounting/Circuit City@Circuit City, Charlie Hawkins/MDSE/Circuit City@Circuit City
Subject: CB#95424 and CR#64410 Effective Sunday

VMA Chargeback/CES Accounting,

please see below for backup documentation regarding CB#95424 and CR#64410 and CR#64411.

Please note CR#64410 is effective Sunday, please complete and approve. Also, please change previous markup CR#64315 to an effective date of 10/11/08, in light of this new CR.

Thanks!

Best regards,

Matt Dobrodziej
Associate Buyer, Large LCD
Circuit City Stores, Inc
804.486.4657
matt_dobrodziej@circuitcity.com
—— Forwarded by Matt Dobrodziej/MDSE/Circuit City on 10/10/2008 02:50 PM ——

"O'Keefe, Jim" <Jim.OKeefe@am.sony.com>
10/10/2008 02:13 PM

To      <Matt_Dobrodziej@circuitcity.com>
cc
Subject   Buy Down Trailing Credits

Matt,

Sorry for the delay. Here are the trailing credit details on the current and upcoming buy downs.



| Model | Program Period | Buy Down Amount | Trailing Credit |
|---|---|---|---|
| KDL40S4100 | 10/12 - 11/1 | $100 | $85.00 |
| KDL40V4100 | 10/12 - 11/15 | $100 | $65.00 |

CCLT 020182

| KDL42V4100 | 9/7 - 10/11 | $100 | $65.00 |
| KDL40Z4100 | 8/24 - 10/11 | $100 | $65.00 |
| KDL40W4100 | 9/7 - 10/11 | $100 | $65.00 |
| KDL40V4100 | 9/7 - 10/11 | $100 | $65.00 |
| KDL40XBR6 | 10/12 - 11/8 | $200 | $130 |
| KDL40Z4100 | 10/12 - 11/8 | $200 | $130 |
| KDL40W4100 | 10/12 - 11/8 | $100 | $65.00 |

Please let me know if you need any additional info.

Thanks,

Jim O'Keefe
**Sony Electronics**
National Account Manager - TV
Phone:  804-267-2603
Fax:     804-267-2626
Cell:    804-334-6543

james.o'keefe@am.sony.com

CCLT 020183