# EXHIBIT 68

HALASZ

Reporting & Video

```
1            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
2                    RICHMOND DIVISION

3
   CIRCUIT CITY STORES, INC., et al.,
4
                 Debtors,
5                                    CASE NO. 08-35653 (KRH)
   ALFRED H. SIEGEL, AS TRUSTEE OF
6   THE CIRCUIT CITY STORES, INC.
    LIQUIDATING TRUST,
7
                 Plaintiff,
8        v.                           Adv. Pro. No. 10-03600-KRH

9  SONY ELECTRONICS, INC., aka SONY
     AND CREDIT SUISSE LOAN FUNDING, LLC.,
10
                 Defendant.
11

12

13

14          DEPOSITION OF BRANDI FOSE - DAY 2

15

16

17

18

19
                       July 21, 2014
20

21               Richmond, Virginia

22

23           HALASZ REPORTING & VIDEO
                    P.O. Box 1644
24         Richmond, Virginia 23218-1644
                  (804) 708-0025
25         Reported by:  Marion G. Whitlow
```

```
 1                    Deposition of BRANDI FOSE, taken by and

 2   before Marion G. Whitlow, Notary Public in and for the

 3   Commonwealth of Virginia at large, pursuant to Rule 30

 4   of the Federal Rules of Civil Procedure, and by

 5   agreement to take depositions; commencing at 11:00

 6   a.m., July 21, 2014, at the law offices of Kutak Rock,

 7   1111 East Main Street, Richmond, Virginia.

 8

 9   Appearances:

10              PACHULSKI, STANG, ZIEHL & JONES
                By:  ROBERT J. FEINSTEIN, ESQ.
11               (780 Third Avenue, 34th Floor
                  New York, New York  10017-2024
12              attorney, of counsel for Circuit City

13              FRIEDMAN, KAPLAN, SEILER & ADELMAN
                By:  EMILY L. CHANG, ESQ.
14               (7 Times Square
                  New York, New York  10036-6516)
15              attorney, co-counsel for Sony

16              KUTAK ROCK, LLP
                By:  PETER J. BARRETT, ESQ.
17               (1111 East Main Street, Suite 800
                  Richmond, Virginia  23219)
18              attorney, co-counsel for Sony

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2                       DEPONENT

 3                                                   Page

 4   Brandi Fose           Direct by Ms. Chang        4

 5

 6

 7

 8

 9                       EXHIBITS

10   Sony No.  Description                          Page

11      9      Declaration of Brandi Fose             7

12     10      8-page vendor package for 96847       59

13     11      1-page email chain                    63

14     12      1-page email chain                    64

15     13      15-page email chain                   67

16     14      7-page vendor package for 98681       69

17     15      8-page vendor package for 98473       78

18     16      10-page vendor package for 97666      82

19     17      1-page email                          83

20     18      10-page vendor package for 98256      89

21     19      11-page vendor package for 98258      99

22     20      12-page vendor package for 94889     103

23     21      7-page vendor package for 90772      106

24

25
```

```
 1                    BRANDI FOSE

 2           was sworn and deposed as follows:

 3                 DIRECT EXAMINATION

 4  BY MS. CHANG:

 5       Q      Good morning, Ms. Fose.  My name is

 6  Emily Chang.  And we've not met before today and so I

 7  just wanted to introduce myself.  I know you've met my

 8  colleague Andy Goldwater who deposed you last time.

 9  And I'm just going to follow up on a couple things

10  that he asked you about last time, but mostly I'm

11  going to ask about the declaration that you recently

12  submitted in connection with the Trust's motion for

13  partial summary judgment.

14       A      Okay.

15       Q      So, since I've never deposed you before,

16  if it's okay with you I'd like to go through a couple

17  really quick just basics so that we're on the same

18  page --

19       A      Sure.

20       Q      -- as we go through the deposition.

21              So, I see already that you're answering

22  verbally which is great.  Because I assume you've been

23  deposed before?

24       A      Yes.

25       Q      Actually I know you've been deposed
```

1    before.  So, you know the importance of giving an oral

2    answer.  So, I really appreciate that.

3         A       Sure.

4         Q       I'm going to ask you a series of

5    questions and just as with every prior deposition that

6    you've ever done, I just ask that you give a full and

7    complete answer to every question to the best of your

8    knowledge.

9         A       Okay.

10        Q       And to the best of your recollection.

11        A       Okay.

12        Q       And if I state a question in a way that

13   you don't understand, just let me know and I will

14   rephrase.

15        A       Okay.

16        Q       So, if you don't understand a question,

17   do you agree to just let me know?

18        A       Yes.

19        Q       And if you later remember information

20   that you hadn't included in a previous answer and you

21   say hey, now I remember, I need to add, will you just

22   let me know?

23        A       Sure.

24        Q       And if you need to speak to

25   Mr. Feinstein at any time, that's totally fine.  My

1    only request is that if a question is pending, that

2    you answer the question first and then talk to your

3    attorney.

4          A       Okay.

5          Q       And like I said, if you need a break at

6    any time just let me know.

7          A       Okay.

8          Q       A couple final questions.  Are you

9    taking any sort of medication or drugs that would

10   impede your ability to remember answers to my

11   questions?

12         A       No.

13         Q       Are you feeling ill today other than the

14   allergies?

15         A       No.

16         Q       And is there any reason why you can't

17   give full and complete answers to my questions today?

18         A       No.

19         Q       Great.  Thank you very much.

20         A       Sure.

21         Q       So, just quickly following up on the

22   last deposition, and I know that was a little while

23   ago so I'm going to briefly remind you the part that

24   I'm referring to.  Do you remember that Mr. Goldwater

25   asked you a series of questions about Circuit City's

```
 1    accounts receivable claim?

 2         A       Yes.

 3         Q       I imagine it was quite a long list of

 4    questions.

 5                 And I understand that you recently

 6    submitted a declaration in support of the Trust's

 7    motion for partial summary judgment; is that right?

 8         A       Yes.

 9         Q       And Exhibit A to that declaration is a

10    full and complete list of all of the Trust's accounts

11    receivable items that it alleges Sony owes; is that

12    correct?

13         A       Yes.

14                 MS. CHANG:  I'm going to ask will you

15    please mark this as Sony Exhibit 9?

16

17                         (An eight-page Declaration of Brandi

18                         Fose in Support of Motion of Plaintiff

19                         Trustee for Partial Summary Adjudication

20                         of Claims II, V and VIII of its Second

21                         Amended Complaint Herein, and attached

22                         Exhibits A-E, was marked Sony Exhibit

23                         Number 9.)

24

25
```

1  BY MS. CHANG:

2      Q      So, Exhibit 9 is just a copy of your

3  declaration as well as Exhibit A.  And Exhibit A is

4  really the heart of what I'm going to be referring to

5  today.

6              MR. FEINSTEIN:  Can we go off the record

7  for a second?

8              (Off the record in place.)

9              MS. CHANG:  We can go back on the record.

10  BY MS. CHANG:

11      Q      Looking at Sony Exhibit 9, this is now

12  Sony Exhibit 9, Exhibit A to Sony Exhibit 9.  All of

13  the chargebacks that the Trust is claiming are listed

14  here; is that right?

15      A      Correct.

16      Q      And when I refer to chargebacks

17  throughout this entire deposition, all I'm going to be

18  referring to are the items here.  I realize there are

19  other chargebacks in the world of Sony and Circuit

20  City but I'm only going to be referring to the ones at

21  issue here.  Is that okay?

22      A      Sure.

23      Q      So, revisiting your deposition from June

24  25th of 2014 --

25              MS. CHANG:  And, counsel, I'm on Page 18

1    if you want to follow along.

2    BY MS. CHANG:

3         Q        -- you had mentioned that you worked at

4    Circuit City in the vendor funding area beginning

5    sometime in January of 2009.  Is that right?

6         A        Correct.

7         Q        And you said that in April or Mayish of

8    2009, we, I think meaning Circuit City, got a

9    spreadsheet back from them, meaning Sony, that

10   indicated certain items that they felt were not valid

11   or disputed or that they needed additional information

12   on.  Do you remember giving that testimony?

13        A        Yes.

14        Q        And I just want to ask with respect

15   to -- so, it sounds like there's two categories of

16   chargebacks.  There's chargebacks that Sony said were

17   not valid or Sony said were disputed, right?

18        A        Is that a question?

19        Q        Yes.

20        A        Yes.

21        Q        Sorry.  And it sounds like there's

22   another category of chargebacks where Sony said it

23   needed more information?

24        A        Yes.

25        Q        So, just taking each category one at a

```
 1   time.  First with respect to the chargebacks that Sony

 2   told you in April or May of 2010 that Sony disputed,

 3   with respect to those, did you do anything to

 4   investigate those chargebacks?

 5        A       I believe that I commented back in the

 6   spreadsheet if I had follow-up questions and asked

 7   them to provide additional information back to me.  In

 8   normal course just to say that you dispute something

 9   would not really be enough for Accounting to try to

10   reconcile.  There needs to be more dialogue and

11   information exchange.

12        Q       Did you submit a copy of that, your

13   responses, to Tim and Alan or to Sony that you're just

14   referring to?

15        A       Yes.

16        Q       Was that part of discovery?  Was that

17   submitted to Sony as part of discovery?

18        A       The spreadsheet?

19        Q       Whatever response you sent back to Sony.

20             MR. FEINSTEIN:  Objection.  There was no

21   litigation pending at the time.  This lawsuit was

22   begun in November of 2010.

23             MS. CHANG:  So, it has not been produced.

24             MR. FEINSTEIN:  No, no, no.  Maybe I

25   misunderstood the question.  I thought you said was
```

1    this submitted then as part of discovery.  My response

2    was there was no lawsuit then.

3                    MS. CHANG:  Oh, no.  I'm sorry.  I should

4    rephrase my question.

5    BY MS. CHANG:

6        Q        As part of discovery in this action,

7    Sony versus The Liquidating Trust, has your response

8    to Sony been produced to Sony as part of the Trust

9    discovery?

10       A        That's a good question.  I'm not sure to

11   be honest.  I believe that it would have been as in

12   response to any of the interrogatories.  But, I can't

13   say for sure.

14       Q        So, just so I make sure I understand,

15   with respect to items that Sony said it disputed, you

16   wrote back and said give me information as to why you

17   dispute it?

18       A        Correct.

19       Q        Did you get responses back from --

20       A        No.

21       Q        -- Sony?

22                    MR. FEINSTEIN:  Let her finish her

23   question.

24       A        Sorry.

25

1    BY MS. CHANG:

2        Q       And who at Sony had you sent your

3    responses to?

4        A       Tim Griebert I believe was his name.

5        Q       Anyone else?

6        A       Alan.  But, once again, I can't remember

7    his last name.

8        Q       And did you respond with respect to

9    every single chargeback that Sony said it disputed?

10       A       Yes.

11       Q       So, after that, after you did not

12   receive a response from Sony, is it fair to say that

13   those chargebacks remained in dispute?

14               MR. FEINSTEIN:  Objection.

15       A       I can't speak to whether they felt they

16   remained in dispute.

17   BY MS. CHANG:

18       Q       Did you feel that they remained in

19   dispute?

20       A       Sure.

21       Q       With respect to the chargebacks that

22   Sony asked for more information on, what did you do

23   with respect to those?

24       A       I re-sent them the chargeback package.

25       Q       And when you say chargeback package are

1    you referring to the vendor package that you discussed

2    in your declaration?

3         A        Yes.

4         Q        With respect to the vendor packages is

5    it the case that every single vendor package is in the

6    six binders referenced in your declaration?

7         A        Yes.

8         Q        And when you sent back documentation,

9    when you sent back the vendor packages to Sony in

10   response to their request for more information, what

11   happened next?

12        A        From what I remember, I sent follow-up

13   emails asking if they needed additional information.

14   And it basically just went silent, as in they didn't

15   respond.

16        Q        How many times did you follow up with

17   Tim and Alan with respect to the fact that you had

18   sent additional documentation?

19        A        Oh, I don't recall specifically how many

20   times.

21        Q        Would you say it was more than once?

22        A        Probably.

23        Q        With respect to -- since you did not

24   receive a response from Tim and Alan with respect to

25   chargebacks for which they requested more information,

1   did you consider those particular chargebacks to be

2   disputed by Sony?

3       A       No.  I felt like if there were disputes,

4   they should have followed up.

5       Q       And is it your -- was it your

6   understanding that everything in the vendor packages

7   that you submitted to Sony was sufficient to prove the

8   validity of the respective chargeback?

9       A       Yes.

10      Q       So, turning away from your prior

11  testimony and moving on to your declaration, I just

12  have a few questions about that.  You mentioned in

13  Paragraph 3 of your declaration that in January of

14  2009 you took over supervision of the Vendor Funded

15  Accounting Group.  Do you remember what day you took

16  over that position?  It just says January of '09, so I

17  wasn't sure.

18      A       No, I don't remember which day

19  specifically.

20      Q       Do you remember if it was the beginning

21  or the end of the month?

22      A       It was after we announced liquidation.

23      Q       And what date did you announce

24  liquidation?

25      A       January 16th, 2009.

1        Q        So, if it was after you -- if it was

2   after Circuit City announced liquidation, is it

3   accurate that Circuit City did not purchase any

4   products after the announcement of liquidation?

5        A        We actually did purchase products after

6   we announced liquidation.

