**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Eric Seiler (admitted *pro hac vice*)
Andrew W. Goldwater (admitted *pro hac vice*)
Jeffrey R. Wang (admission *pro hac vice* pending)
Emily L. Chang (admitted *pro hac vice*)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
jwang@fklaw.com
echang@fklaw.com

**KUTAK ROCK LLP**
Peter J. Barrett (VSB No. 46179)
Timothy S. Baird (VSB No. 36315)
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
(804) 644-1700
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

*Counsel for Sony Electronics Inc.*


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE:  CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC., LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-03600-KRH |
| SONY ELECTRONICS INC., *et al.*, | |
| Defendants. | |

### SONY'S DESIGNATION OF DEPOSITION TESTIMONY

Defendant Sony Electronics Inc. ("Sony") hereby designates the following

deposition testimony for trial:

| Name of Witness | Portions of Deposition Designated | Designated Pages Attached as |
|---|---|---|
| Bruce Besanko | Page 8, Line 5 – Page 11, Line 13<br><br>Page 12, Line 12 –  Page 16, Line 9 | Exhibit 1 |

| | Page 16, Line 24 – Page 17, Line 8 | |
|---|---|---|
| | Page 17, Lines 12 – 24 | |
| | Page 22, Line 17 – Page 23, Line 1 | |
| | Page 24, Lines 1 – 13 | |
| | Page 27, Line 24 – Page 28, Line 16 | |
| | Page 29, Lines 10 – 12 | |
| | Page 30, Line 16 – Page 31, Line 12 | |
| | Page 35, Line 1 – Page 37, Line 2 | |
| | Page 37, Lines 9 – 19 | |
| | Page 37, Lines 20 – 22 | |
| | Page 41, Line 17 – Page 42, Line 22 | |
| Philip Dunn | Page 4, Lines 5-8 | Exhibit 2 |
| | Page 6, Line 7 – Page 11, Line 11 | |
| | Page 17, Line 24 – Page 19, Line 23 | |
| | Page 20, Line 18 – Page 22, Line 10 | |
| | Page 22, Line 12 – Page 23, Line 22 | |
| | Page 24, Line 2 – Page 25, Line 17 | |
| | Page 27, Line 11 – Page 28, Line 4 | |
| | Page 28, Lines 6-12 | |
| | Page 30, Line 4 – Page 31, Line 13 | |
| | Page 31, Lines 19-21 | |
| | Page 40, Line 16 – Page 42, Line 16 | |

2987900.1
4824-0814-3134.1

| | | |
|---|---|---|
| | Page 42, Line 18 – Page 43, Line 16 | |
| | Page 43, Lines 18-21 | |
| | Page 57, Line 21 –  Page 60, Line 17 | |
| | Page 62, Lines 9-17 | |
| | Page 62, Lines 19-24 | |
| | Page 63, Lines 17-25 | |
| | Page 64, Line 24 – Page 65, Line 3 | |
| | Page 67, Lines 10-17 | |
| | Page 67, Line 19 – Page 68, Line 5 | |
| | Page 68, Lines 7-11 | |
| | Page 68, Lines 13-25 | |
| | Page 74, Line 19 – Page 75, Line 20 | |
| | Page 76, Line 20 – Page 78, Line 13 | |
| | Page 78, Line 15 – Page 79, Line 2 | |
| | Page 79, Lines 4-10 | |
| | Page 86, Lines 14-17 | |
| | Page 87, Lines 2-9 | |
| | Page 87, Lines 11-14 | |
| | Page 97, Line 20 – Page 98, Line 1 | |
| | Page 99, Lines 3 – 10 | |
| | Page 100, Lines 5 – 8 | |
| | Page 109, Lines 15 – 17 | |
| | Page 109, Line 21 – Page 110, Line 1 | |

3

| | | |
|---|---|---|
| | Page 110, Lines 3-18 | |
| Brandi Fose | <u>Volume I</u>: | Exhibit 3 |
| | Page 4, Line 5 – Page 5, Line 4 | |
| | Page 5, Line 13 – Page 6, Line 8 | |
| | Page 6, Lines 9-25 | |
| | Page 7, Lines 19-23 | |
| | Page 10, Lines 3-11 | |
| | Page 11, Lines 8-11 | |
| | Page 12, Line 16 – Page 13, Line 10 | |
| | Page 16, Lines 9-25 | |
| | Page 23, Line 17 – Page 24, Line 5 | |
| | Page 34, Lines 15-19 | |
| | Page 40, Lines 21-25 | |
| | Page 41, Line 2 | |
| | Page 51, Line 12 – Page 52, Line 7 | |
| | Page 54, Line 21 – Page 55, Line 21 | |
| | Page 56, Line 21 – Page 57, Line 7 | |
| | Page 60, Line 19 – Page 61, Line 4 | |
| | Page 65, Lines 6-8 | |
| | Page 65, Lines 21-24 | |
| | Page 66, Lines 3-15 | |
| | Page 67, Line 24 – Page 68, Line 9 | |

