| | |
|---|---|
| **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** | **KUTAK ROCK LLP** |
| Eric Seiler (admitted *pro hac vice*) | Peter J. Barrett (VSB No. 46179) |
| Andrew W. Goldwater (admitted *pro hac vice*) | Timothy S. Baird (VSB No. 36315) |
| Jeffrey R. Wang (admission *pro hac vice* pending) | 1111 East Main Street, Suite 800 |
| Emily L. Chang (admitted *pro hac vice*) | Richmond, Virginia 23219-3500 |
| 7 Times Square | (804) 644-1700 |
| New York, New York 10036-6516 | peter.barrett@kutakrock.com |
| (212) 833-1100 | tim.baird@kutakrock.com |
| eseiler@fklaw.com | |
| agoldwater@fklaw.com | |
| jwang@fklaw.com | |
| echang@fklaw.com | |

*Counsel for Sony Electronics Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| IN RE: CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC., LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-03600-KRH |
| SONY ELECTRONICS INC., *et al.*, | |
| Defendants. | |

### SONY'S LIST OF TRIAL WITNESSES

Defendant Sony Electronics Inc. ("Sony") hereby lists the following witnesses it may call at trial.

1. Marie Dorey

2. Jim O'Keefe

3. Leticia Bergin

2987099.1/4848-4189-0334.1

4. David Berliner

5. Jay Vandenbree

6. Maryrose Sanscartier

7. Timothy Griebert

8. Peter J. Barrett, Esq.

9. Bruce Besanko – testimony to be presented by means of deposition transcript

10. Michelle Mosier – testimony to be presented by means of deposition transcript

11. Philip Dunn – testimony to be presented by means of deposition transcript

12. James Marcum – testimony to be presented by means of deposition transcript

13. Philip Schoonover – testimony to be presented by means of deposition transcript

14. Brandi Fose – testimony to be presented by means of deposition transcript

15. Heather Ferguson – testimony to be presented by means of deposition transcript

This list does not include witnesses that Sony may call for impeachment or rebuttal.  This list is not a representation that the above-named individuals are within Sony's control.  Sony reserves the right to amend or supplement this list to the extent impacted by pre-trial filings.

**SONY ELECTRONICS INC.**

By: /s/ Peter J. Barrett
       Counsel

2

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Eric Seiler (admitted *pro hac vice*)
Andrew W. Goldwater (admitted *pro hac vice*)
Jeffrey R. Wang (admitted *pro hac vice*)
Emily L. Chang (admitted *pro hac vice*)
7 Times Square
New York, New York 10036-6516
Telephone (212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
jwang@fklaw.com
echang@fklaw.com

and

**KUTAK ROCK LLP**
Peter J. Barrett (VA Bar No. 46179)
Timothy S. Baird (VA Bar No. 36315)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
peter.barrett@kutakrock.com
tim.baird@kutakrock.com

*Counsel for Sony Electronics Inc.*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on September 8, 2014 a true and correct copy of the Sony's List of Trial Witnesses were served by ECF and electronic mail on each of the following counsel:

| | |
|---|---|
| Lynn T. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>TAVENNER & BERAN, PLC<br>20 North 8th, 2nd Floor<br>Richmond, VA  23219 | Jeremy B. Root, Esq.<br>BLANKENSHIP & KEITH, P.C.<br>4020 University Dr. Ste. 300<br>Fairfax, VA 22030 |
| and | and |
| Andrew W. Caine, Esq.<br>Robert Feinstein, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067-4100 | Leo L. Esses, Esq.<br>COHEN TAUBER SPIERACK & WAGNER, P.C.<br>420 Lexington Avenue, Suite 2400<br>New York, NY 10170 |
| *Counsel for Plaintiff* | *Counsel for Credit Suisse Loan Funding, Inc.* |

            /s/ Peter J. Barrett
              Counsel