7        Q        Do you know about the volume of products

8   that Circuit City purchased?

9        A        With respect to Circuit City and Sony

10   specifically?

11        Q        Yes.

12        A        I don't recall off the top of my head.

13   It's something I could get.

14        Q        But, you know for sure that Circuit City

15   purchased additional product from Sony after the

16   liquidation announcement?

17        A        Yes.

18        Q        Did the Trust submit records of the

19   purchase of those goods from Sony after the

20   liquidation as part of discovery in this case?

21        A        I don't recall.  You know, I just am --

22   I'm having trouble remembering everything that was

23   asked for in discovery.  Certainly if it was requested

24   then we would have.  We provided everything that was

25   asked of us.

```
 1        Q       After you took over supervision of the
 2   Vendor Funded Accounting Group, did you do anything
 3   with respect -- that's a poorly phrased question.
 4                I understand that as part of the
 5   chargeback process of creating and evaluating and
 6   auditing, there are sort of many hands in the pot.
 7   And what I'm interested in knowing is after you became
 8   the supervisor of the Vendor Funded Accounting Group
 9   did you yourself ever create a chargeback claim?
10        A       No.
11        Q       Did you ever approve any of the
12   chargebacks --
13        A       No.
14        Q       -- at issue here?
15                Did you ever finalize any of the
16   chargebacks at issue here?
17        A       No.
18        Q       Did you ever review any of the
19   chargebacks at issue here?
20        A       The review would have been more once the
21   chargebacks were already completed, more from the
22   standpoint of insuring that from an accounting
23   perspective everything that had been in what we called
24   a draft state, so within our VMA system, that it had
25   been finalized and entered into the books and records
```

1   as a receivable.  But, not at the individual

2   chargeback level.  If that makes sense.

3        Q      Can you explain a little further?  I'm

4   not sure I fully understand what exactly you did.

5        A      Sure.  One thing I want to clarify is

6   that I supervised the group.  I wasn't the supervisor.

7        Q      Oh.  Okay.

8        A      Does that make sense?

9        Q      What's the distinction?

10       A      There was someone who was the title as

11   the supervisor.  I just took over the role of -- I

12   didn't get a new title, but they became a part of my

13   responsibility.  So, I would have been higher than the

14   supervisor in that department.

15       Q      Okay.

16       A      So, that person would have been more

17   into the details of looking at the individual

18   chargebacks.

19       Q      Who is that?

20       A      That was Greg Lambert.

21              COURT REPORTER:  I'm sorry?

22       A      Greg.  G-r-e-g.  Lambert.

23   L-a-m-b-e-r-t.

24   BY MS. CHANG:

25       Q      So, Greg reported to you?

1          A        Yes.

2          Q        So, going back to I think you were going

3    to clarify what exactly you meant by what you yourself

4    were doing.

5          A        Right.  So, because one of the main

6    things that I was tasked with when I took over the

7    responsibility was insuring that we got all of the

8    billing completed and all of the chargebacks completed

9    and on the books and records, what we would do or what

10   I did, instead of looking at individual chargebacks

11   was to look at all of the chargebacks that were in VMA

12   in a draft state.  And then ultimately we would be

13   looking to insure that each one of those got worked,

14   documents were obtained, and that they were approved

15   and ultimately they became a receivable through being

16   the, you know, the completion and approval process.  I

17   didn't -- I wasn't directly involved in the approval

18   process.  It was more at a high level just making sure

19   that those tasks were completed.  If Greg had any

20   issue with a chargeback or a question, he may come to

21   me.  But, there's none that I recall specifically that

22   we had an issue with.  He generally would have

23   resolved that with the buyer.

24         Q        Okay.  What are the types of issues that

25   he would have resolved with the buyer to your

```
1    knowledge?

2         A        Just if there was something in draft

3    that hadn't continued to go through the process, they

4    hadn't finalized the chargeback or we didn't have the

5    documentation yet, he would reach out to the buyer to

6    say hey, this is in draft according to the dates, just

7    as an example.  It looks like we would place this ad

8    on X date.  I need you to send over the support so

9    that we can go ahead and bill the vendor.  And once

10   that information was obtained if it, you know, from

11   his perspective it looked like we had done what we

12   were supposed to do, then he would have completed the

13   chargeback and approved it.

14        Q        I assume -- well, I don't want to

15   assume.  Let me ask.  As part of your role in

16   supervising, overseeing the accounting of all of these

17   chargebacks as receivables, obviously Circuit City

18   wants to make sure that it gets everything that it's

19   due.  Did your job include making sure that vendor

20   packages were actually sent to Sony?

21        A        Yes.

22        Q        And how did you do that?

23        A        Similar process.  Because anything that

24   was in draft and then ultimately was completed, Greg

25   had -- we had a group of billers that were let go when
```

1    the liquidation was announced.  And you probably saw

2    my deposition transcript, I spoke about this before,

3    but I was responsible for calling those people back

4    into the office and having them actually create the

5    bills and submit them to the vendors.  Not just Sony.

6    Sony just happened to be one of them.  So, it was my

7    responsibility to insure chargebacks were taken out of

8    the draft state and completed if they were valid and

9    then also that they were ultimately billed to the

10   vendors.

11        Q       Did you actually see the vendor packages

12   go out?

13        A       I saw some of them, sure.  I didn't

14   oversee every individual one because there were

15   several billers and Greg really oversaw more of that

16   process because that was more just a day-to-day detail

17   process.  But, we have I'm sure in the production

18   produced emails that are from our billers to Sony with

19   the vendor packages and the billing.

20        Q       Those were sent by -- were those sent by

21   email?

22        A       Typically, yes.

23        Q       And we'll get more to the vendor

24   packages later, but those were --

25        A       Sure.

```
 1         Q          -- just some of the questions that came
 2    to mind.
 3                    In Paragraph 4 of your declaration you
 4    say that in Exhibit A to the Fose Declaration you
 5    summarized amounts presently owed by Sony to the Trust
 6    for chargebacks, billbacks, warranty claims, returns,
 7    and pricing deductions and shortages.  What is your
 8    basis for stating that Sony owes all of these amounts
 9    set forth in Exhibit A to your declaration to the
10    Trustee?
11         A          What is my basis?
12         Q          Yes.
13         A          Because Circuit City performed its
14    obligation under each of those chargebacks, billbacks,
15    et cetera, whatever the agreement was between Circuit
16    City and Sony.  We met our obligation.  And so, from
17    our perspective we believe that those amounts are due.
18         Q          How do you know that Circuit City met
19    its obligations under the programs for each of the
20    chargebacks listed in Exhibit A?
21         A          I've reviewed the chargebacks that are
22    listed in Exhibit A.
23         Q          What did you do to review the
24    chargebacks?
25         A          What did I do to review them?  Well, I
```

1    imagine just looked at the documentation to make sure

2    it was sufficient.

3         Q       And when you say the documentation, what

4    are you referring to?

5         A       The vendor package.

6         Q       And those are the vendor packages again

7    that are in the six binders, right?

8         A       Yes.

9         Q       Are there any other documents that you

10   had looked at to review the chargebacks?

11        A       Not for chargebacks, no.

12        Q       So, just so I make sure that I

13   understand correctly, you didn't personally

14   participate in the underlying programs under which

15   Circuit City earned these chargebacks, right?

16              MR. FEINSTEIN:  Objection.

17        A       As in the negotiating of or -- I'm not

18   sure I understand the question.

19   BY MS. CHANG:

20        Q       It was a very bad question.  Let me

21   start over.

22              Other than reviewing the documentation,

23   have you done anything else to participate in insuring

24   that the chargebacks listed in Exhibit A are accurate?

25        A       I don't know what else we would do.

1    From an accounting perspective.  Based on the

2    information in the package which would include just

3    say, for example, an email may come from Sony that

4    says we're going to offer $50 per unit on this

5    particular model for this particular date.  If I have

6    that email and it's from Sony to Circuit City saying

7    that that's what they commit to, and then we sold that

8    product for that point in time and I have

9    documentation that says that we sold it, in my opinion

10   we met our obligation.  There's really nothing else to

11   do.

12        Q       Sure.  And would the vendor -- just

13   taking your example.  Actually, thank you for using a

14   concrete example which helps facilitate the

15   conversation.  In your example you're saying I think

16   it was $50, if you sell a certain amount of product

17   you get $50 of credit maybe per unit, for example, of

18   product.  You said you had documentation showing that

19   Circuit City sold the amount of product that was

20   necessary to earn credit under the program.  Would

21   that data have been in the vendor package?

22        A       Yes.

23        Q       And if it wasn't in the vendor package,

24   would you -- what would you do?  In reviewing these

25   chargebacks if you saw that that data wasn't in the

```
 1    vendor package --

 2                   MR. FEINSTEIN:  Objection.

 3    BY MS. CHANG:

 4        Q        -- what would you do?

 5        A        I can't think of an instance where that

 6    happened because it shouldn't have been approved as a

 7    chargeback without that information.

 8        Q        What would you call that information?  I

 9    don't even know --

10        A        Sales data.

11        Q        What form would that sales data take?

12    Is it like a spreadsheet or is it just a bottom line

13    summary?

14        A        Typically it's within the VMA documents

15    that are part of the package.  And it would have the

16    exact brand model, date, number of units sold.  There

17    could be an instance where there was back and forth

18    communication and then -- between Sony and Circuit

19    City.  I've definitely seen that.  And there were like

20    either exchange of spreadsheets or just within the

21    context of emails, you know, Sony may have said, oh,

22    it really wasn't a thousand and one units, it was 1200

23    units, and that's what you guys are eligible for.  So,

24    that backup would have been sent to Accounting because

25    Accounting would have been looking for some support
```

1    for 1200 units being sold.

2         Q        And in your example of 1200 units,

3    that's the number of units that Circuit City sells or

4    that Sony sells to Circuit City?

5         A        It would depend on the program.  But, in

6    my example because it's a sales-based chargeback, it

7    would be the number of units that Circuit City sells

8    to its customers.

9         Q        So, I imagine in that example, since it

10   probably was a rare day that Circuit City sells 1200

11   units in a day, it would probably be a series of

12   dates?

13                 MR. FEINSTEIN:  Objection.

14   BY MS. CHANG:

15        Q        Would it be a series of dates showing

16   the dates on which Circuit City sold this particular

17   product?

18        A        It would generally be a time frame on a

19   trailing credit or sales-based program.  It would be

20   say, for example, from January 1st through January

21   5th.  And then we would submit the sales from January

22   1st through January 5th for that particular item or

23   items.  Sometimes it covered more than one item.

24        Q        And in that example you would have

25   January 1st through January 5th with one number of

```
 1   the --

 2        A        Typically, yes.

 3        Q        -- units sold during that time period?

 4        A        Yes.

 5        Q        Understood.

 6                 In your example of Circuit City selling

 7   1200 units between this five-day period in January of

 8   '09, did you personally observe Circuit City's sales

 9   of a particular product during that time frame?

10        A        As in being at the stores watching

11   customers buy the units?

12        Q        Right.

13        A        No.

14        Q        And so what system are you relying on

15   for that data?

16        A        We are relying on VMA which gets data

17   fed to it from our sales system.

18        Q        Did you ever speak to Circuit City

19   buyers about whether program requirements were met

20   under a particular program?

21        A        In general?

22        Q        Specifically for Sony programs.

23        A        And over what time frame?

24        Q        Why don't we say with respect to any of

25   the chargebacks listed in Exhibit A.
```

```
 1        A        No.  I wouldn't have personally.

 2        Q        So, in going back to your declaration,

 3   in Paragraph 6 you talk about how Circuit City buyers

 4   were responsible for negotiating deals with Sony for

 5   committed funding and entering the agreements into the

 6   VMA system.  Is it fair to say then that it's buyers

 7   who were responsible for determining whether Circuit

 8   City met program requirements?

 9        A        Yes.  Initially.

10        Q        You say initially, which makes me think

11   that later on someone else may be responsible for

12   determining whether Circuit City met program

13   requirements.  Who else might be responsible?

14        A        Well, ultimately Accounting approved the

15   chargebacks.

16        Q        So, would that be you who was

17   responsible for determining whether Circuit City met

18   program requirements?

19        A        It would have been the Vendor Funded

20   Accounting Group and there were many individuals that

21   worked within that department.

22        Q        That's the group of 20-plus people that

23   you mentioned in your deposition?

24        A        Correct.

25        Q        Do you know whether the people in --
```

```
 1   well, let's first talk about buyers and then we'll

 2   talk about the Vendor Funded Accounting Group since it

 3   sounds like there are two groups that are responsible

 4   for determining accuracy.  So, first taking the buyers

 5   since it's initially them, did they ever make mistakes

 6   in determining whether Circuit City had met program

 7   requirements?

 8             MR. FEINSTEIN:  Objection.

 9       A      I'm sure.  They're human.  So, I'm sure

10   that they could have made mistakes.  I have seen email

11   communication where they submitted chargebacks and

12   then I've seen in the production that Sony provided us

13   where they actually issued credit memos greater than

14   what our buyers submitted, which would mean to me that

15   the buyer and in that case Accounting must have made a

16   mistake.  I'm assuming Sony had data that perhaps we

17   sold more than what our records indicated.  I don't

18   fully know why that would happen.  But, I have seen

19   instances where Sony has corrected a chargeback for

20   one reason or another.

21   BY MS. CHANG:

22       Q      And do you have any knowledge as to

23   whether the buyers who looked at the chargebacks

24   listed in Exhibit A may have been inaccurate in any of

25   their calculations or assessments with respect to
```

1    whether Circuit City met program requirements?