2987900.1
4824-0814-3134.1

| | | |
|---|---|---|
| | Page 69, Lines 4-15 | |
| | Page 70, Lines 1-23 | |
| | Page 71, Lines 7-18 | |
| | Page 76, Line 21 – Page 77, Line 8 | |
| | Page 77, Lines 12-14 | |
| | Page 77, Lines 20-25 | |
| | Page 84, Line 4 – Page 85, Line 7 | |
| | Page 85, Lines 9-15 | |
| | Page 87, Lines 6-8 | |
| | Page 87, Lines 10-11 | |
| | Page 87, Lines 21-25 | |
| | Page 94, Lines 13-19 | |
| | Page 94, Line 21 – Page 95, Line 10 | |
| | Page 101, Lines 6-19 | |
| | Page 104, Line 3 – Page 105, Line 7 | |
| | Page 107, Lines 15-20 | |
| | Page 108, Line 22 – Page 109, Line 6 | |
| | <u>Volume II</u>: | |
| | Page 9, Lines 7-13 | |
| | Page 11, Line 14 – Page 12, Line 13 | |
| | Page 12, Line 15 – Page 12, Line 20 | |
| | Page 14, Lines 5-25 | |
| | Page 16, Line 7 – Page 17, Line 2 | |

2987900.1
4824-0814-3134.1

|  |  |  |
|---|---|---|
|  | Page 26, Line 18 – Page 27, Line 1<br><br>Page 33, Lines 10-21<br><br>Page 45, Lines 10-18<br><br>Page 66, Lines 2-15 |  |
| Heather Ferguson | Volume I:<br><br>Page 35, Lines 17-21<br><br>Page 90, Line 18 – Page 91, Line 9<br><br>Page 92, Lines 1-20<br><br>Page 93, Line 17 – Page 94, Line 1<br><br>Volume II:<br><br>Page 4, Line 12 – Page 6, Line 20<br><br>Page 7, Lines 2-17<br><br>Page 8, Lines 10-23<br><br>Page 8, Line 25 – Page 9, Line 9<br><br>Page 9, Line 24 – Page 10, Line 21<br><br>Page 11, Lines 2-14<br><br>Page 12, Lines 10-15<br><br>Page 12, Line 16 – Page 13, Line 10<br><br>Page 41, Line 23 – Page 42, Line 13 | Exhibit 4 |
| James Marcum | Page 5, Line 1 – 22<br><br>Page 9, Line 2 – Page 18, Line 1<br><br>Page 19, Line 5 – Page 27, Line 21 | Exhibit 5 |

6

| | | |
|---|---|---|
| | Page 28, Line 2 – Page 29, Line 22 | |
| | Page 30, Lines 12-17 | |
| | Page 30, Line 21 – Page 40, Line 9 | |
| | Page 41, Lines 14-16 | |
| | Page 41, Line 18 – Page 42, Line 14 | |
| | Page 42, Line 16 – Page 46, Line 5 | |
| | Page 46, Lines 7-18 | |
| | Page 58, Line 11 – Page 61, Line 2 | |
| | Page 62, Line 10 | |
| | Page 62, Line 24 – Page 63, Line 22 | |
| | Page 64, Line 13 – Page 66, Line 4 | |
| | Page 66, Lines 6-19 | |
| | Page 67, Lines 6-20 | |
| | Page 67, Line 22 – Page 72, Line 4 | |
| | Page 72, Line 6 – Page 74, Line 19 | |
| | Page 75, Line 2 – Page 80, Line 24 | |
| | Page 82, Lines 2-20 | |
| | Page 82, Line 22 – Page 83, Line 9 | |
| | Page 83, Line 11 – Page 92, Line 21 | |
| | Page 92, Line 23  – Page 94, Line 12 | |
| | Page 98, Line 15 – Page 99, Line 8 | |
| | Page 99, Line 20 – Page 103, Line 14 | |
| | Page 103, Line 16 – Page 106, Line 15 | |

2987900.1
4824-0814-3134.1

| | Page 107, Lines 17 - 25 | |
| | Page 110, Line 25 – Page 111, Line 10 | |
| Michelle Mosier | Page 10, Lines 1 – 9 | Exhibit 6 |
| | Page 10, Line 11 – Page 15, Line 2 | |
| | Page 21, Lines 9 – 18 | |
| | Page 21, Line 20 – Page 23, Line 10 | |
| | Page 35, Line 24 – Page 36, Line 17 | |
| | Page 36, Line 19 – Page 37, Line 9 | |
| | Page 37, Line 22 – Page 39, Line 18 | |
| | Page 39, Line 25 – Page 40, Line 1 | |
| | Page 40, Line 4 – Page 41, Line 3 | |
| | Page 42, Lines 20 – 22 | |
| | Page 42, Line 24 – Page 43, Line 11 | |
| | Page 53, Lines 1 – 10 | |
| | Page 74, Line 19 – Page 75, Line 8 | |
| | Page 82, Line 24 – Page 83, Line 1 | |
| | Page 83, Line 3 – Page 84, Line 13 | |
| | Page 85, Lines 5 – 10 | |
| | Page 85, Line 11 – Page 87, Line 23 | |
| | Page 88, Lines 10 – 12 | |
| | Page 92, Lines 7 – 14 | |
| | Page 92, Line 16 – Page 93, Line 22 | |