2              MR. FEINSTEIN:  Objection.

3        A       I'm not aware of any inaccuracies.  And

4    again based on my review of the documents, it looks

5    like from our vendor packages that what we submitted

6    at least from our records appears to be accurate.

7    BY MS. CHANG:

8        Q       So, having discussed the buyers now I'm

9    going to the Vendor Funded Accounting Group.  Did the

10   Vendor Funded Accounting Group ever make mistakes in

11   determining whether Circuit City had met program

12   requirements with respect to the chargebacks listed in

13   Exhibit A?

14       A       I'm not aware of any instance where they

15   made a mistake as to whether we met the requirements.

16   Again, I think the only -- and I don't know if you'd

17   call it a mistake, but maybe just a difference in data

18   or what have you is where I've seen that a chargeback

19   has been submitted and then Sony has come back and

20   corrected an amount for whatever reason.  But, it's

21   not that you didn't meet the program requirement.

22   It's that we have a difference in data.  Difference in

23   number of units or that kind of thing.

24       Q       In reviewing chargebacks, which I know

25   is a very important part of what Accounting -- the

1    accounting department did with respect to these, what

2    types of calculations did Accounting check?

3                    MR. FEINSTEIN:  Objection.

4         A         It would depend on the program.  I mean,

5    it's if a trailing credit sales-based, like I said we

6    would be looking to insure that there was

7    documentation of the sale.  That we had documentation

8    from Sony committing to that particular funding.  And

9    then ultimately that the, you know, amount per unit

10   that was committed times the number of units sold

11   obviously would equal the chargeback amount.  And that

12   would be it in that example.  I mean, there's a

13   variety of programs.

14   BY MS. CHANG:

15        Q         Concrete examples.  I'm going to pull

16   out Sony Exhibit 5 from last time, so it's already

17   marked.  If you could turn to CCLT-30124.  What is

18   this?

19        A         This would be the sales details by brand

20   model.

21        Q         And would they be sales from -- I'm

22   sorry.  Whose sales do these reflect?

23        A         Circuit City's sales.

24        Q         To?

25        A         Customers.

1       Q       And what on this page would Accounting

2   check in terms of calculations?  What, if anything?

3       A       Well, this is system generated.  So,

4   there shouldn't be any issue with calculations.  But,

5   if I were reviewing it I would doublecheck this

6   calculation because it's such a large dollar amount.

7   And I would again, the main thing I would be focusing

8   on is that these are the brand models that were

9   included in the commitment and that it was over the

10  period of time that was committed.

11      Q       Would you also check to make sure that

12  the trailing credit amount was appropriate?

13      A       The amount per unit?

14      Q       Yes.

15      A       That should be in the commitment, but

16  yes.

17      Q       I had another question in Paragraph 7.

18  So, in Paragraph 7 you said that the accounting

19  department would review the chargeback and supporting

20  documents for accuracy, including commitment

21  documentation, usually in the form of email

22  confirmations from Sony, relevant calculations or data

23  if the chargeback was based on sales or price

24  protection, and timing to insure the chargeback was

25  handled correctly for accounting purposes.  What does

1    this mean?

2         A       Well, we wouldn't want to record this

3    chargeback as a receivable if the sales had not yet

4    taken place.  Because we hadn't met our performance

5    obligation yet.  Just as an example.

6                 MS. CHANG:  Sorry, can you repeat her

7    answer, please?

8                 COURT REPORTER:  "Well, we wouldn't want

9    to record this chargeback as a receivable if the sales

10   had not yet taken place.  Because we hadn't met our

11   performance obligation yet.  Just as an example."

12   BY MS. CHANG:

13        Q       Would it even be possible to submit a

14   chargeback if the sales hadn't taken place?

15        A       You shouldn't submit one to Sony, but it

16   could certainly make its way into the system.  Because

17   we put the chargebacks in the system in a draft state.

18        Q       But, then when we got to the I think you

19   called it a VMA page showing the number of units

20   sold, --

21        A       Sure.

22        Q       -- wouldn't the number of units sold

23   reflect that no sales had yet taken place?

24        A       If it's correct.  But, what I was

25   explaining was how we would insure that it's correct.

```
 1   So, I would want to make sure they were the

 2   appropriate dates.  And if someone had grabbed sales

 3   for the wrong period of time that's other than the

 4   commitment, that would obviously be inaccurate.  So,

 5   we wouldn't want to record it that way.

 6        Q      Okay.  Understood.

 7        A      Sure.

 8        Q      Let's talk about vendor packages.

 9        A      Sure.

10        Q      Have you ever personally compiled a

11   vendor package for any of the chargebacks at issue in

12   this case?

13        A      Only to the extent that the compilation

14   was to really submit all of them together to Sony.

15   So, for example, back when the email and spreadsheet

16   that we talked about earlier today were exchanged with

17   Tim and Alan, I pulled the packages -- they were

18   already put together.  So, it was really putting them

19   in an email to send to Tim and Alan.  But, I was not

20   responsible for compiling the initial package if you

21   will.

22        Q      I understand.

23        A      I don't know if that answered your

24   question.

25        Q      No, it does.
```

1             What does a vendor package generally

2    contain?  And we'll look at some.  But, just based on

3    your recollection what does a vendor package generally

4    contain?

5             MR. FEINSTEIN:  Objection.  Asked and

6    answered.  Go ahead.

7        A      Sure.  Generally it includes like a

8    cover sheet that's from our VMA system.  And then

9    additional pages from the VMA system that really just

10   kind of summarize the program.  So, again in this

11   example -- or actually I don't even remember what this

12   example is, but in some examples if it were based on

13   sales it would say that it was sales based, what the

14   time frame was, what the units were, number of units

15   sold.  It would have the commitment information which

16   could be an email, could be a sales news I think they

17   were sometimes called.  And there may be email

18   communication back and forth between Sony and the

19   vendor.  And that's generally what was in a vendor

20   package.

21   BY MS. CHANG:

22       Q      Looking at actually from Exhibit 5, Sony

23   Exhibit 5, CCLT-30121.

24       A      Yes.

25       Q      What is this?

```
 1        A        This is part of a typical package.  I
 2   believe it's called a confirming letter.  But, it's
 3   really just a letter from Circuit City to Sony that's
 4   with the package.
 5        Q        What's its purpose?
 6        A        It really just summarizes everything
 7   that's in the rest of the package.  And it's generally
 8   addressed or says who committed the funding.
 9        Q        Would there ever be a reason for a
10   vendor package to not include this confirming letter?
11        A        I don't know that there would be a
12   reason for it not to.  But, this letter doesn't really
13   give all the support that the rest of the package
14   does.  So, from a priority standpoint I don't think
15   that this is the most important piece of the package
16   if you will.
17        Q        And in looking at any particular vendor
18   package, is there a way -- like Sony Exhibit 5 is a
19   vendor package; would you agree with me?
20        A        Yes.
21        Q        So, can you page through it and tell me
22   just on this example which date in here tells me what
23   date this was submitted to Sony?
24        A        Because the letter is addressed January
25   23rd, 2009, that would be my assumption.  But, when
```

```
 1    the billers submit, there's often a I think it's
 2    called a billing memorandum.  It's again another cover
 3    sheet.  It doesn't have a lot of information.  But, it
 4    has the chargeback number, the dollar amount.  And
 5    that has a date as well.  I think that's generally the
 6    same as this, but I can't say with a hundred percent
 7    certainty.
 8         Q        When you say that and this, can you
 9    just --
10         A        I'm sorry.  I believe that the date at
11    the top of the confirming letter is the same as what
12    you would see on the billing memo.  But, I can't say
13    in every instance that's the case.  But, I believe --
14    that's my recollection.
15         Q        If this confirming -- like in
16    CCLT-30121, the date on the confirming letter is
17    January 23rd, 2009.  Is there any reason why -- well,
18    sorry, strike that question.
19              If the date on this confirming letter is
20    January 23rd, 2009, would it ever be the case that
21    Circuit City submitted this vendor package to Sony
22    before January 23rd, 2009?
23         A        Not that I'm aware of, no.
24         Q        Just making sure.
25              Who personally sent the vendor packages
```

1    to Sony?  Was that the billers?

2         A       Yes.

3         Q       Is there a notation in your VMA system

4    or any other system that Circuit City maintained to

5    confirm whenever a vendor package goes out to Sony?

6         A       I don't think there's a notation in the

7    system.

8         Q       Or notation anywhere?

9         A       I've seen the bills.  I've seen the

10   emails with the bills.  I'm not sure that there's

11   anything in the system.  I'd have to go back to look,

12   but I haven't seen anything.  There's nothing that I

13   recall.

14        Q       Paragraph 9 in your declaration.  You

15   say that Circuit City regularly and routinely offset

16   these amounts, which are the credits earned under

17   these chargebacks, against its obligations to Sony by

18   applying the credits to a pending Sony invoice and

19   concurrently cutting a net check to fully satisfy the

20   invoice.  And I understand you assumed

21   responsibilities for vendor funding at some point

22   after the liquidation.  Did you ever personally apply

23   credits to pending Sony invoices in your role as -- in

24   your role in the Vendor Funded Accounting Group?

25        A       I wouldn't have.  Because that just

```
 1    wasn't a part of -- at my level that wasn't a part of

 2    my responsibility.  I can explain the process if you

 3    want to hear more about it, but.

 4         Q       Who did?

 5         A       Who applied the credits?

 6         Q       Yes.

 7         A       Well, the credits would have been

 8    applied by the payables department.

 9         Q       And how did you know, how did you come

10    to be familiar with what they were doing with respect

11    to applying credits to pending Sony invoices?

12         A       Sure.  Well, one way that I became

13    familiar is as part of the Vendor Funded Accounting

14    responsibility, the chargebacks as receivables would

15    be basically interfaced from our receivable system to

16    the payable system.  I believe I said this in my prior

17    deposition and I'm sure it's in plenty of documents,

18    but when a chargeback moves from the vendor receivable

19    system to the payable system it gets assigned a new

20    number, and it starts with an AV.  Sometimes referred

21    to as AVO's.  And that AVO was then systematically

22    applied against outstanding invoices.

23         Q       How do you know?

24         A       Because I've seen it.  I mean, I can see

25    it in the system.
```

1        Q        Did you ever cut a net check to satisfy

2   the pending Sony invoices?

3        A        Me personally?

4        Q        Yes.

5        A        I didn't cut checks, so, no.

6        Q        Who did?

7        A        The payables department.

8        Q        And how did you become aware that they

9   were cutting net checks to satisfy pending Sony

10   invoices?

11        A        I've been in accounting for a long time,

12   so I kind of just know the process in general.  But,

13   specifically it's in our data, the data that I have

14   reviewed.

15        Q        Does the data have a name?

16        A        I don't really know what it would be

17   called specifically.  But, you know, in the payables

18   data there would be invoices, there would be checks

19   that were cut.  And the check -- almost like a

20   remittance, but that's not necessarily what you would

21   call it from a data standpoint.  It would have the

22   invoices and it would have any credits that were

23   applied and it would have the net check amount.  So,

24   I've seen that data for this matter as well as many

25   others.

1        Q        So, in Paragraph 12 you say that based

2   on my review of the VRS, and that's vendor receivable

3   system?

4        A        Yes.

5        Q        And supporting vendor package

6   documentation, Sony owes Circuit City a total of $70.6

7   million on account of chargebacks.  That's essentially

8   what you say.  So, is it safe to say that if a

9   chargeback exists in Circuit City's system, you assume

10   that it's a valid chargeback?

11                MR. FEINSTEIN:  Objection.

12        A        Yes.  Because it would have been

13   approved in order for it to be in the receivable

14   system.

15   BY MS. CHANG:

16        Q        Since there was an objection I'm going

17   to rephrase.

18                So, why do you conclude based on your

19   review of the VRS and supporting vendor package

20   documentation that Sony owes Circuit City $70.6

21   million on account of chargebacks?

22        A        That's the total of the chargebacks and

23   each of the chargebacks was reviewed.  The

24   documentation supports the commitment that Sony -- I'm

25   sorry, that Circuit City performed its obligation

1  under the commitment from Sony to Circuit City.

2      Q      And when you say "the documentation",

3  are you referring to the vendor packages?

4      A      Yes.

5      Q      Is there any other basis for your

6  conclusion that Sony owes Circuit City $70.6 million

7  on account of the chargebacks listed in Exhibit A?

8      A      No, the vendor packages are the

9  supporting detail for the receivable.  The receivable

10 is what was presented in this declaration, that

11 spreadsheet, that really large spreadsheet which came

12 from our vendor receivable system.  And that was our

13 system of record.  So, for us to have booked it as a

14 receivable, we being Accounting, felt that it was a

15 legitimate receivable due to Circuit City.

16     Q      And you felt that it was legitimate

17 based on the documentation that you had reviewed?

18     A      Yes.

19     Q      At the very beginning of when we started

20 this conversation we talked about how in April or May

21 of 2010 you had worked with Tim Griebert and Alan

22 whose last name you can't remember at the moment, to

23 reconcile credits between Sony and Circuit City.

24 Before that did Sony -- to your knowledge did Sony

25 ever communicate any disputes concerning chargebacks

1    to people at Circuit City?