2987900.1
4824-0814-3134.1

|  | Page 93, Line 24 – Page 94, Line 4 |  |
|  | Page 94, Line 17 – Page 96, Line 8 |  |
|  | Page 96, Lines 9 – 13 |  |
|  | Page 96, Line 15 – Page 97, Line 7 |  |
|  | Page 107, Line 16 – Page 108, Line 16 |  |
|  | Page 108, Line 19 – Page 112, Line 2 |  |
|  | Page 115, Lines 3 – 25 |  |
|  | Page 116, Lines 2 – 24 |  |
|  | Page 117, Line 1 |  |
|  | Page 123, Line 23 – Page 124, Line 8 |  |
|  | Page 124, Line 10 – Page 125, Line 23 |  |
|  | Page 139, Line 4 – Page 140, Line 18 |  |
|  | Page 140, Line 23 – Page 143, Line 25 |  |
|  | Page 144, Line 1 – Page 145, Line 4 |  |
|  | Page 148, Line 25 – Page 149, Line 14 |  |
|  | Page 150, Line 10 – Page 153, Line 20 |  |
|  | Page 156, Line 6 – Page 158, Line 1 |  |
|  | Page 160, Line 3 – Page 162, Line 24 |  |
|  | Page 163, Lines 1 – 9 |  |
|  | Page 164, Line 22 – Page 165, Line 24 |  |
|  | Page 166, Line 4 – Page 169, Line 1 |  |
|  | Page 169, Lines 2 – 20 |  |

2987900.1
4824-0814-3134.1

| Philip Schoonover | Page 4, Line 1 – Page 12, Line 5 | Exhibit 7 |
|---|---|---|
| | Page 12, Line 20 – Page 16, Line 15 | |
| | Page 16,  Lines 22-24 | |
| | Page 17, Lines 5-17 | |
| | Page 17, Lines 19-20 | |
| | Page 20, Line 9 – Page 23, Line 10 | |
| | Page 23, Line 14 – Page 24, Line 24 | |
| | Page 25, Lines 1-7 | |
| | Page 25, Lines 9-25 | |
| | Page 26, Line 2 | |
| | Page 27, Lines 5-17 | |
| | Page 27, Line 20 – Page 30, Line 7 | |
| | Page 32, Line 6 – Page 33, Line 3 | |
| | Page 33, Lines 5-24 | |
| | Page 34, Line 1 – Page 35, Line 20 | |
| | Page 35, Line 22 – Page 36, Line 4 | |
| | Page 36, Lines 6-11 | |
| | Page 36, Line 13 – Page 41, Line 16 | |
| | Page 41, Line 18 | |
| | Page 43, Line 4 – Page 47, Line 17 | |
| | Page 47, Line 19 – Page 48, Line 4 | |
| | Page 48, Lines 6-10 | |
| | Page 48, Lines 12-17 | |

2987900.1
4824-0814-3134.1

| | Page 48, Line 19 – Page 50, Line 3 | |
| | Page 50, Lines 5-15 | |
| | Page 50, Lines 17-20 | |

**SONY ELECTRONICS INC.**

By: /s/ Peter J. Barrett
Counsel

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Eric Seiler (admitted *pro hac vice*)
Andrew W. Goldwater (admitted *pro hac vice*)
Emily L. Chang (admitted *pro hac vice*)
7 Times Square
New York, New York 10036-6516
Telephone (212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com

and

**KUTAK ROCK LLP**
Peter J. Barrett (VA Bar No. 46179)
Timothy S. Baird (VA Bar No. 36315)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

*Counsel for Sony Electronics Inc.*

11

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014 a true and correct copy of the foregoing Sony's Designation of Deposition Testimony was served by ECF and electronic mail on:

Lynn T. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North 8th, 2nd Floor
Richmond, VA  23219

and

Andrew W. Caine, Esq.
Robert Feinstein, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100

*Counsel for Plaintiff*

Jeremy B. Root, Esq.
BLANKENSHIP & KEITH, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030

and

Leo L. Esses, Esq.
COHEN TAUBER SPIERACK & WAGNER, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170

*Counsel for Credit Suisse Loan Funding, Inc.*


/s/ Peter J. Barrett
Counsel

12