2        A        Ever?

3        Q        Yes.

4        A        I've seen even in some of our vendor

5    packages that were submitted where there had been, I

6    don't know that I would word it as a dispute, but at

7    least a discussion about what the appropriate number

8    of units or dollar amount was.  So, I have seen that.

9    I don't remember if that would be the case for what we

10   now show as outstanding and due to Circuit City.  But,

11   I have seen that type of communication, yes.

12       Q        And with respect to the disputes that

13   you've seen in your own vendor packages, so the ones

14   at issue in this case, do you know how each of those

15   disputes were resolved?

16              MR. FEINSTEIN:  Objection.

17       A        I mean, not without looking at some

18   specifically.  But, again, the ones that I can think

19   of just in general had to do with dollar amounts or

20   number or units and then they would be corrected,

21   because I've seen chargebacks be voided and reissued.

22   BY MS. CHANG:

23       Q        And in the examples that you're thinking

24   of with respect to chargebacks at issue here where

25   they were voided and corrected, would that information

1   be reflected in the vendor package that you included

2   in the binders?

3        A        Typically, yes.

4        Q        And so as you're sitting here today, is

5   it your understanding that all of the amounts of the

6   chargebacks listed in Exhibit A are correct in that if

7   they were disputed they've been dealt with and

8   corrected?

9        A        From my perspective, yes.

10       Q        Quick question about warranty claims.

11       A        Sure.

12       Q        Because I understand that Exhibit A also

13  includes a number of warranty claims that the Trust is

14  asserting against Circuit City, right?

15       A        Yes.

16       Q        Did you ever personally deal with

17  warranty claims between Sony and Circuit City?

18       A        No.

19       Q        In your declaration you talk about how a

20  warranty claim is created at the point of sale and

21  then a product is sent to the service center for

22  repair.  This is Paragraph 16 of your declaration.

23  How do you know this?

24       A        Based on review of documents and

25  discussions with Heather Ferguson.

1        Q        Which documents did you review?

2        A        They weren't necessarily titled, but she

3    had some writeups about the process.

4        Q        And were those processes specific to

5    Sony's relationship with Circuit City?

6        A        They were just the process in general.

7    The warranty process.

8        Q        Circuit City's warranty process?

9        A        Yes.

10        Q        Do you know if that process was

11    different with respect to Sony versus other Circuit

12    City vendors?

13        A        I'm not aware of any differences.

14        Q        Did you ask Heather whether there were

15    any differences?

16        A        Well, in our conversation we talked

17    specifically about Sony.  So, she didn't point out

18    anything different.

19        Q        You also mentioned in Paragraph 16 that

20    after claims were created at the point of sale, they

21    were transferred to a program entitled SCIPS,

22    S-c-i-p-s?

23        A        Yes.

24        Q        Do you know what SCIPS stands for?

25        A        I do not remember what the acronym

1    stands for.

2         Q        How do you know that claims were

3    transferred to SCIPS?

4         A        It was a systematic process from the

5    point of sales, an interface into that system.  Just

6    part of the normal operations of Circuit City.

7         Q        Have you ever personally worked with the

8    SCIPS system?

9         A        No.

10        Q        Then you mention that a claim was closed

11   after the service center repairs the product.  And

12   then the claim is transmitted through SCIPS to the

13   accounting department to determine if it's eligible

14   for payment based on Sony's terms and conditions.  Are

15   you aware of any agreements between Circuit City and

16   Sony with respect to warranty claims?

17        A        I have not personally seen the

18   agreement.

19        Q        Are you aware --

20        A        But, I have seen -- I'm sorry.  I have

21   seen emails where there have been communication

22   exchanges between Circuit City and Sony where they

23   have, I don't know if approved is the right word, but

24   where they have agreed to the claims that were

25   submitted.  The underlying agreement I have not seen

1    personally.

2         Q        Do you know for sure whether there is an

3    agreement between --

4         A        I don't know for sure.

5         Q        Are you -- so, you mentioned that

6    Accounting would determine whether warranty claims

7    were eligible for payment based on Sony's terms and

8    conditions.  Are you familiar with Sony's terms and

9    conditions concerning warranty claims?

10        A        This is more specific to whether the

11   product was covered under warranty.  So, again, I know

12   the process.  I haven't seen the document itself.

13   But, if the part were covered under warranty or if the

14   customer's warranty was still intact.  That's the

15   piece that Accounting would be looking to see before

16   they submitted the bill to Sony.

17        Q        And do you have personal knowledge as to

18   whether those terms and conditions were met with

19   respect to each of the warranty claims listed in

20   Exhibit A?

21        A        That's my understanding.  But, I

22   didn't -- I didn't bill these and I wasn't responsible

23   for warranty.

24        Q        What's the basis for your understanding?

25        A        Discussions with Heather and also

```
 1   documentation of the warranty process.

 2        Q        Did you actually review each of the

 3   individual warranty claims listed in Exhibit A?

 4        A        Did I review them?

 5        Q        Yeah.

 6        A        No.

 7        Q        And just to be clear, I just mean in

 8   compiling the spreadsheet did you review each of the

 9   warranty claims?

10        A        I compiled the spreadsheet.  I did not

11   review the claims.

12        Q        With respect to warranty details, which

13   are different from the warranty claims, in Exhibit A

14   you mentioned in Paragraph 17 of your declaration that

15   this information was downloaded from Circuit City's

16   internal database.  Do you have personal knowledge as

17   to whether the data in the internal database is

18   accurate?

19        A        Well, it's a download from our formal

20   Peoplesoft system.  So, to the extent that that's

21   accurate, which it should be, then, yes.

22        Q        What's your basis for thinking that the

23   Peoplesoft system should be accurate?

24        A        Well, that was our system of record.

25   So, from an accounting standpoint we would have had
```

```
 1   checks and balances to insure that the system data was
 2   accurate.  When Circuit City, you know, liquidated and
 3   we moved headquarters, the system didn't remain in
 4   place but the data did.  And that's why it's in this
 5   database versus directly from the system.
 6        Q       What kinds of checks and balances did
 7   the Peoplesoft system have?
 8        A       Are you asking what did it have to
 9   insure that --
10        Q       The accuracy.
11        A       -- it was downloaded correctly or --
12        Q       No.  I thought you had said that your
13   basis for believing that the warranty details are
14   accurate is because it came from your Peoplesoft
15   system, and that there's checks and balances in your
16   system to make sure that the data is accurate.  If I
17   mischaracterized your testimony, just let me know.
18        A       Well, there's checks and balances in
19   accounting.  So, whether it be the system or the
20   process itself.  So, just like with chargebacks,
21   Accounting would have insured that a receivable was
22   booked when it should be based on several, you know,
23   performance obligation, the timing, et cetera.
24   Similar process would be in place for warranties.  So,
25   it shouldn't be on the books as a receivable if
```

1   Circuit City didn't believe that it had met its

2   obligation or that it was entitled to the receivable.

3   From a system standpoint, you know, we were a

4   publically traded company, so we had to have system

5   controls in place.  Specifically what they were, I

6   cannot speak to that.  But, I'm not aware of any

7   issues within our Peoplesoft system.

8       Q       Do you have any personal knowledge as to

9   whether Circuit City sent any of the warranty claims

10  listed in Exhibit A to Sony?

11      A       I've seen some emails where they have,

12  yes.  Whether it was every single one on there and I

13  haven't seen every email, no.  But, I have seen email

14  communication from Circuit City to Sony.  And they

15  also had a system that was a web ap, I think it was

16  called Service Bench, where they could see the claims

17  out there.  So, it was kind of like a two way.  Both

18  parties could view the information at that point.

19      Q       Do you know whether Sony ever disputed

20  any particular warranty claim that's listed on Exhibit

21  A?

22      A       I'm not aware of any particular

23  disputes.  I do recall at some point in the

24  reconciliation or exchange of information process

25  there was a notation that they agreed to a significant

1    portion of this warranty claim.  So, I don't recall if

2    it was just all of the post-petition amount or -- it

3    was over $400,000.  I just don't remember the exact

4    dollar amount.

5        Q      With respect to the portion that Sony

6    didn't say it agreed to, do you know how those

7    disputes were resolved?

8        A      I don't even recall if they said they

9    disputed it or that it was invalid or what the

10   notation was.  I just -- I can literally picture them

11   saying agreed next to this 400-some thousand dollar

12   amount.  I don't remember the other piece.  It was so

13   insignificant that it would have kind of been a blip

14   on the radar for me to be honest.

15       Q      If Sony had indicated that it agreed to

16   let's say 400,000 or so, and the balance Sony didn't

17   say that it agreed, would you understand that Sony

18   disputed that amount or not?  Or what would your

19   understanding be with respect to that balance?

20              MR. FEINSTEIN:  Objection.

21       A      I would have a follow-up question as to

22   why they didn't agree to it.  But, I'm not sure I

23   would have a complete understanding.

24   BY MS. CHANG:

25       Q      Do you know whether you communicated

1    that question as to -- sorry, let me rephrase the

2    question.

3              MS. CHANG:  Can you read back her answer,

4    please?

5              COURT REPORTER:  "I would have a

6    follow-up question as to why they didn't agree to it.

7    I'm not sure I would have a complete understanding."

8    BY MS. CHANG:

9        Q     Do you recall whether you asked them a

10   follow-up question with respect to the balance that

11   they didn't necessarily explicitly say that they

12   agreed to?

13       A     I don't recall because I was really

14   focused on the chargebacks portion.

15       Q     If you -- strike that.

16             Do you have any knowledge as to how

17   Circuit City received credit for its warranty claims

18   with respect to Sony?

19       A     As to how it received credits?

20       Q     Yeah.  So, let me back up.

21             You mentioned in your declaration with

22   respect to chargebacks, for example, that Circuit City

23   offset and deducted amounts from pending Sony

24   invoices.  That's how Circuit City received credit for

25   the chargebacks.  My question is how -- do you have

1   any knowledge with respect to how Circuit City

2   received credit for the warranty claims that are

3   listed in Exhibit A?

4        A        Yes, my understanding is the same

5   process.  That they were deducted from invoices.

6        Q        And furthermore that -- is it also your

7   response that Circuit City would cut a net check to

8   satisfy the pending invoices?

9        A        Yes.

10       Q        In Paragraph 18 you talk about returns.

11       A        Yes.

12       Q        And your declaration mentions a merchant

13  deal letter agreement.

14       A        Yes.

15       Q        What is that?

16       A        It's a -- I believe it's actually titled

17  deal letter, but there's a letter from Sony to Circuit

18  City that just outlines certain parts of I guess the

19  agreement or process between Circuit City and Sony and

20  this one specifically talks about the returns process

21  and what items are eligible for return, which I

22  believe was customer returns and product defects.

23       Q        Have you actually seen a copy of the

24  deal letter?

25       A        Yes.

```
 1        Q       Is there a reason why you didn't attach

 2   it to your declaration?

 3                MR. FEINSTEIN:  Objection.

 4        A       No reason.

 5   BY MS. CHANG:

 6        Q       When did you last review it?

 7        A       You know what, I don't recall.  I'm not

 8   sure.  Probably in the last couple of months.  I

 9   couldn't say exact date.  Sorry.

10                (Mr. Barrett leaves the room.)

11   BY MS. CHANG:

12        Q       Did you review the deal letter in

13   connection with drafting this declaration?

14        A       I don't recall doing so.

15        Q       Do you remember how many pages long it

16   is?

17        A       I don't remember that either.

18        Q       Do you remember if it's a hundred or is

19   it more like ten?  Or fewer?

20        A       I think it's ten or fewer.

21        Q       Do you know whether the Trust produced a

22   copy of that deal letter as part of discovery?

23        A       I believe we would have as part of -- I

24   think there was a question specific to contracts.

25        Q       And do you have personal knowledge as to
```

1  whether Circuit City complied with all of its

2  obligations under this deal letter that you're

3  referencing right now?

4       A       It's my understanding that we did.

5       Q       On what basis?  What's the basis for

6  that understanding?

7       A       Well, the letter from my recollection

8  speaks to customer returns and defects and that's what

9  the returns were for.  I don't remember what else was

10 in there to be honest, but.

11      Q       Did you review each item on the returns

12 list in Exhibit A?

13      A       No.

14      Q       Let's talk about pricing deductions and

15 shortages.  At this point if you could turn to Exhibit

16 A in Sony Exhibit 9.  And just go to the very last

17 page of Sony Exhibit A.  It will be an easy way to

18 reference.  So, looking at the very top, very first

19 line item, shortage deductions, --

20      A       Yes.

21      Q       -- in the amount of it looks like

22 $283.99.

23      A       Yes.

24      Q       So, I'm just picking this one out of the

25 hat.  There's nothing special about it.

```
 1          A         Sure.

 2          Q         Do you have personal knowledge as to the

 3     circumstances underlying this particular pricing

 4     deduction -- shortage deduction, I'm sorry?

 5          A         Not the particular one.  But, the

 6     process, yes.

 7          Q         And how about there's a pricing

 8     deduction line item right under it, do you see it?

 9     It's for $255?

10          A         Yes.

11          Q         Do you have personal knowledge as to the

12     circumstances underlying that pricing deduction?

13          A         Not the specific item, no.

14          Q         In compiling this list of pricing

15     deductions and shortage deductions did you review each

16     item on this list before putting it on the list?

17          A         No.

18          Q         Do you believe that it is an accurate

19     representation though of amounts that Sony owes

20     Circuit City for each of these items?

21          A         Yes.

22          Q         What's the basis for your understanding?

23          A         This information came from our payable

24     system and it would have been reviewed by folks in the

25     payables department.  So, just by nature of the fact
```

```
1    that it's another group within Accounting, I mean, I

2    would rely on their understanding that they had done

3    their due diligence in recording this information.

4    And this isn't something I would see across -- you

5    know, throughout the history of Sony and Circuit City

6    this is not unusual.

7         Q       In preparing this spreadsheet did you

8    converse with anyone in payables to discuss the

9    accuracy of the underlying data in the spreadsheet

10   with respect to pricing deductions and shortage

11   deductions?

12        A       Yes.  To more gain just a general

13   understanding of where did the information come from

14   and what was the normal business process.  There was

15   nothing outside of the normal business process.  And

16   this information came directly from the systems.  We

17   just insured everything tied back to the system that

18   was in the spreadsheet.

19        Q       In your conversations with the payables

20   folks about these particular deductions did you

21   discuss -- I know you discussed the process and you

22   discussed the systems.  Did you discuss these

23   individual line items with them?

24        A       No.

25        Q       Did you draft your declaration yourself?
```

```
 1        A         Most of it, yes.

 2        Q         Did you consult any documents in

 3   drafting it?

 4        A         Well, the exhibits that are attached.

 5        Q         Did you review any other documents other

 6   than the exhibits that are attached?

 7        A         I don't recall doing so.  No, I don't

 8   think so.

 9        Q         Do you need a break?

10        A         Sure.

11      (Off the record from 12:06 p.m. to 12:13 p.m.)

12   BY MS. CHANG:

13        Q         So, here's the part where we have to

14   mark our pages.  So, looking at Exhibit A to your

15   declaration, just given that both counsel have noted

16   that the top of the pages are illegible as far as

17   assigned page numbers, I thought it would be a helpful

18   exercise if we went through the seven pages for

19   chargebacks and numbered them.

20        A         Sure.

21        Q         So, the first full spreadsheet page

22   we'll call Page 1.

23        A         Okay.

24        Q         And then we'll just go 2, 3, 4, 5, 6.

25   And there's only seven so it's not so bad.
```

```
 1        A        Okay.

 2        Q        So, looking at Page 4 of the chargeback

 3   portion of Exhibit A, if you look about a third of the

 4   way down there's a line item for 96847.  And I believe

 5   the chargeback numbers go more or less sequentially.

 6   96847.

 7                 MR. FEINSTEIN:  Okay.  I've got it.

 8   212,000?

 9                 MS. CHANG:  Exactly.

10   BY MS. CHANG:

11        Q        So, with respect to this particular line

12   item, do you have personal knowledge as to whether

13   Circuit City met the requirements for this particular

14   chargeback for $212,000?

15        A        Well, I reviewed them all.  So, at the

16   time that I reviewed it I would say that the

17   documentation supported that we did.

18        Q        Do you have personal knowledge as to

19   whether Sony agreed that Circuit City had met all the

20   requirements for Chargeback 96847?

21                 MR. FEINSTEIN:  Objection.

22        A        Agreed when?  After we submitted the

23   chargeback or via its commitment to us?

24   BY MS. CHANG:

25        Q        That's a good question.  That's a very
```

```
 1    good question.  My question is whether you know

 2    whether Sony agreed after Circuit City submitted its

 3    chargeback claim to Sony, whether Sony then agreed,

 4    oh, yes, you agreed -- I'm sorry, you complied with

 5    the program requirements?

 6              MR. FEINSTEIN:  Objection.  You can

 7    answer.

 8       A      I don't know.  For that one I just don't

 9    recall.  But, I know that in the production and I

10    think also it was in my declaration, there was a

11    spreadsheet that was prepared by Sony.  And this is a

12    post-petition item and there was a post spreadsheet

13    where they had indicated certain items as being valid

14    or credit memos issued.  So, if we're going to try to

15    find out, that would be one of the places I would

16    look.

17              MS. CHANG:  Can I have this please marked

18    as Sony Exhibit 10?

19

20              (An eight-page photostatic copy of a

21               vendor package for CB Number 96847,

22               Bates StampCCLT010356-010363, was marked

23               Sony Exhibit Number 10.)

24

25
```

```
 1   BY MS. CHANG:

 2        Q      I'm showing you what has been marked as

 3   Sony Exhibit 10.  And it's Bates Number CCLT-10356 to

 4   CCLT-10363.  And feel free to take a cruise through

 5   it.  What is this?

 6        A      Is that a question?

 7        Q      Yes.  What is this?

 8        A      What is this?

 9        Q      Yeah.  What is --

10        A      This is a vendor package.

11        Q      This is a vendor package for 96847?

12        A      Yes.

13        Q      Can we turn to Page 10358?  And I

14   believe you had mentioned earlier in your testimony

15   that this is a confirming letter?

16        A      Yes.

17        Q      And just going to read -- direct your

18   attention to the first paragraph where it says, "These

19   funds are for Sony to fund $265,000 if purchases from

20   April, 2008, to March, 2009, exceed $53 million;

21   collected $53,000 since met first half target of

22   $23.85 million; this chargeback is for the remaining

23   $212,000."  Can you tell me the -- well, just to make

24   sure, the date on this confirming letter is January

25   29, 2009.  And according to your previous testimony
```

1   then this would be the date on which Circuit City

2   probably submitted the vendor package to Sony, right?

3          A          Should be, yes.

4          Q          Do you know whether Circuit City ever

5   attained the $53 million sales target for the time

6   frame?

7          A          Let's see.  According to this, this

8   chargeback is for the remaining 212,000.  I'm just

9   trying to go through these comments and see if I

10  can --

11         Q          Take your time.

12         A          -- figure out what all this means.

13                    Okay.  This last section goes through

14  April through --

15         Q          Can you give me a page number just for

16  the record?

17         A          010361.

18         Q          Okay.  Yeah.

19         A          Has the purchases of 26.2 million and

20  the amount or the percentage of the 53 million that

21  should be recognized.

22         Q          Okay.

23         A          So, that at least accounts for a portion

24  of it.  What I don't see here is the other portion to

25  be honest with you.  At least not in this package.

```
 1          Q         Okay.

 2          A         Yeah.  I don't see it in here.  Like the

 3   actual evidence that I would expect to see.

 4          Q         So, is it fair to say you don't have

 5   personal knowledge that the requirements for this one

 6   Chargeback 96847 were performed?

 7                    MR. FEINSTEIN:  Objection.

 8          A         I don't have personal knowledge.  But, I

 9   think there's ways to go about validating it.

10   BY MS. CHANG:

11          Q         How would you do that?

12          A         I could look at sales data for one.

13   And, two, I would look into the production information

14   that was exchanged to see if there were any other, you

15   know, email exchanges or whatnot that didn't make its

16   way into this package for some reason.

17          Q         Is the sales data that you mentioned

18   still available at the Trust?

19          A         It should be.  Our sales system

20   obviously is not utilized anymore because we're not

21   selling anything.  But, we should be able to query

22   sales for certain periods of time.  I think it only

23   goes back one year from March of 2009, which this

24   obviously only goes through March of 2009.  So, we

25   should be able to get that, yes.
```

```
 1                    MS. CHANG:  If we could mark this,
 2    please, as Sony Exhibit 11.
 3
 4                        (A one-page email chain, Bates Stamp
 5                        CCLT00299010, was marked Sony Exhibit
 6                        Number 11.)
 7
 8    BY MS. CHANG:
 9        Q       Just take a quick look at this document.
10    Does this appear to be an email regarding the same
11    chargeback that we were just discussing, 96847?
12        A       Yes.
13        Q       And do you see it's an email -- sorry,
14    this is Bates Number CCLT-299010 for the record.
15    Looking at the middle email in the chain, it's an
16    email from Graham Mcivor to Derrick Wheeler.  Who is
17    Graham Mcivor?
18        A       Based on -- I don't know him personally,
19    but based on the email nomenclature it says MDSE,
20    which is merchandising.  So, he would have worked in
21    merchandising.  And then in the signature line it says
22    he was a buyer for DVD hardware.
23        Q       Who is Derrick Wheeler?
24        A       Derrick Wheeler to my understanding is
25    also a buyer, and -- I'm sorry, he was in Vendor
```

1    Funded Accounting.

2        Q        And here I see on December 4th of 2008

3    Mr. Mcivor says to Mr. Wheeler, "As of now we are

4    trending short of the $53 million Sony goal."  And you

5    see that this email gets forwarded by Mr. Wheeler to

6    Greg Lambert and then Greg Lambert sends it to someone

7    named Danny Cagwin.  Do you know who Danny Cagwin is?

8        A        Yes, he was in the merchandising area.

9    I believe he was higher level than a buyer, but I

10   don't recall his title.

11       Q        And do you see on January 28th, 2009,

12   which is almost two months later, Greg Lambert says to

13   Mr. Cagwin, "Your team may have done this already but

14   did we confirm we did not hit the goal for the VIR?"

15   Have you ever seen this email?

16       A        Not specifically, no.

17       Q        So, do you have any knowledge of what

18   response Mr. Lambert got from Mr. Cagwin?

19       A        I'm not aware of any response.  Not to

20   say that he didn't, but I haven't seen it.

21                MS. CHANG:  Could we mark this as Sony

22   Exhibit 12, please?

23

24                (A one-page photostatic copy of an

25                email chain, Bates Stamp CCLT00101125,

1              was marked Sony Exhibit Number 12.)

2

3    BY MS. CHANG:

4         Q       Do you know who Marie -- I'm sorry, I

5    keep forgetting.  Exhibit 12 is CCLT-101125.  Do you

6    know who Marie Dorey is?

7         A       I know that she worked for Sony.  And

8    she was on a lot of email communication.

9         Q       Do you know -- do you have any further

10   sense of who she was or what her role was at Sony?

11        A       I don't know her title, but I know that

12   she was very involved in the communication between

13   Sony and Circuit City with respect to chargebacks.

14        Q       And can you elaborate -- you mentioned

15   Greg Lambert before actually.  You said he was the

16   supervisor of the Vendor Funded Accounting Group.

17   What was his role with respect to chargebacks that

18   Circuit City claimed from Sony?

19        A       I think I described this earlier.  But,

20   he would have been responsible for reviewing the

21   chargebacks as like a final review.  There were

22   individual accountants within the group that would

23   have been the first-level review.  When it got towards

24   the end he helped oversee the process of insuring that

25   chargebacks were billed, what we call the billers

1    back.

2         Q       So, turning to Sony Exhibit 12, just

3    looking together here, you see Marie Dorey is writing

4    an email to Greg Lambert on February 24th, 2009.  And

5    the chargeback we all were just looking at was 96847

6    which is the third one down.  And do you see she

7    writes here, "Did not meet VIR requirements."  Do you

8    know what VIR stands for?

9         A       Volume incentive rebate.

10        Q       Are you aware -- have you ever seen this

11   document before?

12        A       No.

13        Q       So, you have not done anything to

14   investigate this particular dispute from Sony?

15        A       I haven't.

16        Q       If you were aware of this dispute would

17   you have still included it on Exhibit A of your

18   declaration?

19             MR. FEINSTEIN:  Objection.

20        A       I probably would not have just taken

21   this email exchange at face value without having had

22   some further communication and investigation on my

23   own.

24   BY MS. CHANG:

25        Q       What would you have done to investigate?

1        A        Well, I think I did originally try to

2    follow up with Tim and Alan on all the chargebacks.

3    But, I hit a brick wall there.  So, I would have been

4    looking to them or someone at Sony to further

5    elaborate on what is meant by did not meet VIR

6    requirements.  That would have been my initial

7    question.  Depending upon the answer, that would

8    determine my next step.

9        Q        If you -- I'll move on.

10       A        Okay.

11                MS. CHANG:  Will you please mark this as

12   Sony Exhibit 13?

13

14                     (A 15-page photostatic copy of email

15                     exchange and attachment, Bates Stamp

16                     CCLT00101510-00101511, with attachments,

17                     was marked Sony Exhibit Number 13.)

18

19   BY MS. CHANG:

20       Q        This is CCLT-101510 to 101511.  This is

21   an email dated March 3rd, 2009, and it includes the

22   attachment to the email.  Have you ever seen this

23   document before?

24       A        I was copied on it, so in theory.  But,

25   I don't necessarily remember it.

1        Q        The email itself is from Greg Lambert to

2   John Kelly?

3        A        Yes.

4        Q        And it says "Brandi asked that I forward

5   you a list of vendor denials to this point."  So,

6   looking at the attachment, which is CCLT-101511,

7   looking at the fourth item down, you see Chargeback

8   96847, right?

9        A        Yes.

10        Q        And do you see a column, it's second

11   from the right, it says reason for denial?

12        A        Yes.

13        Q        And do you see how it says did not meet

14   VIR requirements?

15        A        Yes.

16        Q        So, this document is a Circuit City

17   record; is that right?

18        A        It appears to be.

19        Q        Do you know whether the dispute was

20   resolved?  I see that there's reason for denial which

21   means Sony disputed it.  Do you know if that was

22   resolved?

23        A        I don't.  I can see from reading the

24   context of this email that this was being sent, in

25   theory I assume so that the folks left in the

```
 1    merchandising department could work with -- it's not

 2    just Sony.  There's like tons of vendors on here.  To

 3    work with them to try to work through any disputes.

 4    But, I don't know the -- or at least I don't recall

 5    the outcome of each of them.

 6         Q       But, this chargeback obviously is still

 7    included on Exhibit A?

 8         A       Yes.

 9               MS. CHANG:  Will you please mark this as

10    Sony Exhibit 14?

11

12                      (A seven-page photostatic copy of a

13                       vendor package for CB Number 98681,

14                       Bates Stamp CCLT040447-040453, was

15                       marked Sony Exhibit Number 14.)

16

17    BY MS. CHANG:

18         Q       And the Bates range is CCLT-40447 to

19    40453.  Can you just take a look through the document

20    and let me know what this compilation of papers is?

21         A       It's a vendor package.

22         Q       What is it a vendor package for?

23         A       Chargeback 98681.

24         Q       Do you have -- turning to Page 7 of what

25    we have marked as Page 7 of Exhibit A to your
```

1    declaration, can you find the line for 98681?

2        A       Yes.

3        Q       It's near the top kind of.  It's for

4    400,000.  Do you see it?

5        A       Yes.

6        Q       Do you have personal knowledge as to

7    whether Circuit City actually met the requirements for

8    this particular chargeback?

9        A       My understanding is that they committed

10   to the display allowance according to this letter in

11   the back.  I mean, that's the extent of my knowledge.

12   They committed to it, so.

13       Q       And looking at the confirming letter

14   which is on Page 40449, do you see at the end of the

15   first paragraph it says, "These funds are for final

16   payment on Z series and Blu-ray endcap that was agreed

17   to be placed through February of 2009"?

18       A       Yes.

19       Q       And do you see that the date of the

20   confirming letter is January 26th, 2009?

21       A       Yes.

22       Q       Could Circuit City have fulfilled its

23   requirements to keep an endcap in stores through

24   February, 2009 -- sorry.  That's a really long

25   question.

1        A        That's okay.

2        Q        So, it appears from this confirming

3   letter that the program from Sony requires placement

4   of an endcap in stores through February of 2009,

5   right?

6        A        Well, let me look back at what the

7   commitment says.  Yes, it says on agreement to keep

8   the endcap in place from July, 2008, through February,

9   2009.

10        Q        What are you reading from just for the

11   record?

12        A        CCLT040453.

13        Q        What is that page?  That page appears to

14   be part of a document.  What document is that?

15        A        It's a program offering.

16        Q        From?

17        A        Sony.

18        Q        To Circuit City?

19        A        Yes.

20        Q        So, what's your understanding of Circuit

21   City's obligation with respect to this endcap?

22        A        To have the endcap in its stores from

23   January, 2008, through 2009.

24        Q        I'm sorry, July, 2008?

25        A        I'm sorry what did I say, January?

```
 1    Sorry.  Yes, July.

 2         Q        July, 2008, through February of 2009?

 3         A        Yes.

 4         Q        So, my question, what I'm getting at is

 5    this confirming letter is actually dated January 26th

 6    of 2009?

 7         A        Yes.

 8         Q        So, how is it possible -- I just didn't

 9    understand how it was possible for Circuit City to

10    claim the funding for keeping an endcap through

11    February, 2009, but they're claiming it a month

12    beforehand.

13         A        Sure.

14         Q        Do you have any insight as to that?

15         A        I don't.  Other than the fact that this

16    was post-liquidation and perhaps -- it says the buyer

17    is George Ross.  But, we knew him at Circuit City as

18    Skip.  Skip may have had some insight as to when the

19    endcaps were going to remain in place or how long they

20    were going to remain in place and wanted to get the

21    billing completed.  We announced liquidation in

22    January.  So, at some point obviously stores were

23    starting to close.  And, you know, that's all that I

24    would be able to say to that.  As far as I know he

25    would have been just ahead of the game it looks like.
```

1      Q        Have you ever discussed this particular

2   chargeback with Skip Ross?

3      A        No.

4      Q        So, do you have any knowledge as to

5   whether Circuit City actually kept endcaps in stores

6   through February of 2009?

7      A        In general we did.  For me to be able to

8   say whether we had this particular endcap in place

9   through -- did you just say January or February?

10     Q        February, 2009.

11     A        I couldn't say for sure for the specific

12  one.  But, I know that endcaps were in place.  They

13  were in place till the very end.

14     Q        Actually going back to the program

15  letter that you were reading from but reading from a

16  different page.

17     A        Sure.

18     Q        Because actually I think that section

19  begins on the page before, which is Page 40452.

20     A        Yes.

21     Q        Do you see how it says "Sony will

22  provide $1 million in MDF funding to support an endcap

23  display in at least 650 Circuit City stores."  Do you

24  know whether Circuit City had at least 650 stores open

25  through February of 2009?

1          A          I don't recall the exact number of

2     stores.  I know that there were some store closings as

3     early as November of 2008.  But, I don't remember the

4     split.  You know, how many remained open after that I

5     don't recall specifically.  I could find out.

6          Q          Okay.  How many stores did Circuit City

7     have open let's say before the petition was filed?

8          A          It was over 700.  But, I don't remember

9     the exact number.

10         Q          Was it under a thousand?

11         A          Yes.

12         Q          Was it more like under 800 too?

13         A          Yeah, I think it was between 750 and 8.

14         Q          And can you estimate, and if you can't

15    it's okay, it's just to the best of your knowledge,

16    estimate the number of stores that were still open by

17    the time Circuit City announced its liquidation?

18         A          I can't.  Because I don't remember how

19    many we closed in November.  It was in the 100 range,

20    but I don't know the exact number.  I don't remember.

21         Q          Did Circuit City keep closing stores

22    between the November when about 100 shut down all the

23    way through the announcement of liquidation?

24         A          No.  It was one big kind of shutdown.

25    At least the announcing of closing.  How they actually

1   closed I don't recall, you know, the timing.  But, the

2   closure announcement happened in November.  The dates

3   of closing of that hundredish stores I don't remember.

4        Q       And then was there another big tranche

5   of stores that were closed after the announcement of

6   liquidation?

7        A       Well, they closed as they liquidated.

8   When everything was gone, it closed.  But, everything

9   was closed sometime in March of 2009.

10        Q       That's when all the stores -- by that

11   time all the stores were gone, right?

12        A       Yes.

13        Q       But, does the Trust have data as to

14   exactly how many stores were open -- I'm sorry, it

15   would really be does the Trust have data as to when

16   each of its stores closed between November and March,

17   November, 2008, and March of 2009?

18        A       We should, yes.

19        Q       All right.  Turning past Page 7 of the

20   chargebacks, you have a whole section of billbacks.

21   So, I just want to ask a couple questions about those.

22   Actually, no.  We can go to the very front of Exhibit

23   A.  It's even better.  You have a nice summary called

24   AR summary.  So, we'll just look at that.  Under

25   billbacks, I see that there's $973,342.86.  And this

1    is the amount of billbacks that Circuit City is

2    claiming, right?

3         A      Yes.

4         Q      Do you have any personal knowledge as to

5    whether Circuit City actually met the requirements to

6    earn these billbacks?

7         A      Well, for billbacks they are typically

8    an over-arching program.  So, it's based on purchases.

9    And we purchased the goods.  So, I would say yes, we

10   were entitled to the billback.

11        Q      Are you familiar with the amount of

12   money that Sony committed for these billbacks?

13        A      It's in the package and in the binders

14   that I provided.  I don't recall the specific details

15   of this.

16        Q      Sure.  I understand.

17               Do you have personal knowledge as to

18   whether after Circuit City claimed these $973,000 in

19   billbacks, whether Sony agreed that Circuit City had

20   earned that amount in billbacks?

21        A      At my last deposition I believe your

22   counterpart put some document in front of me that at

23   least alluded to the fact that there was some question

24   as to the dollar amount.  But, outside of that, no.

25        Q      Actually I am not here to hide the ball.

```
1    I'll show you that document.

2         A       You can show it to me again.

3         Q       It's what was previously marked as Sony

4    Exhibit Number 8.  Before Mr. Goldwater showed you

5    this document had you ever seen it before?

6         A       I don't think so.  I mean, I don't

7    recall seeing it.

8         Q       So, is it fair to say you had no

9    personal knowledge that Sony actually disputed this

10   particular claim?

11        A       Correct.

12        Q       And fair to say you haven't done

13   anything to investigate the dispute that Sony had?

14        A       I don't think that I can just from this

15   document.  I mean, I remembered seeing this document.

16   It certainly triggered in my mind what is this about.

17   But, again, typically there would be a lot of follow

18   up and back and forth communication to better

19   understand.  When I just read this, this doesn't

20   necessarily -- wouldn't lead me to believe that

21   they're correct without having some follow-up.

22        Q       What kind of follow-up could you do now

23   to determine whether or not Sony's dispute is

24   well-founded?

25        A       I need to probably re-read this.  But, I
```

1    seem to remember that they indicated that they had

2    already received claims.  So, my first question would

3    be what are those claims.  Show me the claims you're

4    talking about that you indicate that you already

5    received for the same dollar amount.  Because I don't

6    show that in my records.  And then hopefully that

7    would trigger something one way or the other.

8                    MS. CHANG:  Mark this as Exhibit 15.

9

10                   (An eight-page photostatic copy of a

11                    vendor package for CB Number 98473,

12                    Bates Number CCLT040384-040391, was

13                    marked Sony Exhibit Number 15.)

14

15   BY MS. CHANG:

16        Q        This is Bates range CCLT-40384 to 40391.

17   From your cruise through these pages what does this

18   appear to be?

19        A        Looks like the vendor package for

20   Chargeback 98473.

21        Q        Okay.  And this chargeback, if you could

22   look with me on Page 7 of your Exhibit A, it's listed

23   there.  98473, it's the third one down in the amount

24   of $229,560.  Do you have any personal knowledge as to

25   whether Circuit City met the requirements for this

```
 1   particular chargeback?

 2        A       Only what's included in the vendor

 3   package.

 4        Q       Can you look at Page 40386?  It's the

 5   confirming letter.

 6        A       Sure.

 7        Q       Do you see in the first paragraph it

 8   says these funds are for $40 TC on certain models from

 9   1-11 to 1-31.  What's a TC?

10        A       Trailing credit.

11        Q       And so how -- what would you understand

12   this offer to mean?

13        A       $40 per unit sold of those two units

14   specified from January 11th through January 31st.

15        Q       Can you turn please to Pages 40389 to

16   40391.  It's actually a three-page email thread.

17        A       Sure.

18        Q       Running from January 12, 2009, to

19   January 14, 2009.  And if you could turn to the

20   earliest email in time.  So, it's actually on Page

21   40391.

22        A       Yes.

23        Q       This is an email from Leticia Bergin at

24   Sony to Ann Saulsbury at Circuit City.  Who is Ann

25   Saulsbury?
```

```
 1          A        She worked in merchandising.

 2          Q        And do you see on the very last page

 3   here it looks like Leticia Bergin is offering what

 4   she's calling transition support for the two models

 5   listed on the confirming letter, and she says there's

 6   $40 in trailing credit per unit on net sales during

 7   the January 11 to January 31, 2009, time period.  Do

 8   you see the middle where she says, "Note that there

 9   are some restrictions being placed on these funds.

10   Two primary issues of concern to Sony are as follows.

11   Number 1, Circuit City ownership may change.  And

12   Number 2, Sony needs all assurances that Circuit City

13   will put forth their best efforts to transition these

14   existing two models and will place orders, slash,

15   accept delivery of the following three models by month

16   end.

17          A        Yes.

18          Q        And the month end -- this email is dated

19   January 12th, 2009, so month end must be end of

20   January of 2009, right?

21          A        That's how I would interpret it.

22          Q        Are you aware of whether Circuit City

23   changed ownership or remained a going concern at any

24   point after this email was written?

25                   MR. FEINSTEIN:  Objection.
```

```
 1        A        Changed ownership?  No.
 2   BY MS. CHANG:
 3        Q        Did Circuit City remain a going concern
 4   after this email was written?
 5        A        When was the email written?
 6             MR. FEINSTEIN:  Objection.
 7        A        January 12th?  Yes.
 8   BY MS. CHANG:
 9        Q        Until when?
10        A        Well, we announced liquidation on
11   January 16th.  But, we did not fully liquidate until
12   March of 2009.
13        Q        Do you know, are you personally aware of
14   whether Circuit City accepted -- placed orders and
15   accepted delivery for the three models listed in
16   Leticia Bergin's January 12th, 2009, email?
17        A        I'm not.  But, I certainly could find
18   out.
19        Q        Okay.  Assuming, let's just assume, that
20   Circuit City was not able to accept these three models
21   by the end of January, 2009.  Is it your understanding
22   that Sony would then be entitled to withdraw funding
23   for this chargeback?
24             MR. FEINSTEIN:  Objection.
25        A        I'm not sure to be honest with you.
```

```
 1   BY MS. CHANG:

 2        Q      Based on this email?

 3        A      I mean, I think definitely based on this

 4   email I could see why they would dispute it.  But,

 5   again, I would be going to probably Ann Saulsbury to

 6   see if there was additional communication or what the

 7   more specific situation was.

 8        Q      Besides the documents in the vendor

 9   package though have you seen any other documents

10   related to this particular chargeback?

11        A      Not that I recall, no.

12             MS. CHANG:  Okay.  Mark this, please, as

13   Sony Exhibit 16.

14

15                  (A ten-page photostatic copy of a

16                  vendor package for CB Number 97666,

17                  Bates Stamp CCLT030017-030026, was

18                  marked Sony Exhibit Number 16.)

19

20   BY MS. CHANG:

21        Q      This is CCLT-30017 to 30026.  And if you

22   could please take a look through and let me know what

23   this document is.

24        A      It's a vendor package for Chargeback

25   97666.
```

1        Q        Turning to Page 5 of Exhibit A of your

2    declaration.

3        A        Uh-huh.  (Indicating affirmative

4    response.)

5        Q        This is about halfway down the page.  Do

6    you see the chargeback line for 97666 in the amount of

7    $635,869.50?

8        A        Yes.

9        Q        Do you have personal knowledge as to

10   whether Circuit City met the requirements for this

11   particular chargeback?

12       A        Nothing outside of what's in this

13   document, which has an email from Jim O'Keefe at Sony

14   with I guess an attachment as to what he felt were the

15   appropriate pricing amounts.

16       Q        Turning to the confirming letter which

17   is Page 30019, do you see that this is a claim for the

18   635,000 and it's for price protection for certain

19   models effective December 2nd, 2008?

20       A        Yes.

21              MS. CHANG:  If you could please mark this

22   as Sony Exhibit 17.

23

24              (A one-page email Bates Stamp

25              SEL00000850 was marked Sony Exhibit

```
 1                    Number 17.)

 2

 3   BY MS. CHANG:

 4        Q        And this is SEL00000850.  This is an

 5   email from Marie Dorey to Susan Wilburn and Dana

 6   Griffin.  Who are Susan Wilburn and Dana Griffin at

 7   Circuit City?

 8        A        They were part of the Vendor Funded

 9   Accounting Group.  Susan was a supervisor and Dana was

10   in a clerical role.  She would have been responsible

11   for billing the vendor.

12        Q        And do you see on this email, it's dated

13   January 14th, 2009, that Marie Dorey is actually

14   writing about the same chargeback that we were

15   previously discussing, and that's 97666?

16        A        Yes.

17                  MR. FEINSTEIN:  Objection.

18   BY MS. CHANG:

19        Q        Do you see that she, Marie Dorey, is

20   saying after review of this claim a portion of this is

21   not valid.  And later she says records show they were

22   no purchases of this model from 11-10 to 12-2;

23   therefore, not entitled to this part of the claim.

24   Have you ever seen this email?

25        A        Not specifically, no.
```

1       Q       So, are you aware that Sony disputes

2  this particular chargeback?

3                  MR. FEINSTEIN:  Objection.

4       A       Through the production document that was

5  the post-petition I guess like an internal

6  reconciliation, I believe I recall that this one and,

7  in fact, I just looked it up in here, in Exhibit D,

8  for the same chargeback it says that it needs a

9  revision.  And says basically the exact same notation

10  as what's in this email.

11  BY MS. CHANG:

12       Q       Can you tell us just for the record what

13  page you're looking at when you're referencing?

14       A       It says Exhibit D, Page 9 of 14.

15       Q       And this is Exhibit D to the Fose

16  declaration, right?

17       A       Correct.  Yes.

18       Q       So, in Exhibit D on Page 9 of your

19  declaration you're saying that you see this same

20  chargeback listed as needing more information?

21       A       Yes.

22       Q       Did you do anything to investigate -- or

23  did you do anything to gather more information about

24  this particular chargeback?

25       A       No.

1        Q        Do you consider this chargeback to be

2   valid even though Sony says it needs more

3   information -- or, I'm sorry, that it should be

4   revised?

5                 MR. FEINSTEIN:  Objection.

6        A        Not without further understanding of --

7   I've never known a price protection to have this type

8   of verbiage as far as there where no purchases from

9   11-10 through 12-2.  A price protection generally

10  speaks to how much inventory you have on hand and

11  future purchases.  So, I have never seen a dispute nor

12  have we ever run a calculation of a price protection

13  that did a lookback at purchases over a specific

14  period of time.

15  BY MS. CHANG:

16       Q        So, I want to make sure I understand

17  correctly on price protection.  Can you give me an

18  example of how price protection would work?  Let's

19  just take, for example -- let's just take this for

20  example.  There's a Sony model price protection.  I

21  see it's effective as of a certain date, December 2nd.

22  So, from your perspective in your experience, how does

23  price protection work?  What does this mean?

24       A        It would mean whatever inventory we have

25  on hand on that effective date, so in this example

```
 1    December 2nd, you basically would look into the

 2    system, how many units do we have on hand and at what

 3    cost.

 4         Q    As in what cost is what did Circuit City

 5    pay for it?

 6         A    Right, as in the invoice cost.  So, we

 7    can, if you want -- do you want to just look at this

 8    first line?

 9         Q    Sure.

10         A    CCLT-030020.

11         Q    Okay.

12         A    There's a line that says price

13    protection for, and then under that there's a class

14    217 then Sony KDL46, it's either 54 or S4, 100.

15         Q    Okay.

16         A    Old invoice cost, that would be what it

17    was in our system previously.

18         Q    This is what Circuit City paid for?

19         A    It's what was invoiced for it.  So,

20    theoretically.  The new invoice cost, so that would be

21    what the price protection amount is for.  The

22    difference between the two, which is this cost

23    difference, that's in theory what Sony owes Circuit

24    City per unit.

25         Q    I'm confused.
```

```
 1          A        Okay.

 2          Q        So, you're saying this means Circuit

 3    City was invoiced at $1207?

 4          A        Correct.

 5          Q        For pieces that are sitting in its

 6    warehouse as of December 2nd?

 7          A        Correct.

 8          Q        Has Circuit City already paid for those?

 9          A        In theory.  You can't tell that from

10    this document.

11          Q        But, in theory Circuit City has already

12    paid.  I'm Circuit City, I've already paid for all my

13    goods.  Now, there's a new invoice cost.  Why does

14    that matter to me with respect to units that I've

15    already paid for?

16          A        Because that's what a price protection

17    is.  It says I'm going to start selling you this

18    product effective on this date at this amount.  And

19    I'm giving you price protection; i.e, I'm protecting

20    all the inventory you've already bought from me at

21    this higher amount.  At this new cost.  So, maybe this

22    is too complicated.  I can make it more simple.  Let's

23    say we bought an item for $150.  And then on December

24    2nd they give us protection at 125.  That means going

25    forward, from 12-2 forward every new item I buy would
```

```
 1   be 125.  Every item currently in my inventory that I

 2   bought at 150, you're going to give me $25 for each of

 3   those units.

 4        Q      I see.  Okay.  And does it matter -- for

 5   the items currently in your inventory on December 2nd

 6   does it matter when you bought them?

 7        A      Not to my knowledge, no.  And that would

 8   be my issue with that comment.

 9        Q      I see.  Okay.  That makes sense.  Thank

10   you.

11        A      Sure.

12               (Off the record in place.)

13               MS. CHANG:  Could I please have this

14   marked as Exhibit 18?

15

16                 (A ten-page photostatic copy of a

17                  vendor package for CB Number 98256,

18                  Bates Stamp CCLT040183-040192, was

19                  marked Sony Exhibit Number 18.)

20

21   BY MS. CHANG:

22        Q      And same as with the others, please take

23   a page-through and let me know what this is.

24        A      It appears to be the vendor package for

25   Chargeback 98256.
```

1          Q          And could we look at Page 6 in Exhibit

2     A?  Page 6 of the chargebacks in Exhibit A of your

3     declaration.

4          A          Sure.

5          Q          Let's go to this line.  98256.  It's

6     towards the bottom.  See it's for $386,790?

7          A          Yes.

8          Q          And see it's for sell through support

9     2/1 to 2/7, DI-08-92.  Do you know the significance of

10    DI-08-92?

11         A          My understanding is that that's a Sony

12    reference to a document.  And it may be attached here.

13    Yes.  It's CCLT040189.

14         Q          Okay.  That appears to be a sales news.

15    Oh, no, it doesn't say sales news.  It's a program

16    letter?

17         A          Right.

18         Q          And sorry, I didn't mention that Exhibit

19    18 is CCLT-40183 to 40192.

20                    With reference to that line item on

21    Exhibit A, do you have personal knowledge as to

22    whether Circuit City met the requirements for that

23    chargeback?

24         A          Nothing outside of what's in this, in

25    the document, vendor package for 98256.

```
 1        Q        Do you have personal knowledge as to

 2   whether this particular chargeback was correctly

 3   calculated?

 4        A        It appears to be correctly calculated,

 5   because in the VMA package, the part -- sorry,

 6   starting on 040186, it indicates the sales from

 7   February 1st through February 7th.  Let's see.

 8   Actually it looks like it says it's an estimate, but

 9   then it goes on to have the detail behind it.

10        Q        And you're referencing Page 40187,

11   right?

12        A        Yes.

13        Q        So, looking on Page --

14        A        And then again 40188.

15        Q        Okay.  Sure.  So, we can -- maybe let's

16   look at 40188 because it's larger.

17        A        Sure.

18        Q        I think they say the same thing.

19                 So, I just want to make sure I

20   understand this correctly.  We have a bunch of Sony

21   models.  I think they're cameras but I could be wrong.

22   The quantity, is that -- well, I'll just ask you.

23   What does quantity refer to?

24        A        That would be the quantity sold.

25        Q        And what does amount per unit refer to?
```

1        A        That should be the commitment amounts of

2    trailing credits, normally a dollar amount per unit.

3        Q        And the chargeback amount, what is that?

4        A        That's just the amount per unit times

5    the quantity.

6        Q        And then together when we add up the

7    quantity times the amount per unit for each of these

8    models we get to the grand total of the chargeback

9    amount being claimed, right?

10       A        Correct.

11       Q        Turning to the program letter which you

12   just referenced, it begins on Page 40189.

13       A        Yes.

14       Q        I want to direct your attention to the

15   second page of the program letter.  And I'm going to

16   direct your attention to the reference to February 1

17   to February 7, because it looks like there's different

18   program periods and then the one that -- the program

19   period at issue with this chargeback is February 1 to

20   February 7.  Okay.  So, let's just pick one out of the

21   hat.  And let's look at Model W170.  It's actually the

22   last line item in the February 1 to February 7 time

23   period.

24       A        Yes.

25       Q        Do you see that it's a $50 instant

```
 1   rebate offer amount per unit?

 2        A       Yes.

 3        Q       And what is an instant -- well, do you

 4   have any knowledge as to how instant rebate offers

 5   worked with respect to these programs or how they

 6   related to trailing credits?

 7        A       In general, yes.  I'm just trying to

 8   refresh my memory on this particular one.

 9        Q       Take your time.

10        A       Okay.  So, I believe if memory serves

11   me, any customer purchase during this period of time

12   for the units indicated in that February 1st through

13   February 7th would be eligible for this per unit

14   dollar amount.

15        Q       So, 50 -- so, for this --

16        A       In this, yeah.  Sorry.

17        Q       For Model 170, for example, if I'm

18   understanding you correctly, a customer who purchases

19   that model during the February 1 to 7 time period, the

20   customer gets $50 off; is that right?

21        A       Well, Circuit City is getting reimbursed

22   $50 per unit.

23        Q       Then --

24        A       Sony's not committing $50 per unit to

25   the customer.  It's to Circuit City.
```

1        Q        Then can you turn to Page 40191?

2        A        Sure.

3        Q        And let's look at the same time period

4    of February 1 to February 7.  And let's look at the

5    same model just so that we're all on the same page.

6        A        Sure.

7        Q        And this is $40, right?

8        A        Yes.

9        Q        So, what's the difference between the

10   instant rebate offer and the trailing credit amount

11   then?

12       A        Instant rebate is a customer rebate.

13   But, it's not Sony paying to the customer directly.

14   It's Sony still pays to Circuit City.  That was I

15   think the clarifying point I was trying to make

16   earlier.  And a rebate would be where Circuit City

17   offers a rebate to the customer where as a trailing

18   credit we don't have to offer any rebate to the

19   customer, we're still going to get X dollars per unit.

20       Q        So, does that mean that for each unit

21   that Circuit City sells to a customer they get $90?

22   I'm confused.

23       A        Well, I have to read all these other

24   paragraphs, but a unit during a period of time can

25   qualify for more than one program generally speaking.

1    So, yes.  If Circuit City sold a unit and they were

2    eligible for a trailing credit and at the same time

3    had an instant rebate, then, yes, they would be

4    eligible for both.

5         Q      Okay.  It says here at the bottom of

6    40189 that in order to receive trailing credits under

7    this program --

8         A      Yes.

9         Q      -- in addition to all other requirements

10   set forth in this document, participating dealers,

11   which I take is Circuit City, must provide -- Circuit

12   City must provide the following instant rebate offer

13   throughout the program period.  So, Circuit City is

14   providing the instant rebate.  Doesn't that mean that

15   Circuit City is providing the instant rebate to its

16   customers of $50 and in return for every time they do

17   that, Sony will give them a trailing credit of $40?

18                MR. FEINSTEIN:  Objection.

19        A      Yes, Circuit City is providing an

20   instant rebate.  That's what I think this says.

21   Customers purchasing any of the following models will

22   receive the corresponding instant rebate.  And they

23   are also getting a trailing credit.  Circuit City is

24   getting a trailing credit.

25

1    BY MS. CHANG:

2         Q       Right.  Circuit City is getting the

3    trailing credit?

4         A       Yes.

5         Q       But, the customer -- isn't the customer

6    Circuit City's customer that's getting the instant

7    rebate offer?

8         A       Yes.  They are getting the instant

9    rebate offer.  I'm sorry, I was trying to say earlier

10   that Sony is not paying the customer for an instant

11   rebate.

12        Q       Right.

13        A       Correct.

14        Q       Sorry.  This is my fault.  I've muddied

15   that up.  Can you summarize what this program means to

16   you?

17        A       Wow.

18        Q       Just summarize what you just said.

19                MR. FEINSTEIN:  Objection.

20        A       I'll try.

21   BY MS. CHANG:

22        Q       I mean, because I was getting mixed up

23   as to who was paying who.

24        A       Well, this -- maybe we need to back up.

25   Because this chargeback is specifically for sell

1    through support or trailing credit.  And the dollar

2    amounts that are in here per unit refer back to the

3    trailing credit that we discussed on Page, let's see,

4    40191.

5          Q       Right.

6          A       Okay.  I guess maybe I don't understand

7    what your question is.

8          Q       So, my question is under this program,

9    what does Circuit City -- what does Sony owe to

10   Circuit City?  Does it owe the trailing credit amount

11   or does it owe the instant rebate amount?

12                 MR. FEINSTEIN:  Objection.

13         A       Under this program I believe they owe

14   both.

15   BY MS. CHANG:

16         Q       Okay.  All right.  That's fine.

17                 Can you turn to Page 40192?  In the same

18   Sony Exhibit 18.

19         A       Would you say that again?  Sorry.

20         Q       So, in Sony Exhibit 18, which is

21   Chargeback 98256 --

22         A       Okay.

23         Q       -- just go to the very last page.  Which

24   is Bates Number CCLT-40192.

25         A       Yes.

1        Q        Do you see at the very top it says that

2    claims to Sony must include the following data.

3    Number 1 is sell through.  Number 2 is proof that IRO

4    was provided to various models above customers

5    throughout the program period.  And a debit memo.

6    Does this vendor package include sell through of

7    product?

8        A        Yes.

9        Q        Where is that?

10        A        That's 40188.

11        Q        Okay.  So, you're saying the sell

12    through is reflected in the quantity listed?

13        A        Yes.

14        Q        And in your view is it satisfactory that

15    Circuit City provided the bottom line quantity rather

16    than the dates on which each model was sold?

17        A        No, it's completely consistent with how

18    we've provided the data throughout the relationship.

19        Q        And is there proof that IRO was provided

20    to various models above customers?

21        A        Various models above customers.

22        Q        I think it's missing a word, but.

23        A        Clearly.

24        Q        Proof that the --

25        A        I'm not sure I even understand that

1    sentence.

2         Q        Why don't we just take the beginning?

3    Does it include proof that the instant rebate offer

4    was provided?

5         A        I don't see it in this package.

6         Q        Does this package include a debit memo

7    for the total trailing credit amount?

8         A        Circuit City didn't typically provide

9    what I would call debit memos.  But, this -- we didn't

10   label them as such, but you could consider any of this

11   to be a debit memo.  It has the full amount that was

12   calculated on the chargeback due to Circuit City from

13   Sony, same as the next page 040186 from VMA.  This is

14   the typical information that would have been sent.

15        Q        Okay.  But, this particular vendor

16   package does not include proof that the IRO was

17   provided?

18        A        I don't see it in here.  At least in

19   these documents.  It doesn't mean that it wasn't

20   submitted in some other form, email communication, I'm

21   not sure.

22                 MS. CHANG:  Let's mark this as Sony

23   Exhibit 19.

24

25                        (An 11-page photostatic copy of a

```
 1                      vendor package for CB Number 98258,

 2                      Bates Stamp CCLT040193-040203, was

 3                      marked Sony Exhibit Number 19.)

 4

 5   BY MS. CHANG:

 6        Q        And take a look at that and let me know

 7   what it is, please.

 8        A        Looks like a vendor package for

 9   Chargeback 98258.

10        Q        And turning to the confirming letter

11   which is Page 40195, it says these funds are for sell

12   through support February 8 to February 21, DI-08-92.

13   What is DI-08-92?

14        A        It refers to the program letter that's

15   in the back of the package starting at CCLT040200.

16        Q        And just as with the previous program

17   that we looked at, let's turn to the very last page of

18   the program which is 40203.  See Number 2, the second

19   requirement is proof that the IRO, again that's the

20   instant rebate offer, was provided.  Is that anywhere

21   in this chargeback vendor package?

22        A        I don't see it, no.

23        Q        And do you see further on the same page

24   I was reading from, please note that any deviation

25   from these terms and conditions will result in Sony's
```

```
 1   refusal to pay trailing credits.  Is it your
 2   understanding that if -- sorry, can I rephrase that?
 3               You had said before that you believed
 4   each of the line items on Exhibit A was accurate
 5   because you had reviewed the vendor package and
 6   determined that all the requirements -- that Circuit
 7   City had met all requirements required to earn each
 8   particular chargeback, right?
 9        A      Correct.
10        Q      So, having looked at this vendor package
11   again and seeing that particular requirement, would
12   you agree that Circuit City actually has not met the
13   requirements under this particular program for this
14   particular chargeback?
15        A      No.  Because historically this is the
16   exact package that we sent to Sony for trailing
17   credits.  And I have tons of examples where they did
18   not dispute and allowed Circuit City to deduct against
19   invoices with the exact same support.
20        Q      So, in --
21        A      With the same program language.
22        Q      So, because -- is it fair to say it's
23   your view that because Sony didn't allow -- I'm sorry,
24   that because Sony allowed Circuit City to skip some of
25   the requirements before, that it's okay that Circuit
```

```
 1   City skipped the requirement this time?

 2              MR. FEINSTEIN:  Objection.

 3        A        I'm not saying we skipped the

 4   requirement.  I'm just saying that I don't see it in

 5   this package.  So, what I'm saying is that this

 6   package and similar packages have been submitted to

 7   Sony and Sony has allowed us to successfully deduct

 8   trailing credits with the same type of package.  I

 9   don't want to imply that something was skipped

10   because, as I said, it could have been submitted

11   outside of the package.  There could have been

12   communication back and forth.  Whoever this -- it says

13   Leticia but I know that they call her Tish.  Tish

14   could have emailed someone to ask for additional

15   support which could have been provided or there may

16   have been something mutually agreed to outside of this

17   document where it wasn't necessary.  They could have

18   been tracking the rebates on their own.  Sony had

19   access to a lot of information when Circuit City was a

20   going concern, so.

21   BY MS. CHANG:

22        Q        And if there was such email

23   communications that you're referencing that may exist,

24   would that have been produced to Sony as part of

25   discovery?
```

```
 1        A        Yes.  We provided all email

 2    communication.

 3                 MS. CHANG:  Have this marked as Exhibit

 4    20, please.

 5

 6                      (A 12-page photostatic copy of a

 7                      vendor package for CB Number 94889,

 8                      Bates Stamp CCLT050209-050220, was

 9                      marked Sony Exhibit Number 20.)

10

11    BY MS. CHANG:

12        Q        This is CCLT-50209-50220.  What is this?

13        A        A vendor package for Chargeback 94889.

14        Q        Can we look together at the document

15    beginning 50214?

16        A        Sure.

17        Q        What does this appear to be?

18        A        It's a program offering.

19        Q        And what's the relevant period?

20        A        August 31st, 2008, through September 6,

21    2008.

22        Q        And what model TV does it refer to?

23        A        There are two models.  KDL52V4100.

24                 COURT REPORTER:  I'm sorry, 52 --

25        A        Do you want me to name them out?
```

1    BY MS. CHANG:

2         Q      Sure.  At least for the TV model.  Sure,

3    yes, just name both of the models.  There's a TV model

4    and a home theater system.

5         A      I'm going to be honest with you, I

6    wouldn't know which one of these is the TV.  But, I

7    think it's --

8         Q      It says TV model on the program letter.

9         A      Okay.  I'm sorry, I was looking at the

10   bottom under qualifying product.  KDL52V4100.

11        Q      And what's the relevant home theater

12   system model?

13        A      DAVHDX576WF.

14        Q      Now, turning two pages before to the

15   document 50212, this is I believe you said it was a

16   confirming letter; is that right?

17        A      Yes.

18        Q      Can you read the description in the

19   first paragraph?  And you can read it to yourself.

20   And let me know if it matches the program that's

21   attached.

22        A      Yes.

23        Q      Sorry for all the flipping, but turning

24   back to the program, the second page of the program,

25   it's 50215, there in the second category it says claim

1    submission and payment.  And according to this program

2    when do all claims have to be submitted to Sony for

3    this particular chargeback?

4                    MR. FEINSTEIN:  Objection.

5        A        According to this program?

6    BY MS. CHANG:

7        Q        Uh-huh.  (Indicating affirmative

8    response.)

9        A        It says December 6th, 2008.

10       Q        And when was this vendor package

11   submitted to Sony?

12       A        It appears from the confirming letter

13   January 29th, 2009.

14       Q        So, did Circuit City submit this

15   chargeback by the program deadline?

16                   MR. FEINSTEIN:  Objection.

17       A        Not according to this date on here.

18   BY MS. CHANG:

19       Q        Do you have personal knowledge as to

20   when it was submitted?

21       A        No.

22       Q        Does this particular chargeback appear

23   in Exhibit A in your declaration?

24                   It's on Page 1.

25       A        Yes.

1        Q       Last one.  Exhibit 21.

2                MS. CHANG:  Can you please mark this as

3    Exhibit 21?

4

5                     (A seven-page photostatic copy of a

6                     vendor package for CB Number 90772,

7                     Bates Stamp CCLT050050-050056, was

8                     marked Sony Exhibit Number 21.)

9

10   BY MS. CHANG:

11       Q       And this is Bates range CCLT-50050 to

12   50056.  What does this appear to be?

13       A       Vendor package for Chargeback 90772.

14       Q       And again on Page 1 of Exhibit A to your

15   declaration, this is the second item --

16       A       Yes.

17       Q       -- at the very top.

18               So, you see it on your exhibit?

19       A       Yes.

20       Q       Do you have personal knowledge as to

21   whether Circuit City met the requirements for this

22   particular chargeback?

23       A       Not outside of this package.

24       Q       Take a look at all the documents in the

25   package.  And just let me know when you're done.

```
 1          A          Okay.

 2          Q          Is there a confirming letter in this

 3   package?

 4          A          Not a letter.  But, there's an email

 5   that outlines what -- or multiple emails from Sony to

 6   Circuit City that outline the commitment.

 7          Q          Are there any communications from

 8   Circuit City to Sony to claim this chargeback?

 9          A          I don't understand the question.

10          Q          Let me rephrase the question.

11                     Do you have personal knowledge as to

12   whether this vendor package was ever submitted to

13   Sony?

14          A          Ever?  Absolutely it was.

15          Q          Sorry.  I'm sorry.

16          A          Multiple times.

17          Q          That's a great answer.

18          A          It's a sore subject.

19          Q          I mean, at the time that Circuit City

20   performed its obligations to earn this chargeback, or

21   at the time that Circuit City believed that it

22   performed its obligations to earn this chargeback.  I

23   understand from your previous testimony that Circuit

24   City was to put together vendor packages and sent them

25   to Sony and that's how they claimed their -- that's
```

1    how they advised Sony that they had earned this

2    chargeback, right?

3         A         Right.  We provided the packages to

4    them.  But, we systematically took the deduction

5    against the invoices.

6         Q         Sure.  I understand.  So, with respect

7    to the vendor package for this particular chargeback,

8    where is the evidence that this was ever submitted to

9    Sony to claim that chargeback?

10        A         It's going to be an email communication.

11        Q         From who to who?

12        A         From the biller to Sony.

13        Q         And was that produced as part of the

14   Trustee's production?

15        A         It should be.  And I'm almost positive

16   it was produced back to us in Sony's production.

17        Q         And you're saying what was produced was

18   an email from Circuit City transmitting this vendor

19   package?

20        A         Or there was a billing memo that was in

21   Sony's production for this vendor package.  And this

22   vendor package can only come from Circuit City.

23        Q         Oh, I know that.  I know that.

24                  I have no further questions.

25        A         Okay.

1              (The deposition was concluded at 1:32 p.m.)

2                  And further this deponent saith not.

3

4                          _____
                                    Brandi Fose
5

6

7    Commonwealth of Virginia, to wit:

8            Subscribed to before me this

9    _____ day of _____, 2014.

10

11   _____
                    Notary Public
12

13   My Commission Expires:  /  /  .

14   Notary Registration Number:

15

16

17

18   COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

19           I, Marion G. Whitlow, Notary Public in and

20   for the Commonwealth of Virginia at large, and whose

21   commission expires March 31, 2015, do certify that the

22   aforementioned appeared before me, was sworn by me,

23   and was thereupon examined by counsel; and that the

24   foregoing is a true, correct, and full transcript of

25   the testimony adduced.

1           I further certify that I am neither related

2    to nor associated with any counsel or party to this

3    proceeding, nor otherwise interested in the event

4    thereof.

5           Given under my hand and notarial seal at

6    Richmond, Virginia, this 25th day of July, 2014.

7

8           _____
            Marion G. Whitlow - Notary Public
9           Commonwealth of Virginia at Large

10          Notary Registration Number 223323

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25































